| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the:<br><br>CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____    Chapter  __11__ |

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Caduceus Medical Group**<br>**DBA  Back in Motion Physical Therapy**<br>**DBA  PDQ Urgent Care & More**<br>**DBA  PDQ Telehealth** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0831413** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**18200 Yorba Linda Blvd.**<br>**Suite 111**<br>**Yorba Linda, CA 92886**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.caduceusmedicalgroup.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor   **Caduceus Physicians Medical Group, a Professional Medical
Corporation**
_____         Case number (if known) _____
Name

**7.** **Describe debtor's business**    A. Check one:

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Caduceus Physicians Medical Group, a Professional Medical Corporation**
         _____
         Name

                                                               Case number (*if known*) _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **Caduceus Medical Services LLC** |
| District | **Central**    When   **8/01/24** |

| | |
|---|---|
| Relationship | _____ |
| Case number, if known | **TBD** |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
          Contact name     _____
          Phone            _____

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Caduceus Physicians Medical Group, a Professional Medical Corporation**

Case number (*if known*)

Name

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|-----|-----------------------|----------------|-----------------------------|------------------------------|
|     |                       | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|     |                       | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|     |                       | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 1, 2024**
　　　　　　　　　MM / DD / YYYY

**X** _____
Signature of authorized representative of debtor

**Howard Grobstein**
Printed name

Title   **CRO**

---

**18. Signature of attorney**

**X** _____
Signature of attorney for debtor

Date  **August 1, 2024**
　　　　MM / DD / YYYY

**David A. Wood**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 333-7777**     Email address   **dwood@marshackhays.com**

**272406 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Caduceus Physicians Medical Group, a Professional Medical Corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 0001 Los Angeles, CA 90096-0001** | | | | | | **$45,213.01** |
| **ASD Healthcare - Amerisourcebergen P.O. Box 100741 Pasadena, CA 91189-0741** | | | | | | **$33,459.23** |
| **AT&T PO Box 5019 Carol Stream, IL 60197-5019** | | internet (all locations) | | | | **$24,629.20** |
| **Bates Johnson Bldg, LTD 19742 MacArthur Bvld #240 Irvine, CA 92612** | | | | | | **$94,651.50** |
| **Buchalter 1000 Wilshire Blvd. Ste. 1500 Los Angeles, CA 90017-1730** | | | | | | **$329,822.77** |
| **Complete Office P.O. Box 631935 Cincinnati, OH 45263-1935** | | | | | | **$12,815.03** |
| **David Flood, M.D. 4510 Alhambra Street San Diego, CA 92107-4019** | | | | | | **$14,411.34** |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Form MD 360 26691 Plaza Drive Suite 200 Mission Viejo, CA 92691** | | | | | | $17,352.81 |
| **Gastrointestinal and Liver Con. 2621 S. Bristol Street #202 Santa Ana, CA 92704** | | | | | | $29,097.43 |
| **Glenneyre LLC 327 Third Street Laguna Beach, CA 92651** | | | | | | $23,950.00 |
| **Greenway Health P.O. Box 203658 Dallas, TX 75320-3658** | | | | | | $26,571.28 |
| **Iron Mountain Records Mgmt P.O. Box 601002 Pasadena, CA 91189-1002** | | | | | | $19,094.70 |
| **Kelvin Nguyen, DPM 10091 Northampton Ave. Westminster, CA 92683** | | | | | | $17,486.50 |
| **McKesson Medical Surgical P.O. Box 51020 Los Angeles, CA 90051-5320** | | | | | | $28,120.65 |
| **Merck & Co., Inc. P.O. Box 94000 Palatine, IL 60094-4000** | | | | | | $32,677.73 |
| **Pfizer Inc. P.O. Box 417510 Boston, MA 02241-7510** | | | | | | $13,011.52 |
| **Safe Balance 401 S. Old Woodward Ave. Ste. 308 Birmingham, MI 48009** | | | | | | $29,295.00 |

Debtor  **Caduceus Physicians Medical Group, a Professional**
      **Medical Corporation**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sanofi Pasteur Inc. 12458 Collection Center Dr. Chicago, IL 60693** | | | | | | **$14,310.00** |
| **TechMD P.O. Box 5 Endicott, NY 13761** | | | | | | **$28,362.49** |
| **Vierergruppe Management Inc. 1932 East Deere Ave Suite 150 Santa Ana, CA 92705** | | **YL Landlord** | | | | **$468,354.35** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>California State Bar Number: **272406 CA**<br>**dwood@marshackhays.com** | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Caduceus Physicians Medical Group, a Professional Medical Corporation** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __35__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __August 1, 2024__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

Caduceus Physicians Medical Group, a Professional MedicaC
18200 Yorba Linda Blvd.
Suite 111
Yorba Linda, CA 92886


David A. Wood
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701

Acosta, Joanna
3509 West Avenue
Fullerton, CA 92833


Aguilar, Isabell
175 South Rio Vista Street
Anaheim, CA 92806


Aguilar, Kimberly
123 Calle Amistad
Apt 9207
San Clemente, CA 92673


Aguilar, Selene
351 S Clark St
Orange, CA 92868


Aguiniga, Isaiah Gregory
609 Giano Avenue
La Puente, CA 91744


Aguirre, Christina
266 Backs Ln
Apt B
Placentia, CA 92870


Aguirre, Jim
4958 E Glenview Ave
Anaheim, CA 92807


Allsize Self Storage
17357 Los Angeles St.
Yorba Linda, CA 92886

Alyssa Tonelli DO
6031 Calle Mirador
Yorba Linda, CA 92886


American Alarm Systems, Inc.
P.O. Box 10520
Santa Ana, CA 92711


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


Anda, Inc.
P.O. Box 748476
Atlanta, GA 30374-8476


Anderson, Miya
5992 Kingsbriar Drive
Yorba Linda, CA 92886


Anthem Blue Cross Overpayment Rec.
P.O. Box 73651
Cleveland, OH 44193-1177


Anthony G. Bledin, MD, Inc.
1851 Holser Walk
Suite 220
Oxnard, CA 93036-2626


Aquatic Environments
1580 E. Edinger Ave
Ste. B
Santa Ana, CA 92705

Arroyo, Isabella
6579 Woodburn Lane
Yorba Linda, CA 92886

ASD Healthcare - Amerisourcebergen
P.O. Box 100741
Pasadena, CA 91189-0741

Associated Gastroenterology Medical
c/o Brian Riff MD
1211 W. La Palma, Ste. 306
Anaheim, CA 92801

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

Aya, Azza
21700 Thistledown Cr
Yorba Linda, CA 92886

Ayala, Julissa
1250 E Superior Ave
#C
La Habra, CA 90631

Azita Mesbah, M.D.
19391 De Vry Drive
Irvine, CA 92603

Bank of the West
3021 Yorba Linda Blvd.
Fullerton, CA 92831


Bankcard Center
P.O. Box 4021
Alameda, CA 94501-0421


Bates Johnson Bldg, LTD
19742 MacArthur Bvld
#240
Irvine, CA 92612


Bates Johnson Bldg., LTD - Chiron 1
19742 MacArthur Blvd.
#240
Irvine, CA 92612


Bates Johnson Building LTD-105
19742 MacArthur Blvd.
#240
Irvine, CA 92612


Bates Johnson Building, LTD - Chiro
19742 MacArthr Blvd.
#240
Irvine, CA 92612


BBHealth Tech
5851 SW 97th Terrace
Fort Lauderdale, FL 33328


Bell, Angela
8182 Whitaker St
Buena Park, CA 90621

BMO Bank NA
320 S. Canal Street
Chicago, IL 60606


Bouvier, Constance
4682 Warner Avenue
#A110
Huntington Beach, CA 92649


Bravo, Sophia
235 W Lincoln Ave
Apt 29
Orange, CA 92865


Brissey, Olesya
27 Millstone
Irvine, CA 92606


Buchalter
1000 Wilshire Blvd.
Ste. 1500
Los Angeles, CA 90017-1730


Caduceus Medical Group
18200 Yorba Linda Blvd.
#111
Yorba Linda, CA 92886


Caduceus Physicians Medical Group
18200 Yorba Linda Blvd.
Suite 111
Yorba Linda, CA 92886


Calderon, Cayla
8641 Ouida Drive
Riverside, CA 92504

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693-0149


CAPATA
28202 Cabot Rd.
Ste. 525
Laguna Niguel, CA 92677


Carbajal, Maria
509 N Bush St
Anaheim, CA 92805


Castro, Valarie
1361 El Camino Real
Tustin, CA 92780


Catherine Franklin
112 Abba Way
Taylors, SC 29687


Cereneche, Mary Tiffany
58 Herringbone
Irvine, CA 92620


Charter Communications
PO Box 60074
City of Industry, CA 91716


Chavez, Maria Leticia
219 West Cliffwood Avenue
Anaheim, CA 92802

Chiron
19742 MacArthur Blvd.
Suite 125
Irvine, CA 92612


Cigna Healthcare
Johnson & Roundtree
P.O. Box 2625
Del Mar, CA 92014


City of Anaheim
201 S. Anaheim Blvd.
P.O. Box 3069
Anaheim, CA 92803-3069


City of Yorba Linda - PDQ
4845 Casa Loma Ave.
Yorba Linda, CA 92886


Clark, Alicia
7806 E Margaret Ct
Anaheim, CA 92808


Clark-Griffin, Yolanda
5909 Lewis Ave
Long Beach, CA 90805


CLIA Laboratory Progam
P.O. Box 3056
Portland, OR 97207-0275


CNA Insurance
P.O. Box 74007619
Chicago, IL 60674-7619

Complete Office
P.O. Box 631935
Cincinnati, OH 45263-1935


Contreras, Janice
3504 Matisse Circle
Corona, CA 92882


Cooperative of American Physicians
P.O. Box 511628
Los Angeles, CA 90051


Corbitt, Lucianna M
5101 E Marita Ln
B
Anaheim, CA 92807


Corporation Service Co.
Agent for Rise Health Services
251 Little Falls Drvie
Wilmington, DE 19808


COTIVITI
P.O. Box 952366
Saint Louis, MO 63195-2366


Crayton, Greshawnda
1894 South Westside Drive
#68
Anaheim, CA 92805


Cross Country Locums
P.O. Box 277185
Atlanta, GA 30384-7185

CT Corp System
330 N. Brand Blvd., Ste 700
Attn: SPRS
Glendale, CA 91203


CT Corp. System
330 N. Brand Bvld., Ste. 700
Attn: SPRS
Glendale, CA 91203


CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019


CyraCom International, Inc.
P.O. Box 71012
Chicago, IL 60694-1012


Daher, Michelle
16831 Aries Dr
Yorba Linda, CA 92886


David Flood, M.D.
4510 Alhambra Street
San Diego, CA 92107-4019


DeliverHealth Solutions LLC - Nuanc
Lockbox 1378
Carol Stream, IL 60132-1378


Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

DeNicola, Mary
7548 E Angel View
Orange, CA 92869


DeNicola, Nathaniel
7548 Angel View Terr
Orange, CA 92869


Dennis Ponzio, M.D.
326 Whitestone Dr.
Anaheim, CA 92807


Despierta, LLC
244 Biscayne Boulevard N 4903
Miami, FL 33132


Dewitt, Jessica
4642 E Greenwood Drive
Anaheim, CA 92807


Diagnostic Monitor Software
P.O. Box 3109
Stateline, NV 89449


Diaz, Paulina
508 E Wilhemina St
Apt D
Anaheim, CA 92805


Docu-Trust
145 East Mill Street
San Bernardino, CA 92408

Dukes, Pamela Nina
5480 Copper Canyon
Unit F
Yorba Linda, CA 92887


Esquivel, Aylyn
17382 Dairyview Cir
Huntington Beach, CA 92647


Estrada Salas, Yvette
2512 Sarandi Grande
Hacienda Heights, CA 91745


Evora, Veronica
1704 E Harvard Pl
Unit A
Ontario, CA 91764


Experian Health, Inc. - Passport
P.O. Box 846133
Los Angeles, CA 90084-6133


Felix Gaw, M.D., Inc.
2674 E. Vista Ridge Dr.
Orange, CA 92867


Felter, Brenda
13727 Softwood Court
Corona, CA 92880


Fierro, Tammi
301 Josie Circle
#D
Placentia, CA 92870

Fonseca, Kate
401 South Chatham Circle
Apt G
Anaheim, CA 92806


Form MD 360
26691 Plaza Drive
Suite 200
Mission Viejo, CA 92691


Franklin, Tina
24711 Kings Pointe
Laguna Niguel, CA 92677


Garcia, Alysa
10319 Maybrook Ave
Whittier, CA 90603


Garcia-Solis, Alexis
21525 Via Pepita
Yorba Linda, CA 92886


Gastil, Morgan
1716 N Kellogg Dr
#A
Anaheim, CA 92807


Gastrointestinal and Liver Con.
2621 S. Bristol Street
#202
Santa Ana, CA 92704


Genzyme Biosurgery
62665 Collectoins Center Dr.
Chicago, IL 60693-0626

Giangrande, Erin
1925 Edwardson Cir
Placentia, CA 92870


Glenneyre LLC
327 Third Street
Laguna Beach, CA 92651


Gonzalez, Jayson Jesus
515 North Anna Drive
Apt H
Anaheim, CA 92805


Gonzalez-Ruiz, Jasmine
200 E Wakefield Ave
#2
Anaheim, CA 92802


Goodale, Jeffrey
21612 Cabrosa
Mission Viejo, CA 92691


Green, Justin Carl
830 Hartford Lane
La Habra, CA 90631


Greenberg, Victoria
18381 Iris Lane
Yorba Linda, CA 92886


Greene, Caroline
206 East Avenida Ramona
San Clemente, CA 92672

Greene, Margaret
206 East Avenida Ramona
San Clemente, CA 92672


Greenway Health
P.O. Box 203658
Dallas, TX 75320-3658


Gregg DeNicola
7548 Angel View Terrace
Orange, CA 92869


Gritman, Alaiyah
14705 Libra Dr
La Mirada, CA 90638


Grobstein Teeple LLP
Howard Grobstein, CRO
23832 Rockfield Blvd., Ste 245
Lake Forest, CA 92630


Gutierrez, Yuliana
4610 W Roosevelt Ave
Santa Ana, CA 92703


Guzman, Guadalupe J
960 E 6th Street
Pomona, CA 91766


Hall, Michael D
6355 Golden Gate Dr
Yorba Linda, CA 92886

Hanna & Jarbo, PLC
33717 Woodward Avenue, Suite 560
Birmingham, MI 48009


Health Net of CA Refunds
File #056527
Los Angeles, CA 90074-6527


Health Promotions Now
1270 Glen Ave.
Moorestown, NJ 08057


Hemar, Rousso & Heald LLP
Attn: Alexandra Rhim
15910 Ventura Blvd., 12th Fl
Encino, CA 91436


Henberger, Megan
25081 Leucadia St
Unit G
Laguna Niguel, CA 92677


Hernandez, Cindy G
309 N Mountain Ave
#16
Fullerton, CA 92831


Herrera, Susan
514 E South St
#12
Anaheim, CA 92805


HM Medical, Inc.
500 Superior Ave.
#330
Newport Beach, CA 92663

HMS
P.O. Box 952366
Saint Louis, MO 63195-2366


Holiness, Jeremiah
2610 Associated Road
Fullerton, CA 92835


Holloway, Trevor
317 16th St
#4
Huntington Beach, CA 92648


Hologic Capital
P.O. Box 825736
Philadelphia, PA 19182-5736


Homar Bandin
1171 Paseo Grande
Corona, CA 92882


Hosseini, Hadeiah
51 Dartmouth Lane
Coto de Caza, CA 92679


Houmehr Jojjat
7 Morning View
Irvine, CA 92603


Huber, Alexandra
3412 E Vine Ave
Orange, CA 92869

Humana Military TRICARE East Refund
Underwritten Recoup
P.O. Box 8967
Madison, WI 53708-8967


Incorporating Services Ltd.
Attn: Brooks Ferrett
3500 S. Dupont Hwy
Dover, DE 19901


Indeed, Inc.
Mail Code 5160
P.O. Box 660367
Dallas, TX 75266-0367


Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain Records Mgmt
P.O. Box 601002
Pasadena, CA 91189-1002


Jacobo, Yuleisy
7530 Rudell Road
Corona, CA 92881


Jacobson, Jennifer
16301 Butterfield Ranch Rd
Unit 13303
Chino Hills, CA 91709


James L. Pearle, MD
P.O. Box 157
Corona Del Mar, CA 92625

Kelvin Nguyen, DPM
10091 Northampton Ave.
Westminster, CA 92683


Knight, Kelly
306 Vista Trucha
Newport Beach, CA 92660


Kotoff, Kelly
17808 Antherium Dr
Chino Hills, CA 91709


Krepps-Hoffer, Cyndy
28051 Sheffield
Mission Viejo, CA 92692


Kristen yoo
3255 E. Phillips Ct.
Brea, CA 92821


Kyle, Ella
5583 Pebble Beach Lane
Yorba Linda, CA 92886


Kyle, Melissa
5583 Pebble Beach Lane
Yorba Linda, CA 92886


Laz Technologies
3410 La Sierra Ave
Ste. F279
Riverside, CA 92503

```
LendSpark Corporation
2554 Gateway Road
Carlsbad, CA 92009


Leslie Shokes, M.D.
2703 N. Bristol St.
H-2
Santa Ana, CA 92706


Lizarde, Tanya Lee
14705 Libra Dr
La Mirada, CA 90638


Mallari, Marielle
13410 Herringbone Court
Valley Center, CA 92082


Maque, Kiara-Aleksy
339 W 4th Street
Stockton, CA 95206


Marcy Toner
7900 E. Woodsboro Ave
Anaheim, CA 92807


Mark M. Chung MD
12393 Andy Street
Cerritos, CA 90703


Martha Rodriguez
13318 Heather Lee St.
Corona, CA 92880
```

Martin, Rosendo
203 S Echo St
Anaheim, CA 92804


Mayes, Robin
335 E Meadowbrook Ave
Orange, CA 92865


McFarland, Donald
12921 Keith Pl
Tustin, CA 92780


McGeough, Bailey
2971 East Ruby Drive
Apt A
Fullerton, CA 92831


McKesson Corporation
6651 Gate Parkway
Jacksonville, FL 32256


McKesson Medical Surgical
P.O. Box 51020
Los Angeles, CA 90051-5320


Medicare JE Part B Refunds
Noridian Health Care Solutions, LLC
P.O. Box 511381
Los Angeles, CA 90051-7936


Medico
2201 E. Carson St.
Long Beach, CA 90807

Mejia Osorio, Katia Del Carmen
523 S Peralta Hills
Unit B
Anaheim, CA 92807


Mejia, Andrew
19162 Parkland St
Yorba Linda, CA 92886


Mejia, Erika
5360 Silver Canyon Rd
Unit C
Yorba Linda, CA 92887


Merck & Co., Inc.
P.O. Box 94000
Palatine, IL 60094-4000


Meritain Health
1405 Xenium Lane N.
Ste 140
Minneapolis, MN 55441


Michael Hall, M.D.
18200 Yorba Linda Blvd.
#250
Yorba Linda, CA 92886


Mohammad E. Rassouli MD
24976 Hollyberry Lane
Laguna Niguel, CA 92677


Moore, Lina
16065 Red Coach Ln
Whittier, CA 90604

Mota, Alexa
2993 N Cottonwood St
Unit 7
Orange, CA 92865


Mutual of Omaha Ins.
P.O. Box 33061
Amarillo, TX 79120


Nelson Perez, Krystal
140 West Orangethorpe Ave
#26
Placentia, CA 92870


Nextiva
PO Box 207330
Dallas, TX 75320


Nguyen, Nicholas
854 N Resh Street
Anaheim, CA 92805


Nochimson, Chad
1524 East Cameron Way
Placentia, CA 92870


OBGYN Care
Attn: #12500N
P.O. Box 14000
Belfast, ME 04915


Office Ally
P.O. Box 872020
Vancouver, WA 98687

Office Solutions
23303
La Palma Ave
Yorba Linda, CA 92887


Olesya Brissey MD
27 Millstone
Irvine, CA 92606


Olivares, Cesar
2733 W Carlton Pl
Santa Ana, CA 92704


Olivares, Eduardo
425 Annette Place
Corona, CA 92879


Optum Care Network - Monarch
Attn: Prop 56 Overpayment MS 03
11 Technology Drive
Irvine, CA 92618


Orange Canyon Village
c/o LP Realty, Inc.
9900 Culver Blvd, #1A
Culver City, CA 90232


Oyarzabal, Lesley
710 1/2 W Santa Ana
Anaheim, CA 92805


Pablo, Jazmin
717 W Bellevue Drive
Anaheim, CA 92805

Pakdamanian, Kayvon
2209 Sageleaf Circle
Corona, CA 92882


Parekh, Diya
1733 N Holbrook St
Anaheim, CA 92807


Patel, Shital
3989 Peppertree Lane
Chino, CA 91710


Paul Jordan MD
9024 Chastain Park Dr.
Montgomery, AL 36117


Paul Jordan MD
9204 Chastain Park Dr.
Montgomery, AL 36117


Paul Weinstein, MD
20450 Via Celestina
Yorba Linda, CA 92887


Perez, Adrien
8865 Pico Vista Rd
Pico Rivera, CA 90660


Perez, Irene
819 West Stevens Ave
Apt 6
Santa Ana, CA 92707

Perkins, Kristina
9194 Ethen Street
Cypress, CA 90630


Perryman, Christina
16415 Lake Knoll Parkway
Riverside, CA 92503


Pfizer Inc.
P.O. Box 417510
Boston, MA 02241-7510


Pierre, Edwal
5022 Caspian Circle
Huntington Beach, CA 92649


Ponzio, Dennis
326 S Whitestone Dr
Anaheim, CA 92807


Powell, Natalie
2721 Camellia Ct
Corona, CA 92882


Prickett, Alishia
8312 Greenleaf Ave
Whittier, CA 90602


Professional Billing Service of SC
P.O. Box 1449
Brea, CA 92822-1449

Professional Communications Msg
105 Poplar Street
Erie, PA 16507


Quadient Finance USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6813


Quadient Leasing USA, Inc.
Dept. 3682
P.O. Box 123682
Dallas, TX 75312-3682


Rachall, Gaston
32302 Alipaz Street
Space 144
San Juan Capistrano, CA 92675


Radiation Detection Co.
3527 Snead Drive
Georgetown, TX 78626


RADinfo Services
43676 Trade Center Place
Sterling, VA 20166


Raymond Gaitan
1855 W. Katella Ave
Suite 365
Orange, CA 92867


Richard Wineland M.D.
220 Buena Vida Dr.
Unit 202
Brea, CA 92823

Rios, Jaqueline
1734 Bern Drive
Corona, CA 92882


Rise Health Services, Inc.
244 Biscayne Blvd
N 4903
Miami, FL 33132


Rivera, Stephanie
8448 E Kendra Loop
Orange, CA 92867


Robert Borrowdale, MD
23 Rutherford
Irvine, CA 92602


Rodriguez, Emily
1742 Glenoaks Avenue
Anaheim, CA 92801


Rodriguez, Jessica Rikki
132 S Cornell Ave
Fullerton, CA 92831


Rodriguez, Martha
13318 Heather Lee St
Eastvale, CA 92880


Rogers, Nichole
2132 Brookhaven Ave
Placentia, CA 92870

Rojas, Nicole
9382 Shadowood Dr
Apt F
Montclair, CA 91763


Roman, Raquel
7500 Crescent Ave
Apt 142
Buena Park, CA 90620


Romanov Group LLC
c/o Vierergruppe Management Inc.
1932 E. Deere Ave., Ste. 150
Santa Ana, CA 92705


Rosendo Martin
203 S. Echo St.
Anaheim, CA 92804


Ross, Kieyera
510 McFadden Street
Unit A
La Habra, CA 90631


Ruiz, Heather
2200 North White Avenue
#67
Pomona, CA 91768


Rylander, Emily
16530 Campesina Lane
Huntington Beach, CA 92649


Saenz, Kiersti
1381 S Walnut St
Unit 2604
Anaheim, CA 92802

Safe Balance
401 S. Old Woodward Ave.
Ste. 308
Birmingham, MI 48009


Sanchez, Estela
510 Highland St
Santa Ana, CA 92701


Sanofi Pasteur Inc.
12458 Collection Center Dr.
Chicago, IL 60693


Sathyaprakash, Smitha
27 Gladstone
Irvine, CA 92606


Shihad, Kirstin
155 S Angelina Dr
Apt G182
Placentia, CA 92870


Shu, Carolyn
1251 N Robwood Circle
Anaheim, CA 92807


Sobral, Carlos
10291 Via Corta
Villa Park, CA 92861


Soto, Selina
6922 E Monaco Parkway
Orange, CA 92867

Southern Calif. Endocrine Med. Grp
1310 W. Stewart Drive
Suite 215
Orange, CA 92868


Southern California Edison
PO Box 600
Rosemead, CA 91771


Spectrum Gas Products
2381 E. Winston Rd.
Anaheim, CA 92806


Sysmex America, Inc.
28241 Network Pl.
Chicago, IL 60673-1282


Systems Print & Mail
2990 Airway Ave.
Suite A
Costa Mesa, CA 92626


TAB Answer Network
P.O. Box 10440
Santa Ana, CA 92711


Talob, Brandon
23061 Archibald Avenue
Carson, CA 90745


Tareen, Naureen
831 West Las Palmas Drive
Fullerton, CA 92835

Tareen, Serene
1259 Providence Loop
Placentia, CA 92870


TechMD
P.O. Box 5
Endicott, NY 13761


TechMD
111 Grant Avenue
Suite 103
Endicott, NY 13760


Thompson, Diane
12001 Herman Drive
Riverside, CA 92505


TIAA Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054


Tiscareno, Reyna
6201 Shelly Drive
Huntington Beach, CA 92647


Toner, Marcy
7900 E Woodsboro Ave
Anaheim, CA 92807


Torrez Trucking, Inc.
190 E. Crowther Ave.
Suite B
Placentia, CA 92870

UCC Direct Services
2727 Allen Parkway
Houston, TX 77019


US Treasury IRS
1973 North Rulon White Bldg.
Ogden, UT 84201-0062


Uytiepo, Olivia
33 Tortuga Cay
Aliso Viejo, CA 92656


Vazquez, Linda
1211 Henderson Way
La Habra, CA 90631


Veolia ES Tech Solutions LLC
P.O. Box 102296
Pasadena, CA 91189-2296


Verizon
P.O. Box 920041
Dallas, TX 75392-0041


Vierergruppe Management Inc.
1932 East Deere Ave
Suite 150
Santa Ana, CA 92705


Vineyard, Cindy A
2231 Lochness Circle
Corona, CA 92881

Vineyard, Katie
2231 Lochness Circle
Corona, CA 92881


Vo, Judy
484 W Cromwell Ave
Clovis, CA 93611


Walters, Joshua
8421 E Amberwood St
Anaheim, CA 92808


Weaver, Raymond
108 Grazie
Irvine, CA 92602


Wei Wah Kwok, M.D.
150 Laguna Rd.
Ste. A
Fullerton, CA 92835


Weinstein, Andrea
20450 Via Celestina
Yorba Linda, CA 92887


Wells, Nicole
8121 Coral Bell Way
Buena Park, CA 90620


White Buffalo
333 9th Avenue
Hopkins, MN 55343

Wiriadinata, Elizabeth
20330 Channing Lane
Yorba Linda, CA 92887

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209

Wright, Taliaanne
2076 N Rancho LaMerc
Covina, CA 91724

Wusstig, Madison
3007 Geraldo
San Clemente, CA 92673

Wusstig, Monique
3007 Geraldo
San Clemente, CA 92673

Yvette Hatch
11012 Bent Tree Lane
Santa Ana, CA 92705

Zhou, Ji
20855 Porter Ranch Rd
Trabuco Canyon, CA 92679

# WRITTEN CONSENT OF
# DIRECTORS OF
# CADUCEUS PHYSICIANS MEDICAL GROUP,
# A PROFESSIONAL MEDICAL CORPORATION
# TO ACTIONS IN LIEU OF MEETING

## July 5, 2024

The undersigned, constituting all of the members of the board of directors ("**Directors**") of Caduceus Physicians Medical Group, a Professional Medical Corporation (the "**Company**"), do hereby waive notice of a special meeting and the receipt of those materials otherwise required to be delivered to the undersigned pursuant to the California Corporations Code (the "**Code**"), and pursuant to Section 3.13 of the Company's Bylaws, hereby consent to and approve in writing the following actions in lieu of holding a formal meeting:

## Authorized Directors and Officer Signatures to Company Financing

**WHEREAS**, effective on July 5, 2024 Shareholders and Company Board of Directors convened to discuss insolvency of the Company and the need to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Code;

**WHEREAS**, the Company, pursuant to its Administrative Management Services Agreement with Caduceus Medical Services, LLC, has discussed and reviewed the immediate bankruptcy filing needs of Company as a matter of preserving Company's business interests.

**NOW, THEREFORE, BE IT RESOLVED**, that Howard Grobstein, the Chief Restructuring Officer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

**FURTHER RESOLVED**, that Company is authorized to hire David Wood, attorney, and the law firm of Marshack Hays Wood, LLP, to represent the Company in such bankruptcy case.

**FURTHER RESOLVED**, that the Secretary of the Company is hereby directed to file a copy of this written consent with the minutes of the proceedings of the Company; and

The undersigned, by executing this written consent in the space provided below, does hereby direct that this document be filed with the minutes and proceedings of the Company, and agrees that the actions set forth in the foregoing

LEGAL01/40083827v2

preambles and resolutions shall have the same force and effect as if taken at a duly
constituted meeting of the Directors of this Company.

_____
Dennis Ponzio, M.D.

_____
Michael Hall, M.D.

_____
Nathaniel DeNicola, M.D.

*[Unanimous Written Consent of Directors dated July 5, 2024]*