**Fill in this information to identify the case:**

Debtor name **Caduceus Physicians Medical Group, a Professional Medical Corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:24-bk-11945-TA**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**September  3, 2024**__     X _____
Signature of individual signing on behalf of debtor

**Howard Grobstein**
Printed name

**CRO**
Position or relationship to debtor

## United States Bankruptcy Court
### Central District of California

In re | Caduceus Physicians Medical Group, a Professional Medical Corporation

Debtor(s)

Case No.   **8:24-bk-11945-TA**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CRO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 3, 2024**

Signature _Howard Grobstein_

**Howard Grobstein**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **Caduceus Medical Services, LLC, 8:24-bk-11946-TA, filed on August 1, 2024.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Houston, Texas___, ~~California.~~

Date:   **September  3, 2024**

_____
Howard Grobstein
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1            **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
|---|

Debtor name   **Caduceus Physicians Medical Group, a Professional Medical Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:24-bk-11945-TA**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................  $        **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................  $     **3,502,899.68**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................  $     **3,502,899.68**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **3,981,075.32**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $        **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$     **3,578,488.76**

4.   **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b             $     **7,559,564.08**

**Fill in this information to identify the case:**

Debtor name **Caduceus Physicians Medical Group, a Professional Medical Corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:24-bk-11945-TA**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$1,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO** | **Checking** | **7522** | $410,443.00 |
| 3.2. | **BMO** | **Checking** | **1326** | $6,410.00 |
| 3.3. | **BMO** | **Checking** | **6447** | $3,306.00 |
| 3.4. | **BMO** | **Checking** | **7735** | $61,415.00 |
| 3.5. | **First Pacific Bank** | **Checking** | **7131** | $17,350.00 |
| 3.6. | **First Pacific Bank** | **Checking** | **7149** | $856.00 |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(If known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 3.7. | **First Pacific Bank** | **Checking** | **0041** | **$957.00** |
|---|---|---|---|---|

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$501,737.00**

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Bates Johnson Building LTD - security deposit** | **$10,000.00** |
|---|---|---|

| 7.2. | **Glenneyre, LLC - security deposit** | **$9,770.00** |
|---|---|---|

| 7.3. | **908 North Rexford Drive LP - security deposit** | **$3,770.00** |
|---|---|---|

| 7.4. | **Romanov - security deposit** | **$156,181.00** |
|---|---|---|

| 7.5. | **Romanov - security deposit** | **$8,719.00** |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$188,440.00**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **589,967.00** | - | **0.00** | = .... | **$589,967.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(If known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

11b. Over 90 days old:     **328,280.00**    -    **0.00** =....     **$328,280.00**

               face amount               doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                   **$918,247.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** Perishable vaccines | | **$0.00** | | **$10,000.00** |

23.     **Total of Part 5.**                                                   **$10,000.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value             Valuation method             Current Value

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(If known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Misc. Office furnishings | **$8,000.00** | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Medical equipment, computers, etc. | **$2,650,874.00** | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(If known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**caduceusmedicalgroup.com**
**backinmotionyorbalinda.com**
**savvysagedoc.com**
**pdqurgentcareandmore.com**
**caduceuscash.com pdqtelehealth.com**
**caduceus4kids.com caduceusforwomen.com**
**caduceusspecialty.com**
**caduceusfamilyphysicians.com**

| | | **$0.00** | **$0.00** |
|---|---|---|---|

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                                                    | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **ETRC Credit** | Tax year | **$1,884,475.68** |
|---|---|---|

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(If known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

       **$1,884,475.68**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(If known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">Part 12:</td><td colspan="2">Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $501,737.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $188,440.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $918,247.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,884,475.68 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,502,899.68 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,502,899.68 |

**Fill in this information to identify the case:**

Debtor name **Caduceus Physicians Medical Group, a Professional Medical Corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:24-bk-11945-TA**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Backd** | Describe debtor's property that is subject to a lien | **$945,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1949 S 1-35 Frontage Rd
Austin, TX 78741**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**7/31/2024**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.2 | **Bank of the West** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3021 Yorba Linda Blvd.
Fullerton, CA 92831**

Creditor's mailing address

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**2653**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
| --- | --- | --- | --- | --- |
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **BMO Bank NA** | Describe debtor's property that is subject to a lien | $256,972.31 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**320 S. Canal Street
Chicago, IL 60606**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/27/17**

**Last 4 digits of account number**
**133**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **BMO Bank NA** | Describe debtor's property that is subject to a lien | $163,789.01 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**320 S. Canal Street
Chicago, IL 60606**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/12/2018**

**Last 4 digits of account number**
**158**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **BMO Bank NA** | Describe debtor's property that is subject to a lien | $90,000.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**320 S. Canal Street
Chicago, IL 60606**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**Creditor's email address, if known**

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/05/2004**

**Last 4 digits of account number**
**26**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **BMO Bank NA** | Describe debtor's property that is subject to a lien | $625,667.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**320 S. Canal Street**
**Chicago, IL 60606**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/27/2015**

**Last 4 digits of account number**
**109**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Buchalter** | Describe debtor's property that is subject to a lien | $325,341.00 | $325,341.00 |
|---|---|---|---|---|

Creditor's Name

**1000 Wilshire Blvd.**
**Ste. 1500**
**Los Angeles, CA**
**90017-1730**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.8 | CT Corp System | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**330 N. Brand Blvd., Ste 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**UCC Lien - Backd**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3226**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | CT Corp. System | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**330 N. Brand Bvld., Ste. 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3731**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Dell Financial Services LLC | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Mail Stop-PS2DF-23**
**One Dell Way**
**Round Rock, TX 78682**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 8

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**5931**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | **Despierta, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**244 Biscayne Boulevard N 4903**
**Miami, FL 33132**
Creditor's mailing address

Describe the lien
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6020**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.12 | **Hologic Capital** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 825736**
**Philadelphia, PA 19182-5736**
Creditor's mailing address

Describe the lien
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5719**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.13 | **LendSpark Corporation** | Describe debtor's property that is subject to a lien | **$945,000.00** | **$0.00** |
|---|---|---|---|---|

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|

Name

Creditor's Name

**2554 Gateway Road
Carlsbad, CA 92009**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**7/31/2024**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4431**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **McKesson Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**6651 Gate Parkway
Jacksonville, FL 32256**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1269**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Rise Health Services, Inc.** | **Describe debtor's property that is subject to a lien** | **$629,306.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**244 Biscayne Blvd
N 4903
Miami, FL 33132**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**08/18/22**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**109**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | TIAA Commercial Finance, Inc. | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10 Waterview Blvd.**
**Parsippany, NJ 07054**

Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6055**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$3,981,075.32** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Co.**<br>**Agent for Rise Health Services**<br>**251 Little Falls Drvie**<br>**Wilmington, DE 19808** | Line  **2.15** | |
| **CT Lien Solutions**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line  **2.2** | |
| **Hemar, Rousso & Heald LLP**<br>**Attn: Alexandra Rhim**<br>**15910 Ventura Blvd., 12th Fl**<br>**Encino, CA 91436** | Line  **2.3** | |
| **Hemar, Rousso & Heald LLP**<br>**Attn: Paul N. Andonian**<br>**15910 Ventura Blvd., 12th Fl**<br>**Encino, CA 91436** | Line  **2.4** | |

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**Hemar, Rousso & Heald LLP**
**Attn: Paul N. Andonian**
**15910 Ventura Blvd., 12th Fl**
**Encino, CA 91436**

Line __**2.5**__

**Incorporating Services Ltd.**
**Attn: Brooks Ferrett**
**3500 S. Dupont Hwy**
**Dover, DE 19901**

Line __**2.11**__

**UCC Direct Services**
**2727 Allen Parkway**
**Houston, TX 77019**

Line __**2.2**__

**Wolters Kluwer Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071**

Line __**2.10**__

**Wolters Kluwer Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209**

Line __**2.2**__

**Fill in this information to identify the case:**

Debtor name  **Caduceus Physicians Medical Group, a Professional Medical Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:24-bk-11945-TA**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Acosta, Joanna**<br>**3509 West Avenue**<br>**Fullerton, CA 92833** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Acosta, Joseph**<br>**15838 Hayland Street**<br>**La Puente, CA 91744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

45823

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Acuna, Emma** | *Check all that apply.* | | |
| | **460 Sunrise Rd** | ☐ Contingent | | |
| | **Perris, CA 92570** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Adachi, Kaitlyn** | *Check all that apply.* | | |
| | **124 North Tustin Avenue** | ☐ Contingent | | |
| | **Apt. B3** | ☐ Unliquidated | | |
| | **Anaheim, CA 92807** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Admire, Andrew** | *Check all that apply.* | | |
| | **7674 E. Big Canyon D** | ☐ Contingent | | |
| | **Anaheim, CA 92808** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Aglugub, Juliann Ferrice F.** | *Check all that apply.* | | |
| | **297 Duranzo Aisle** | ☐ Contingent | | |
| | **Irvine, CA 92606** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Aguilar, Belen**
**350 E. 59th Place**
**Los Angeles, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|

**Aguilar, Isabell**
**175 South Rio Vista Street**
**Anaheim, CA 92806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|

**Aguilar, Kimberly**
**123 Calle Amistad**
**Apt 9207**
**San Clemente, CA 92673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|

**Aguilar, Selene**
**351 S Clark St**
**Orange, CA 92868**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00

**Aguilar, Stephanie**
**3133 Triumph Lane #1**
**Ontario, CA 91764**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown

**Aguiniga, Isaiah Gregory**
**609 Giano Avenue**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00

**Aguirre, Cecilly**
**10865 Maybrooke Ave**
**Whittier, CA 90603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown

**Aguirre, Christina**
**266 Backs Ln**
**Apt B**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|---|
| | **Aguirre, Jim**<br>**4958 E Glenview Ave**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Ahmed, Roma**<br>**832 Las Palmas**<br>**Irvine, CA 92602** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Aldama, Elicia**<br>**1278 W. King Street**<br>**San Bernardino, CA 92401** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Aleman, Cheyanne**<br>**3466 Tipperary Way**<br>**Riverside, CA 92506** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alhankawi, Ahmad**
**8424 Wilson Ct.**
**Rancho Cucamonga, CA 91701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alicante, Christopher**
**9 Calle de Cabos**
**Pomona, CA 91766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Allec, Hannah**
**452 W. Columbia Ave**
**Pomona, CA 91768**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Allen, Kenesh**
**22702 Pacific Park D**
**Apt. P14**
**Aliso Viejo, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alvarez, Jennifer**
**546 Dora Guzman Ave**
**Apt. D**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alyssa Tonelli DO**
**6031 Calle Mirador**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Amador, Charles**
**6607 N. Figueroa Street**
**#7**
**Los Angeles, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Amador, Claudia**
**281 S Buena Vista Av**
**Apt 308**
**Corona, CA 92882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown**

**Anderson, Miya**
**5992 Kingsbriar Drive**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Anderson, Miya**
**5992 Kingsbriar Drive**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Anderson-landis, Terrye**
**3296 Wrightwood Dr.**
**Studio City, CA 91604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Antignolo, Stephanie**
**1220 N. Ravenna St.**
**Anaheim, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.31**

Priority creditor's name and mailing address
**Antunez, Alyssa**
**25520 River Bend Dr.**
**Apt. 5G**
**Yorba Linda, CA 92887**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**2.32**

Priority creditor's name and mailing address
**Arellano, Angelica**
**47 Ballantree**
**Rancho Santa Margarita, CA 92688**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**2.33**

Priority creditor's name and mailing address
**Arellano, Anissa**
**630 Lehigh Drive**
**Claremont, CA 91711**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**2.34**

Priority creditor's name and mailing address
**Arredondo, Yailene**
**17801 Calle Barcelon**
**Rowland Heights, CA 91748**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.35** Priority creditor's name and mailing address
**Arredondo-Ortega, Jenny**
**1312 S. Petal Pl**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.36** Priority creditor's name and mailing address
**Arroyo, Isabella**
**6579 Woodburn Lane**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.37** Priority creditor's name and mailing address
**Aschrafnia, Madina S.**
**95 Shadywood**
**Irvine, CA 92620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.38** Priority creditor's name and mailing address
**Avila, Alexis**
**3213 Topaz Lane**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.39** | Priority creditor's name and mailing address
**Avila, Erica**
**1117 De La Garza St**
**Apt. C**
**San Clemente, CA 92672**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**Ayad, Azza**
**21700 Thistledown Cr**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is: $0.00    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**Ayala, Giovanni**
**600 W. 3rd Street**
**Rialto, CA 92376**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**Ayala, Julissa**
**1250 E Superior Ave**
**#C**
**La Habra, CA 90631**

As of the petition filing date, the claim is: $0.00    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ayento, Kevin**
**16402 Fox Hollow Way**
**Chino Hills, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ayento, Kristina**
**16402 Fox Hollow Way**
**Chino Hills, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ayento, Kyle**
**16402 Fox Hollow Way**
**Chino Hills, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ayoub, Catherine**
**564 Mondale Street**
**Corona, CA 92879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Baez, Priscilla**
**3411 Grand Vista Park**
**#306**
**Riverside, CA 92503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Baklayan, Beatrice**
**3085 W. Fairmont Ave**
**Fresno, CA 93722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Balderas-Gallardo, Bianco**
**9795 Coalinga Ave**
**Montclair, CA 91763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Balderas-Gallardo, Luiza**
**9795 Coalinga Ave**
**Montclair, CA 91763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Bales, Kathleen**
**1001 S. Dewcrest Dr.**
**Anaheim, CA 92808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Ballesteros, Nancy**
**7048 Toledo Ct.**
**Huntington Beach, CA 92648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Baltazar, Gloria**
**1734 N. Rancho Ave**
**Colton, CA 92324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Banuelos, Chantal**
**1049 N. Glassell St**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.55** | Priority creditor's name and mailing address
**Barajas, Taviana**
**10398 Jurupa Rd.**
**Mira Loma, CA 91752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.56** | Priority creditor's name and mailing address
**Barnes, Delmetra**
**6440 Western Avenue**
**#A**
**Buena Park, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.57** | Priority creditor's name and mailing address
**Bartolo, Jessica**
**225 S. Acacia Ave**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.58** | Priority creditor's name and mailing address
**Belan, Melissa Ann**
**10395 Plumeria Ct., #3**
**Rancho Cucamonga, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|---|

**Bell, Angela**
**8182 Whitaker St**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Benton, Kellen**
**5815 E. La Palma, #124**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Berciano, Destenee**
**201 N. Wayfield St**
**Apt. 95**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Blanchard, Kailynn**
**25872 Paseo Pacifico**
**Moreno Valley, CA 92551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Blankenship, Erin**
**8990 19th Street, #392**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Bocinski, Jessica**
**5480 Copper Canyon**
**Unit F**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Bousmail, Leanne**
**25 Langford**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|---|

**Bouvier, Constance**
**4682 Warner Avenue**
**#A110**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.67** | Priority creditor's name and mailing address

**Bravo, Sophia**
**235 W Lincoln Ave**
**Apt 29**
**Orange, CA 92865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.68** | Priority creditor's name and mailing address

**Brissey, Olesya**
**27 Millstone**
**Irvine, CA 92606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.69** | Priority creditor's name and mailing address

**Brueggeman, Lauren**
**1220 Stonewall Circle**
**Westlake Village, CA 91361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.70** | Priority creditor's name and mailing address

**Buenrrostro, Estefania**
**2483 W. Chanticleur**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bui, Timothy**
**1613 W. Houston Ave**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bullock, Shaycole**
**11326 Dogwood Ct.**
**Fontana, CA 92337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Burnett, Melanie**
**1816 W. Glen Ave., #3**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Butorac, Matthew**
**1015 Hoartio Ave**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.75** | Priority creditor's name and mailing address

**Byard, Hope**
**14939 Weeks Drive**
**La Mirada, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address

**Cabezas, Jennifer**
**16836 Chaparral Ave.**
**Cerritos, CA 90703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address

**Cabrera Lopez, Alondra**
**343 S. Bedford Rd.**
**Apt. 28**
**Orange, CA 92868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address

**Calderon, Cayla**
**8641 Ouida Drive**
**Riverside, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.79

Priority creditor's name and mailing address
**Calderon, Jessica**
**1813 Newton Drive**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No

☐ Yes

---

2.80

Priority creditor's name and mailing address
**Calderon-Solis, Maria**
**12072 Acacia Ave**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

2.81

Priority creditor's name and mailing address
**Camerena, Jennifer**
**1906 W. 18th Street**
**Santa Ana, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

2.82

Priority creditor's name and mailing address
**Camero, Kylie**
**5243 Woodwind Lane**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Cameron, Michele** **13 Elm Via** **Anaheim, CA 92801** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Campbell, Cornelia** **3325 Jasper Rd** **#69** **Barstow, CA 92311** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Campos, Franki** **20042 Royal Oak Ct.** **Yorba Linda, CA 92886** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Canchola, Ashlyn Elisabeth** **4642 Brent Ct** **La Verne, CA 91750** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.87**
Priority creditor's name and mailing address
**Canez, Velvet**
**5034 N. Reeder Ave.**
**Covina, CA 91724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.88**
Priority creditor's name and mailing address
**Canonica, Lamoine**
**17802 Seminole Way**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.89**
Priority creditor's name and mailing address
**Carbajal, Diana**
**509 N. Bush St**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.90**
Priority creditor's name and mailing address
**Carbajal, Maria**
**509 N Bush St**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.91** | Priority creditor's name and mailing address

**Caro, Sara**
**1409 S. Baker Street**
**Santa Ana, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

| Date or dates debt was incurred | Basis for the claim:
**Former Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address

**Carranza, Elizabeth**
**9615 El Braso Dr**
**Whittier, CA 90603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address

**Carrasco, Saralinda**
**24950 Via Florecer**
**Mission Viejo, CA 92692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address

**Carrington, Ayanna**
**5700 Lochmoor Dr**
**Apt. 160**
**Riverside, CA 92507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Carter, Christina**
17060 Chicago Ave.
Yorba Linda, CA 92886

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Casias Cecilia**
1715 W. Robindale St
West Covina, CA 91790

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Castro, Elycia**
5590 Rumsey Drive
Riverside, CA 92505

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Castro, Leticia**
212 E. 1st Ave
#4
La Habra, CA 90631

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Castro, Marissa**
**2605 S. Bonview Ave**
**Ontario, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Castro, Valarie**
**1361 El Camino Real**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Causer, Courtney**
**10202 Kaimu Drive**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cepeda, Brisa**
**6025 Oak Meadow**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

**2.103**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|
| **Cereneche, Mary Tiffany**<br>**58 Herringbone**<br>**Irvine, CA 92620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee - Notice only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.104**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Cervantes, Evelyn**<br>**723 North Claudina Street**<br>**Anaheim, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.105**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Chacon, Brianna A**<br>**230 E. Pinehurst Ave**<br>**La Habra, CA 90631** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.106**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Chan, Julia**<br>**20485 Via Sonador**<br>**Yorba Linda, CA 92886** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.107**

Priority creditor's name and mailing address
**Chang, Rachel**
**851 N. Citrus Drvie**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.108**

Priority creditor's name and mailing address
**Chau, Christy**
**17406 Sta Isabel St**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.109**

Priority creditor's name and mailing address
**Chavez, Alejandra**
**1223 N. Lacy Street**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.110**

Priority creditor's name and mailing address
**Chavez, Maria Leticia**
**219 West Cliffwood Avenue**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.111** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Chiappone, Corine
206 Back Lane, Apt. A
Placentia, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.112** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Choi, Hannah
4901 El Rancho Verde
La Palma, CA 90623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.113** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Church, Sydney
11432 Lindale Street
Norwalk, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.114** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Cisneros, Kimberly
1250 Pontenova Ave
Hacienda Heights, CA 91745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.115** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Clark, Alicia**
**7806 E Margaret Ct**
**Anaheim, CA 92808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Clark-Griffin, Yolanda**
**5909 Lewis Ave**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Cole, Kristina**
**13444 N. Cook Ct.**
**Tustin, CA 92782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Conniff, Kira**
**4372 Avenida Rio Del Oro**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Contreras, Janice**
**3504 Matisse Circle**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Corbitt, Lucianna M**
**5101 E Marita Ln**
**B**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cortez, Norma**
**930 W. 7th St., #B**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cortez, Vanessa**
**1110 W. Walnut Street**
**Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.123** Priority creditor's name and mailing address

**Cozma, Rachel**
**1816 W. Hacienda Place**
**Irvine, CA 92620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.124** Priority creditor's name and mailing address

**Craig, Xandi J**
**1901 Commodore Rd.**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.125** Priority creditor's name and mailing address

**Crayton, Greshawnda**
**1894 South Westside Drive**
**#68**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.126** Priority creditor's name and mailing address

**Creech, Tara**
**6231 Fairlynn Blvd.**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|--------|-----------------------------------------------------------------------|------------------------|------------------|

Name

---

**2.127** | Priority creditor's name and mailing address
**Cuellar, Angelyn**
**10317 Gunn Ave**
**Whittier, CA 90605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.128** | Priority creditor's name and mailing address
**Cuellar, Lauren**
**10317 Gunn Ave**
**Whittier, CA 90605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.129** | Priority creditor's name and mailing address
**Cunningham, Linda**
**1539 East Taft Ave**
**Apt. B**
**Orange, CA 92865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.130** | Priority creditor's name and mailing address
**D'Agostino, Donna**
**P.O. Box 1695**
**Lake Havasu City, AZ 86405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|
| | **Daher, Michelle**<br>**16831 Aries Dr**<br>**Yorba Linda, CA 92886** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Damacia-Rodriguez, Jessica**<br>**9632 Parade St**<br>**Anaheim, CA 92804** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Dandan, Osman N**<br>**4392 Via Alegre**<br>**Yorba Linda, CA 92886** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Daniels, Brenda**<br>**6121 Salem Rd**<br>**Yorba Linda, CA 92887** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Davenport, Tammy**
**30311 Clear Water Drive**
**Sun City, CA 92587**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Davila, Marissa**
**11156 Kadota Ave**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**De Anda, Cristina**
**21462 Sterling Dr.**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**De Luna, Stephany**
**12210 Moline Drive**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Decamp, Taylor E.**
**34052 Doheny Park Rd**
**Spc 65**
**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Deimer, Kara**
**111 S. Lakeview Ave**
**Apt. C**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Del Tora, Joshua**
**4892 Torida Way**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Delligatta, Sydney**
**23960 Sanctuary Pkwy**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Deloya, Victoria**
**316 N. Gunther Place**
**Santa Ana, CA 92703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DeNicola, Gregg A**
**7548 Angel View Terr**
**Orange, CA 92869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**DeNicola, Mary**
**7548 E Angel View**
**Orange, CA 92869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**DeNicola, Nathaniel**
**7548 Angel View Terr**
**Orange, CA 92869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Densmore, Savannah**
**5771 Highland Ave**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Dewitt, Jessica**
**4642 E Greenwood Drive**
**Anaheim, CA 92807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Diaz Leal, Guadalupe**
**2521 E. Terrace Street**
**Apt. B**
**Anaheim, CA 92806**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Diaz, Laura**
**11771 Comstock Rd.**
**Garden Grove, CA 92840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.151**

Priority creditor's name and mailing address
**Diaz, Lupita**
**3910 E. Palm**
**Orange, CA 92869**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.152**

Priority creditor's name and mailing address
**Diaz, Paulina**
**508 E Wilhemina St**
**Apt D**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.153**

Priority creditor's name and mailing address
**Dingess, Rebecca**
**312 W. Whiting Ave**
**Fullerton, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.154**

Priority creditor's name and mailing address
**Doan, Tiffany**
**10860 El Paso Ave**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.155** | Priority creditor's name and mailing address

**Domokos, Erin**
**5441 Cherrylee Ln**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.156** | Priority creditor's name and mailing address

**Doucette, Danielle**
**100 E. MacArthur Blvd.**
**Apt. 146**
**Santa Ana, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.157** | Priority creditor's name and mailing address

**Dozier, Tarrie**
**404 E. 1st St., #413**
**Long Beach, CA 90802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.158** | Priority creditor's name and mailing address

**Dukes, Pamela Nina**
**5480 Copper Canyon**
**Unit F**
**Yorba Linda, CA 92887**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.159**

Priority creditor's name and mailing address
**Dulay, Harmanjot**
**16318 Los Coyotes**
**Fontana, CA 92336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.160**

Priority creditor's name and mailing address
**Eastwood, Julie-Ann**
**2868 N. Chauncey Ln**
**Orange, CA 92867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.161**

Priority creditor's name and mailing address
**Ebueng, Jasmin**
**2648 W. Ball Rd.**
**#155**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.162**

Priority creditor's name and mailing address
**Edquilang, Alycia**
**346 Plaza Paraiso**
**Chula Vista, CA 91914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.163** | Priority creditor's name and mailing address
**Effron, Allan**
**601-102 Holbrook**
**Long Beach, CA 90803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.164** | Priority creditor's name and mailing address
**Encizo, Sarena**
**2864 S. Sandpiper Ave**
**Ontario, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.165** | Priority creditor's name and mailing address
**Enriquez, Melanie**
**2760 Kelvin Ave**
**Apt. 3110**
**Irvine, CA 92614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.166** | Priority creditor's name and mailing address
**Eskandari, Alhan**
**50 Tarocco, Apt. 108**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.167** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Espiritu, Sheyanne**
**5940 Old Village Road**
**Yorba Linda, CA 92887**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.168** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Esquivel, Aylyn**
**17382 Dairyview Cir**
**Huntington Beach, CA 92647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.169** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Estrada Salas, Yvette**
**2512 Sarandi Grande**
**Hacienda Heights, CA 91745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.170** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Evora, Veronica**
**1704 E Harvard Pl**
**Unit A**
**Ontario, CA 91764**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fairclough, Jessica**
**2581 Redrock Drive**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Farran, Jan**
**15413 Spectrum**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Felipe, Amber**
**1048 S. Chantilly St**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Felter, Brenda**
**13727 Softwood Court**
**Corona, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Feregrino, Abigail**
**15851 Pasadena Ave**
**Apt. B6**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | $0.00 | $0.00 |
|---|---|---|---|

**Fernandez, Max**
**450 S. Loara St.**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | $0.00 | $0.00 |
|---|---|---|---|

**Fields, Britney**
**430 South Beach Blvd**
**#5**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | $0.00 | $0.00 |
|---|---|---|---|

**Fierbinteanu, Daniela**
**15 Half Moon Trail**
**Ladera Ranch, CA 92694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Fierro, Tammi**
**301 Josie Circle**
**#D**
**Placentia, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Figueroa, Yesenia**
**10822 Jean St**
**Anaheim, CA 92804**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fite, Allyson**
**1259 W. Rosewood Ct**
**#C**
**Ontario, CA 91762**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Fonseca, Kate**
**401 South Chatham Circle**
**Apt G**
**Anaheim, CA 92806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|---|

**Franklin, Tina**
**24711 Kings Pointe**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Frederick, Julia**
**18801 E. Joshua Street**
**Villa Park, CA 92861**

☐ Contingent
☐ Unliquidated
■ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Fuselier, Kimberly Kirton**
**18873 Dry Creek Rd**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Gabay, Mayan**
**817 S. Susan St**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
■ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Gabela, Jessica**<br>**1910 Viento Verano D**<br>**Diamond Bar, CA 91765** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Galinda, Christopher**<br>**3250 E. Elm St.**<br>**Brea, CA 92823** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Gallardo, Vanessa Marie**<br>**3926 Amistad**<br>**Pico Rivera, CA 90660** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Galvan, Elena**<br>**124 S. Ridgeway**<br>**#4**<br>**Anaheim, CA 92804** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.191** Priority creditor's name and mailing address

**Gano, Paula**
**638 S. Valley St**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.192** Priority creditor's name and mailing address

**Garcia Valencia, Rocio Violeta**
**4968 Bonita Dr**
**Huntington Beach, CA 92649**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.193** Priority creditor's name and mailing address

**Garcia Viviano, Yazmin**
**2283 N. Batavia St**
**Orange, CA 92865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.194** Priority creditor's name and mailing address

**Garcia, Adriana**
**18532 Tango Ave**
**Anaheim, CA 92808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | Unknown |
|---|---|---|---|---|---|

**Garcia, Alysa**
**10319 Maybrook Ave**
**Whittier, CA 90603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee - Notice only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes |

*Note: "No" checkbox is filled*

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Garcia, Jessica**
**2283 N. Batavia St**
**Orange, CA 92865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Former Employee** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Garcia, Jonathan**
**14831 Pinehaven Rd**
**Irvine, CA 92604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Former Employee** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Garcia, Laura**
**5772 Garden Grove Bl**
**#50**
**Westminster, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Former Employee** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.199** | Priority creditor's name and mailing address
**Garcia, Maria De Jesus**
**1181 S. Sunkist St.**
**#14**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address
**Garcia, Nathan**
**2302 Blueberry Ln**
**Santa Ana, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address
**Garcia, Nicole**
**212 S. Kramer Blvd**
**#607**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address
**Garcia, Stephanie**
**1401 S. Harbor Blvd**
**Apt F-16**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|

Name

---

**2.203** | Priority creditor's name and mailing address

**Garcia, Susana**
**2409 Deodar St**
**Santa Ana, CA 92705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.204** | Priority creditor's name and mailing address

**Garcia, Yaquelin**
**317 East La Palma Ave**
**Apt. 35**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.205** | Priority creditor's name and mailing address

**Garcia-Solis, Alexis**
**21525 Via Pepita**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.206** | Priority creditor's name and mailing address

**Gardea, Kissel**
**3035 Madison Ave**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.207** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Garica, Gaby**
**1602 Nisson Rd**
**Apt C5**
**Tustin, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.208** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Gastil, Morgan**
**1716 N Kellogg Dr**
**#A**
**Anaheim, CA 92807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.209** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Gauthier, Eva**
**14325 McNab Ave**
**#23**
**Bellflower, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.210** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Gharib, Zean-Amor**
**576 Armitos Place**
**Diamond Bar, CA 91765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.211** | Priority creditor's name and mailing address

**Giangrande, Erin**
**1925 Edwardson Cir**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.212** | Priority creditor's name and mailing address

**Giberson, Nichole**
**18700 Yorba Linda Blvd**
**#82**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.213** | Priority creditor's name and mailing address

**Gibson, Maricel**
**13200 Casa Linda Ln**
**#B**
**Garden Grove, CA 92844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.214** | Priority creditor's name and mailing address

**Gilbert, Wendy**
**89 Zinnia St**
**Ladera Ranch, CA 92694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.215** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00

**Goldsby, Megan**
**2568 Associated Rd**
**Apt. 4**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.216** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00

**Golembiewski, Amanda**
**150 W. Canada, #A**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00

**Gomez, Lourdes**
**10806 Milano Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00

**Gomez, Mia**
**203 Murica Aisle**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.219**

Priority creditor's name and mailing address
**Gonzales, Kaela**
**27715 Tamara Dr**
**Yorba Linda, CA 92887**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00        $0.00

---

**2.220**

Priority creditor's name and mailing address
**Gonzalez, Ivy**
**1494 S. Highland Ave**
**#204**
**Fullerton, CA 92832**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00        $0.00

---

**2.221**

Priority creditor's name and mailing address
**Gonzalez, Jackeline**
**393 Hamilton St**
**Apt. R1**
**Costa Mesa, CA 92627**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00        $0.00

---

**2.222**

Priority creditor's name and mailing address
**Gonzalez, Jayson Jesus**
**515 North Anna Drive**
**Apt H**
**Anaheim, CA 92805**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee - Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00        Unknown

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.223**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Gonzalez, Maily**
**1750 W. Lambert Rd**
**Space 43**
**La Habra, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.224**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Gonzalez, Nicole**
**851 W. 9th Street**
**Corona, CA 92882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.225**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Gonzalez, Norma**
**1706 W. Pine Street**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.226**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Gonzalez, Patsy**
**927 S. Standard Ave**
**#10**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.227** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Gonzalez, Sara**
**5815 E. La Palma**
**Space 306**
**Anaheim, CA 92807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Gonzalez-Ruiz, Jasmine**
**200 E Wakefield Ave**
**#2**
**Anaheim, CA 92802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Goodale, Jeffrey**
**21612 Cabrosa**
**Mission Viejo, CA 92691**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Goodale, Tristan**
**21612 Cabrosa**
**Mission Viejo, CA 92691**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.231** | Priority creditor's name and mailing address
**Green, Justin Carl**
**830 Hartford Lane**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.232** | Priority creditor's name and mailing address
**Greenberg, Victoria**
**18381 Iris Lane**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.233** | Priority creditor's name and mailing address
**Greene, Caroline**
**206 East Avenida Ramona**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.234** | Priority creditor's name and mailing address
**Greene, Margaret**
**206 East Avenida Ramona**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.235** | Priority creditor's name and mailing address
**Griffin, Allison**
**3996 Yellowstone Cir**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address
**Griffiths, Evianna**
**13900 Casimir Ave**
**Gardena, CA 90249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address
**Griman, Donna**
**14705 Libra Dr**
**La Mirada, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address
**Gritman, Alaiyah**
**14705 Libra Dr**
**La Mirada, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.239**

Priority creditor's name and mailing address

**Grossenbacher, Morgan**
**482 N. Shaffer St.**
**Orange, CA 92866**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.240**

Priority creditor's name and mailing address

**Guadarrama, Christina**
**1660 Via Pacifica**
**G212**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.241**

Priority creditor's name and mailing address

**Gue, Kirsten**
**18662 Buena Vista Ave**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.242**

Priority creditor's name and mailing address

**Guimaraes, Carolina**
**757 Oakcrest Avenue**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| | **Gully, Michelle**<br>**4685 Los Alamos Way**<br>**Unit A**<br>**Oceanside, CA 92057** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| | **Gutierrez Jose**<br>**712 S. Fernwood St.**<br>**#14**<br>**West Covina, CA 91791** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| | **Gutierrez, John**<br>**102 S. Flower Ave**<br>**Apt. B**<br>**Brea, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| | **Gutierrez, Tanya**<br>**1679 E. Orangethorpe**<br>**Apt. 418**<br>**Atwood, CA 92811** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.247** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Gutierrez, Yuliana**
**4610 W Roosevelt Ave**
**Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.248** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Guzman, Guadalupe J**
**960 E 6th Street**
**Pomona, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.249** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Ha, Lilly**
**10438 Morning Glory**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.250** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Haider, Fatema**
**19377 Steeplechase**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.251** | Priority creditor's name and mailing address
**Hainsworth, Katelyn**
**418 N. Main St, #315**
**Corona, CA 92878**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.252** | Priority creditor's name and mailing address
**Hall, Anna**
**2200 E. Ball Rd, #26**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.253** | Priority creditor's name and mailing address
**Hall, Michael D**
**6355 Golden Gate Dr**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.254** | Priority creditor's name and mailing address
**Hamid, Merwa**
**1303 Sun Dial Dr**
**Tustin, CA 92782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|

Name

---

**2.255** | Priority creditor's name and mailing address

**Hamilton, Adrianna**
**5815 E. La Palma Ave**
**Apt. 249**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.256** | Priority creditor's name and mailing address

**Hannon, Amanda**
**1275 N. Chrisden St.**
**M108**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.257** | Priority creditor's name and mailing address

**Harris, Kenyatta**
**7426 Cherry Ave**
**Ste 210-160**
**Fontana, CA 92336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.258** | Priority creditor's name and mailing address

**Hartmann, Aeli**
**7 Bridgewood**
**Irvine, CA 92604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.259** Priority creditor's name and mailing address

**Hasenberg, Juanita**
**6850 Coolidge Ave**
**Riverside, CA 92506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.260** Priority creditor's name and mailing address

**Haugt, Collin**
**3883 Buchanan St**
**Space 99**
**Riverside, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.261** Priority creditor's name and mailing address

**Helms, Madison**
**1420 Norwich Lane**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.262** Priority creditor's name and mailing address

**Henberger, Megan**
**25081 Leucadia St**
**Unit G**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number *(if known)* | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.263** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Henri, Robert**
1904 Olde School Rd
Oklahoma City, OK 73120

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.264** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Hernandez, Amy**
322 Baker St., #4
Placentia, CA 92870

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.265** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Hernandez, Cindy G**
309 N Mountain Ave
#16
Fullerton, CA 92831

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.266** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Hernandez, Elyssa**
4921 Shaw Lane
Yorba Linda, CA 92886

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
| --- | --- | --- | --- |
| | Name | | |

---

**2.267**

Priority creditor's name and mailing address

**Hernandez, Millie**
**1525 Plaza De Noche**
**Apt. 2**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.268**

Priority creditor's name and mailing address

**Hernandez, Nesly**
**14621 Red Hill Ave**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.269**

Priority creditor's name and mailing address

**Hernandez, Vanessa**
**3429 Canyon Crest Dri**
**Apt. 1D**
**Riverside, CA 92507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.270**

Priority creditor's name and mailing address

**Hernandez-Garcia, Johanna**
**506 Cantor**
**Irvine, CA 92620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Hernandez-Uriostigue, Pearl**
**124 N. Tustin Ave**
**Apt B4**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Former Employee** |

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.272 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Herrera, Slonne**
**6956 Channel Ct**
**Mira Loma, CA 91752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.273 | Priority creditor's name and mailing address | | $0.00 | Unknown |
|---|---|---|---|---|

**Herrera, Susan**
**514 E South St**
**#12**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.274 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Hickman, Kae-Shanna**
**738 W. La Jolla St**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hicks, Crystal**
**9424 Cedar St**
**#A**
**Bellflower, CA 90706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hills, Heather**
**1116 Skyline Drive**
**Laguna Beach, CA 92651**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hines, Donna**
**6342 Sunfield Ct**
**Riverside, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Holiness, Jeremiah**
**2610 Associated Road**
**Fullerton, CA 92835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Holland, Dyanna**
**3099 Ginger Ave., #A**
**Costa Mesa, CA 92626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Holloway, Trevor**
**317 16th St**
**#4**
**Huntington Beach, CA 92648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hong, Karen**
**24096 Pandora St**
**Lake Forest, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Hosseini, Hadeiah**
**51 Dartmouth Lane**
**Coto de Caza, CA 92679**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.283**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **Houck, Courtney**<br>**2514 Hidden Creek St**<br>**Corona, CA 92881** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.284**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|
| **Huber, Alexandra**<br>**3412 E Vine Ave**<br>**Orange, CA 92869** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee - Notice only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.285**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **Huizar, Stephanie**<br>**216 E. Vermont Ave**<br>**Anaheim, CA 92805** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.286**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **Hunt, Faith**<br>**4325 Pepper Ave**<br>**Yorba Linda, CA 92886** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.287**

Priority creditor's name and mailing address
**Huynh, Ha**
**10229 Boyd Dr**
**Tustin, CA 92782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.288**

Priority creditor's name and mailing address
**Huynh, Justeen**
**615 E. 3rd St., #226A**
**Pomona, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.289**

Priority creditor's name and mailing address
**Huynh, Tammy**
**11908 Egham Cir**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.290**

Priority creditor's name and mailing address
**Im, Pearl**
**20814 E. Crest Lane**
**Walnut, CA 91789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.291**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Special Procedures - Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.292**

Priority creditor's name and mailing address
**Irwin, Rebecca Louise**
**635 Ash Street**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.293**

Priority creditor's name and mailing address
**Israel, Desiree**
**20244 E. Arrow Hwy**
**Covina, CA 91724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.294**

Priority creditor's name and mailing address
**Italia, Prachi**
**2010 Viewridge Dr.**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.295** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Jacob, Reenu**
**17400 Majestic Cypre**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.296** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Jacobo, Yuleisy**
**7530 Rudell Road**
**Corona, CA 92881**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.297** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Jacobson, Jennifer**
**16301 Butterfield Ranch Rd**
**Unit 13303**
**Chino Hills, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.298** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Jagusiak, Aimee**
**1231 Chestnut**
**Orange, CA 92867**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **James, Aaron**<br>**1211 S. Palmetto Ave**<br>**Apt. B**<br>**Ontario, CA 91762** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jang, Rosie**<br>**2540 Royale Place**<br>**Fullerton, CA 92833** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jefferson, Monica**<br>**1627 Honeywood Ct.**<br>**Brea, CA 92821** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jenkins, Dylan**<br>**2631 E. Denise Ave**<br>**Orange, CA 92867** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jessen, Delanie**<br>**130 N. Princeton Ave**<br>**Fullerton, CA 92831** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jimenez, Claudia**<br>**1644 W. Mells Ln**<br>**Anaheim, CA 92802** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jimenez, Inez**<br>**214 S. Brookhurst Rd.**<br>**Apt. 4**<br>**Fullerton, CA 92833** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Johnson, Mackenzie**<br>**3099 W. Chapman Ave.**<br>**#252**<br>**Orange, CA 92868** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.307**

Priority creditor's name and mailing address

**Jorgensen, Lisa**
**1860 Rustridge Place**
**#203**
**Corona, CA 92881**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No

☐ Yes

---

**2.308**

Priority creditor's name and mailing address

**Kakpo-Moore, Senan**
**12862 Monte Vista Ave**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.309**

Priority creditor's name and mailing address

**Karabeg, Sara**
**50 Cornell**
**Apt. 25**
**Irvine, CA 92612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.310**

Priority creditor's name and mailing address

**Kaur, Jaspreet**
**17 Carriage Dr.**
**#17**
**Foothill Ranch, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.311** | Priority creditor's name and mailing address

**Keiser, Christina Ann**
**8276 Camino Alto Dr.**
**Riverside, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.312** | Priority creditor's name and mailing address

**Khan, Bisma**
**8207 Red Elk Dr.**
**Elk Grove, CA 95758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.313** | Priority creditor's name and mailing address

**Kharouf, Shahd**
**4715 Via De La Mula**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.314** | Priority creditor's name and mailing address

**Kharouf, Yahya**
**4715 Via De La Mula**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.315** | Priority creditor's name and mailing address
**Kim, Ashley**
**2261 W. Malvern Ave**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.316** | Priority creditor's name and mailing address
**King, Mackenzie**
**438 El Modena Ave**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.317** | Priority creditor's name and mailing address
**Knight, Kelly**
**306 Vista Trucha**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.318** | Priority creditor's name and mailing address
**Kotoff, Kelly**
**17808 Antherium Dr**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.319** | Priority creditor's name and mailing address
**Krepps-Hoffer, Cyndy**
**28051 Sheffield**
**Mission Viejo, CA 92692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.320** | Priority creditor's name and mailing address
**Kubo, Keller**
**1649 Tyler Drive**
**Fullerton, CA 92835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.321** | Priority creditor's name and mailing address
**Kuhlman, Kylee**
**18082 Heather Way**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.322** | Priority creditor's name and mailing address
**Kwok, Jackie**
**8771 Baywood Drive**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Kyle, Ella**
**5583 Pebble Beach Lane**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Kyle, Melissa**
**5583 Pebble Beach Lane**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lamb, Deanna**
**2075 N. Nordic**
**Orange, CA 92865**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lane, Jessica**
**4898 Via Alamed**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.327** | Priority creditor's name and mailing address

**Lau, Louis**
**802 Kilmarnock Way**
**Riverside, CA 92508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.328** | Priority creditor's name and mailing address

**Lech, Rebecca**
**711 S. Palamino Lane**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.329** | Priority creditor's name and mailing address

**Lee, Hye**
**8452 E. Altaview Dr**
**Orange, CA 92867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.330** | Priority creditor's name and mailing address

**Lee, Jamie**
**5435 Kingsport Dr**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.331** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Lee, Kaitlin**
**2875 Baxter**
**Tustin, CA 92782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.332** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Lee, Rylan**
**2618 Teresina Drive**
**Hacienda Heights, CA 91745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.333** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Lee, Yoobeen**
**13620 Kellwood Court**
**La Mirada, CA 90638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.334** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Leon, Celina**
**13648 Rockcrest Drive**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**LeRoy-Loge, Grace**
**25 Calle San Luis Re**
**Rancho Santa Margarita, CA 92688**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Levi, Scott**
**8623 E. Canyon Vista**
**Anaheim, CA 92808**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Levien, Alyssa**
**1123 Cleveland Way**
**Corona, CA 92881**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Lewis, Eric**
**3110 Ginger Ave., #C**
**Costa Mesa, CA 92626**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Limon, Rebecca**
**1896 Singingwood Ave**
**Pomona, CA 91767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Limonchi, Ryley**
**4715 Green Crest Dr.**
**Yorba Linda, CA 92887**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lindsey, Robin**
**29392 Ronea**
**Mission Viejo, CA 92692**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Liu, Annie**
**20470 Via Infanta**
**Yorba Linda, CA 92887**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.343** | Priority creditor's name and mailing address

**Lizarde, Tanya Lee**
**14705 Libra Dr**
**La Mirada, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.344** | Priority creditor's name and mailing address

**Loggins, Brittany**
**2206 E. 15th Street**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.345** | Priority creditor's name and mailing address

**Lomeli, Priscilla**
**150 S. Magnolia Ave.**
**Apt. 180**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.346** | Priority creditor's name and mailing address

**Lomeli, Sabrina**
**1224 W. Phillips Street**
**Ontario, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Longnecker, Joseph**
**129 Agate Ave**
**Newport Beach, CA 92662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lopez, Ashley**
**13011 16th Street**
**Chino, CA 91710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lopez, Elizabeth**
**130 W. Truslow Ave**
**Fullerton, CA 92832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lopez, Elizabeth**
**2219 S. Shelton St**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address
**Lopez, Laurie**
**362 1/2 W. Badillo St**
**Covina, CA 91723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.352** | Priority creditor's name and mailing address
**Lopez, Leytzia**
**320 N. Park Vista St**
**Apt. 57**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.353** | Priority creditor's name and mailing address
**Lopez, Mark**
**2552 E. Pearson Ave**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.354** | Priority creditor's name and mailing address
**Lopez, Perla**
**3133 Triumph Lane**
**Apt 2**
**Ontario, CA 91764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.355**

Priority creditor's name and mailing address
**Luisa, Arlene**
**2660 W. Ball Rd**
**Apt. 66**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.356**

Priority creditor's name and mailing address
**Lyons, Samantha**
**1850 Littler Lane**
**Corona, CA 92883**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.357**

Priority creditor's name and mailing address
**Magajes, Ryan**
**209 S. Leandro St**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.358**

Priority creditor's name and mailing address
**Magdaleno, Grisel**
**933 Redwood Ct**
**Corona, CA 92878**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.359**

Priority creditor's name and mailing address
**Mah, Alyxis**
**9612 Hightide Drive**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.360**

Priority creditor's name and mailing address
**Mai, Andy**
**2168 W. Victoria Ave**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.361**

Priority creditor's name and mailing address
**Mai, Marlene**
**594 S. Motif Street**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.362**

Priority creditor's name and mailing address
**Mallari, Marielle**
**13410 Herringbone Court**
**Valley Center, CA 92082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Manalo, Danica Marie**
**7694 E. Chesire Rod**
**Orange, CA 92867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Manriquez-Gonzales, Raquel**
**251 Kraemer Cir**
**Unit 131**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mansfield, Tanya**
**7701 Warner Ave**
**#A12**
**Huntington Beach, CA 92647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Maque, Kiara-Aleksy**
**339 W 4th Street**
**Stockton, CA 95206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.367**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Marroquin, Amanda** **642 W. Lime St.** **Inglewood, CA 90301** | ☐ Contingent ☐ Unliquidated ☑ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

**2.368**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Martella, Jasmine** **245 S. Gilbert St., #D** **Fullerton, CA 92833** | ☐ Contingent ☐ Unliquidated ☑ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

**2.369**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Martin, Caila** **28188 Moulton Pkwy** **Apt. 613** **Laguna Niguel, CA 92677** | ☐ Contingent ☐ Unliquidated ☑ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Former Employee** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

**2.370**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|
| **Martin, Rosendo** **203 S Echo St** **Anaheim, CA 92804** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee - Notice only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Martinez Murill, Nallely**
**15017 La Fonda Dr**
**La Mirada, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Martinez, Elizabeth**
**8853 Concord Ave**
**Riverside, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Martinez, Melissa**
**10346 Scott Ave**
**Whittier, CA 90603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Martinez, Rebecca**
**226 East H. St.**
**Ontario, CA 91764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.375**

Priority creditor's name and mailing address
**May, Amanda**
**5114 Vista Montana**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.376**

Priority creditor's name and mailing address
**May, Daniel L**
**5114 Vista Montana**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.377**

Priority creditor's name and mailing address
**Mayes, Robin**
**335 E Meadowbrook Ave**
**Orange, CA 92865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.378**

Priority creditor's name and mailing address
**McFarland, Donald**
**12921 Keith Pl**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.379** | Priority creditor's name and mailing address

**McGeough, Bailey**
**2971 East Ruby Drive**
**Apt A**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.380** | Priority creditor's name and mailing address

**McNichols, Nicole**
**5068 Lakeview Ave**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.381** | Priority creditor's name and mailing address

**McPhee Izabella**
**2000 Hillhaven Drive**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.382** | Priority creditor's name and mailing address

**Means, Ajanae**
**27418 Barcelona Dr.**
**Corona, CA 92883**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Medawar, Aida**
**4303 Archway**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|

**Medicare JE Part B Refunds**
**Noridian Health Care Solutions,**
**LLC**
**P.O. Box 511381**
**Los Angeles, CA 90051-7936**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Medina, Paola**
**1643 W. Dudley Ave**
**Apt. B**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Medrano, Alyssa**
**1018 Eastside Ave**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Mejia Osorio, Katia Del Carmen**
**523 S Peralta Hills**
**Unit B**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.388    Priority creditor's name and mailing address

**Mejia, Andrew**
**19162 Parkland St**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.389    Priority creditor's name and mailing address

**Mejia, Erika**
**5360 Silver Canyon Rd**
**Unit C**
**Yorba Linda, CA 92887**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.390    Priority creditor's name and mailing address

**Melendez, Elizabeth**
**2900 E. Lincoln Ave**
**Apt. 180**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.391** Priority creditor's name and mailing address

**Mendez, Joel**
**2130 W. Crescent Ave**
**#1084**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.392** Priority creditor's name and mailing address

**Mendoza, April**
**18860 Seabiscuit Run**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.393** Priority creditor's name and mailing address

**Mesino, Kenya**
**1619 E. Sycamore St**
**#6**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.394** Priority creditor's name and mailing address

**Meza, Serenna**
**5815 E. La Palma Ave**
**Apt. 279**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.395** | Priority creditor's name and mailing address

**Michaud, Nicole**
**740 Avenida Del Vista**
**Unit F**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.396** | Priority creditor's name and mailing address

**Mikhael, Marlin**
**14152 Flower Street**
**G14**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.397** | Priority creditor's name and mailing address

**Misca, Karina**
**1500 Cherry St**
**#5304**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.398** | Priority creditor's name and mailing address

**Misca, Nathan**
**1500 Cherry St**
**#5304**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.399**

Priority creditor's name and mailing address
**Moctezuma, Guadalupe**
**1295 E. Lincoln Ave**
**Apt. 35**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.400**

Priority creditor's name and mailing address
**Molina, Lisa**
**2870 N. Towne Ave**
**#004**
**Pomona, CA 91767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.401**

Priority creditor's name and mailing address
**Moline, Ashley E**
**2795 N. Galley St.**
**Orange, CA 92865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.402**

Priority creditor's name and mailing address
**Monros-Cintron, Jaedyn**
**2113 W. Dogwood Ave**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.403** Priority creditor's name and mailing address

**Montague, Elizabeth**
**2212 N. Derek Dr**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.404** Priority creditor's name and mailing address

**Montano, Amanda**
**29162 Crabapple**
**Lake Elsinore, CA 92530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.405** Priority creditor's name and mailing address

**Montejano, Antoinette**
**1476 Crownview Dr.**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.406** Priority creditor's name and mailing address

**Montelone, Grace**
**4485 Via El Molino**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Montes, Jacqueline**
**1873 Junipero Ave**
**Signal Hill, CA 90755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Moore, Amy**
**2108 Parkside**
**#269**
**Corona, CA 92879**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Moore, Jolie**
**25495 Budapest Ave**
**Mission Viejo, CA 92691**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Moore, Lina**
**16065 Red Coach Ln**
**Whittier, CA 90604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.411** Priority creditor's name and mailing address

**Mora, Nicole**
**10516 Grovedale Dr.**
**Whittier, CA 90603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.412** Priority creditor's name and mailing address

**Moreno, Kevin**
**16746 Glengray St.**
**La Puente, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.413** Priority creditor's name and mailing address

**Moreno, Sheila**
**8281 Garfield St**
**Riverside, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.414** Priority creditor's name and mailing address

**Mota, Alexa**
**2993 N Cottonwood St**
**Unit 7**
**Orange, CA 92865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Motley, Kristen**
**223 1/2 20th St**
**Newport Beach, CA 92663**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Muratella, Janet**
**21362 Beechwood Way**
**Lake Forest, CA 92630**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Murillo, Shaida**
**15017 La Fonda Dr**
**La Mirada, CA 90638**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Myers, Erin**
**1542 9th Ave**
**Hacienda Heights, CA 91745**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.419**

Priority creditor's name and mailing address
**Myers, Mason**
**353 Skywood Street**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.420**

Priority creditor's name and mailing address
**Naeve, Kelsey**
**5942 E. Calle Cedro**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.421**

Priority creditor's name and mailing address
**Nelson Perez, Krystal**
**140 West Orangethorpe Ave**
**#26**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.422**

Priority creditor's name and mailing address
**Nesheiwat, Hannah**
**6390 E Camino Grande**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.423** | Priority creditor's name and mailing address

**Nguyen, Britney**
**5655 Millstone Pl**
**Yorba Linda, CA 92887**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.424** | Priority creditor's name and mailing address

**Nguyen, Bryan**
**2011 Fairgreen Ave**
**Monrovia, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.425** | Priority creditor's name and mailing address

**Nguyen, Grace**
**1146 South Night Star Way**
**Anaheim, CA 92808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.426** | Priority creditor's name and mailing address

**Nguyen, Kelly**
**343 Deerfield Drive**
**Walnut, CA 91789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.427**

Priority creditor's name and mailing address
**Nguyen, Kevin**
**9201 Sheridan Drive**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.428**

Priority creditor's name and mailing address
**Nguyen, Nicholas**
**854 N Resh Street**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.429**

Priority creditor's name and mailing address
**Nibut, Adri-Anne**
**1817 W. Willow Ave**
**Orange, CA 92868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.430**

Priority creditor's name and mailing address
**Nieves, Ashly**
**5470 Olivewood Ave**
**#11**
**Riverside, CA 92506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|---|

**Nochimson, Chad**
**1524 East Cameron Way**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Nudtavuthtisit, Sutee**
**2629 Brookside Ave**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Nvarro, Miguel A**
**521 S. Lyon St**
**Appt. 112**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Nye, David**
**121 N. Kathryn Dr**
**#205**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.435** Priority creditor's name and mailing address

**Ochoa, Irene**
3054 S. Main St
Apt. 63B
Santa Ana, CA 92707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.436** Priority creditor's name and mailing address

**Ochoa, Sandra**
19351 Dairen St.
Rowland Heights, CA 91748

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.437** Priority creditor's name and mailing address

**Odum, Prospect**
9300 Esther St
Cypress, CA 90630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.438** Priority creditor's name and mailing address

**Olesya Brissey MD**
27 Millstone
Irvine, CA 92606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Olivares, Cesar**
**2733 W Carlton Pl**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Olivares, Eduardo**
**425 Annette Place**
**Corona, CA 92879**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Onofre, Claudia**
**1015 E. Imperial Hwy**
**Apt. A-2**
**Placentia, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Ornelas Reyes, Elizabeth**
**2190 Trafalgar Ave**
**Riverside, CA 92506**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ornelas, Cecilia**
**12831 Yorab Ave, #56**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Orozco, Jessica**
**21525 Via Pepita**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oschmann, Paula**
**5012 S. McCleve Way**
**#E**
**Ontario, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ossa, Stephanie**
**1816 Baywood Drive**
**Corona, CA 92881**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.447** | Priority creditor's name and mailing address
**Oyarzabal, Lesley**
**710 1/2 W Santa Ana**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.448** | Priority creditor's name and mailing address
**Pablo, Jazmin**
**717 W Bellevue Drive**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.449** | Priority creditor's name and mailing address
**Paez, Rubi**
**2306 W. Avalon Ave**
**Santa Ana, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.450** | Priority creditor's name and mailing address
**Pagan, Ashlee**
**13368 San Marcos Place**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.451**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|

**Pakdamanian, Kayvon**
**2209 Sageleaf Circle**
**Corona, CA 92882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.452**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|

**Parekh, Diya**
**1733 N Holbrook St**
**Anaheim, CA 92807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.453**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|

**Patel, Shital**
**3989 Peppertree Lane**
**Chino, CA 91710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.454**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Pavloff, Katharine**
**4631 Rhapsody Drive**
**Huntington Beach, CA 92649**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pearcy, Megan**
**5817 Via Romero**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pease, Dylan**
**20645 Via Veronica**
**Yorba Linda, CA 92887**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pena, Casandra**
**1672 Orchard Dr., #J**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Penkoff, Scott**
**28188 Moulton Pkwy**
**Apt. 1614**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Penning-Vasquez, Kellen**
1119 W. 10th Street
#N
Corona, CA 92882

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Peralta, Jessica**
4651 Via De La Luna
Yorba Linda, CA 92886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Perez, Adrien**
8865 Pico Vista Rd
Pico Rivera, CA 90660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Perez, Irene**
819 West Stevens Ave
Apt 6
Santa Ana, CA 92707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.463**

Priority creditor's name and mailing address
**Perez, Leticia**
**2601 N. Grand Ave**
**Apt 56**
**Fountain Valley, CA 92708**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.464**

Priority creditor's name and mailing address
**Perez, Maria**
**521 S. Lyon St.**
**Apt. 123**
**Santa Ana, CA 92701**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.465**

Priority creditor's name and mailing address
**Perez, Nicole**
**16941 Loijelton St**
**La Puente, CA 91744**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.466**

Priority creditor's name and mailing address
**Perez, Samantha**
**329 E. Bonnie Brae Ct**
**Ontario, CA 91764**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Perfecto, Amary-Gail Cabudol**
**39494 Val Vista Court**
**Murrieta, CA 92563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Perkins, Kristina**
**9194 Ethen Street**
**Cypress, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Perryman, Christina**
**16415 Lake Knoll Parkway**
**Riverside, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Peterson, Emily**
**29842 Longhorn Dr.**
**Sun City, CA 92587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.471** Priority creditor's name and mailing address

**Pettifer, Michael
1218 Sycamore Ave
Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.472** Priority creditor's name and mailing address

**Phillips, Sadie
816 S. Walnut Ave, #D
Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.473** Priority creditor's name and mailing address

**Pierre, Edwal
5022 Caspian Circle
Huntington Beach, CA 92649**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.474** Priority creditor's name and mailing address

**Pineda, Samantha
3663 Country Oaks
Loop Unit B
Ontario, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.475** | Priority creditor's name and mailing address

**Pisani, Audra**
**20515 Via Nopales**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.476** | Priority creditor's name and mailing address

**Pleasant, Melissa**
**502 Archwood Ct.**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.477** | Priority creditor's name and mailing address

**Ponzio, Dennis**
**326 S Whitestone Dr**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.478** | Priority creditor's name and mailing address

**Powell, Natalie**
**2721 Camellia Ct**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.479** | Priority creditor's name and mailing address
**Prado, Nanci**
**1544 E. Quincy Ave**
**Apt. A22**
**Orange, CA 92867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.480** | Priority creditor's name and mailing address
**Prescott, Naomi**
**512 W. Woodcrest Avenue**
**Fullerton, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.481** | Priority creditor's name and mailing address
**Prickett, Alishia**
**8312 Greenleaf Ave**
**Whittier, CA 90602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.482** | Priority creditor's name and mailing address
**Pulido, Haileigh**
**403 Blue Jay Drive**
**Brea, CA 92823**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.483** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Quezada, Brianna**
**1370 Cabrilo Park Dr.**
**Apt. A**
**Santa Ana, CA 92701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.484** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Rachall, Gaston**
**32302 Alipaz Street**
**Space 144**
**San Juan Capistrano, CA 92675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.485** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Rafique, Sara**
**1202 Devon Place**
**Diamond Bar, CA 91765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.486** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Rajendran, Noosheen**
**3818 Platt Way**
**Tustin, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Ramirez, Alexander**
**6963 Dublin Dr.**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: **Former Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Ramirez, Mikayla**
**12429 Spectrum**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: **Former Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Ramos, Cesar**
**16716 Glengray St.**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: **Former Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Randolph, Pamela**
**4476 Mimosa Dr.**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: **Former Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.491** | Priority creditor's name and mailing address

**Rangel, Elide**
**6150 Cripple Creek**
**Corona, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.492** | Priority creditor's name and mailing address

**Raya, Ana-Alicia**
**11430 Autum St**
**Adelanto, CA 92301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.493** | Priority creditor's name and mailing address

**Real, Kaitlyn**
**8043 E. Woodwind Ave**
**Orange, CA 92869**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.494** | Priority creditor's name and mailing address

**Reveles, Azucena**
**385 S. Vine St.**
**Apt. 247**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Reves, Sherry**
**4620 Avenida De Las Flores**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Reyes, Diana M.**
**5414 Passero Ave**
**Riverside, CA 92505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rigby, Laura**
**971 Hemingway Dr.**
**Corona, CA 92878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Rios, Jaqueline**
**1734 Bern Drive**
**Corona, CA 92882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.499** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Rivera, Adonnis**
**11903 Roseton Ave**
**Norwalk, CA 90650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.500** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Rivera, Stephanie**
**8448 E Kendra Loop**
**Orange, CA 92867**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.501** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Robles, Sarai**
**5127 East Marita Lane**
**Apt. B**
**Anaheim, CA 92807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.502** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Rodgriguez, Andria**
**6082 Fullteron Ave**
**Apt. 2**
**Buena Park, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.503**

Priority creditor's name and mailing address

**Rodriguez, Alexandra**
**1021 Lynwood Dr.**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.504**

Priority creditor's name and mailing address

**Rodriguez, Alicia**
**309 N. Mountain View**
**#7**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.505**

Priority creditor's name and mailing address

**Rodriguez, Emily**
**1742 Glenoaks Avenue**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.506**

Priority creditor's name and mailing address

**Rodriguez, Jennifer**
**529 E. 11th Street**
**Apt. J**
**Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Rodriguez, Jessica Rikki**
**132 S Cornell Ave**
**Fullerton, CA 92831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Rodriguez, Martha**
**13318 Heather Lee St**
**Eastvale, CA 92880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Roemer, Brooke**
**426 19th Street**
**Apt. 4**
**Huntington Beach, CA 92648**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Rogers, Nichole**
**2132 Brookhaven Ave**
**Placentia, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.511** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | **Unknown**

**Rojas, Nicole**
**9382 Shadowood Dr**
**Apt F**
**Montclair, CA 91763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.512** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | **$0.00**

**Roman, Abigail**
**30041 Tessier**
**#312**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.513** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | **Unknown**

**Roman, Raquel**
**7500 Crescent Ave**
**Apt 142**
**Buena Park, CA 90620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.514** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | **$0.00**

**Rosales, Flor**
**5071 E. Lomita Ave**
**Orange, CA 92869**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.515** | Priority creditor's name and mailing address

**Rosales, Marisol**
**12643 Dolly Ct**
**Corona, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.516** | Priority creditor's name and mailing address

**Rosca, Deborah**
**7700 Crocus Circle**
**Buena Park, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.517** | Priority creditor's name and mailing address

**Ross, Kieyera**
**510 McFadden Street**
**Unit A**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.518** | Priority creditor's name and mailing address

**Ross, Tamia**
**13135 Heacock Street**
**210**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.519** Priority creditor's name and mailing address
**Rubi, Ashley**
**3600 Crowell Ave**
**Riverside, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.520** Priority creditor's name and mailing address
**Ruegg, Nancy**
**236 S. Cambridge St**
**Orange, CA 92866**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.521** Priority creditor's name and mailing address
**Ruiz Chicas, Jemima Abigail**
**21146 Chesterbrook L**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.522** Priority creditor's name and mailing address
**Ruiz, Danielle**
**1295 E. Lincoln Ave**
**#45**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 | Unknown |
|---|---|---|---|---|
| | **Ruiz, Heather** **2200 North White Avenue** **#67** **Pomona, CA 91768** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee - Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Ruiz, Jayson** **11262 Cochran Ave** **Riverside, CA 92505** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Ruiz, Michelle Nicole** **3101 S. Bristol St.** **Apt. 104** **Santa Ana, CA 92704** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Ruiz, Stefani** **1295 E. Lincoln Ave** **Apt. 45** **Anaheim, CA 92805** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Former Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.527** Priority creditor's name and mailing address

**Russell, Jaime**
**8400 Edinger Ave**
**M204**
**Huntington Beach, CA 92647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.528** Priority creditor's name and mailing address

**Ryan, Paige**
**4374 Mahogany Circle**
**Orange, CA 92866**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.529** Priority creditor's name and mailing address

**Rylander, Emily**
**16530 Campesina Lane**
**Huntington Beach, CA 92649**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.530** Priority creditor's name and mailing address

**Saavedra, Sasha**
**8143 Hunter Green**
**Buena Park, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Saba, Syeda**
**5816 E. Lavender Ct.**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Saenz, Alma**
**1149 N. Mayfair Ave**
**#D**
**Anaheim, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Saenz, Kiersti**
**1381 S Walnut St**
**Unit 2604**
**Anaheim, CA 92802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Salazar, Jaimie Y**
**1319 Custoza Ave**
**Rowland Heights, CA 91748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.535** | Priority creditor's name and mailing address
**Salazar, Vanessa**
**24555 Ave De Marcia**
**#D**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.536** | Priority creditor's name and mailing address
**Samoff, Tiffany**
**17001 La Kenice Way**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.537** | Priority creditor's name and mailing address
**Sanchez, Eileen**
**1658 W. Orangewood**
**#A**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.538** | Priority creditor's name and mailing address
**Sanchez, Estela**
**510 Highland St**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Sanchez, Hector**
**13720 Sylmar Drive**
**Moreno Valley, CA 92553**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Sanchez, Maria**
**50 Via Serena**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Sanchez, Stephanie**
**6884 Lucero Way**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Sandoval, Angeline**
**7961 Lime Ave**
**Apt. 1**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.543**

Priority creditor's name and mailing address

**Sanguedolce, John**
**171 E. 18th Street**
**Apt. C1**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.544**

Priority creditor's name and mailing address

**Santiago Lopez, Azucena**
**339 Del Rio Way**
**Apt. 3**
**Vista, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.545**

Priority creditor's name and mailing address

**Sapien, Dana**
**13751 Gunter St**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.546**

Priority creditor's name and mailing address

**Sapien, Jessica**
**116 S. Topo Street**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.547** | Priority creditor's name and mailing address
**Sarabia, Christopher**
**13408 Heritage Way**
**Tustin, CA 92782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.548** | Priority creditor's name and mailing address
**Sathyaprakash, Smitha**
**27 Gladstone**
**Irvine, CA 92606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.549** | Priority creditor's name and mailing address
**Schmidt, Rachel**
**3010 Colt Way, #193**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.550** | Priority creditor's name and mailing address
**Selinske, Kristen**
**830 Sungrove Pl**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Servin, Andrea**
**1745 Vincente Ave**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Shah, Vrunda**
**2025 Tanforan Ave**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Shaikh, Talath**
**4742 Serrente Plaze**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Shannon, Shanice**
**10522 Santa Gertrude**
**Ave 12**
**Whittier, CA 90603**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.555** | Priority creditor's name and mailing address
**Shariff, Shabeena**
**4109 Temhurst Court**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.556** | Priority creditor's name and mailing address
**Shi, Alda**
**3612 W. Medici Lane**
**Inglewood, CA 90305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.557** | Priority creditor's name and mailing address
**Shihad, Kirstin**
**155 S Angelina Dr**
**Apt G182**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.558** | Priority creditor's name and mailing address
**Shinn, Miranda Virginia**
**1027 Lake Street**
**Huntington Beach, CA 92648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**2.559** | Priority creditor's name and mailing address

**Shu, Carolyn**
**1251 N Robwood Circle**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.560** | Priority creditor's name and mailing address

**Sierra, Andrew**
**4071 Lombardy Ave**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.561** | Priority creditor's name and mailing address

**Sison, Bryan**
**1035 Capen Ave**
**Diamond Bar, CA 91765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.562** | Priority creditor's name and mailing address

**Sitar, Andrea**
**2571 Riverside Te**
**Los Angeles, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.563** | Priority creditor's name and mailing address

**Smith, Teresa**
**8501 Sea Pines Place**
**TX 75072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.564** | Priority creditor's name and mailing address

**Sobral, Carlos**
**10291 Via Corta**
**Villa Park, CA 92861**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.565** | Priority creditor's name and mailing address

**Solis, Reyna**
**1103 De La Garza**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.566** | Priority creditor's name and mailing address

**Soomro, Aiman**
**2301 Cherokee Ave**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.567** | Priority creditor's name and mailing address
**Soriano, Dana**
**3219 Huntifield St.**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.568** | Priority creditor's name and mailing address
**Soto, Isabella**
**12219 Meadow Green R**
**Whittier, CA 90604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.569** | Priority creditor's name and mailing address
**Soto, Selina**
**6922 E Monaco Parkway**
**Orange, CA 92867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.570** | Priority creditor's name and mailing address
**Sotolongo, Daisy**
**20142 Milan Ct**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Spinks, Stephanie**
**166 Virgina Place, #B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Spivey, Ronisha**
**431 W. 21st St.**
**San Bernardino, CA 92405**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Stackpole, Alicia**
**3213 Gardenia Ln**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Stampwala, Shannon**
**5040 E. Tango Circle**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Stangl, Samantha**
**26 Billings ave**
**Beaumont, CA 92223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Su, Charlene**
**2733 E. Stearns St.**
**Brea, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Suarez, Marissa**
**1337 E. Verness St.**
**West Covina, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sukert, Kiersten**
**827 N. Adlena Dr.**
**Fullerton, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.579** | Priority creditor's name and mailing address
**Surjana, Firly**
23140 Newport Ln
Yorba Linda, CA 92887

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.580** | Priority creditor's name and mailing address
**Swanson, Jennifer**
14027 Lanning Dr
Whittier, CA 90605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.581** | Priority creditor's name and mailing address
**Swiney, Samantha**
847 Amigos Way
Norco, CA 92860

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.582** | Priority creditor's name and mailing address
**Syed, Sarosh**
1945 Dana Place
Fullerton, CA 92831

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.583**

Priority creditor's name and mailing address

**Talob, Brandon**
**23061 Archibald Avenue**
**Carson, CA 90745**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee - Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          Unknown

---

**2.584**

Priority creditor's name and mailing address

**Tamas, Denis Gabriel**
**2229 N. Lyon St.**
**Santa Ana, CA 92705**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

---

**2.585**

Priority creditor's name and mailing address

**Tan, Karren**
**20705 Kelfield Dr.**
**Walnut, CA 91789**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

---

**2.586**

Priority creditor's name and mailing address

**Tapia, Lizbeth**
**2531 E. Park Lane**
**Anaheim, CA 92806**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Tareen, Naureen**
**831 West Las Palmas Drive**
**Fullerton, CA 92835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |

**Tareen, Serene**
**1259 Providence Loop**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Tellez, Jasmine**
**1041 Cypress St**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Thometz, Kyler**
**6520 E. Deleon S**
**Long Beach, CA 90815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Thompson, Beth**
**1618 Kingham Way**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|---|

**Thompson, Diane**
**12001 Herman Drive**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Thompson, Kayla**
**2540 Country Hill Rd**
**Apt. 250**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Tigan, Amalia**
**7244 Fenway Drive**
**Apt. B**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tina, Allison**
**12591 Leroy Ave**
**Garden Grove, CA 92841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tiprigan, Simina**
**8331 Myrttewood Cr**
**Westminster, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Tiscareno, Reyna**
**6201 Shelly Drive**
**Huntington Beach, CA 92647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tonelli, Alyssa**
**6031 Calle Mirador**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.599** | Priority creditor's name and mailing address
**Toner, Alyssa**
**6031 Calle Mirador**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.600** | Priority creditor's name and mailing address
**Toner, Marcy**
**7900 E Woodsboro Ave**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.601** | Priority creditor's name and mailing address
**Torres, Alyssa**
**7900 E. Woodsboro Ave**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.602** | Priority creditor's name and mailing address
**Torres, Liliana**
**1745 Oak Knoll Drive**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.603** | Priority creditor's name and mailing address
**Torrez, Sandra**
**149 Rosslyn**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.604** | Priority creditor's name and mailing address
**Tran, Calvin**
**6262 Klamath Drive**
**Westminster, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.605** | Priority creditor's name and mailing address
**Tran-Kim, Diana**
**104 Measure**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.606** | Priority creditor's name and mailing address
**Trujillo, Vanessa**
**9256 Tarryton Ave**
**Whittier, CA 90605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|--------|-----------------------------------|-----------------------|------------------|
| | Name | | |

**2.607**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Turner, Chistina**
**785 S. Camino Grande**
**#5**
**Anaheim, CA 92807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.608**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Tydingco, Darla**
**40373 Jacob Way**
**Murrieta, CA 92563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.609**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Tyler, Kadey Michelle**
**7798 La Mesa Way**
**Buena Park, CA 90620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.610**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Uriostegui, Rayanna**
**6478 Gladiola St.**
**Corona, CA 92880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**US Treasury IRS**
**1973 North Rulon White Bldg.**
**Ogden, UT 84201-0062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Uytiepo, Olivia**
**33 Tortuga Cay**
**Aliso Viejo, CA 92656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Valadez, Maria**
**408 S. Dexter St.**
**La Habra, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Valadez, Maria**
**408 s. Dexter St.**
**La Habra, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.615**

Priority creditor's name and mailing address
**Valdez, Mike**
**1001 East Stearns Ave**
**Apt. 2**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.616**

Priority creditor's name and mailing address
**Valenzuela, Lesley**
**1191 N. West Street**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.617**

Priority creditor's name and mailing address
**Van Gerpen, Jennifer**
**2570 Lakeview Drive, #3**
**Eugene, OR 97408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.618**

Priority creditor's name and mailing address
**Vargas, Elizabeth**
**314 E. Santa Clara Ave**
**Santa Ana, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.619**

Priority creditor's name and mailing address
**Vazquez, Linda**
**1211 Henderson Way**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.620**

Priority creditor's name and mailing address
**Vejariel, Rebecca**
**685 Atlantic Ct**
**Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.621**

Priority creditor's name and mailing address
**Velazquez, Cindy**
**4861 Lincoln Ave**
**Space 37**
**Cypress, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.622**

Priority creditor's name and mailing address
**Venckus, Jacqueline**
**130 S. Avenida Felipe**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

**2.623** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Vergilio, Courtney**
**4641 Suite Dr.**
**Huntington Beach, CA 92649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.624** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Vertiz, Gabrielle**
**12271 Lambert Circle**
**Garden Grove, CA 92841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.625** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Victorian, Daniel**
**5185 Avenida de Kris**
**Yorba Linda, CA 92887**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.626** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Villalobos, Briana**
**17074 Los Angeles St.**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Villalobos, Priscilla**
**15702 Formby Drive**
**La Mirada, CA 90638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
■ Yes

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Villalobos-Rivas, Jessica**
**1511 N. French St.**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Villanueva, Estrella**
**327 N. Valley St.**
**Apt. 4**
**Anaheim, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Villapando, Marissa**
**10809 Fair Grove Ct.**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

**2.631** | Priority creditor's name and mailing address

**Vineyard, Cindy A**
**2231 Lochness Circle**
**Corona, CA 92881**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.632** | Priority creditor's name and mailing address

**Vineyard, Katie**
**2231 Lochness Circle**
**Corona, CA 92881**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.633** | Priority creditor's name and mailing address

**Vo, Judy**
**484 W Cromwell Ave**
**Clovis, CA 93611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.634** | Priority creditor's name and mailing address

**Waldron, Mariah**
**350 W. Central Ave**
**Unit 130**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.635** Priority creditor's name and mailing address

**Wallace, Sheree**
**6967 Vining Street**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.636** Priority creditor's name and mailing address

**Walters, Joshua**
**8421 E Amberwood St**
**Anaheim, CA 92808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.637** Priority creditor's name and mailing address

**Wanchan, Minlany**
**2300 Fan Palm Dr**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.638** Priority creditor's name and mailing address

**Watson-Balamoundo, Gina**
**225 N. Clark Street**
**Orange, CA 92868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
| --- | --- | --- | --- |
| | Name | | |

---

**2.639** Priority creditor's name and mailing address

**Weaver, Raymond**
**108 Grazie**
**Irvine, CA 92602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee - Notice only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    Unknown

---

**2.640** Priority creditor's name and mailing address

**Wee, Seo Yeon**
**14576 Elm Hill Lane**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.641** Priority creditor's name and mailing address

**Weidner, Anne**
**28201 Josefina**
**Mission Viejo, CA 92692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Former Employee**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.642** Priority creditor's name and mailing address

**Weinstein, Andrea**
**20450 Via Celestina**
**Yorba Linda, CA 92887**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee - Notice only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    Unknown

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.643**

Priority creditor's name and mailing address
**Weise, Zachary**
**5534 W. 78th St.**
**Los Angeles, CA 90045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.644**

Priority creditor's name and mailing address
**Wells, Nicole**
**8121 Coral Bell Way**
**Buena Park, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.645**

Priority creditor's name and mailing address
**Wendt, Erica**
**11381 Anegada St**
**Cypress, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.646**

Priority creditor's name and mailing address
**Wickersheim, Allison**
**2730 Wrangler Cir**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**2.647**

Priority creditor's name and mailing address
**Wier, Natalie**
**155 S. Angelina Dr**
**Apt. 211**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.648**

Priority creditor's name and mailing address
**Williams, Antoinette**
**2233 Martin Luther**
**Apt. B**
**Long Beach, CA 90806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.649**

Priority creditor's name and mailing address
**Williams, Mackenzie**
**2120 S. State College**
**#3077**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.650**

Priority creditor's name and mailing address
**Williams-Triplett, Patricia**
**P.O. Box 70152**
**Riverside, CA 92513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**2.651** | Priority creditor's name and mailing address

**Wilson, Julia**
**1942 Frederick St.**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.652** | Priority creditor's name and mailing address

**Wilson, Natalie**
**128 Crescent Bay Drive**
**Laguna Beach, CA 92651**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.653** | Priority creditor's name and mailing address

**Wiriadinata, Elizabeth**
**20330 Channing Lane**
**Yorba Linda, CA 92887**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.654** | Priority creditor's name and mailing address

**Wise, Jennifer**
**438 W. Wilshire Ave**
**Fullerton, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wong, Stephanie**
**18 Wild Rose Place**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wood, Lea**
**1305 S. Prospect Ave**
**Redondo Beach, CA 90277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Worden, Kirstin**
**331 S. Idaho St., #D**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wordlaw, Eric**
**8561 Heil Ave**
**Westminster, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Wright, Taliaanne**
**2076 N Rancho LaMerc**
**Covina, CA 91724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Wusstig, Madison**
**3007 Geraldo**
**San Clemente, CA 92673**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Wusstig, Monique**
**3007 Geraldo**
**San Clemente, CA 92673**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Wynn, Katrina**
**18135 Watson Way**
**Orange, CA 92866**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Yahya, Kharouf**
**4715 Via De La Mula**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Yan, Christopher**
**2624 E. Harper St**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Yanez, Ariadna**
**2500 S. Salta Street**
**Apt. 19**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Yarwood, Christina M.**
**155 N. Cross Creek**
**Unit E**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Yazdi, Donya**
**29256 Dean St.**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.668** Priority creditor's name and mailing address
**Ybarra, Brittany**
**9115 Edmaru Ave**
**Whittier, CA 90605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.669** Priority creditor's name and mailing address
**Yoo, Kristen**
**3255 E. Phillips Ct.**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.670** Priority creditor's name and mailing address
**Zavala, Julissa**
**2474 Monterey Penins**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Zavala, Priscilla**
**1225 West 8th Street**
**Space 86**
**Corona, CA 92882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Zbercea, Jessica**
**161 N. Dogwood St**
**Orange, CA 92869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Zelinski, Jessica**
**280 S. Highland Ave**
**#G**
**Placentia, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Zequiera, Noemy**
**7909 Stewart & Gray**
**#17**
**Downey, CA 90241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | Unknown |
|---|---|---|---|---|

**Zhou, Ji**
**20855 Porter Ranch Rd**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Allsize Self Storage**
**17357 Los Angeles St.**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Alyssa Tonelli DO**
**6031 Calle Mirador**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**American Alarm Systems, Inc.**
**P.O. Box 10520**
**Santa Ana, CA 92711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,120.01 |
|---|---|---|---|

**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.45 |
|---|---|---|---|

**Anda, Inc.**
**P.O. Box 748476**
**Atlanta, GA 30374-8476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Anthem Blue Cross Overpayment Rec.**<br>P.O. Box 73651<br>Cleveland, OH 44193-1177 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,766.00** |
|---|---|---|---|
| | **Anthony G. Bledin, MD, Inc.**<br>1851 Holser Walk<br>Suite 220<br>Oxnard, CA 93036-2626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |
|---|---|---|---|
| | **Aquatic Environments**<br>1580 E. Edinger Ave<br>Ste. B<br>Santa Ana, CA 92705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,168.77** |
|---|---|---|---|
| | **ASD Healthcare - Amerisourcebergen**<br>P.O. Box 100741<br>Pasadena, CA 91189-0741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,568.88** |
|---|---|---|---|
| | **Associated Gastroenterology Medical**<br>c/o Brian Riff MD<br>1211 W. La Palma, Ste. 306<br>Anaheim, CA 92801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,327.08** |
|---|---|---|---|
| | **AT&T**<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** internet (all locations) | |
| | Last 4 digits of account number **0220** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **Azita Mesbah, M.D.**<br>19391 De Vry Drive<br>Irvine, CA 92603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
**Bandin, Homar**
**1171 Paseo Grande**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000,000.00**

---

**3.14** Nonpriority creditor's name and mailing address
**Bankcard Center**
**P.O. Box 4021**
**Alameda, CA 94501-0421**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15** Nonpriority creditor's name and mailing address
**Bates Johnson Bldg, LTD**
**19742 MacArthur Bvld**
**#240**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$79,293.50**

---

**3.16** Nonpriority creditor's name and mailing address
**Bates Johnson Bldg., LTD - Chiron 1**
**19742 MacArthur Blvd.**
**#240**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.17** Nonpriority creditor's name and mailing address
**Bates Johnson Building LTD-105**
**19742 MacArthur Blvd.**
**#240**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** Nonpriority creditor's name and mailing address
**Bates Johnson Building, LTD - Chiro**
**19742 MacArthr Blvd.**
**#240**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.19** Nonpriority creditor's name and mailing address
**BBHealth Tech**
**5851 SW 97th Terrace**
**Fort Lauderdale, FL 33328**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329,822.77 |
|---|---|---|---|

**Buchalter**
**1000 Wilshire Blvd.**
**Ste. 1500**
**Los Angeles, CA 90017-1730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caduceus Medical Group**
**18200 Yorba Linda Blvd.**
**#111**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caduceus Physicians Medical Group**
**18200 Yorba Linda Blvd.**
**Suite 111**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  Shareholder Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,720.41 |
|---|---|---|---|

**Canon Financial Services**
**14904 Collections Center Dr.**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,441.92 |
|---|---|---|---|

**Canon Financial Services**
**15004 Collections Cetner Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,050.00 |
|---|---|---|---|

**CAPATA**
**28202 Cabot Rd.**
**Ste. 525**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.24 |
|---|---|---|---|

**Charter Communications**
**PO Box 60074**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  internet (main YL location)**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$453.00** |
|---|---|---|---|
| | **Chiron**<br>**19742 MacArthur Blvd.**<br>**Suite 125**<br>**Irvine, CA 92612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cigna Healthcare**<br>**Johnson & Roundtree**<br>**P.O. Box 2625**<br>**Del Mar, CA 92014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.29** |
|---|---|---|---|
| | **City of Anaheim**<br>**201 S. Anaheim Blvd.**<br>**P.O. Box 3069**<br>**Anaheim, CA 92803-3069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **City of Yorba Linda - PDQ**<br>**4845 Casa Loma Ave.**<br>**Yorba Linda, CA 92886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$496.00** |
|---|---|---|---|
| | **CLIA Laboratory Progam**<br>**P.O. Box 3056**<br>**Portland, OR 97207-0275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **CNA Insurance**<br>**P.O. Box 74007619**<br>**Chicago, IL 60674-7619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,412.04** |
|---|---|---|---|
| | **Complete Office**<br>**P.O. Box 631935**<br>**Cincinnati, OH 45263-1935** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Cooperative of American Physicians**<br>P.O. Box 511628<br>Los Angeles, CA 90051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **COTIVITI**<br>P.O. Box 952366<br>Saint Louis, MO 63195-2366 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,200.00 |
|---|---|---|---|
| | **Cross Country Locums**<br>P.O. Box 277185<br>Atlanta, GA 30384-7185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.52 |
|---|---|---|---|
| | **CyraCom International, Inc.**<br>P.O. Box 71012<br>Chicago, IL 60694-1012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,205.67 |
|---|---|---|---|
| | **David Flood, M.D.**<br>4510 Alhambra Street<br>San Diego, CA 92107-4019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.71 |
|---|---|---|---|
| | **DeliverHealth Solutions LLC - Nuanc**<br>Lockbox 1378<br>Carol Stream, IL 60132-1378 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,355.00 |
|---|---|---|---|
| | **Dell Financial Services**<br>P.O. Box 6547<br>Carol Stream, IL 60197-6547 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **9001** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,913.00 |
|---|---|---|
| **Dennis Ponzio, M.D.**<br>**326 Whitestone Dr.**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,842.00 |
|---|---|---|
| **Diagnostic Monitor Software**<br>**P.O. Box 3109**<br>**Stateline, NV 89449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.40 |
|---|---|---|
| **Docu-Trust**<br>**145 East Mill Street**<br>**San Bernardino, CA 92408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,654.00 |
|---|---|---|
| **Everbank NA**<br>**P.O. Box 41046**<br>**Jacksonville, FL 32203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **7834** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,349.00 |
|---|---|---|
| **Everbank NA**<br>**P.O. Box 41046**<br>**Jacksonville, FL 32203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **9174** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,435.00 |
|---|---|---|
| **Everbank NA**<br>**P.O. Box 41046**<br>**Jacksonville, FL 32203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **8381** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,597.00 |
|---|---|---|
| **Everbank NA**<br>**P.O. Box 41046**<br>**Jacksonville, FL 32203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **7238** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Everbank NA**
P.O. Box 41046
Jacksonville, FL 32203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5932**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.64 |
|---|---|---|---|

**Experian Health, Inc. - Passport**
P.O. Box 846133
Los Angeles, CA 90084-6133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,292.50 |
|---|---|---|---|

**Felix Gaw, M.D., Inc.**
2674 E. Vista Ridge Dr.
Orange, CA 92867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,520.40 |
|---|---|---|---|

**Form MD 360**
26691 Plaza Drive
Suite 200
Mission Viejo, CA 92691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Franklin, Catherine**
112 Abba Way
Taylors, SC 29687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,336.00 |
|---|---|---|---|

**Gaitan, Raymond**
1855 W. Katella Ave
Suite 365
Orange, CA 92867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,173.19 |
|---|---|---|---|

**Gastrointestinal and Liver Con.**
2621 S. Bristol Street
#202
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Genzyme Biosurgery**
**62665 Collectoins Center Dr.**
**Chicago, IL 60693-0626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,568.54**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Glenneyre LLC**
**327 Third Street**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,975.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Greenway Health**
**P.O. Box 203658**
**Dallas, TX 75320-3658**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Gregg DeNicola**
**7548 Angel View Terrace**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Grobstein Teeple LLP**
**Howard Grobstein, CRO**
**23832 Rockfield Blvd., Ste 245**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Health Net of CA Refunds**
**File #056527**
**Los Angeles, CA 90074-6527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$756.18**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Health Promotions Now**
**1270 Glen Ave.**
**Moorestown, NJ 08057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$339.41**

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|
| | HM Medical, Inc.<br>500 Superior Ave.<br>#330<br>Newport Beach, CA 92663 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.59 |
|---|---|---|---|
| | HMS<br>P.O. Box 952366<br>Saint Louis, MO 63195-2366 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | Hojjat, Houmehr<br>7 Morning View<br>Irvine, CA 92603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,098.00 |
|---|---|---|---|
| | Hologic Capital<br>P.O. Box 825736<br>Philadelphia, PA 19182-5736 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __3968__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Humana Military TRICARE East Refund Underwritten Recoup<br>P.O. Box 8967<br>Madison, WI 53708-8967 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | Indeed, Inc.<br>Mail Code 5160<br>P.O. Box 660367<br>Dallas, TX 75266-0367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,197.02 |
|---|---|---|---|
| | Iron Mountain Records Mgmt<br>P.O. Box 601002<br>Pasadena, CA 91189-1002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,461.03** |
| | **James L. Pearle, MD** | ☐ Contingent | |
| | **P.O. Box 157** | ☐ Unliquidated | |
| | **Corona Del Mar, CA 92625** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,280.67** |
| | **Kelvin Nguyen, DPM** | ☐ Contingent | |
| | **10091 Northampton Ave.** | ☐ Unliquidated | |
| | **Westminster, CA 92683** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Kristen yoo** | ☐ Contingent | |
| | **3255 E. Phillips Ct.** | ☐ Unliquidated | |
| | **Brea, CA 92821** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.99** |
| | **Laz Technologies** | ☐ Contingent | |
| | **3410 La Sierra Ave** | ☐ Unliquidated | |
| | **Ste. F279** | ☐ Disputed | |
| | **Riverside, CA 92503** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,830.92** |
| | **Leslie Shokes, M.D.** | ☐ Contingent | |
| | **2703 N. Bristol St.** | ☐ Unliquidated | |
| | **H-2** | ☐ Disputed | |
| | **Santa Ana, CA 92706** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Marcy Toner** | ☐ Contingent | |
| | **7900 E. Woodsboro Ave** | ☐ Unliquidated | |
| | **Anaheim, CA 92807** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,643.40** |
| | **Mark M. Chung MD** | ☐ Contingent | |
| | **12393 Andy Street** | ☐ Unliquidated | |
| | **Cerritos, CA 90703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Martha Rodriguez**
**13318 Heather Lee St.**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,702.02 |
|---|---|---|---|

**McKesson Medical Surgical**
**P.O. Box 51020**
**Los Angeles, CA 90051-5320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.97 |
|---|---|---|---|

**Medico**
**2201 E. Carson St.**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,890.05 |
|---|---|---|---|

**Merck & Co., Inc.**
**P.O. Box 94000**
**Palatine, IL 60094-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Meritain Health**
**1405 Xenium Lane N.**
**Ste 140**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249,811.00 |
|---|---|---|---|

**Michael Hall, M.D.**
**18200 Yorba Linda Blvd.**
**#250**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mohammad E. Rassouli MD**
**24976 Hollyberry Lane**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**3.83** Nonpriority creditor's name and mailing address

**Mutual of Omaha Ins.**
P.O. Box 33061
Amarillo, TX 79120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.84** Nonpriority creditor's name and mailing address

**Nextiva**
PO Box 207330
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  telephone system (all locations)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.85** Nonpriority creditor's name and mailing address

**OBGYN Care**
Attn: #12500N
P.O. Box 14000
Belfast, ME 04915

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.86** Nonpriority creditor's name and mailing address

**Office Ally**
P.O. Box 872020
Vancouver, WA 98687

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$359.55**

---

**3.87** Nonpriority creditor's name and mailing address

**Office Solutions**
23303 La Palma Ave
Yorba Linda, CA 92887

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32.11**

---

**3.88** Nonpriority creditor's name and mailing address

**Olesya Brissey MD**
27 Millstone
Irvine, CA 92606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.89** Nonpriority creditor's name and mailing address

**Optum Care Network - Monarch**
Attn: Prop 56 Overpayment MS 03
11 Technology Drive
Irvine, CA 92618

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

**3.90** | Nonpriority creditor's name and mailing address
**Orange Canyon Village**
**c/o LP Realty, Inc.**
**9900 Culver Blvd, #1A**
**Culver City, CA 90232**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,772.80**

---

**3.91** | Nonpriority creditor's name and mailing address
**Paul Jordan MD**
**9024 Chastain Park Dr.**
**Montgomery, AL 36117**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cad Shares__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.92** | Nonpriority creditor's name and mailing address
**Paul Jordan MD**
**9204 Chastain Park Dr.**
**Montgomery, AL 36117**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __YLFP Shares__

Is the claim subject to offset? ■ No ☐ Yes

**$11,164.66**

---

**3.93** | Nonpriority creditor's name and mailing address
**Paul Weinstein, MD**
**20450 Via Celestina**
**Yorba Linda, CA 92887**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.94** | Nonpriority creditor's name and mailing address
**Pfizer Inc.**
**P.O. Box 417510**
**Boston, MA 02241-7510**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,011.52**

---

**3.95** | Nonpriority creditor's name and mailing address
**Professional Billing Service of SC**
**P.O. Box 1449**
**Brea, CA 92822-1449**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.96** | Nonpriority creditor's name and mailing address
**Professional Communications Msg**
**105 Poplar Street**
**Erie, PA 16507**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known)    8:24-bk-11945-TA |
|---|---|---|
| | Name | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,253.01 |
|---|---|---|---|
| | **Quadient Finance USA, Inc.** | ☐ Contingent | |
| | P.O. Box 6813 | ☐ Unliquidated | |
| | Carol Stream, IL 60197-6813 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.08 |
|---|---|---|---|
| | **Quadient Leasing USA, Inc.** | ☐ Contingent | |
| | Dept. 3682 | ☐ Unliquidated | |
| | P.O. Box 123682 | ☐ Disputed | |
| | Dallas, TX 75312-3682 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.72 |
|---|---|---|---|
| | **Radiation Detection Co.** | ☐ Contingent | |
| | 3527 Snead Drive | ☐ Unliquidated | |
| | Georgetown, TX 78626 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **RADinfo Services** | ☐ Contingent | |
| | 43676 Trade Center Place | ☐ Unliquidated | |
| | Sterling, VA 20166 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,513.05 |
|---|---|---|---|
| | **Richard Wineland M.D.** | ☐ Contingent | |
| | 220 Buena Vida Dr. | ☐ Unliquidated | |
| | Unit 202 | ☐ Disputed | |
| | Brea, CA 92823 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Robert Borrowdale, MD** | ☐ Contingent | |
| | 23 Rutherford | ☐ Unliquidated | |
| | Irvine, CA 92602 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650,528.74 |
|---|---|---|---|
| | **Romanov Group LLC** | ☐ Contingent | |
| | c/o Vierergruppe Management Inc. | ☐ Unliquidated | |
| | 1932 E. Deere Ave., Ste. 150 | ☐ Disputed | |
| | Santa Ana, CA 92705 | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Packing House Yorba Linda - New** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Romanov Group LLC**
c/o Vierergruppe Management Inc.
1932 E. Deere Ave., Ste. 150
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Packing House Yorba Linda - PDQ

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Romanov Group LLC**
c/o Vierergruppe Management Inc.
1932 E. Deere Ave., Ste. 150
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Packing House Yorba Linda LLC - 201

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Romanov Group LLC**
c/o Vierergruppe Management Inc.
1932 E. Deere Ave., Ste. 150
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Packing House Yorba Linda LLC - BIM

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Romanov Group LLC**
c/o Vierergruppe Management Inc.
1932 E. Deere Ave., Ste. 150
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Packing House Yorba Linda LLC - TI

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosendo Martin**
203 S. Echo St.
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,295.00 |
|---|---|---|---|

**Safe Balance**
401 S. Old Woodward Ave.
Ste. 308
Birmingham, MI 48009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,310.00 |
|---|---|---|---|

**Sanofi Pasteur Inc.**
12458 Collection Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.111 | **Southern Calif. Endocrine Med. Grp**<br>**1310 W. Stewart Drive**<br>**Suite 215**<br>**Orange, CA 92868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,700.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.112 | **Southern California Edison**<br>**PO Box 600**<br>**Rosemead, CA 91771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$985.96** |
| | Date(s) debt was incurred _ | Basis for the claim:  **electricity (PDQ YL and Laguna locations)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.113 | **Spectrum Gas Products**<br>**2381 E. Winston Rd.**<br>**Anaheim, CA 92806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,600.70** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.114 | **Sysmex America, Inc.**<br>**28241 Network Pl.**<br>**Chicago, IL 60673-1282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.115 | **Systems Print & Mail**<br>**2990 Airway Ave.**<br>**Suite A**<br>**Costa Mesa, CA 92626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$608.79** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.116 | **TAB Answer Network**<br>**P.O. Box 10440**<br>**Santa Ana, CA 92711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$279.81** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.117 | **TechMD**<br>**P.O. Box 5**<br>**Endicott, NY 13761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,362.49** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,367.17 |
|---|---|---|---|
| | **Torrez Trucking, Inc.**<br>**190 E. Crowther Ave.**<br>**Suite B**<br>**Placentia, CA 92870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,980.14 |
|---|---|---|---|
| | **Veolia ES Tech Solutions LLC**<br>**P.O. Box 102296**<br>**Pasadena, CA 91189-2296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Verizon**<br>**P.O. Box 920041**<br>**Dallas, TX 75392-0041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468,354.35 |
|---|---|---|---|
| | **Vierergruppe Management Inc.**<br>**1932 East Deere Ave**<br>**Suite 150**<br>**Santa Ana, CA 92705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **YL Property Manager** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,616.00 |
|---|---|---|---|
| | **Weaver, Raymond**<br>**108 Grazie**<br>**Irvine, CA 92602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,498.93 |
|---|---|---|---|
| | **Wei Wah Kwok, M.D.**<br>**150 Laguna Rd.**<br>**Ste. A**<br>**Fullerton, CA 92835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **White Buffalo**<br>**333 9th Avenue**<br>**Hopkins, MN 55343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | Name | | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yvette Hatch**
**11012 Bent Tree Lane**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Hanna & Jarbo, PLC<br>33717 Woodward Avenue, Suite 560<br>Birmingham, MI 48009 | Line **3.109**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | TechMD<br>111 Grant Avenue<br>Suite 103<br>Endicott, NY 13760 | Line **3.117**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,578,488.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,578,488.76 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Caduceus Physicians Medical Group, a Professional Medical Corporation** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) **8:24-bk-11945-TA** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **office lease** | |
| | State the term remaining | **June 2027** | **908 North Rexford Drive LP**<br>**9900 Culver Blvd**<br>**Suite 1A**<br>**Culver City, CA 90232** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **401k advisor contract** | |
| | State the term remaining | **ongoing** | **Accelerate Retirement**<br>**120 Vantis Dr**<br>**Suite 400**<br>**Aliso Viejo, CA 92656** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | | **Adger, Jules**<br>**800 Laguna Rd**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **PEO contract for payroll and benefits** | |
| | State the term remaining | **annual auto renewal** | **ADP TotalSource**<br>**10200 Sunset Drive**<br>**Miami, FL 33173** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Aetna**<br>**21255 Burbank Blvd.**<br>**Suite 420**<br>**Woodland Hills, CA 91367** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ahlgren, Jeanette**<br>**3907 San Marcos Pl**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ahlgren, Terence**<br>**3907 San Marcos Place**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Altshuler, Amy**<br>**6216 Saddletree Ln**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Altshuler, Jeffrey**<br>**6216 Saddletree Lane**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ambrosius, Brooke** |
| | List the contract number of any government contract | | **17005 Walnut St** **Yorba Linda, CA 92886** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Anderson, Claron** |
| | List the contract number of any government contract | | **1433 Bryce** **Placentia, CA 92870** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Anderson, Deborah** |
| | List the contract number of any government contract | | **1433 Bryce Circle** **Placentia, CA 92870** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Anderson, Pamela** |
| | List the contract number of any government contract | | **1433 Bryce Circle** **Placentia, CA 92870** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Anthem Blue Cross of California** |
| | List the contract number of any government contract | | **P.O. Box  60007** **Los Angeles, CA 90060** |

| Debtor 1 | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | Anthony G. Bledin, M.D., Inc. |
| | List the contract number of any government contract | | **1851 Holser Walk**<br>**Suite 220**<br>**Oxnard, CA 93036-2626** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Anu, Penny |
| | List the contract number of any government contract | | **2192 Via Mariposa East**<br>**Unit G**<br>**Laguna Woods, CA 92637** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Armbruster, Alan |
| | List the contract number of any government contract | | **249 Calliope**<br>**Laguna Beach, CA 92651** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoin** | Assoc. Gastroenterology Med Grp |
| | List the contract number of any government contract | | **1211 W. LaPalma**<br>**Suite 306**<br>**Anaheim, CA 92801** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Atha, Mary G. |
| | List the contract number of any government contract | | **17527 Cerro Vista Dr**<br>**Yorba Linda, CA 92886** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Ayad, Azza** |
| | List the contract number of any government contract | | **21700 Thistledown Cr** **Yorba Linda, CA 92886** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Azita Mesbah, M.D., Inc.** |
| | List the contract number of any government contract | | **19391 De Vry Dr.** **Irvine, CA 92603** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Babcock, Sandra** |
| | List the contract number of any government contract | | **741 Linden Ln** **La Habra, CA 90631** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Bastieri, Paige** |
| | List the contract number of any government contract | | **2927 Cimmaron Lane** **Fullerton, CA 92835** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **office lease** | |
|---|---|---|---|
| | State the term remaining | **Dec 2026** | **Bates Johnson Building LTD** |
| | List the contract number of any government contract | | **19742 MacArthur Blvd** **Suite 240** **Irvine, CA 92715** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Beu, Brian**<br>**28825 Top of the World Drive**<br>**Laguna Beach, CA 92651** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Bigonger, Samantha**<br>**5112 Eureka Ave**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Blue Shield of California**<br>**P.O. Box  629017**<br>**El Dorado Hills, CA 95762-9017** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Boing, Tjomme A.**<br>**18340 Yorba Linda**<br>**Ste 107-104**<br>**Yorba Linda, CA 92886-2569** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Borges, Esther**<br>**435 Mountain Rd**<br>**Laguna Beach, CA 92651** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Borges, Michael**<br>**435 Mountain Road**<br>**Laguna Beach, CA 92651** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Bowen, Mary**<br>**5152 Stone Canyon Ave**<br>**Yorba Linda, CA 92886** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Brennan, Pamela A.**<br>**1138 E Little Dr**<br>**Placentia, CA 92870** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Bright, Lynn**<br>**5300 E Honeywood**<br>**Anaheim, CA 92807** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **Nov 2025** | |
| | List the contract number of any government contract | | **Brissey, Olesya**<br>**27 Millstone**<br>**Irvine, CA 92606** |

| Debtor 1 | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Brundahl, John R.**<br>**1143 Van Buren**<br>**Placentia, CA 92870** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Bruton, Catherine**<br>**511 Lido Pl**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Bruton, Kelly D.**<br>**511 Lido Pl**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Bull, Catherine A.**<br>**1429 E Barkley Ave**<br>**Orange, CA 92867** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Burton, Andrew**<br>**3911 Bryce CT**<br>**Chino, CA 91710** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Bye, Kathryn 1795 D Willow Woods Dr Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Cal Optima P.O. Box 11037 Orange, CA 92856** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Calabrese, John W. 425 Blumont st Laguna Beach, CA 92651** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Calkins, Jeffrey S. 5918 CALLE CEDRO Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Calkins, Katherine C. 5918 Calle Cedro Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Cannon, Danielle**<br>**3116 E Palm**<br>**Apt. 22**<br>**Fullerton, CA 92831** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carelon** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **independent physician association** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Carelon**<br>**12898 Towne Center Dr.**<br>**Cerritos, CA 90703** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Cartwright, Kimberly A.**<br>**13881 Dawson St**<br>**Room 212**<br>**Garden Grove, CA 92843** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Chien, Philip**<br>**20431 Via Celestina**<br>**Yorba Linda, CA 92887** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CHOC** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **independent physician association** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **CHOC** |
| | List the contract number of any government contract | | **1120 W. La Veta Ave., Suite 450** |
| | | | **Orange, CA 92868** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Christolini, Ben** |
| | List the contract number of any government contract | | **1563 Catalina Street** |
| | | | **Laguna Beach, CA 92651** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Christolini, Douglas** |
| | List the contract number of any government contract | | **1563 Catalina Street** |
| | | | **Laguna Beach, CA 92651** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Christolini, Teresa** |
| | List the contract number of any government contract | | **1563 Catalina** |
| | | | **Laguna Beach, CA 92651** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Cigna**<br>**400 N. Brand Blvd.**<br>**Suite 300**<br>**Glendale, CA 91203** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Clarke, Jonathan K.**<br>**25665 Triesta Way**<br>**Yorba Linda, CA 92887** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Clarke, Lauren**<br>**25665 Triesta Way**<br>**Yorba Linda, CA 92887** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Clarke, Romy E.**<br>**25665 Triesta Way**<br>**Yorba Linda, CA 92887** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Coffey, Anne T.**<br>**236 Rio Grande Ave**<br>**Placentia, CA 92870** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Cohen, Henry**<br>**17961 Brynmar Ln**<br>**Villa Park, CA 92861** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Coria, Jesse**<br>**1471 Morton Place**<br>**Los Angeles, CA 90026** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Corwin, Linda**<br>**864 North Snow Goose**<br>**Orange, CA 92869** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Crane, Donald S.**<br>**19702 Crestknoll Dr**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Crawford, Yolanda**<br>**960 S Country Glen Way**<br>**Anaheim, CA 92808** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Daher, Michelle L. 16831 Aries Drive Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Darnbrough, Paul 1725 Canard Ave Placentia, CA 92870** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **David Flood M.D. 4510 Alhambra Street San Diego, CA 92107-4019** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Decker, James W. 238 San Tropez Ct Laguna Beach, CA 92651** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **DeCuffa, Kimberly 16556 Brass Lantern Drive La Mirada, CA 90638-2702** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **DeCuffa, Raymond J.** |
| | List the contract number of any government contract | | **16556 Brass Lantern Drive** |
| | | | **La Mirada, CA 90638** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | **Apr 2025** | **Dell Computers** |
| | List the contract number of any government contract | | **P.O. Box 6547** |
| | | | **Carol Stream, IL 60197** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **Sept 2025** | **DeNicola, Nathaniel** |
| | List the contract number of any government contract | | **7548 Angel View Terr** |
| | | | **Orange, CA 92869** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Dotson, Joni** |
| | List the contract number of any government contract | | **3665 McKenzie Street** |
| | | | **Riverside, CA 92503** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Durflinger, John** |
| | List the contract number of any government contract | | **20202 Poplar Bluff Ct** |
| | | | **Yorba Linda, CA 92886-6820** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ekman, Lisa** |
| | List the contract number of any government contract | | **18735 Seabiscuit Run** |
| | | | **Yorba Linda, CA 92886** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ekman, Tom** |
| | List the contract number of any government contract | | **18735 Seabiscuit Run** |
| | | | **Yorba Linda, CA 92886** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Elizalde, Nancy C.** |
| | List the contract number of any government contract | | **24040 Nicole Way** |
| | | | **Yorba Linda, CA 92887** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Elizarraras Svoboda, Myra R.** |
| | List the contract number of any government contract | | **17853 Santiago Blvd 107-235** |
| | | | **Villa Park, CA 92861** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Estrada, Phillip A.** |
| | List the contract number of any government contract | | **PO BOX 2050** |
| | | | **190 Massive Rd** |
| | | | **Lake Arrowhead, CA 92352** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | **Apr 2027** | **Everbank** |
| | List the contract number of any government contract | | **P.O. Box 41046** **Jacksonville, FL 32203** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Fairclough, Jessica M.** |
| | List the contract number of any government contract | | **2581 Redrock Drive** **Corona, CA 92882** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Felix Gaw, M.D., Inc.** |
| | List the contract number of any government contract | | **2674 E. Vista Ridge Dr.** **Orange, CA 92867** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Fischer, Judy** |
| | List the contract number of any government contract | | **1604 Sherwood Village Circle** **Placentia, CA 92870** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Form MD 360** **26691 Plaza** |
| | List the contract number of any government contract | | **Suite 200** **Mission Viejo, CA 92691** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Foster, Carolyn D.** |
| | List the contract number of any government contract | | **5431 Jefferson St**<br>**Yorba Linda, CA 92886** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Foster, Harold E.** |
| | List the contract number of any government contract | | **5431 Jefferson St**<br>**Yorba Linda, CA 92886** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Fratzke, Barbara** |
| | List the contract number of any government contract | | **735 s paseo prado**<br>**Anaheim, CA 92807** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Frederickson, Jonel A.** |
| | List the contract number of any government contract | | **17861 Anna Marie Rd**<br>**Yorba Linda, CA 92886** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Freeman, Peter C.** |
| | List the contract number of any government contract | | **1070 MADISON PLACE**<br>**Laguna Beach, CA 92651-2805** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | **Less than 1 year** | **Friedowitz, Rhonda L.**<br>**5515 Camino Caluroso**<br>**Yorba Linda, CA 92887** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | **Less than 1 year** | **Fuhrmann, Robert O.**<br>**7332 Avenida Juarez**<br>**Anaheim, CA 92808-1005** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | **Less than 1 year** | **Galle, Natalie**<br>**1919 E. Birch Street**<br>**Apt. LL22**<br>**Brea, CA 92821** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | **Less than 1 year** | **Garduna, Jesse**<br>**668 Bridgeport Circle**<br>**Fullerton, CA 92833** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
| | State the term remaining | **ongoing** | **Gastrointestinal & Liver Cons.**<br>**2621 S. Bristol Street**<br>**Suite 200**<br>**Santa Ana, CA 92704** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **office lease** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Glenneyre, LLC**<br>**3150 Bristol St**<br>**Suite 500**<br>**Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gomez, Ashley**<br>**1281 N Walden Ln**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gomez, Aurora**<br>**1281 N Walden Lane**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gomez, Faron**<br>**1281 N Walden Lane**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gomez, Rodrigo**<br>**1281 N Walden Lane**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gordon, Michael F.**<br>**21098 Carlos Rd**<br>**Yorba Linda, CA 92887** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gordon, Michele**<br>**21098 Carlos Road**<br>**Yorba Linda, CA 92887** |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gotovac, Katie**<br>**5225 Minuet Lane**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **GOV?** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Gravette, Michelle**<br>**3907 San Marcos Pl**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Grismer, Luann**<br>**826 N Carew Drive**<br>**Placentia, CA 92870** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Grismer, Michael W.**<br>**826 N Carew Dr**<br>**Placentia, CA 92870** |
| | List the contract number of any government contract | | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Guzzo, Azita**<br>**571 S Paseo de Luna**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **Sep 2025** | **Hall, Michael D**<br>**6355 Golden Gate Dr**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Harms, Keith**<br>**17741 Weatherly Dr**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Harms, Nicolette** |
| | List the contract number of any government contract | | **17741 Weatherly Dr Yorba Linda, CA 92886** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hart, Steven W.** |
| | List the contract number of any government contract | | **17005 Walnut St Yorba Linda, CA 92886** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hause, Charles T.** |
| | List the contract number of any government contract | | **2424 Berkshire Way Placentia, CA 92870** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hause, Patricia** |
| | List the contract number of any government contract | | **2424 Berkshire Way Placentia, CA 92870** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Health Net** |
| | List the contract number of any government contract | | **P.O. Box 9040 Farmington, MO 63640** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Health Plans** |
| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **independent physician association** | |
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Healthsmart MSO Inc. fka UPI Well 5785 Corporate Ave. Cypress, CA 90630** |
| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Helm, Carmel 17042 Saga Drive Yorba Linda, CA 92886** |
| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Helm, Todd 17042 Saga Drive Yorba Linda, CA 92886** |
| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Henry, Michael 514 Comanche Drive Placentia, CA 92870** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Henry, Tracy L.** |
| | List the contract number of any government contract | | **514 Comanche Dr** |
| | | | **Placentia, CA 92870-1529** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hernandez, Cindy** |
| | List the contract number of any government contract | | **309 N Mountain View Pl** |
| | | | **Unit 16** |
| | | | **Fullerton, CA 92831** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hernandez, Crystal** |
| | List the contract number of any government contract | | **631 W Commonwealth Ave** |
| | | | **Apt B** |
| | | | **Fullerton, CA 92832** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hoegler, Addison** |
| | List the contract number of any government contract | | **19375 Shetland Lane** |
| | | | **Yorba Linda, CA 92886** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hoegler, Buffy M.** |
| | List the contract number of any government contract | | **17550 Monette Cir** |
| | | | **Yorba Linda, CA 92886** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hoegler, Rick**<br>**19375 Shetland Lane**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Hoegler, Zachary**<br>**19375 Shetland Lane**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | **Sep 2024** | **Hologic Capital**<br>**P.O. Box 825736**<br>**Philadelphia, PA 19182** |
| | List the contract number of any government contract | | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Honarkar, Pouran**<br>**831 Bluebird Canyon Ln**<br>**Laguna Beach, CA 92651** |
| | List the contract number of any government contract | | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Houmehr Hojjat**<br>**7 Morning View**<br>**Irvine, CA 92603** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
| --- | --- | --- | --- | --- |
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| --- | --- | --- | --- |
| | State the term remaining | **Less than 1 year** | **Hynes, Anthony** |
| | List the contract number of any government contract | | **267 Crescent bay Dr.** **Laguna Beach, CA 92651** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| --- | --- | --- | --- |
| | State the term remaining | **Less than 1 year** | **Hynes, India** |
| | List the contract number of any government contract | | **267 Crescent Bay Dr.** **Laguna Beach, CA 92651** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| --- | --- | --- | --- |
| | State the term remaining | **Less than 1 year** | **Jacob, Kenneth** |
| | List the contract number of any government contract | | **P.O. Box 28503** **Anaheim, CA 92809** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **ongoing** | **James L. Pearle, MD** |
| | List the contract number of any government contract | | **P.O., Box 157** **Corona Del Mar, CA 92625** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
| --- | --- | --- | --- |
| | State the term remaining | **Less than 1 year** | **Jeffries, Karen E.** |
| | List the contract number of any government contract | | **201 E Chapman Ave** **Apt. 22C** **Placentia, CA 92870** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Jenista, John T.**<br>**5949 Maycrest Ave**<br>**Corona, CA 92880** |
| | List the contract number of any government contract | | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Jenista, John W.**<br>**5949 Maycrest Avenue**<br>**Corona, CA 92880** |
| | List the contract number of any government contract | | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Jenista, Stacie M.**<br>**5949 Maycrest Ave**<br>**Eastvale, CA 92880** |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Johnson, Amanda K.**<br>**21596 Fernbrook**<br>**Mission Viejo, CA 92692** |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Johnson, Diane**<br>**21596 Fernbrook**<br>**Mission Viejo, CA 92692** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name | Middle Name        Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Johnson, Lawrence** |
| | List the contract number of any government contract | | **21596 Fernbrook** **Mission Viejo, CA 92692** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Judd, George R.** |
| | List the contract number of any government contract | | **725 San Juan Ln** **Placentia, CA 92870** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Judd, Lindi G.** |
| | List the contract number of any government contract | | **725 San Juan Ln** **Placentia, CA 92870** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Kammeier, Mark** |
| | List the contract number of any government contract | | **4096 Oceanview** **Orange, CA 92865** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Kanahele, Sandra R.** |
| | List the contract number of any government contract | | **5591 Club View Drive** **Yorba Linda, CA 92886** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **Kelvin Nguyen, DPM**<br>**10091 Northampton Ave.**<br>**Westminster, CA 92683** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Kempiak, Katherine E.**<br>**20021 Baywood Ct**<br>**Yorba Linda, CA 92886** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Kempiak, Richard**<br>**20021 Baywood Ct**<br>**Yorba Linda, CA 92886** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Kerns, Barry**<br>**17545 Cerro Vista**<br>**Yorba Linda, CA 92886** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **King, Donna**<br>**7819 E Viewrim Dr**<br>**Anaheim, CA 92808** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Kober, Kiesha |
| | List the contract number of any government contract | | 15175 Palisade St<br>Chino Hills, CA 91709 |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Kober, Michael |
| | List the contract number of any government contract | | 15175 Palisade St<br>Chino Hills, CA 91709 |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Koch, Louise |
| | List the contract number of any government contract | | 19795 Futura Dr.<br>Yorba Linda, CA 92886 |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Koch, Steven |
| | List the contract number of any government contract | | 19795 Futura Dr<br>Yorba Linda, CA 92886 |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Koeller, John |
| | List the contract number of any government contract | | 5962 Sandra Dr<br>Yorba Linda, CA 92886 |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Koeller, Sharon** |
| | List the contract number of any government contract | | **5962 Sandra Drive** **Yorba Linda, CA 92886** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Kotoff, Kelly** |
| | List the contract number of any government contract | | **17808 Antherium Dr** **Chino Hills, CA 91709** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Kretschmar, Nancy L.** |
| | List the contract number of any government contract | | **21155 Via Alisa** **Yorba Linda, CA 92887-2510** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Kretschmar, Thomas M.** |
| | List the contract number of any government contract | | **21155 Via Alisa** **Yorba Linda, CA 92887** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lane, Terry L.** |
| | List the contract number of any government contract | | **47 Egret Lane** **Aliso Viejo, CA 92656** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Laurich, Jenny S.**<br>**5781 Kingsbriar Dr**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Laurich, John**<br>**5781 Kingsbriar**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lausterer, Lori**<br>**26021 Blascos**<br>**Mission Viejo, CA 92691** |
| | List the contract number of any government contract | | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Leahy, Marianne**<br>**19861 Villager Circle**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lee, Mary M.**<br>**1514 Shaver Way**<br>**Placentia, CA 92870-2905** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Leslie Shokes, M.D., 2703 N. Bristol St. H-2 Santa Ana, CA 92706** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Letarte, Leo P. 2160 Via Mariposa E Unit B Laguna Woods, CA 92637** |
| | List the contract number of any government contract | | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Letarte, Nancy E. 2160 Via Mariposa E Unit B Laguna Woods, CA 92637** |
| | List the contract number of any government contract | | |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lewis, David 241 N Paseo Picaro Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lewis, Judith A. 875 Indian Head Ranch Road 1107 Borrego Springs, CA 92004** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lindner, Cheryl C.** |
| | List the contract number of any government contract | | **2357 N Bailey St** |
| | | | **Orange, CA 92867** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lindner, Ella M.** |
| | List the contract number of any government contract | | **2357 N Bailey St** |
| | | | **Orange, CA 92867** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lindner, Jeffrey A.** |
| | List the contract number of any government contract | | **2357 N Bailey St** |
| | | | **Orange, CA 92867** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lindner, Jeffrey A.** |
| | List the contract number of any government contract | | **2357 N. Bailey St** |
| | | | **Orange, CA 92867** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ling, Carson** |
| | List the contract number of any government contract | | **17741 Via Roma** |
| | | | **Yorba Linda, CA 92886** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ling, Julie**<br>**17741 Via Roma**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lopez, John**<br>**732 Tangerine Way**<br>**Fullerton, CA 92832** |
| | List the contract number of any government contract | | |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lowe, Rosalie A.**<br>**909 N Ford Ave**<br>**Fullerton, CA 92832** |
| | List the contract number of any government contract | | |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lowrance, Athalie D.**<br>**20232 Ave Puesta Del Sol**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Lowrance, David**<br>**20232 Avenida Puesta Del Sol**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.180.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Lysik, Mary F.
6566 Woodburn Ln
Yorba Linda, CA 92886

**2.181.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Lysik, Michael
6566 Woodburn Lane
Yorba Linda, CA 92886

**2.182.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Magargee, Judith L.
17032 Rancho Lane
Yorba Linda, CA 92886

**2.183.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Magee, Melissa
7 La Paloma
Dana Point, CA 92629

**2.184.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Margol, James E.
21175 Via Mariano
Yorba Linda, CA 92887

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.185.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Margol, Kristen**
**21175 Via Mariano**
**#B**
**Yorba Linda, CA 92887-1818**

**2.186.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Margol, Sharon M.**
**21175 Via Mariano**
**Yorba Linda, CA 92887**

**2.187.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Mc kinnell, Kathy L.**
**1918 Clemens Drive**
**Placentia, CA 92870**

**2.188.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Mckinnell, Robert**
**1918 Clemens Dr**
**Placentia, CA 92870**

**2.189.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**McNamara, Barbara**
**6362 Glendale Dr**
**Yorba Linda, CA 92886**

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Medi-Cal** |
| | List the contract number of any government contract | | **P.O. Box 15700** |
| | | | **Sacramento, CA 95852** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **healthplan contract** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Medicare** |
| | List the contract number of any government contract | | **P.O. Box 6775** |
| | | | **Fargo, ND 58108-6775** |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Meeker, Sherlene** |
| | List the contract number of any government contract | | **32052 Sea Island Dr** |
| | | | **Dana Point, CA 92629** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Meeker, Thomas R.** |
| | List the contract number of any government contract | | **32052 Sea Island Dr.** |
| | | | **Monarch Beach, CA 92629** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Mirahmadi, Hedieh** |
| | List the contract number of any government contract | | **20345 Via Sanlucar** |
| | | | **yorba linda, CA 92887** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Mohammad E. Rassouli MD**<br>**24976 Hollyberry Lane**<br>**Laguna Niguel, CA 92677** |
| | List the contract number of any government contract | | |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Mooney, Mark D.**<br>**8270 Ladyfern Ln**<br>**Anaheim, CA 92808** |
| | List the contract number of any government contract | | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Moore, John**<br>**24385 Via Leonardo**<br>**Yorba Linda, CA 92887-4925** |
| | List the contract number of any government contract | | |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Moreno, Carlyn V.**<br>**4911 Van Buren St**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Morines, Melanie**<br>**4865 Redfield Rd**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (*if known*)   **8:24-bk-11945-TA**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.200.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Moser, Jennifer
5374 E Cresthill Dr
Anaheim, CA 92807**

**2.201.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Moshfegh, Deanna L.
4612 Briarhill Dr
Yorba Linda, CA 92886**

**2.202.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Neiman, Denise
20436 VIA DON JUAN
Yorba Linda, CA 92886**

**2.203.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Neligan, Amelie
6431 N Cornet Circle
Anaheim, CA 92807**

**2.204.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Neligan, Esmee
6431 N Cornet Circle
Anaheim, CA 92807**

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.205.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Neligan, Jacob
6431 N. Cornet Circle
Anaheim, CA 92807

---

**2.206.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Neligan, Kerry
6431 N Cornet Circle
Anaheim, CA 92807

---

**2.207.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Neligan, Richard
6431 N. Cornet Circle
Anaheim, CA 92807

---

**2.208.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Nieman, Donna
3224 Peppertree Point
Chino Hills, CA 91709

---

**2.209.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Ohanesian, Edward
502 Brady Circle
Placentia, CA 92870

---

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Optum** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **independent physician association** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Optum**<br>**11 Technology Dr.**<br>**Irvine, CA 92618** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Ordorica, Eduardo**<br>**4216 Camphor Avenue**<br>**Yorba Linda, CA 92886** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Orgill, Michael G.**<br>**31355 PARDELLA LANE**<br>**Laguna Niguel, CA 92677** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | |
| | List the contract number of any government contract | | **Ortega, Jacob**<br>**2031 N. Derek Dr. 146**<br>**Fullerton, CA 92831** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Osajima, Yasuo Ron**<br>**5025 Via Lucia**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Osuna, Dolores T.**<br>**795 S Goldfinch Way**<br>**Anaheim Hills, CA 92807** |
| | List the contract number of any government contract | | |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Osuna, Felix**<br>**795 S Goldfinch Way**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Oviedo, James**<br>**4800 Tanglewood Ave**<br>**Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Patel, Rajendra**<br>**17184 Black Walnut Court**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Patel, Rita** |
| | List the contract number of any government contract | | **13600 Canyon Crest Way** |
| | | | **Corona, CA 92880-0300** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Paul Weinstein, MD** |
| | List the contract number of any government contract | | **20450 Via Celestina** |
| | | | **Yorba Linda, CA 92887** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Pavlak, Stephanie** |
| | List the contract number of any government contract | | **1817 2nd St** |
| | | | **Apt 22** |
| | | | **Duarte, CA 91010** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Pavlak, Victoria A.** |
| | List the contract number of any government contract | | **1123 E 4th Street** |
| | | | **Ontario, CA 91764** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Payne, Carolyn** |
| | List the contract number of any government contract | | **386 S Cameo Way** |
| | | | **Brea, CA 92823** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Payne, Douglas** |
| | List the contract number of any government contract | | **386  Cameo Way** |
| | | | **Brea, CA 92823** |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Petruk, Tom J.** |
| | List the contract number of any government contract | | **5605 Via De Campo** |
| | | | **Yorba Linda, CA 92887** |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Phillips, Andrew** |
| | List the contract number of any government contract | | **6612 Kameha Circle** |
| | | | **Yorba Linda, CA 92886** |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Phillips, Edmund** |
| | List the contract number of any government contract | | **5565 Vista Del Mar** |
| | | | **Yorba Linda, CA 92887** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Phillips, Laura** |
| | List the contract number of any government contract | | **6612 Kameha Circle** |
| | | | **Yorba Linda, CA 92886** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.230.**
State what the contract or lease is for and the nature of the debtor's interest: **Club Caduceus membership**

State the term remaining: **Less than 1 year**

List the contract number of any government contract: _____

Phillips, Vicki S.
5565 Vista Del Mar
Yorba Linda, CA 92887

---

**2.231.**
State what the contract or lease is for and the nature of the debtor's interest: **provider contract**

State the term remaining: **Sept 2025**

List the contract number of any government contract: _____

Ponzio, Dennis
326 S Whitestone Dr
Anaheim, CA 92807

---

**2.232.**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract: _____

**Prospect**

---

**2.233.**
State what the contract or lease is for and the nature of the debtor's interest: **independent physician association**

State the term remaining: **Less than 1 year**

List the contract number of any government contract:

Prospect Medical Group
600 City Parkway West
Suite 1000
Orange, CA 92868

---

**2.234.**
State what the contract or lease is for and the nature of the debtor's interest: **Club Caduceus membership**

State the term remaining: **Less than 1 year**

List the contract number of any government contract:

Radford, Denise
18551 Minuet Ln
Anaheim, CA 92807

---

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name       Middle Name        Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ray, Artie**<br>**18553 White Oak Dr**<br>**Yorba Linda, CA 92886-5355** |
| | List the contract number of any government contract | | |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Ray, Cathy**<br>**18553 White Oak Dr**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Reilly, Dwight**<br>**1536 E Commonwealth Ave**<br>**Fullerton, CA 92831** |
| | List the contract number of any government contract | | |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Reilly, Jennifer**<br>**1536 E Commonwealth Ave**<br>**Apt Q101**<br>**Fullerton, CA 92831** |
| | List the contract number of any government contract | | |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Reilly, LaVon**<br>**1536 E Commonwealth Ave**<br>**Fullerton, CA 92831** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.240.** State what the contract or lease is for and the nature of the debtor's interest — **specialist physician contract**

State the term remaining — **ongoing**

List the contract number of any government contract

Richard Wineland M.D.
220 Buena Vida Dr.
Unit 202
Brea, CA 92823

**2.241.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining

List the contract number of any government contract

Rinehart, Sheila M.
430 W Patwood Dr
La Habra, CA 90631

**2.242.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Rinehart, Thomas
430 W Patwood Dr
La Habra, CA 90631

**2.243.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Ritchie, Hayden
17761 Weatherly Dr
Yorba Linda, CA 92886

**2.244.** State what the contract or lease is for and the nature of the debtor's interest — **specialist physician contract**

State the term remaining — **ongoing**

List the contract number of any government contract

Robert Borrowdale, M.D.
23 Rutherford
Irvine, CA 92602

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Roberts, Linda** |
| | List the contract number of any government contract | | **1785 Palm Drive**<br>**Laguna Beach, CA 92651** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Roche, Dean** |
| | List the contract number of any government contract | | **841 Mesa View St**<br>**Upland, CA 91784** |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rodriguez, Martha C.** |
| | List the contract number of any government contract | | **13318 Heather Lee Street**<br>**Corona, CA 92880** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rodriguez, Vanessa** |
| | List the contract number of any government contract | | **13318 Heather Lee Street**<br>**Corona, CA 92880** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rogers, James P.** |
| | List the contract number of any government contract | | **15338 Cinnabar Ct**<br>**Chino Hills, CA 91709** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rogers, Merry T.** |
| | List the contract number of any government contract | | **15338 Cinnabar** |
| | | | **Chino Hills, CA 91709** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rohrs, Kimberly** |
| | List the contract number of any government contract | | **307 N Singingwood Unit 9 Apt I** |
| | | | **Orange, CA 92869** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **office lease** | |
|---|---|---|---|
| | State the term remaining | **Feb 2028** | **Romanov Group LLC** |
| | List the contract number of any government contract | | **520 Newport Center Drive Suite 480** |
| | | | **Newport Beach, CA 92660** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rose, Jennie C.** |
| | List the contract number of any government contract | | **4901 Casa Oro Dr** |
| | | | **Yorba Linda, CA 92886** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rose, Randal D.** |
| | List the contract number of any government contract | | **4901 Casa Oro Drive** |
| | | | **Yorba Linda, CA 92886** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rosen, Mitchell I.** |
| | List the contract number of any government contract | | **21240 Trail Ridge** **Yorba Linda, CA 92886** |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Rosendahl, Nik** |
| | List the contract number of any government contract | | **4131 Rosada ct** **Yorba Linda, CA 92886** |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **Oct 2025** | **Sathyaprakash, Smitha** |
| | List the contract number of any government contract | | **27 Gladstone** **Irvine, CA 92606** |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Saunders, Kyle** |
| | List the contract number of any government contract | | **6191 HICKORY DR** **Yorba Linda, CA 92887** |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Scheffel, Linda** |
| | List the contract number of any government contract | | **1130 Sheppard Dr.** **Fullerton, CA 92831** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.260.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Schrier, Wayne
1801 E Katella Ave
Apt. 4138
Anaheim, CA 92805

**2.261.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Schroeder, Norman
PO Box 2132
Yorba Linda, CA 92885

**2.262.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Schroeder, Virginia
Po Box 2132
Yorba Linda, CA 92885

**2.263.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Scifres, Mary
28825 Top of the World Drive
Laguna Beach, CA 92651

**2.264.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Scott, Bradley
5545 Via Perla
Yorba Linda, CA 92887-2470

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | 8:24-bk-11945-TA |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.265.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Scott, Deborah K.
5375 E Suncrest Rd
Anaheim, CA 92807

---

**2.266.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Scott, Roxanne
5545 VIA PERLA
Yorba Linda, CA 92887-2470

---

**2.267.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Shah, Pradip
6542 E Northview Dr
Anaheim, CA 92807

---

**2.268.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Shellhorn, Pamela E.
17032 La Kenice Way
Yorba Linda, CA 92886

---

**2.269.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

Shellhorn, Robert C.
17032 La Kenice Way
Yorba Linda, CA 92886

---

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Sherwood, Jeffrey** |
| | List the contract number of any government contract | | **165 Shorecliff Rd** **Corona Del Mar, CA 92625** |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Simmons, Brittany** |
| | List the contract number of any government contract | | **17995 Via Buena Vida** **Yorba Linda, CA 92886** |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Sink, Jan** |
| | List the contract number of any government contract | | **22345 Mission Hills Lane** **Yorba Linda, CA 92887** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Smith, Rebeccalee** |
| | List the contract number of any government contract | | **1228 S Country Glen Way** **Anaheim, CA 92808** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **Jun 2025** | **Sobral, Carlos** |
| | List the contract number of any government contract | | **10291 Via Corta** **Villa Park, CA 92861** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Soteres, William** |
| | List the contract number of any government contract | | **16651 Orange Drive** |
| | | | **Yorba Linda, CA 92886-2018** |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Sowersby, Gary T.** |
| | List the contract number of any government contract | | **1937 Saddle Drive** |
| | | | **Placentia, CA 92870** |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Sperling, Craig** |
| | List the contract number of any government contract | | **1709 Kanola Rd** |
| | | | **La Habra Heights, CA 90631** |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Sperling, Howard** |
| | List the contract number of any government contract | | **2022 Via Mariposa East** |
| | | | **Unit D** |
| | | | **Laguna Woods, CA 92637** |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Stanford, Robert j.** |
| | List the contract number of any government contract | | **1260 Vina Del Mar Ave** |
| | | | **Placentia, CA 92870** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Stanford, Theresa** |
| | List the contract number of any government contract | | **1260 Vina Del Mar Ave Placentia, CA 92870** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Stitt, Dawn M.** |
| | List the contract number of any government contract | | **60 Riviera Street Lehigh Acres, FL 33936** |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Stone, Bonnie** |
| | List the contract number of any government contract | | **4712 E Maychelle Dr. Anaheim, CA 92807** |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Svoboda, Jacob M.** |
| | List the contract number of any government contract | | **17853 Santiago Blvd 107-235 Villa Park, CA 92861** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Szczeblowski, Thomas J.** |
| | List the contract number of any government contract | | **17351 Glasgow Circle Yorba Linda, CA 92886** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Talwar, Gaurav**<br>**9627 Loma Street**<br>**Villa Park, CA 92861** |
| | List the contract number of any government contract | | |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **Apr 2026** | **Tareen, Naureen**<br>**831 West Las Palmas Drive**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **provider contract** | |
|---|---|---|---|
| | State the term remaining | **Feb 26** | **Tareen, Serene**<br>**1259 Providence Loop**<br>**Placentia, CA 92870** |
| | List the contract number of any government contract | | |

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Theobald, Glenn**<br>**3106 Briarwood Ct**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Theobald, Martha**<br>**3106 Briarwood Ct**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | **Jul 2025** | **TIAA** |
| | List the contract number of any government contract | | **P.O. Box 41046** **Jacksonville, FL 32203** |

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | **Jul 2025** | **TIAA** |
| | List the contract number of any government contract | | **P.O. Box 41046** **Jacksonville, FL 32203** |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | **Jun 2024** | **TIAA/Everbank** |
| | List the contract number of any government contract | | **P.O. Box 41046** **Jacksonville, FL 32203** |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | **Oct 2025** | **TIAA/Everbank** |
| | List the contract number of any government contract | | **P.O. Box 41046** **Jacksonville, FL 32203** |

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Titolo, Marie** |
| | List the contract number of any government contract | | **2518 Encina Way** **Laguna Beach, CA 92651** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.295.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Toner, Armando Jose**
**7900 E Woodsboro Ave**
**Anaheim, CA 92807**

---

**2.296.** State what the contract or lease is for and the nature of the debtor's interest — **healthplan contract**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**Tricare**
**P.O. Box 202112**
**Florence, SC 29502**

---

**2.297.** State what the contract or lease is for and the nature of the debtor's interest — **healthplan contract**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**United Healthcare**
**5701 Katella Ave.**
**Cypress, CA 90630**

---

**2.298.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**UPI Wellcare**

---

**2.299.** State what the contract or lease is for and the nature of the debtor's interest — **Club Caduceus membership**

State the term remaining — **Less than 1 year**

List the contract number of any government contract

**VanArsdale, Bruce**
**951 S Beach Blvd , J2082**
**La Habra, CA 90631**

---

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (if known) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **VanArsdale, Cynthia**<br>**951 S. Beach Blvd**<br>**Unit J2082**<br>**La Habra, CA 90631** |
| | List the contract number of any government contract | | |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Vineyard, Cindy A.**<br>**2231 Lochness Circle**<br>**Corona, CA 92881** |
| | List the contract number of any government contract | | |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Walker, Richard T.**<br>**5721 Blue Mist**<br>**Chino Hills, CA 91709** |
| | List the contract number of any government contract | | |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Warner, Minna**<br>**420 La Crescenta Drive Unit 417**<br>**Brea, CA 92823** |
| | List the contract number of any government contract | | |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Watanabe, BJ - Betti Jane F.**<br>**5025 Via Lucia**<br>**Yorba Linda, CA 92886** |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **specialist physician contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Wei Wah Kwok, M.D.** |
| | List the contract number of any government contract | | **150 Laguna Rd.** |
| | | | **Suite A** |
| | | | **Fullerton, CA 92835** |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Weisman, Diane** |
| | List the contract number of any government contract | | **4731 E Fairfield St** |
| | | | **Anaheim, CA 92807** |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Weisman, Wayne** |
| | List the contract number of any government contract | | **4731 E Fairfield St** |
| | | | **Anaheim, CA 92807** |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Welch, Susan** |
| | List the contract number of any government contract | | **1930 Kilmer Dr** |
| | | | **Placentia, CA 92870** |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Wells, Bruce** |
| | List the contract number of any government contract | | **226 Kauai Lane** |
| | | | **Placentia, CA 92870** |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Wells, Marianne W.<br>508 Tahoe<br>Placentia, CA 92870 |
| | List the contract number of any government contract | | |

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Whitmire, Kendra<br>641 VISTA BONITA<br>NEWPORT BEACH, CA 92660 |
| | List the contract number of any government contract | | |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Wright, Pam<br>22609 La Palma Ave<br>Unit 201<br>Yorba Linda, CA 92887 |
| | List the contract number of any government contract | | |

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Yakstas, John<br>4815 Via Del Buey<br>Yorba Linda, CA 92886 |
| | List the contract number of any government contract | | |

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | Young, James<br>25552 Aragon Way<br>Yorba Linda, CA 92887 |
| | List the contract number of any government contract | | |

| Debtor 1 | Caduceus Physicians Medical Group, a Professional Medical Corporation | | Case number (*if known*) | **8:24-bk-11945-TA** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | **Less than 1 year** | **Young, Leah** |
| | List the contract number of any government contract | | **25552 Aragon Way** |
| | | | **Yorba Linda, CA 92887** |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Club Caduceus membership** | |
|---|---|---|---|
| | State the term remaining | | **Zalatan, Susan** |
| | List the contract number of any government contract | | **3830 Avenida Del Presidente 24** |
| | | | **San Clemente, CA 92672** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Caduceus Physicians Medical Group, a Professional Medical Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:24-bk-11945-TA**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Gregg DeNicola** | **7548 E. Angel View Orange, CA 92869** | **BMO Bank NA** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Gregg DeNicola** | **7548 E. Angel View Orange, CA 92869** | **LendSpark Corporation** | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Gregg DeNicola** | **7548 E. Angel View Orange, CA 92869** | **Backd** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Caduceus Physicians Medical Group, a Professional Medical Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:24-bk-11945-TA**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$9,412,233.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$19,834,649.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$20,022,266.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **Caduceus Physicians Medical Group, a Professional**
**Medical Corporation**

Case number *(if known)*  **8:24-bk-11945-TA**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Romanov Group LLC**<br>**c/o Vierergruppe Management Inc.**<br>**1932 E. Deere Ave., Ste. 150**<br>**Santa Ana, CA 92705** | **Approximate<br>ly May 3,<br>2024** | **$197,683.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.2. **Grobstein Teeple LLP**<br>**23832 Rockfield Blvd.**<br>**Suite 245**<br>**Lake Forest, CA 92630** | **Approximate<br>ly May 3,<br>2024** | **$110,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Professional Fees** |
| 3.3. **Cooperative of American Physicians,**<br>**Inc.**<br>**P.O. Box 511628**<br>**Los Angeles, CA 90051** | **Approximate<br>ly May 3,<br>2024** | **$83,588.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Malpractice insurance** |
| 3.4. **Marshack Hays Wood LLP**<br>**870 Roosevelt**<br>**Irvine, CA 92602** | **Approximate<br>ly May 3,<br>2024** | **$83,476.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Professional fees** |
| 3.5. **Greenway Health**<br>**P.O. Box 203658**<br>**Dallas, TX 75320-3658** | **Approximate<br>ly May 3,<br>2024** | **$7,591.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Koinonia Medical Management**<br>**7548 E. Angel View**<br>**Orange, CA 92869** | **Approximate<br>ly May 3,<br>2024** | **$74,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Consulting** |
| 3.7. **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90086** | **Approximate<br>ly May 3,<br>2024** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Glenneyre LLC**<br>**327 Third Street**<br>**Laguna Beach, CA 92651** | **Approximate<br>ly May 3,<br>2024** | **$23,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |

Debtor  **Caduceus Physicians Medical Group, a Professional Medical Corporation**

Case number *(if known)*  **8:24-bk-11945-TA**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Mohammad E. Rassouli MD** <br> **24976 Hollyberry Lane** <br> **Laguna Niguel, CA 92677** | **Approximately May 3, 2024** | **$23,182.26** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Contractor** |
| 3.10. **Nextiva** <br> **PO Box 207330** <br> **Dallas, TX 75320** | **Approximately May 3, 2024** | **$22,933.14** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.11. **Homar Bandin** <br> **1171 Paseo Grande** <br> **Corona, CA 92882** | **Approximately May 3, 2024** | **$22,500.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Loan repayment** |
| 3.12. **Gastrointestinal and Liver Con.** <br> **2621 S. Bristol Street #202** <br> **Santa Ana, CA 92704** | **Approximately May 3, 2024** | **$22,189.01** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Contractor** |
| 3.13. **Robert Borrowdale, MD** <br> **23 Rutherford** <br> **Irvine, CA 92602** | **Approximately May 3, 2024** | **$21,362.24** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Contractor** |
| 3.14. **Intac Advisory** <br> **P.O. Box 190** <br> **Vicksburg, MI 49097** | **Approximately May 3, 2024** | **$20,520.10** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **D&O** |
| 3.15. **Houmehr Hojjat, MD** <br> **7 Morning View** <br> **Irvine, CA 92603** | **Approximately May 3, 2024** | **$20,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Contractor** |
| 3.16. **Paul Weinstein, MD** <br> **20450 Via Celestina** <br> **Yorba Linda, CA 92887** | **Approximately May 3, 2024** | **$20,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Contractor** |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Romanov Group LLC**<br>**c/o Vierergruppe Management Inc.**<br>**1932 E. Deere Ave., Ste. 150**<br>**Santa Ana, CA 92705** | **Approximate<br>ly May 3,<br>2024** | **$38,479.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.18. | **Form MD 360**<br>**26691 Plaza Drive**<br>**Suite 200**<br>**Mission Viejo, CA 92691** | **Approximate<br>ly May 3,<br>2024** | **$15,638.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Contractor** |
| 3.19. | **Kelvin Nguyen, DPM**<br>**10091 Northampton Ave.**<br>**Westminster, CA 92683** | **Approximate<br>ly May 3,<br>2024** | **$13,804.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.20. | **TechMD**<br>**P.O. Box 5**<br>**NY 13791** | **Approximate<br>ly May 3,<br>2024** | **$13,613.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Gregg DeNicola**<br>**7548 Angel View Terrace**<br>**Orange, CA 92869** | **Approximate<br>ly May 3,<br>2024** | **$13,135.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Consulting** |
| 3.22. | **Bates Johnson Bldg, LTD**<br>**19742 MacArthur Bvld**<br>**#240**<br>**Irvine, CA 92612** | **Approximate<br>ly May 3,<br>2024** | **$12,038.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.23. | **Smart & Final Stores, LLC**<br>**600 Citadel Drive**<br>**4th Floor**<br>**Los Angeles, CA 90040** | **Approximate<br>ly May 3,<br>2024** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.24. | **Orange Canyon Village**<br>**c/o LP Realty, Inc.**<br>**9900 Culver Blvd, #1A**<br>**Culver City, CA 90232** | **Approximate<br>ly May 3,<br>2024** | **$11,772.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Debtor    **Caduceus Physicians Medical Group, a Professional Medical Corporation**    Case number *(if known)*    **8:24-bk-11945-TA**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **TheraCom, a Caremark Company**<br>P.O. Box 640105<br>Cincinnati, OH 45264-0105 | Approximately May 3, 2024 | $11,331.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **CAPATA**<br>28202 Cabot Rd.<br>Ste. 525<br>Laguna Niguel, CA 92677 | Approximately May 3, 2024 | $11,043.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Professional fees** |
| 3.27. **David Flood, M.D.**<br>4510 Alhambra Street<br>San Diego, CA 92107-4019 | Approximately May 3, 2024 | $10,002.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Contractor** |
| 3.28. **Caduceus Medical Services LLC**<br>18200 Yorba Linda<br>Suite 111<br>Yorba Linda, CA 92886 | Approximately May 3, 2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other  **Management company** |
| 3.29. **AT&T**<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | Approximately May 3, 2024 | $9,798.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Iron Mountain Records Mgmt**<br>P.O. Box 601002<br>Pasadena, CA 91189-1002 | Approximately May 3, 2024 | $9,443.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Pfizer Inc.**<br>P.O. Box 417510<br>Boston, MA 02241-7510 | Approximately May 3, 2024 | $8,873.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Merck & Co., Inc.**<br>P.O. Box 94000<br>Palatine, IL 60094-4000 | Approximately May 3, 2024 | $8,252.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Caduceus Physicians Medical Group, a Professional
Medical Corporation**                                      Case number *(if known)*  **8:24-bk-11945-TA**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. **McKesson Medical Surgical**<br>**P.O. Box 51020**<br>**Los Angeles, CA 90051-5320** | **Approximately May 3, 2024** | $8,172.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached Chart** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **BMO Harris Bank N.A.**<br>**30-3023-01320664-CU-BC-NJC** | **Breach of Promissory Note, Commercial Guarantees, Money Lent** | **Orange County Superior Court**<br>**1275 North Berkley Avenue**<br>**Fullerton, CA 92832** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Insider's name | Insider's mailing address | Relationship to debtor | Date of Payment/Transfer | Amount of Payment/Transfer | Reasons for payment or transfer |
|---|---|---|---|---|---|
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 09/01/2023 | 2,833.33 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 10/03/2023 | 2,833.33 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 11/02/2023 | 2,833.33 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 12/04/2023 | 2,833.33 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 01/05/2024 | 1,950.00 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 01/12/2024 | 200.00 | board fee reimbursement |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 01/31/2024 | 883.33 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 02/05/2024 | 2,833.33 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 03/11/2024 | 1,950.00 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 04/04/2024 | 1,950.00 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 05/03/2024 | 1,950.00 | note interest |
| Michael Hall | 6355 Golden Gate Dr., Yorba Linda, CA 92886 | shareholder | 06/04/2024 | 1,950.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 08/07/2023 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 09/01/2023 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 10/03/2023 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 10/05/2023 | 906.00 | board fee reimbursement |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 11/02/2023 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 12/04/2023 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 01/05/2024 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 02/05/2024 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 03/11/2024 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 04/04/2024 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 05/03/2024 | 1,550.00 | note interest |
| Dennis Ponzio | 326 S Whitestone Dr, Anaheim, CA 92807 | shareholder | 06/04/2024 | 1,550.00 | note interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 11/02/2023 | 9,680.16 | principal and interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 12/04/2023 | 9,680.16 | principal and interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 01/26/2024 | 10,652.40 | principal and interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 02/29/2024 | 10,652.40 | principal and interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 03/28/2024 | 10,652.40 | principal and interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 04/15/2024 | 10,652.40 | principal and interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 05/27/2024 | 10,652.40 | principal and interest |
| Gregg DeNicola | 7548 E. Angel View, Orange, CA 92869 | CEO | 06/30/2024 | 10,652.40 | principal and interest |

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|

■ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
   |---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | **Grobstein Teeple LLP<br>23832 Rockfield Blvd.<br>Suite 245<br>Lake Forest, CA 92630** | | **6/28/2024** | **$20,000.00** |
   | | Email or website address | | | |
   | | Who made the payment, if not debtor? | | | |
   | 11.2. | **Grobstein Teeple LLP<br>23832 Rockfield Blvd.<br>Suite 245<br>Lake Forest, CA 92630** | | **7/8/2024** | **$10,000.00** |
   | | Email or website address | | | |
   | | Who made the payment, if not debtor? | | | |

Debtor    **Caduceus Physicians Medical Group, a Professional Medical Corporation**

Case number *(if known)*    **8:24-bk-11945-TA**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Grobstein Teeple LLP**<br>**23832 Rockfield Blvd.**<br>**Suite 245**<br>**Lake Forest, CA 92630** | | **7/9/2024** | **$40,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Grobstein Teeple LLP**<br>**23832 Rockfield Blvd.**<br>**Suite 245**<br>**Lake Forest, CA 92630** | | **7/26/2024** | **$40,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Marshack Hays Wood LLP**<br>**870 Roosevelt**<br>**Irvine, CA 92602** | | | **$83,476.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Caduceus Physicians Medical Group, a Professional Medical Corporation | Case number (if known) | 8:24-bk-11945-TA |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Caducues Medical Group 18200 Yorba Linda Suite 250 Yorba Linda, CA 92886** | **Family practice, physical therapy, and specialist care** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Greenway - 4301 West Boy Scout Blvd, Suite 800, Tampa, FL 33607; Compugroup - 3838 N Central Ave, Suite 1600, Phoenix, AZ 85012; Office Ally - PO BOX 872020, Vancouver, WA 98687; Nextgen Healthcare - 18111 Von Karman Ave, Suite 600, Irvine, CA 92612; Iron Mountain Records Management - PO Box 601002, Pasadena, CA 91189** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.2. | **Caducues Medical Group 333 Thalia Street Laguna Beach, CA 92651** | **Family practice, physical therapy, and specialist care** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Greenway - 4301 West Boy Scout Blvd, Suite 800, Tampa, FL 33607; Compugroup - 3838 N Central Ave, Suite 1600, Phoenix, AZ 85012; Office Ally - PO BOX 872020, Vancouver, WA 98687 ; Nextgen Healthcare - 18111 Von Karman Ave, Suite 600, Irvine, CA 92612 ; Iron Mountain Records Management - PO Box 601002, Pasadena, CA 91189** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.3. | **Caducues Medical Group 19742 MacArthur Blvd. Suite 100 Irvine, CA 92612** | **Family practice, physical therapy, and specialist care** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Greenway - 4301 West Boy Scout Blvd, Suite 800, Tampa, FL 33607; Compugroup - 3838 N Central Ave, Suite 1600, Phoenix, AZ 85012; Office Ally - PO BOX 872020, Vancouver, WA 98687; Nextgen Healthcare - 18111 Von Karman Ave, Suite 600, Irvine, CA 92612 ; Iron Mountain Records Management - PO Box 601002, Pasadena, CA 91189** | **How are records kept?** *Check all that apply:* ■ Electronically |

Debtor    **Caduceus Physicians Medical Group, a Professional**
**Medical Corporation**                                      Case number *(if known)*    **8:24-bk-11945-TA**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ■ Paper |

| 15.4. | **PDQ Urgent Care & More**<br>**18220 Yorba Linda Blvd.**<br>**Suite 301**<br>**Yorba Linda, CA 92886** | **Family practice, physical therapy, and specialist care** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Greenway - 4301 West Boy Scout Blvd, Suite 800, Tampa, FL 33607;  Compugroup - 3838 N Central Ave, Suite 1600, Phoenix, AZ 85012;  Office Ally - PO BOX 872020, Vancouver, WA 98687;  Nextgen Healthcare - 18111 Von Karman Ave, Suite 600, Irvine, CA 92612; Iron Mountain Records Management - PO Box 601002, Pasadena, CA 91189** | **How are records kept?**<br><br>*Check all that apply:* |
| | | | ■ Electronically<br>■ Paper |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Patient social security, address, insurance and health records**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan                                          Employer identification number of the plan
**Caduceus Physicians Medical Group 401(k) Plan**      EIN:   **33-0831413**

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)* | **8:24-bk-11945-TA** |
|---|---|---|---|

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Allsize Self Storage**<br>**17357 Los Angeles St.**<br>**Yorba Linda, CA 92886** | **Debtor** | | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**205 W. Blueridge Avenue**<br>**Orange, CA 92865** | **Debtor** | | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Debtor | **Caduceus Physicians Medical Group, a Professional Medical Corporation** | Case number *(if known)*   **8:24-bk-11945-TA** |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Leon Zhang, Sal Kureh, and Kevin Cloward**<br>**CAPATA**<br>**28202 Cabot Rd.**<br>**Suite 525**<br>**Laguna Niguel, CA 92677** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **CAPATA**<br>**Leo Zhang, Sal Kureh, and kevin Cloward**<br>**28202 Cabot Rd.**<br>**Suite 525**<br>**Laguna Niguel, CA 92677** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Marcy Toner**<br>**18200 Yorba Linda Blvd.,**<br>**Suite 111**<br>**Yorba Linda, CA 92826** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor   **Caduceus Physicians Medical Group, a Professional**          Case number *(if known)*   **8:24-bk-11945-TA**
**Medical Corporation**

| Name and address |
|---|
| 26d.1.   **Rise**<br>**244 Biscayne Boulevard N 4903**<br>**Miami, FL 33132** |
| 26d.2.   **Lendspark**<br>**2554 Gateway Road**<br>**Carlsbad, CA 92009** |
| 26d.3.   **Backd**<br>**1949 S 1-35 Frontage**<br>**Austin, TX 78741** |
| 26d.4.   **Sutton Financial**<br>**Prospect Medical Group**<br>**600 City Pkwy W Suite 1000**<br>**Orange, CA 92868** |
| 26d.5.   **Optum Healthcare**<br>**11000 Optum Circle**<br>**Eden Prairie, MN 55344** |
| 26d.6.   **Prospect Medical Group**<br>**600 City Parkway West**<br>**Suite 1000**<br>**Orange, CA 92868** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gregg DeNicola** | **7548 Angel View Terrace**<br>**Orange, CA 92869** | **CEO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ray Weaver** | **108 Grazie**<br>**Irvine, CA 92602** | **Strategic Growth Partner** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Monique Wusstig** | **3007 Geraldo**<br>**San Clemente, CA 92673** | **CEO and COO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marcy Toner** | **7900 E. Woodsboro Ave**<br>**Anaheim, CA 92807** | **CFO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Hall** | **6355 Golden Gate Drive**<br>**Yorba Linda, CA 92886** | **Shareholder** | **50%** |

Debtor  **Caduceus Physicians Medical Group, a Professional**
**Medical Corporation**

Case number *(if known)*  **8:24-bk-11945-TA**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dennis Ponzio, M.D.** | **326 Whitestone Dr.**<br>**Anaheim, CA 92807** | **Shareholder** | **41.38%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Parsa** | **2864 E. Imperial Hwy**<br>**Brea, CA 92821** | **Shareholder** | **8.62%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nathanial DeNicola** | **7548 Angel View Terr**<br>**Orange, CA 92869** | **CMO** | **0** |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dennis Ponzio, M.D.**<br>**326 Whitestone Dr.**<br>**Anaheim, CA 92807** | **$186,000.00** | **Within 1 year of filing of petition** | **Annual Salary** |
| | **Relationship to debtor**<br>**Shareholder** | | | |
| 30.2. | **Dennis Ponzio, M.D.**<br>**326 Whitestone Dr.**<br>**Anaheim, CA 92807** | **$13,322.00** | **Within 1 year of filing of petition** | **Insurance Reimbursment** |
| | **Relationship to debtor**<br>**Shareholder** | | | |
| 30.3. | **Dennis Ponzio, M.D.**<br>**326 Whitestone Dr.**<br>**Anaheim, CA 92807** | **$1,150.00** | **Within 1 year of filing of petition** | **Medical License** |
| | **Relationship to debtor**<br>**Shareholder** | | | |
| 30.4. | **Gregg DeNicola**<br>**7548 Angel View Terrace**<br>**Orange, CA 92869** | **$321,481.00** | **Within 1 year of filing of petition** | **Salary/Consulting** |
| | **Relationship to debtor**<br>**Officer** | | | |

Debtor **Caduceus Physicians Medical Group, a Professional
Medical Corporation**                                            Case number *(if known)*  **8:24-bk-11945-TA**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Gregg DeNicola**<br>**7548 Angel View Terrace**<br>**Orange, CA 92869** | **$4,636.44** | **Within 1 year of filing of petition** | **Medical Benefits** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.6. | **Nathanial DeNicola**<br>**7548 Angel View Terr**<br>**Orange, CA 92869** | **$290,830.00** | **Within 1 year of filing of petition** | **Annual Salary** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.7. | **Nathanial DeNicola**<br>**7548 Angel View Terr**<br>**Orange, CA 92869** | **$47,257.00** | **Within 1 year of filing of petition** | **Insurance Reimbursement** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.8. | **Nathanial DeNicola**<br>**7548 Angel View Terr**<br>**Orange, CA 92869** | **$1,150.00** | **Within 1 year of filing of petition** | **Medical License** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.9. | **Marcy Toner**<br>**7900 E. Woodsboro Ave**<br>**Anaheim, CA 92807** | **$139,859.40** | **Within 1 year of filing of petition** | **Annual Salary** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.10. | **Marcy Toner**<br>**7900 E. Woodsboro Ave**<br>**Anaheim, CA 92807** | **$183.36** | **Within 1 year of filing of petition** | **Medical Benefits** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.11. | **Mary DeNicola**<br>**7548 E. Angel View**<br>**Orange, CA 92869** | **$211,500.00** | **Within 1 year of filing of petition** | **Annual Salary** |
| | Relationship to debtor<br>**Gregg DeNicola's Spouse** | | | |
| 30.12. | **Mary DeNicola**<br>**7548 E. Angel View**<br>**Orange, CA 92869** | **$6,205.28** | **Within 1 year of filing of petition** | **Medical Benefits** |
| | Relationship to debtor<br>**Gregg DeNicola's Spouse** | | | |

Debtor  **Caduceus Physicians Medical Group, a Professional
Medical Corporation**    Case number *(if known)*  **8:24-bk-11945-TA**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 3. | **Mary DeNicola 7548 E. Angel View Orange, CA 92869** | **$1,150.00** | **Within 1 year of filing of petition** | **Medical License** |
| | Relationship to debtor **Gregg DeNicola's Spouse** | | | |
| 30.1 4. | **Michael Hall 6355 Golden Gate Drive Yorba Linda, CA 92886** | **$230,000.00** | **Within 1 year of filing of petition** | **Annual Salary** |
| | Relationship to debtor **Shareholder** | | | |
| 30.1 5. | **Michael Hall 6355 Golden Gate Drive Yorba Linda, CA 92886** | **$32,986.00** | **Within 1 year of filing of petition** | **Insurance Reimbursement** |
| | Relationship to debtor **Shareholder** | | | |
| 30.1 6. | **Michael Hall 6355 Golden Gate Drive Yorba Linda, CA 92886** | **$1,150.00** | **Within 1 year of filing of petition** | **Medical License** |
| | Relationship to debtor **Shareholder** | | | |
| 30.1 7. | **Monique Wusstig 3007 Geraldo San Clemente, CA 92673** | **$116,66.71** | **Within 1 year of filing of petition** | **Annual Salary** |
| | Relationship to debtor **Officer** | | | |
| 30.1 8. | **Monique Wusstig 3007 Geraldo San Clemente, CA 92673** | **$183.36** | **Within 1 year of filing of petition** | **Medical Benefits** |
| | Relationship to debtor **Officer** | | | |
| 30.1 9. | **Raymond Weaver 108 Grazie Irvine, CA 92602** | **$168,917.00** | **Within 1 year of filing of petition** | **Annual Salary** |
| | Relationship to debtor **Officer** | | | |
| 30.2 0. | **Raymond Weaver 108 Grazie Irvine, CA 92602** | **$4,339.68** | **Within 1 year of filing of petition** | **Medical Benefits** |
| | Relationship to debtor **Officer** | | | |

Debtor   **Caduceus Physicians Medical Group, a Professional**      Case number *(if known)*   **8:24-bk-11945-TA**
**Medical Corporation**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                       **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                             **Employer Identification number of the pension fund**

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  3, 2024**

_____                    **Howard Grobstein**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CRO**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Caduceus Physicians Medical Group, a Professional Medical Corporation**

Case No. **8:24-bk-11945-TA**

Debtor(s)

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 83,476 *** |
| Prior to the filing of this statement I have received | $ | 57,614 |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September  4, 2024**

*Date*

*/s/ David A. Wood*

**David A. Wood**
*Signature of Attorney*
**MARSHACK HAYS WOOD LLP**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777   Fax: (949) 333-7778**
**dwood@marshackhays.com**
*Name of law firm*

---

***This case is joint and several.**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>California State Bar Number: **272406 CA**<br>dwood@marshackhays.com | |

■ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Caduceus Physicians Medical Group, a**<br>**Professional Medical Corporation**<br><br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.: **8:24-bk-11945-TA**<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **David A. Wood**                                          , the undersigned in the above-captioned case, hereby declare
　　　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

      ☐ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

---

**September  4, 2024**

Date

By:  */s/ David A. Wood*

Signature of Debtor, or attorney for Debtor

Name:   **David A. Wood**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>**272406 CA**<br>**dwood@marshackhays.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Caduceus Physicians Medical Group, a Professional Medical Corporation** | CASE NO.: **8:24-bk-11945-TA**<br><br>CHAPTER: **11** |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B        ☐ Schedule C        ☐ Schedule D        ☐ Schedule E/F        ☐ Schedule G

☐ Schedule H        ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)        ☐ Statement of Intentions        ☑ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date:    **September 3, 2024** _____        _____
                                                                    Howard Grobstein
                                                                    Debtor 1 Signature

                                                                    _____
                                                                    Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                                    **F 1007-1.1.AMENDED.SUMMARY**

Caduceus Physicians Medical Group, a Professional MedicaC
18200 Yorba Linda Blvd.
Suite 111
Yorba Linda, CA 92886


David A. Wood
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701

908 North Rexford Drive LP
9900 Culver Blvd
Suite 1A
Culver City, CA 90232


Accelerate Retirement
120 Vantis Dr
Suite 400
Aliso Viejo, CA 92656


Acosta, Joanna
3509 West Avenue
Fullerton, CA 92833


Acosta, Joseph
15838 Hayland Street
La Puente, CA 91744


Acuna, Emma
460 Sunrise Rd
Perris, CA 92570


Adachi, Kaitlyn
124 North Tustin Avenue
Apt. B3
Anaheim, CA 92807


Adger, Jules
800 Laguna Rd
Fullerton, CA 92835


Admire, Andrew
7674 E. Big Canyon D
Anaheim, CA 92808

ADP TotalSource
10200 Sunset Drive
Miami, FL 33173


Aetna
21255 Burbank Blvd.
Suite 420
Woodland Hills, CA 91367


Aglugub, Juliann Ferrice F.
297 Duranzo Aisle
Irvine, CA 92606


Aguilar, Belen
350 E. 59th Place
Los Angeles, CA 90003


Aguilar, Isabell
175 South Rio Vista Street
Anaheim, CA 92806


Aguilar, Kimberly
123 Calle Amistad
Apt 9207
San Clemente, CA 92673


Aguilar, Selene
351 S Clark St
Orange, CA 92868


Aguilar, Stephanie
3133 Triumph Lane #1
Ontario, CA 91764

Aguiniga, Isaiah Gregory
609 Giano Avenue
La Puente, CA 91744


Aguirre, Cecilly
10865 Maybrooke Ave
Whittier, CA 90603


Aguirre, Christina
266 Backs Ln
Apt B
Placentia, CA 92870


Aguirre, Jim
4958 E Glenview Ave
Anaheim, CA 92807


Ahlgren, Jeanette
3907 San Marcos Pl
Fullerton, CA 92835


Ahlgren, Terence
3907 San Marcos Place
Fullerton, CA 92835


Ahmed, Roma
832 Las Palmas
Irvine, CA 92602


Aldama, Elicia
1278 W. King Street
San Bernardino, CA 92401

Aleman, Cheyanne
3466 Tipperary Way
Riverside, CA 92506


Alhankawi, Ahmad
8424 Wilson Ct.
Rancho Cucamonga, CA 91701


Alicante, Christopher
9 Calle de Cabos
Pomona, CA 91766


Allec, Hannah
452 W. Columbia Ave
Pomona, CA 91768


Allen, Kenesh
22702 Pacific Park D
Apt. P14
Aliso Viejo, CA 92656


Allsize Self Storage
17357 Los Angeles St.
Yorba Linda, CA 92886


Altshuler, Amy
6216 Saddletree Ln
Yorba Linda, CA 92886


Altshuler, Jeffrey
6216 Saddletree Lane
Yorba Linda, CA 92886

Alvarez, Jennifer
546 Dora Guzman Ave
Apt. D
La Puente, CA 91744


Alyssa Tonelli DO
6031 Calle Mirador
Yorba Linda, CA 92886


Amador, Charles
6607 N. Figueroa Street
#7
Los Angeles, CA 90029


Amador, Claudia
281 S Buena Vista Av
Apt 308
Corona, CA 92882


Ambrosius, Brooke
17005 Walnut St
Yorba Linda, CA 92886


American Alarm Systems, Inc.
P.O. Box 10520
Santa Ana, CA 92711


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


Anda, Inc.
P.O. Box 748476
Atlanta, GA 30374-8476

Anderson, Claron
1433 Bryce
Placentia, CA 92870


Anderson, Deborah
1433 Bryce Circle
Placentia, CA 92870


Anderson, Miya
5992 Kingsbriar Drive
Yorba Linda, CA 92886


Anderson, Pamela
1433 Bryce Circle
Placentia, CA 92870


Anderson-landis, Terrye
3296 Wrightwood Dr.
Studio City, CA 91604


Anthem Blue Cross of California
P.O. Box  60007
Los Angeles, CA 90060


Anthem Blue Cross Overpayment Rec.
P.O. Box 73651
Cleveland, OH 44193-1177


Anthony G. Bledin, M.D., Inc.
1851 Holser Walk
Suite 220
Oxnard, CA 93036-2626

Anthony G. Bledin, MD, Inc.
1851 Holser Walk
Suite 220
Oxnard, CA 93036-2626


Antignolo, Stephanie
1220 N. Ravenna St.
Anaheim, CA 92801


Antunez, Alyssa
25520 River Bend Dr.
Apt. 5G
Yorba Linda, CA 92887


Anu, Penny
2192 Via Mariposa East
Unit G
Laguna Woods, CA 92637


Aquatic Environments
1580 E. Edinger Ave
Ste. B
Santa Ana, CA 92705


Arellano, Angelica
47 Ballantree
Rancho Santa Margarita, CA 92688


Arellano, Anissa
630 Lehigh Drive
Claremont, CA 91711


Armbruster, Alan
249 Calliope
Laguna Beach, CA 92651

Arredondo, Yailene
17801 Calle Barcelon
Rowland Heights, CA 91748


Arredondo-Ortega, Jenny
1312 S. Petal Pl
Anaheim, CA 92805


Arroyo, Isabella
6579 Woodburn Lane
Yorba Linda, CA 92886


Aschrafnia, Madina S.
95 Shadywood
Irvine, CA 92620


ASD Healthcare - Amerisourcebergen
P.O. Box 100741
Pasadena, CA 91189-0741


Assoc. Gastroenterology Med Grp
1211 W. LaPalma
Suite 306
Anaheim, CA 92801


Associated Gastroenterology Medical
c/o Brian Riff MD
1211 W. La Palma, Ste. 306
Anaheim, CA 92801


AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Atha, Mary G.
17527 Cerro Vista Dr
Yorba Linda, CA 92886


Avila, Alexis
3213 Topaz Lane
Fullerton, CA 92831


Avila, Erica
1117 De La Garza St
Apt. C
San Clemente, CA 92672


Ayad, Azza
21700 Thistledown Cr
Yorba Linda, CA 92886


Ayala, Giovanni
600 W. 3rd Street
Rialto, CA 92376


Ayala, Julissa
1250 E Superior Ave
#C
La Habra, CA 90631


Ayento, Kevin
16402 Fox Hollow Way
Chino Hills, CA 91709


Ayento, Kristina
16402 Fox Hollow Way
Chino Hills, CA 91709

Ayento, Kyle
16402 Fox Hollow Way
Chino Hills, CA 91709


Ayoub, Catherine
564 Mondale Street
Corona, CA 92879


Azita Mesbah, M.D.
19391 De Vry Drive
Irvine, CA 92603


Azita Mesbah, M.D., Inc.
19391 De Vry Dr.
Irvine, CA 92603


Babcock, Sandra
741 Linden Ln
La Habra, CA 90631


Backd
1949 S 1-35 Frontage Rd
Austin, TX 78741


Baez, Priscilla
3411 Grand Vista Park
#306
Riverside, CA 92503


Baklayan, Beatrice
3085 W. Fairmont Ave
Fresno, CA 93722

Balderas-Gallardo, Bianco
9795 Coalinga Ave
Montclair, CA 91763

Balderas-Gallardo, Luiza
9795 Coalinga Ave
Montclair, CA 91763

Bales, Kathleen
1001 S. Dewcrest Dr.
Anaheim, CA 92808

Ballesteros, Nancy
7048 Toledo Ct.
Huntington Beach, CA 92648

Baltazar, Gloria
1734 N. Rancho Ave
Colton, CA 92324

Bandin, Homar
1171 Paseo Grande
Corona, CA 92882

Bank of the West
3021 Yorba Linda Blvd.
Fullerton, CA 92831

Bankcard Center
P.O. Box 4021
Alameda, CA 94501-0421

Banuelos, Chantal
1049 N. Glassell St
Orange, CA 92867


Barajas, Taviana
10398 Jurupa Rd.
Mira Loma, CA 91752


Barnes, Delmetra
6440 Western Avenue
#A
Buena Park, CA 90621


Bartolo, Jessica
225 S. Acacia Ave
Fullerton, CA 92831


Bastieri, Paige
2927 Cimmaron Lane
Fullerton, CA 92835


Bates Johnson Bldg, LTD
19742 MacArthur Bvld
#240
Irvine, CA 92612


Bates Johnson Bldg., LTD - Chiron 1
19742 MacArthur Blvd.
#240
Irvine, CA 92612


Bates Johnson Building LTD
19742 MacArthur Blvd
Suite 240
Irvine, CA 92715

Bates Johnson Building LTD-105
19742 MacArthur Blvd.
#240
Irvine, CA 92612


Bates Johnson Building, LTD - Chiro
19742 MacArthr Blvd.
#240
Irvine, CA 92612


BBHealth Tech
5851 SW 97th Terrace
Fort Lauderdale, FL 33328


Belan, Melissa Ann
10395 Plumeria Ct., #3
Rancho Cucamonga, CA 91730


Bell, Angela
8182 Whitaker St
Buena Park, CA 90621


Benton, Kellen
5815 E. La Palma, #124
Anaheim, CA 92807


Berciano, Destenee
201 N. Wayfield St
Apt. 95
Orange, CA 92867


Beu, Brian
28825 Top of the World Drive
Laguna Beach, CA 92651

Bigonger, Samantha
5112 Eureka Ave
Yorba Linda, CA 92886


Blanchard, Kailynn
25872 Paseo Pacifico
Moreno Valley, CA 92551


Blankenship, Erin
8990 19th Street, #392
Rancho Cucamonga, CA 91701


Blue Shield of California
P.O. Box 629017
El Dorado Hills, CA 95762-9017


BMO Bank NA
320 S. Canal Street
Chicago, IL 60606


Bocinski, Jessica
5480 Copper Canyon
Unit F
Yorba Linda, CA 92887


Boing, Tjomme A.
18340 Yorba Linda
Ste 107-104
Yorba Linda, CA 92886-2569


Borges, Esther
435 Mountain Rd
Laguna Beach, CA 92651

Borges, Michael
435 Mountain Road
Laguna Beach, CA 92651


Bousmail, Leanne
25 Langford
Irvine, CA 92602


Bouvier, Constance
4682 Warner Avenue
#A110
Huntington Beach, CA 92649


Bowen, Mary
5152 Stone Canyon Ave
Yorba Linda, CA 92886


Bravo, Sophia
235 W Lincoln Ave
Apt 29
Orange, CA 92865


Brennan, Pamela A.
1138 E Little Dr
Placentia, CA 92870


Bright, Lynn
5300 E Honeywood
Anaheim, CA 92807


Brissey, Olesya
27 Millstone
Irvine, CA 92606

Brueggeman, Lauren
1220 Stonewall Circle
Westlake Village, CA 91361


Brundahl, John R.
1143 Van Buren
Placentia, CA 92870


Bruton, Catherine
511 Lido Pl
Fullerton, CA 92835


Bruton, Kelly D.
511 Lido Pl
Fullerton, CA 92835


Buchalter
1000 Wilshire Blvd.
Ste. 1500
Los Angeles, CA 90017-1730


Buenrrostro, Estefania
2483 W. Chanticleur
Anaheim, CA 92804


Bui, Timothy
1613 W. Houston Ave
Fullerton, CA 92833


Bull, Catherine A.
1429 E Barkley Ave
Orange, CA 92867

Bullock, Shaycole
11326 Dogwood Ct.
Fontana, CA 92337

Burnett, Melanie
1816 W. Glen Ave., #3
Anaheim, CA 92801

Burton, Andrew
3911 Bryce CT
Chino, CA 91710

Butorac, Matthew
1015 Hoartio Ave
Corona, CA 92882

Byard, Hope
14939 Weeks Drive
La Mirada, CA 90638

Bye, Kathryn
1795 D Willow Woods Dr
Anaheim, CA 92807

Cabezas, Jennifer
16836 Chaparral Ave.
Cerritos, CA 90703

Cabrera Lopez, Alondra
343 S. Bedford Rd.
Apt. 28
Orange, CA 92868

Caduceus Medical Group
18200 Yorba Linda Blvd.
#111
Yorba Linda, CA 92886


Caduceus Physicians Medical Group
18200 Yorba Linda Blvd.
Suite 111
Yorba Linda, CA 92886


Cal Optima
P.O. Box 11037
Orange, CA 92856


Calabrese, John W.
425 Blumont st
Laguna Beach, CA 92651


Calderon, Cayla
8641 Ouida Drive
Riverside, CA 92504


Calderon, Jessica
1813 Newton Drive
Corona, CA 92882


Calderon-Solis, Maria
12072 Acacia Ave
Garden Grove, CA 92840


Calkins, Jeffrey S.
5918 CALLE CEDRO
Anaheim, CA 92807

Calkins, Katherine C.
5918 Calle Cedro
Anaheim, CA 92807

Camerena, Jennifer
1906 W. 18th Street
Santa Ana, CA 92706

Camero, Kylie
5243 Woodwind Lane
Anaheim, CA 92807

Cameron, Michele
13 Elm Via
Anaheim, CA 92801

Campbell, Cornelia
3325 Jasper Rd
#69
Barstow, CA 92311

Campos, Franki
20042 Royal Oak Ct.
Yorba Linda, CA 92886

Canchola, Ashlyn Elisabeth
4642 Brent Ct
La Verne, CA 91750

Canez, Velvet
5034 N. Reeder Ave.
Covina, CA 91724

Cannon, Danielle
3116 E Palm
Apt. 22
Fullerton, CA 92831

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693-0149

Canon Financial Services
15004 Collections Cetner Drive
Chicago, IL 60693

Canonica, Lamoine
17802 Seminole Way
Yorba Linda, CA 92886

CAPATA
28202 Cabot Rd.
Ste. 525
Laguna Niguel, CA 92677

Carbajal, Diana
509 N. Bush St
Anaheim, CA 92805

Carbajal, Maria
509 N Bush St
Anaheim, CA 92805

Carelon

Carelon
12898 Towne Center Dr.
Cerritos, CA 90703


Caro, Sara
1409 S. Baker Street
Santa Ana, CA 92707


Carranza, Elizabeth
9615 El Braso Dr
Whittier, CA 90603


Carrasco, Saralinda
24950 Via Florecer
Mission Viejo, CA 92692


Carrington, Ayanna
5700 Lochmoor Dr
Apt. 160
Riverside, CA 92507


Carter, Christina
17060 Chicago Ave.
Yorba Linda, CA 92886


Cartwright, Kimberly A.
13881 Dawson St
Room 212
Garden Grove, CA 92843


Casias Cecilia
1715 W. Robindale St
West Covina, CA 91790

Castro, Elycia
5590 Rumsey Drive
Riverside, CA 92505


Castro, Leticia
212 E. 1st Ave
#4
La Habra, CA 90631


Castro, Marissa
2605 S. Bonview Ave
Ontario, CA 91761


Castro, Valarie
1361 El Camino Real
Tustin, CA 92780


Causer, Courtney
10202 Kaimu Drive
Huntington Beach, CA 92646


Cepeda, Brisa
6025 Oak Meadow
Yorba Linda, CA 92886


Cereneche, Mary Tiffany
58 Herringbone
Irvine, CA 92620


Cervantes, Evelyn
723 North Claudina Street
Anaheim, CA 92805

Chacon, Brianna A
230 E. Pinehurst Ave
La Habra, CA 90631


Chan, Julia
20485 Via Sonador
Yorba Linda, CA 92886


Chang, Rachel
851 N. Citrus Drvie
La Habra, CA 90631


Charter Communications
PO Box 60074
City of Industry, CA 91716


Chau, Christy
17406 Sta Isabel St
Fountain Valley, CA 92708


Chavez, Alejandra
1223 N. Lacy Street
Santa Ana, CA 92701


Chavez, Maria Leticia
219 West Cliffwood Avenue
Anaheim, CA 92802


Chiappone, Corine
206 Back Lane, Apt. A
Placentia, CA 92870

Chien, Philip
20431 Via Celestina
Yorba Linda, CA 92887


Chiron
19742 MacArthur Blvd.
Suite 125
Irvine, CA 92612


CHOC


CHOC
1120 W. La Veta Ave.,
Suite 450
Orange, CA 92868


Choi, Hannah
4901 El Rancho Verde
La Palma, CA 90623


Christolini, Ben
1563 Catalina Street
Laguna Beach, CA 92651


Christolini, Douglas
1563 Catalina Street
Laguna Beach, CA 92651


Christolini, Teresa
1563 Catalina
Laguna Beach, CA 92651

Church, Sydney
11432 Lindale Street
Norwalk, CA 90650


Cigna
400 N. Brand Blvd.
Suite 300
Glendale, CA 91203


Cigna Healthcare
Johnson & Roundtree
P.O. Box 2625
Del Mar, CA 92014


Cisneros, Kimberly
1250 Pontenova Ave
Hacienda Heights, CA 91745


City of Anaheim
201 S. Anaheim Blvd.
P.O. Box 3069
Anaheim, CA 92803-3069


City of Yorba Linda - PDQ
4845 Casa Loma Ave.
Yorba Linda, CA 92886


Clark, Alicia
7806 E Margaret Ct
Anaheim, CA 92808


Clark-Griffin, Yolanda
5909 Lewis Ave
Long Beach, CA 90805

Clarke, Jonathan K.
25665 Triesta Way
Yorba Linda, CA 92887


Clarke, Lauren
25665 Triesta Way
Yorba Linda, CA 92887


Clarke, Romy E.
25665 Triesta Way
Yorba Linda, CA 92887


CLIA Laboratory Progam
P.O. Box 3056
Portland, OR 97207-0275


CNA Insurance
P.O. Box 74007619
Chicago, IL 60674-7619


Coffey, Anne T.
236 Rio Grande Ave
Placentia, CA 92870


Cohen, Henry
17961 Brynmar Ln
Villa Park, CA 92861


Cole, Kristina
13444 N. Cook Ct.
Tustin, CA 92782

```
Complete Office
P.O. Box 631935
Cincinnati, OH 45263-1935


Conniff, Kira
4372 Avenida Rio Del Oro
Yorba Linda, CA 92886


Contreras, Janice
3504 Matisse Circle
Corona, CA 92882


Cooperative of American Physicians
P.O. Box 511628
Los Angeles, CA 90051


Corbitt, Lucianna M
5101 E Marita Ln
B
Anaheim, CA 92807


Coria, Jesse
1471 Morton Place
Los Angeles, CA 90026


Corporation Service Co.
Agent for Rise Health Services
251 Little Falls Drvie
Wilmington, DE 19808


Cortez, Norma
930 W. 7th St., #B
Corona, CA 92882
```

Cortez, Vanessa
1110 W. Walnut Street
Santa Ana, CA 92703


Corwin, Linda
864 North Snow Goose
Orange, CA 92869


COTIVITI
P.O. Box 952366
Saint Louis, MO 63195-2366


Cozma, Rachel
1816 W. Hacienda Place
Irvine, CA 92620


Craig, Xandi J
1901 Commodore Rd.
Newport Beach, CA 92660


Crane, Donald S.
19702 Crestknoll Dr
Yorba Linda, CA 92886


Crawford, Yolanda
960 S Country Glen Way
Anaheim, CA 92808


Crayton, Greshawnda
1894 South Westside Drive
#68
Anaheim, CA 92805

Creech, Tara
6231 Fairlynn Blvd.
Yorba Linda, CA 92886


Cross Country Locums
P.O. Box 277185
Atlanta, GA 30384-7185


CT Corp System
330 N. Brand Blvd., Ste 700
Attn: SPRS
Glendale, CA 91203


CT Corp. System
330 N. Brand Bvld., Ste. 700
Attn: SPRS
Glendale, CA 91203


CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019


Cuellar, Angelyn
10317 Gunn Ave
Whittier, CA 90605


Cuellar, Lauren
10317 Gunn Ave
Whittier, CA 90605


Cunningham, Linda
1539 East Taft Ave
Apt. B
Orange, CA 92865

CyraCom International, Inc.
P.O. Box 71012
Chicago, IL 60694-1012

D'Agostino, Donna
P.O. Box 1695
Lake Havasu City, AZ 86405

Daher, Michelle
16831 Aries Dr
Yorba Linda, CA 92886

Daher, Michelle L.
16831 Aries Drive
Yorba Linda, CA 92886

Damacia-Rodriguez, Jessica
9632 Parade St
Anaheim, CA 92804

Dandan, Osman N
4392 Via Alegre
Yorba Linda, CA 92886

Daniels, Brenda
6121 Salem Rd
Yorba Linda, CA 92887

Darnbrough, Paul
1725 Canard Ave
Placentia, CA 92870

Davenport, Tammy
30311 Clear Water Drive
Sun City, CA 92587


David Flood M.D.
4510 Alhambra Street
San Diego, CA 92107-4019


David Flood, M.D.
4510 Alhambra Street
San Diego, CA 92107-4019


Davila, Marissa
11156 Kadota Ave
Pomona, CA 91766


De Anda, Cristina
21462 Sterling Dr.
Lake Forest, CA 92630


De Luna, Stephany
12210 Moline Drive
Whittier, CA 90604


Decamp, Taylor E.
34052 Doheny Park Rd
Spc 65
Capistrano Beach, CA 92624


Decker, James W.
238 San Tropez Ct
Laguna Beach, CA 92651

DeCuffa, Kimberly
16556 Brass Lantern Drive
La Mirada, CA 90638-2702

DeCuffa, Raymond J.
16556 Brass Lantern Drive
La Mirada, CA 90638

Deimer, Kara
111 S. Lakeview Ave
Apt. C
Placentia, CA 92870

Del Tora, Joshua
4892 Torida Way
Yorba Linda, CA 92886

DeliverHealth Solutions LLC - Nuanc
Lockbox 1378
Carol Stream, IL 60132-1378

Dell Computers
P.O. Box 6547
Carol Stream, IL 60197

Dell Financial Services
P.O. Box 6547
Carol Stream, IL 60197-6547

Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

Delligatta, Sydney
23960 Sanctuary Pkwy
Yorba Linda, CA 92887

Deloya, Victoria
316 N. Gunther Place
Santa Ana, CA 92703

DeNicola, Gregg A
7548 Angel View Terr
Orange, CA 92869

DeNicola, Mary
7548 E Angel View
Orange, CA 92869

DeNicola, Nathaniel
7548 Angel View Terr
Orange, CA 92869

Dennis Ponzio, M.D.
326 Whitestone Dr.
Anaheim, CA 92807

Densmore, Savannah
5771 Highland Ave
Yorba Linda, CA 92886

Despierta, LLC
244 Biscayne Boulevard N 4903
Miami, FL 33132

Dewitt, Jessica
4642 E Greenwood Drive
Anaheim, CA 92807


Diagnostic Monitor Software
P.O. Box 3109
Stateline, NV 89449


Diaz Leal, Guadalupe
2521 E. Terrace Street
Apt. B
Anaheim, CA 92806


Diaz, Laura
11771 Comstock Rd.
Garden Grove, CA 92840


Diaz, Lupita
3910 E. Palm
Orange, CA 92869


Diaz, Paulina
508 E Wilhemina St
Apt D
Anaheim, CA 92805


Dingess, Rebecca
312 W. Whiting Ave
Fullerton, CA 92832


Doan, Tiffany
10860 El Paso Ave
Fountain Valley, CA 92708

Docu-Trust
145 East Mill Street
San Bernardino, CA 92408


Domokos, Erin
5441 Cherrylee Ln
Yorba Linda, CA 92886


Dotson, Joni
3665 McKenzie Street
Riverside, CA 92503


Doucette, Danielle
100 E. MacArthur Blvd.
Apt. 146
Santa Ana, CA 92707


Dozier, Tarrie
404 E. 1st St., #413
Long Beach, CA 90802


Dukes, Pamela Nina
5480 Copper Canyon
Unit F
Yorba Linda, CA 92887


Dulay, Harmanjot
16318 Los Coyotes
Fontana, CA 92336


Durflinger, John
20202 Poplar Bluff Ct
Yorba Linda, CA 92886-6820

Eastwood, Julie-Ann
2868 N. Chauncey Ln
Orange, CA 92867


Ebueng, Jasmin
2648 W. Ball Rd.
#155
Anaheim, CA 92804


Edquilang, Alycia
346 Plaza Paraiso
Chula Vista, CA 91914


Effron, Allan
601-102 Holbrook
Long Beach, CA 90803


Ekman, Lisa
18735 Seabiscuit Run
Yorba Linda, CA 92886


Ekman, Tom
18735 Seabiscuit Run
Yorba Linda, CA 92886


Elizalde, Nancy C.
24040 Nicole Way
Yorba Linda, CA 92887


Elizarraras Svoboda, Myra R.
17853 Santiago Blvd 107-235
Villa Park, CA 92861

Encizo, Sarena
2864 S. Sandpiper Ave
Ontario, CA 91761


Enriquez, Melanie
2760 Kelvin Ave
Apt. 3110
Irvine, CA 92614


Eskandari, Alhan
50 Tarocco, Apt. 108
Irvine, CA 92618


Espiritu, Sheyanne
5940 Old Village Road
Yorba Linda, CA 92887


Esquivel, Aylyn
17382 Dairyview Cir
Huntington Beach, CA 92647


Estrada Salas, Yvette
2512 Sarandi Grande
Hacienda Heights, CA 91745


Estrada, Phillip A.
PO BOX 2050
190 Massive Rd
Lake Arrowhead, CA 92352


Everbank
P.O. Box 41046
Jacksonville, FL 32203

Everbank NA
P.O. Box 41046
Jacksonville, FL 32203


Evora, Veronica
1704 E Harvard Pl
Unit A
Ontario, CA 91764


Experian Health, Inc. - Passport
P.O. Box 846133
Los Angeles, CA 90084-6133


Fairclough, Jessica
2581 Redrock Drive
Corona, CA 92882


Fairclough, Jessica M.
2581 Redrock Drive
Corona, CA 92882


Farran, Jan
15413 Spectrum
Irvine, CA 92618


Felipe, Amber
1048 S. Chantilly St
Anaheim, CA 92806


Felix Gaw, M.D., Inc.
2674 E. Vista Ridge Dr.
Orange, CA 92867

Felter, Brenda
13727 Softwood Court
Corona, CA 92880


Feregrino, Abigail
15851 Pasadena Ave
Apt. B6
Tustin, CA 92780


Fernandez, Max
450 S. Loara St.
Anaheim, CA 92802


Fields, Britney
430 South Beach Blvd
#5
La Habra, CA 90631


Fierbinteanu, Daniela
15 Half Moon Trail
Ladera Ranch, CA 92694


Fierro, Tammi
301 Josie Circle
#D
Placentia, CA 92870


Figueroa, Yesenia
10822 Jean St
Anaheim, CA 92804


Fischer, Judy
1604 Sherwood Village Circle
Placentia, CA 92870

Fite, Allyson
1259 W. Rosewood Ct
#C
Ontario, CA 91762


Fonseca, Kate
401 South Chatham Circle
Apt G
Anaheim, CA 92806


Form MD 360
26691 Plaza Drive
Suite 200
Mission Viejo, CA 92691


Form MD 360
26691 Plaza
Suite 200
Mission Viejo, CA 92691


Foster, Carolyn D.
5431 Jefferson St
Yorba Linda, CA 92886


Foster, Harold E.
5431 Jefferson St
Yorba Linda, CA 92886


Franklin, Catherine
112 Abba Way
Taylors, SC 29687


Franklin, Tina
24711 Kings Pointe
Laguna Niguel, CA 92677

Fratzke, Barbara
735 s paseo prado
Anaheim, CA 92807

Frederick, Julia
18801 E. Joshua Street
Villa Park, CA 92861

Frederickson, Jonel A.
17861 Anna Marie Rd
Yorba Linda, CA 92886

Freeman, Peter C.
1070 MADISON PLACE
Laguna Beach, CA 92651-2805

Friedowitz, Rhonda L.
5515 Camino Caluroso
Yorba Linda, CA 92887

Fuhrmann, Robert O.
7332 Avenida Juarez
Anaheim, CA 92808-1005

Fuselier, Kimberly Kirton
18873 Dry Creek Rd
Yorba Linda, CA 92886

Gabay, Mayan
817 S. Susan St
Santa Ana, CA 92704

Gabela, Jessica
1910 Viento Verano D
Diamond Bar, CA 91765


Gaitan, Raymond
1855 W. Katella Ave
Suite 365
Orange, CA 92867


Galinda, Christopher
3250 E. Elm St.
Brea, CA 92823


Gallardo, Vanessa Marie
3926 Amistad
Pico Rivera, CA 90660


Galle, Natalie
1919 E. Birch Street
Apt. LL22
Brea, CA 92821


Galvan, Elena
124 S. Ridgeway
#4
Anaheim, CA 92804


Gano, Paula
638 S. Valley St
Anaheim, CA 92804


Garcia Valencia, Rocio Violeta
4968 Bonita Dr
Huntington Beach, CA 92649

Garcia Viviano, Yazmin
2283 N. Batavia St
Orange, CA 92865


Garcia, Adriana
18532 Tango Ave
Anaheim, CA 92808


Garcia, Alysa
10319 Maybrook Ave
Whittier, CA 90603


Garcia, Jessica
2283 N. Batavia St
Orange, CA 92865


Garcia, Jonathan
14831 Pinehaven Rd
Irvine, CA 92604


Garcia, Laura
5772 Garden Grove Bl
#50
Westminster, CA 92683


Garcia, Maria De Jesus
1181 S. Sunkist St.
#14
Anaheim, CA 92806


Garcia, Nathan
2302 Blueberry Ln
Santa Ana, CA 92706

Garcia, Nicole
212 S. Kramer Blvd
#607
Placentia, CA 92870


Garcia, Stephanie
1401 S. Harbor Blvd
Apt F-16
La Habra, CA 90631


Garcia, Susana
2409 Deodar St
Santa Ana, CA 92705


Garcia, Yaquelin
317 East La Palma Ave
Apt. 35
Anaheim, CA 92801


Garcia-Solis, Alexis
21525 Via Pepita
Yorba Linda, CA 92886


Gardea, Kissel
3035 Madison Ave
Fullerton, CA 92831


Garduna, Jesse
668 Bridgeport Circle
Fullerton, CA 92833


Garica, Gaby
1602 Nisson Rd
Apt C5
Tustin, CA 92780

```
Gastil, Morgan
1716 N Kellogg Dr
#A
Anaheim, CA 92807


Gastrointestinal & Liver Cons.
2621 S. Bristol Street
Suite 200
Santa Ana, CA 92704


Gastrointestinal and Liver Con.
2621 S. Bristol Street
#202
Santa Ana, CA 92704


Gauthier, Eva
14325 McNab Ave
#23
Bellflower, CA 90706


Genzyme Biosurgery
62665 Collectoins Center Dr.
Chicago, IL 60693-0626


Gharib, Zean-Amor
576 Armitos Place
Diamond Bar, CA 91765


Giangrande, Erin
1925 Edwardson Cir
Placentia, CA 92870


Giberson, Nichole
18700 Yorba Linda Blvd
#82
Yorba Linda, CA 92886
```

Gibson, Maricel
13200 Casa Linda Ln
#B
Garden Grove, CA 92844


Gilbert, Wendy
89 Zinnia St
Ladera Ranch, CA 92694


Glenneyre LLC
327 Third Street
Laguna Beach, CA 92651


Glenneyre, LLC
3150 Bristol St
Suite 500
Costa Mesa, CA 92626


Goldsby, Megan
2568 Associated Rd
Apt. 4
Fullerton, CA 92835


Golembiewski, Amanda
150 W. Canada, #A
San Clemente, CA 92672


Gomez, Ashley
1281 N Walden Ln
Anaheim, CA 92807


Gomez, Aurora
1281 N Walden Lane
Anaheim, CA 92807

Gomez, Faron
1281 N Walden Lane
Anaheim, CA 92807


Gomez, Lourdes
10806 Milano Ave
Norwalk, CA 90650


Gomez, Mia
203 Murica Aisle
Irvine, CA 92614


Gomez, Rodrigo
1281 N Walden Lane
Anaheim, CA 92807


Gonzales, Kaela
27715 Tamara Dr
Yorba Linda, CA 92887


Gonzalez, Ivy
1494 S. Highland Ave
#204
Fullerton, CA 92832


Gonzalez, Jackeline
393 Hamilton St
Apt. R1
Costa Mesa, CA 92627


Gonzalez, Jayson Jesus
515 North Anna Drive
Apt H
Anaheim, CA 92805

Gonzalez, Maily
1750 W. Lambert Rd
Space 43
La Habra, CA 90631


Gonzalez, Nicole
851 W. 9th Street
Corona, CA 92882


Gonzalez, Norma
1706 W. Pine Street
Santa Ana, CA 92703


Gonzalez, Patsy
927 S. Standard Ave
#10
Santa Ana, CA 92701


Gonzalez, Sara
5815 E. La Palma
Space 306
Anaheim, CA 92807


Gonzalez-Ruiz, Jasmine
200 E Wakefield Ave
#2
Anaheim, CA 92802


Goodale, Jeffrey
21612 Cabrosa
Mission Viejo, CA 92691


Goodale, Tristan
21612 Cabrosa
Mission Viejo, CA 92691

Gordon, Michael F.
21098 Carlos Rd
Yorba Linda, CA 92887

Gordon, Michele
21098 Carlos Road
Yorba Linda, CA 92887

Gotovac, Katie
5225 Minuet Lane
Anaheim, CA 92807

GOV?

Gravette, Michelle
3907 San Marcos Pl
Fullerton, CA 92835

Green, Justin Carl
830 Hartford Lane
La Habra, CA 90631

Greenberg, Victoria
18381 Iris Lane
Yorba Linda, CA 92886

Greene, Caroline
206 East Avenida Ramona
San Clemente, CA 92672

Greene, Margaret
206 East Avenida Ramona
San Clemente, CA 92672


Greenway Health
P.O. Box 203658
Dallas, TX 75320-3658


Gregg DeNicola
7548 Angel View Terrace
Orange, CA 92869


Gregg DeNicola
7548 E. Angel View
Orange, CA 92869


Griffin, Allison
3996 Yellowstone Cir
Chino, CA 91710


Griffiths, Evianna
13900 Casimir Ave
Gardena, CA 90249


Griman, Donna
14705 Libra Dr
La Mirada, CA 90638


Grismer, Luann
826 N Carew Drive
Placentia, CA 92870

Grismer, Michael W.
826 N Carew Dr
Placentia, CA 92870

Gritman, Alaiyah
14705 Libra Dr
La Mirada, CA 90638

Grobstein Teeple LLP
Howard Grobstein, CRO
23832 Rockfield Blvd., Ste 245
Lake Forest, CA 92630

Grossenbacher, Morgan
482 N. Shaffer St.
Orange, CA 92866

Guadarrama, Christina
1660 Via Pacifica
G212
Corona, CA 92882

Gue, Kirsten
18662 Buena Vista Ave
Yorba Linda, CA 92886

Guimaraes, Carolina
757 Oakcrest Avenue
Brea, CA 92821

Gully, Michelle
4685 Los Alamos Way
Unit A
Oceanside, CA 92057

Gutierrez Jose
712 S. Fernwood St.
#14
West Covina, CA 91791


Gutierrez, John
102 S. Flower Ave
Apt. B
Brea, CA 92821


Gutierrez, Tanya
1679 E. Orangethorpe
Apt. 418
Atwood, CA 92811


Gutierrez, Yuliana
4610 W Roosevelt Ave
Santa Ana, CA 92703


Guzman, Guadalupe J
960 E 6th Street
Pomona, CA 91766


Guzzo, Azita
571 S Paseo de Luna
Anaheim, CA 92807


Ha, Lilly
10438 Morning Glory
Fountain Valley, CA 92708


Haider, Fatema
19377 Steeplechase
Yorba Linda, CA 92886

Hainsworth, Katelyn
418 N. Main St, #315
Corona, CA 92878


Hall, Anna
2200 E. Ball Rd, #26
Anaheim, CA 92806


Hall, Michael D
6355 Golden Gate Dr
Yorba Linda, CA 92886


Hamid, Merwa
1303 Sun Dial Dr
Tustin, CA 92782


Hamilton, Adrianna
5815 E. La Palma Ave
Apt. 249
Anaheim, CA 92807


Hanna & Jarbo, PLC
33717 Woodward Avenue, Suite 560
Birmingham, MI 48009


Hannon, Amanda
1275 N. Chrisden St.
M108
Anaheim, CA 92807


Harms, Keith
17741 Weatherly Dr
Yorba Linda, CA 92886

Harms, Nicolette
17741 Weatherly Dr
Yorba Linda, CA 92886


Harris, Kenyatta
7426 Cherry Ave
Ste 210-160
Fontana, CA 92336


Hart, Steven W.
17005 Walnut St
Yorba Linda, CA 92886


Hartmann, Aeli
7 Bridgewood
Irvine, CA 92604


Hasenberg, Juanita
6850 Coolidge Ave
Riverside, CA 92506


Haugt, Collin
3883 Buchanan St
Space 99
Riverside, CA 92503


Hause, Charles T.
2424 Berkshire Way
Placentia, CA 92870


Hause, Patricia
2424 Berkshire Way
Placentia, CA 92870

Health Net
P.O. Box 9040
Farmington, MO 63640


Health Net of CA Refunds
File #056527
Los Angeles, CA 90074-6527


Health Plans



Health Promotions Now
1270 Glen Ave.
Moorestown, NJ 08057


Healthsmart MSO Inc. fka UPI Well
5785 Corporate Ave.
Cypress, CA 90630


Helm, Carmel
17042 Saga Drive
Yorba Linda, CA 92886


Helm, Todd
17042 Saga Drive
Yorba Linda, CA 92886


Helms, Madison
1420 Norwich Lane
La Habra, CA 90631

Hemar, Rousso & Heald LLP
Attn: Alexandra Rhim
15910 Ventura Blvd., 12th Fl
Encino, CA 91436


Hemar, Rousso & Heald LLP
Attn: Paul N. Andonian
15910 Ventura Blvd., 12th Fl
Encino, CA 91436


Henberger, Megan
25081 Leucadia St
Unit G
Laguna Niguel, CA 92677


Henri, Robert
1904 Olde School Rd
Oklahoma City, OK 73120


Henry, Michael
514 Comanche Drive
Placentia, CA 92870


Henry, Tracy L.
514 Comanche Dr
Placentia, CA 92870-1529


Hernandez, Amy
322 Baker St., #4
Placentia, CA 92870


Hernandez, Cindy
309 N Mountain View Pl
Unit 16
Fullerton, CA 92831

Hernandez, Cindy G
309 N Mountain Ave
#16
Fullerton, CA 92831


Hernandez, Crystal
631 W Commonwealth Ave
Apt B
Fullerton, CA 92832


Hernandez, Elyssa
4921 Shaw Lane
Yorba Linda, CA 92886


Hernandez, Millie
1525 Plaza De Noche
Apt. 2
Corona, CA 92882


Hernandez, Nesly
14621 Red Hill Ave
Tustin, CA 92780


Hernandez, Vanessa
3429 Canyon Crest Dri
Apt. 1D
Riverside, CA 92507


Hernandez-Garcia, Johanna
506 Cantor
Irvine, CA 92620


Hernandez-Uriostigue, Pearl
124 N. Tustin Ave
Apt B4
Anaheim, CA 92807

Herrera, Slonne
6956 Channel Ct
Mira Loma, CA 91752


Herrera, Susan
514 E South St
#12
Anaheim, CA 92805


Hickman, Kae-Shanna
738 W. La Jolla St
Placentia, CA 92870


Hicks, Crystal
9424 Cedar St
#A
Bellflower, CA 90706


Hills, Heather
1116 Skyline Drive
Laguna Beach, CA 92651


Hines, Donna
6342 Sunfield Ct
Riverside, CA 92504


HM Medical, Inc.
500 Superior Ave.
#330
Newport Beach, CA 92663


HMS
P.O. Box 952366
Saint Louis, MO 63195-2366

Hoegler, Addison
19375 Shetland Lane
Yorba Linda, CA 92886


Hoegler, Buffy M.
17550 Monette Cir
Yorba Linda, CA 92886


Hoegler, Rick
19375 Shetland Lane
Yorba Linda, CA 92886


Hoegler, Zachary
19375 Shetland Lane
Yorba Linda, CA 92886


Hojjat, Houmehr
7 Morning View
Irvine, CA 92603


Holiness, Jeremiah
2610 Associated Road
Fullerton, CA 92835


Holland, Dyanna
3099 Ginger Ave., #A
Costa Mesa, CA 92626


Holloway, Trevor
317 16th St
#4
Huntington Beach, CA 92648

Hologic Capital
P.O. Box 825736
Philadelphia, PA 19182-5736


Hologic Capital
P.O. Box 825736
Philadelphia, PA 19182


Honarkar, Pouran
831 Bluebird Canyon Ln
Laguna Beach, CA 92651


Hong, Karen
24096 Pandora St
Lake Forest, CA 92630


Hosseini, Hadeiah
51 Dartmouth Lane
Coto de Caza, CA 92679


Houck, Courtney
2514 Hidden Creek St
Corona, CA 92881


Houmehr Hojjat
7 Morning View
Irvine, CA 92603


Huber, Alexandra
3412 E Vine Ave
Orange, CA 92869

Huizar, Stephanie
216 E. Vermont Ave
Anaheim, CA 92805


Humana Military TRICARE East Refund
Underwritten Recoup
P.O. Box 8967
Madison, WI 53708-8967


Hunt, Faith
4325 Pepper Ave
Yorba Linda, CA 92886


Huynh, Ha
10229 Boyd Dr
Tustin, CA 92782


Huynh, Justeen
615 E. 3rd St., #226A
Pomona, CA 91766


Huynh, Tammy
11908 Egham Cir
Garden Grove, CA 92840


Hynes, Anthony
267 Crescent bay Dr.
Laguna Beach, CA 92651


Hynes, India
267 Crescent Bay Dr.
Laguna Beach, CA 92651

Im, Pearl
20814 E. Crest Lane
Walnut, CA 91789


Incorporating Services Ltd.
Attn: Brooks Ferrett
3500 S. Dupont Hwy
Dover, DE 19901


Indeed, Inc.
Mail Code 5160
P.O. Box 660367
Dallas, TX 75266-0367


Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain Records Mgmt
P.O. Box 601002
Pasadena, CA 91189-1002


Irwin, Rebecca Louise
635 Ash Street
Brea, CA 92821


Israel, Desiree
20244 E. Arrow Hwy
Covina, CA 91724


Italia, Prachi
2010 Viewridge Dr.
Chino Hills, CA 91709

Jacob, Kenneth
P.O. Box 28503
Anaheim, CA 92809


Jacob, Reenu
17400 Majestic Cypre
Yorba Linda, CA 92886


Jacobo, Yuleisy
7530 Rudell Road
Corona, CA 92881


Jacobson, Jennifer
16301 Butterfield Ranch Rd
Unit 13303
Chino Hills, CA 91709


Jagusiak, Aimee
1231 Chestnut
Orange, CA 92867


James L. Pearle, MD
P.O. Box 157
Corona Del Mar, CA 92625


James L. Pearle, MD
P.O., Box 157
Corona Del Mar, CA 92625


James, Aaron
1211 S. Palmetto Ave
Apt. B
Ontario, CA 91762

Jang, Rosie
2540 Royale Place
Fullerton, CA 92833

Jefferson, Monica
1627 Honeywood Ct.
Brea, CA 92821

Jeffries, Karen E.
201 E Chapman Ave
Apt. 22C
Placentia, CA 92870

Jenista, John T.
5949 Maycrest Ave
Corona, CA 92880

Jenista, John W.
5949 Maycrest Avenue
Corona, CA 92880

Jenista, Stacie M.
5949 Maycrest Ave
Eastvale, CA 92880

Jenkins, Dylan
2631 E. Denise Ave
Orange, CA 92867

Jessen, Delanie
130 N. Princeton Ave
Fullerton, CA 92831

Jimenez, Claudia
1644 W. Mells Ln
Anaheim, CA 92802


Jimenez, Inez
214 S. Brookhurst Rd.
Apt. 4
Fullerton, CA 92833


Johnson, Amanda K.
21596 Fernbrook
Mission Viejo, CA 92692


Johnson, Diane
21596 Fernbrook
Mission Viejo, CA 92692


Johnson, Lawrence
21596 Fernbrook
Mission Viejo, CA 92692


Johnson, Mackenzie
3099 W. Chapman Ave.
#252
Orange, CA 92868


Jorgensen, Lisa
1860 Rustridge Place
#203
Corona, CA 92881


Judd, George R.
725 San Juan Ln
Placentia, CA 92870

Judd, Lindi G.
725 San Juan Ln
Placentia, CA 92870


Kakpo-Moore, Senan
12862 Monte Vista Ave
Chino, CA 91710


Kammeier, Mark
4096 Oceanview
Orange, CA 92865


Kanahele, Sandra R.
5591 Club View Drive
Yorba Linda, CA 92886


Karabeg, Sara
50 Cornell
Apt. 25
Irvine, CA 92612


Kaur, Jaspreet
17 Carriage Dr.
#17
Foothill Ranch, CA 92610


Keiser, Christina Ann
8276 Camino Alto Dr.
Riverside, CA 92504


Kelvin Nguyen, DPM
10091 Northampton Ave.
Westminster, CA 92683

Kempiak, Katherine E.
20021 Baywood Ct
Yorba Linda, CA 92886

Kempiak, Richard
20021 Baywood Ct
Yorba Linda, CA 92886

Kerns, Barry
17545 Cerro Vista
Yorba Linda, CA 92886

Khan, Bisma
8207 Red Elk Dr.
Elk Grove, CA 95758

Kharouf, Shahd
4715 Via De La Mula
Yorba Linda, CA 92886

Kharouf, Yahya
4715 Via De La Mula
Yorba Linda, CA 92886

Kim, Ashley
2261 W. Malvern Ave
Fullerton, CA 92833

King, Donna
7819 E Viewrim Dr
Anaheim, CA 92808

King, Mackenzie
438 El Modena Ave
Newport Beach, CA 92663


Knight, Kelly
306 Vista Trucha
Newport Beach, CA 92660


Kober, Kiesha
15175 Palisade St
Chino Hills, CA 91709


Kober, Michael
15175 Palisade St
Chino Hills, CA 91709


Koch, Louise
19795 Futura Dr.
Yorba Linda, CA 92886


Koch, Steven
19795 Futura Dr
Yorba Linda, CA 92886


Koeller, John
5962 Sandra Dr
Yorba Linda, CA 92886


Koeller, Sharon
5962 Sandra Drive
Yorba Linda, CA 92886

Kotoff, Kelly
17808 Antherium Dr
Chino Hills, CA 91709


Krepps-Hoffer, Cyndy
28051 Sheffield
Mission Viejo, CA 92692


Kretschmar, Nancy L.
21155 Via Alisa
Yorba Linda, CA 92887-2510


Kretschmar, Thomas M.
21155 Via Alisa
Yorba Linda, CA 92887


Kristen yoo
3255 E. Phillips Ct.
Brea, CA 92821


Kubo, Keller
1649 Tyler Drive
Fullerton, CA 92835


Kuhlman, Kylee
18082 Heather Way
Yorba Linda, CA 92886


Kwok, Jackie
8771 Baywood Drive
Huntington Beach, CA 92646

Kyle, Ella
5583 Pebble Beach Lane
Yorba Linda, CA 92886


Kyle, Melissa
5583 Pebble Beach Lane
Yorba Linda, CA 92886


Lamb, Deanna
2075 N. Nordic
Orange, CA 92865


Lane, Jessica
4898 Via Alamed
Yorba Linda, CA 92886


Lane, Terry L.
47 Egret Lane
Aliso Viejo, CA 92656


Lau, Louis
802 Kilmarnock Way
Riverside, CA 92508


Laurich, Jenny S.
5781 Kingsbriar Dr
Yorba Linda, CA 92886


Laurich, John
5781 Kingsbriar
Yorba Linda, CA 92886

Lausterer, Lori
26021 Blascos
Mission Viejo, CA 92691

Laz Technologies
3410 La Sierra Ave
Ste. F279
Riverside, CA 92503

Leahy, Marianne
19861 Villager Circle
Yorba Linda, CA 92886

Lech, Rebecca
711 S. Palamino Lane
Anaheim, CA 92807

Lee, Hye
8452 E. Altaview Dr
Orange, CA 92867

Lee, Jamie
5435 Kingsport Dr
Yorba Linda, CA 92886

Lee, Kaitlin
2875 Baxter
Tustin, CA 92782

Lee, Mary M.
1514 Shaver Way
Placentia, CA 92870-2905

Lee, Rylan
2618 Teresina Drive
Hacienda Heights, CA 91745


Lee, Yoobeen
13620 Kellwood Court
La Mirada, CA 90638


LendSpark Corporation
2554 Gateway Road
Carlsbad, CA 92009


Leon, Celina
13648 Rockcrest Drive
Moreno Valley, CA 92553


LeRoy-Loge, Grace
25 Calle San Luis Re
Rancho Santa Margarita, CA 92688


Leslie Shokes, M.D.
2703 N. Bristol St.
H-2
Santa Ana, CA 92706


Leslie Shokes, M.D.,
2703 N. Bristol St.
H-2
Santa Ana, CA 92706


Letarte, Leo P.
2160 Via Mariposa E
Unit B
Laguna Woods, CA 92637

Letarte, Nancy E.
2160 Via Mariposa E
Unit B
Laguna Woods, CA 92637


Levi, Scott
8623 E. Canyon Vista
Anaheim, CA 92808


Levien, Alyssa
1123 Cleveland Way
Corona, CA 92881


Lewis, David
241 N Paseo Picaro
Anaheim, CA 92807


Lewis, Eric
3110 Ginger Ave., #C
Costa Mesa, CA 92626


Lewis, Judith A.
875 Indian Head Ranch Road
1107
Borrego Springs, CA 92004


Limon, Rebecca
1896 Singingwood Ave
Pomona, CA 91767


Limonchi, Ryley
4715 Green Crest Dr.
Yorba Linda, CA 92887

Lindner, Cheryl C.
2357 N Bailey St
Orange, CA 92867

Lindner, Ella M.
2357 N Bailey St
Orange, CA 92867

Lindner, Jeffrey A.
2357 N Bailey St
Orange, CA 92867

Lindner, Jeffrey A.
2357 N. Bailey St
Orange, CA 92867

Lindsey, Robin
29392 Ronea
Mission Viejo, CA 92692

Ling, Carson
17741 Via Roma
Yorba Linda, CA 92886

Ling, Julie
17741 Via Roma
Yorba Linda, CA 92886

Liu, Annie
20470 Via Infanta
Yorba Linda, CA 92887

Lizarde, Tanya Lee
14705 Libra Dr
La Mirada, CA 90638


Loggins, Brittany
2206 E. 15th Street
Newport Beach, CA 92663


Lomeli, Priscilla
150 S. Magnolia Ave.
Apt. 180
Anaheim, CA 92804


Lomeli, Sabrina
1224 W. Phillips Street
Ontario, CA 91762


Longnecker, Joseph
129 Agate Ave
Newport Beach, CA 92662


Lopez, Ashley
13011 16th Street
Chino, CA 91710


Lopez, Elizabeth
130 W. Truslow Ave
Fullerton, CA 92832


Lopez, Elizabeth
2219 S. Shelton St
Santa Ana, CA 92707

Lopez, John
732 Tangerine Way
Fullerton, CA 92832


Lopez, Laurie
362 1/2 W. Badillo St
Covina, CA 91723


Lopez, Leytzia
320 N. Park Vista St
Apt. 57
Anaheim, CA 92806


Lopez, Mark
2552 E. Pearson Ave
Fullerton, CA 92831


Lopez, Perla
3133 Triumph Lane
Apt 2
Ontario, CA 91764


Lowe, Rosalie A.
909 N Ford Ave
Fullerton, CA 92832


Lowrance, Athalie D.
20232 Ave Puesta Del Sol
Yorba Linda, CA 92886


Lowrance, David
20232 Avenida Puesta Del Sol
Yorba Linda, CA 92886

Luisa, Arlene
2660 W. Ball Rd
Apt. 66
Anaheim, CA 92804


Lyons, Samantha
1850 Littler Lane
Corona, CA 92883


Lysik, Mary F.
6566 Woodburn Ln
Yorba Linda, CA 92886


Lysik, Michael
6566 Woodburn Lane
Yorba Linda, CA 92886


Magajes, Ryan
209 S. Leandro St
Anaheim, CA 92807


Magargee, Judith L.
17032 Rancho Lane
Yorba Linda, CA 92886


Magdaleno, Grisel
933 Redwood Ct
Corona, CA 92878


Magee, Melissa
7 La Paloma
Dana Point, CA 92629

Mah, Alyxis
9612 Hightide Drive
Huntington Beach, CA 92646


Mai, Andy
2168 W. Victoria Ave
Anaheim, CA 92804


Mai, Marlene
594 S. Motif Street
Anaheim, CA 92805


Mallari, Marielle
13410 Herringbone Court
Valley Center, CA 92082


Manalo, Danica Marie
7694 E. Chesire Rod
Orange, CA 92867


Manriquez-Gonzales, Raquel
251 Kraemer Cir
Unit 131
Brea, CA 92821


Mansfield, Tanya
7701 Warner Ave
#A12
Huntington Beach, CA 92647


Maque, Kiara-Aleksy
339 W 4th Street
Stockton, CA 95206

Marcy Toner
7900 E. Woodsboro Ave
Anaheim, CA 92807


Margol, James E.
21175 Via Mariano
Yorba Linda, CA 92887


Margol, Kristen
21175 Via Mariano
#B
Yorba Linda, CA 92887-1818


Margol, Sharon M.
21175 Via Mariano
Yorba Linda, CA 92887


Mark M. Chung MD
12393 Andy Street
Cerritos, CA 90703


Marroquin, Amanda
642 W. Lime St.
Inglewood, CA 90301


Martella, Jasmine
245 S. Gilbert St., #D
Fullerton, CA 92833


Martha Rodriguez
13318 Heather Lee St.
Corona, CA 92880

Martin, Caila
28188 Moulton Pkwy
Apt. 613
Laguna Niguel, CA 92677


Martin, Rosendo
203 S Echo St
Anaheim, CA 92804


Martinez Murill, Nallely
15017 La Fonda Dr
La Mirada, CA 90638


Martinez, Elizabeth
8853 Concord Ave
Riverside, CA 92503


Martinez, Melissa
10346 Scott Ave
Whittier, CA 90603


Martinez, Rebecca
226 East H. St.
Ontario, CA 91764


May, Amanda
5114 Vista Montana
Yorba Linda, CA 92886


May, Daniel L
5114 Vista Montana
Yorba Linda, CA 92886

Mayes, Robin
335 E Meadowbrook Ave
Orange, CA 92865


Mc kinnell, Kathy L.
1918 Clemens Drive
Placentia, CA 92870


McFarland, Donald
12921 Keith Pl
Tustin, CA 92780


McGeough, Bailey
2971 East Ruby Drive
Apt A
Fullerton, CA 92831


McKesson Corporation
6651 Gate Parkway
Jacksonville, FL 32256


McKesson Medical Surgical
P.O. Box 51020
Los Angeles, CA 90051-5320


Mckinnell, Robert
1918 Clemens Dr
Placentia, CA 92870


McNamara, Barbara
6362 Glendale Dr
Yorba Linda, CA 92886

McNichols, Nicole
5068 Lakeview Ave
Yorba Linda, CA 92886


McPhee Izabella
2000 Hillhaven Drive
Brea, CA 92821


Means, Ajanae
27418 Barcelona Dr.
Corona, CA 92883


Medawar, Aida
4303 Archway
Irvine, CA 92618


Medi-Cal
P.O. Box 15700
Sacramento, CA 95852


Medicare
P.O. Box 6775
Fargo, ND 58108-6775


Medicare JE Part B Refunds
Noridian Health Care Solutions, LLC
P.O. Box 511381
Los Angeles, CA 90051-7936


Medico
2201 E. Carson St.
Long Beach, CA 90807

Medina, Paola
1643 W. Dudley Ave
Apt. B
Anaheim, CA 92802


Medrano, Alyssa
1018 Eastside Ave
Santa Ana, CA 92701


Meeker, Sherlene
32052 Sea Island Dr
Dana Point, CA 92629


Meeker, Thomas R.
32052 Sea Island Dr.
Monarch Beach, CA 92629


Mejia Osorio, Katia Del Carmen
523 S Peralta Hills
Unit B
Anaheim, CA 92807


Mejia, Andrew
19162 Parkland St
Yorba Linda, CA 92886


Mejia, Erika
5360 Silver Canyon Rd
Unit C
Yorba Linda, CA 92887


Melendez, Elizabeth
2900 E. Lincoln Ave
Apt. 180
Anaheim, CA 92806

Mendez, Joel
2130 W. Crescent Ave
#1084
Anaheim, CA 92801


Mendoza, April
18860 Seabiscuit Run
Yorba Linda, CA 92886


Merck & Co., Inc.
P.O. Box 94000
Palatine, IL 60094-4000


Meritain Health
1405 Xenium Lane N.
Ste 140
Minneapolis, MN 55441


Mesino, Kenya
1619 E. Sycamore St
#6
Anaheim, CA 92805


Meza, Serenna
5815 E. La Palma Ave
Apt. 279
Anaheim, CA 92807


Michael Hall, M.D.
18200 Yorba Linda Blvd.
#250
Yorba Linda, CA 92886


Michaud, Nicole
740 Avenida Del Vista
Unit F
Corona, CA 92882

Mikhael, Marlin
14152 Flower Street
G14
Garden Grove, CA 92843


Mirahmadi, Hedieh
20345 Via Sanlucar
yorba linda, CA 92887


Misca, Karina
1500 Cherry St
#5304
Placentia, CA 92870


Misca, Nathan
1500 Cherry St
#5304
Placentia, CA 92870


Moctezuma, Guadalupe
1295 E. Lincoln Ave
Apt. 35
Anaheim, CA 92805


Mohammad E. Rassouli MD
24976 Hollyberry Lane
Laguna Niguel, CA 92677


Molina, Lisa
2870 N. Towne Ave
#004
Pomona, CA 91767


Moline, Ashley E
2795 N. Galley St.
Orange, CA 92865

Monros-Cintron, Jaedyn
2113 W. Dogwood Ave
Anaheim, CA 92801


Montague, Elizabeth
2212 N. Derek Dr
Fullerton, CA 92831


Montano, Amanda
29162 Crabapple
Lake Elsinore, CA 92530


Montejano, Antoinette
1476 Crownview Dr.
Corona, CA 92882


Montelone, Grace
4485 Via El Molino
Yorba Linda, CA 92886


Montes, Jacqueline
1873 Junipero Ave
Signal Hill, CA 90755


Mooney, Mark D.
8270 Ladyfern Ln
Anaheim, CA 92808


Moore, Amy
2108 Parkside
#269
Corona, CA 92879

Moore, John
24385 Via Leonardo
Yorba Linda, CA 92887-4925

Moore, Jolie
25495 Budapest Ave
Mission Viejo, CA 92691

Moore, Lina
16065 Red Coach Ln
Whittier, CA 90604

Mora, Nicole
10516 Grovedale Dr.
Whittier, CA 90603

Moreno, Carlyn V.
4911 Van Buren St
Yorba Linda, CA 92886

Moreno, Kevin
16746 Glengray St.
La Puente, CA 91744

Moreno, Sheila
8281 Garfield St
Riverside, CA 92504

Morines, Melanie
4865 Redfield Rd
Yorba Linda, CA 92886

Moser, Jennifer
5374 E Cresthill Dr
Anaheim, CA 92807


Moshfegh, Deanna L.
4612 Briarhill Dr
Yorba Linda, CA 92886


Mota, Alexa
2993 N Cottonwood St
Unit 7
Orange, CA 92865


Motley, Kristen
223 1/2 20th St
Newport Beach, CA 92663


Muratella, Janet
21362 Beechwood Way
Lake Forest, CA 92630


Murillo, Shaida
15017 La Fonda Dr
La Mirada, CA 90638


Mutual of Omaha Ins.
P.O. Box 33061
Amarillo, TX 79120


Myers, Erin
1542 9th Ave
Hacienda Heights, CA 91745

Myers, Mason
353 Skywood Street
Brea, CA 92821


Naeve, Kelsey
5942 E. Calle Cedro
Anaheim, CA 92807


Neiman, Denise
20436 VIA DON JUAN
Yorba Linda, CA 92886


Neligan, Amelie
6431 N Cornet Circle
Anaheim, CA 92807


Neligan, Esmee
6431 N Cornet Circle
Anaheim, CA 92807


Neligan, Jacob
6431 N. Cornet Circle
Anaheim, CA 92807


Neligan, Kerry
6431 N Cornet Circle
Anaheim, CA 92807


Neligan, Richard
6431 N. Cornet Circle
Anaheim, CA 92807

Nelson Perez, Krystal
140 West Orangethorpe Ave
#26
Placentia, CA 92870

Nesheiwat, Hannah
6390 E Camino Grande
Anaheim, CA 92807

Nextiva
PO Box 207330
Dallas, TX 75320

Nguyen, Britney
5655 Millstone Pl
Yorba Linda, CA 92887

Nguyen, Bryan
2011 Fairgreen Ave
Monrovia, CA 91016

Nguyen, Grace
1146 South Night Star Way
Anaheim, CA 92808

Nguyen, Kelly
343 Deerfield Drive
Walnut, CA 91789

Nguyen, Kevin
9201 Sheridan Drive
Huntington Beach, CA 92646

Nguyen, Nicholas
854 N Resh Street
Anaheim, CA 92805

Nibut, Adri-Anne
1817 W. Willow Ave
Orange, CA 92868

Nieman, Donna
3224 Peppertree Point
Chino Hills, CA 91709

Nieves, Ashly
5470 Olivewood Ave
#11
Riverside, CA 92506

Nochimson, Chad
1524 East Cameron Way
Placentia, CA 92870

Nudtavuthtisit, Sutee
2629 Brookside Ave
Orange, CA 92867

Nvarro, Miguel A
521 S. Lyon St
Appt. 112
Santa Ana, CA 92701

Nye, David
121 N. Kathryn Dr
#205
Anaheim, CA 92801

OBGYN Care
Attn: #12500N
P.O. Box 14000
Belfast, ME 04915


Ochoa, Irene
3054 S. Main St
Apt. 63B
Santa Ana, CA 92707


Ochoa, Sandra
19351 Dairen St.
Rowland Heights, CA 91748


Odum, Prospect
9300 Esther St
Cypress, CA 90630


Office Ally
P.O. Box 872020
Vancouver, WA 98687


Office Solutions
23303 La Palma Ave
Yorba Linda, CA 92887


Ohanesian, Edward
502 Brady Circle
Placentia, CA 92870


Olesya Brissey MD
27 Millstone
Irvine, CA 92606

Olivares, Cesar
2733 W Carlton Pl
Santa Ana, CA 92704


Olivares, Eduardo
425 Annette Place
Corona, CA 92879


Onofre, Claudia
1015 E. Imperial Hwy
Apt. A-2
Placentia, CA 92870


Optum


Optum
11 Technology Dr.
Irvine, CA 92618


Optum Care Network - Monarch
Attn: Prop 56 Overpayment MS 03
11 Technology Drive
Irvine, CA 92618


Orange Canyon Village
c/o LP Realty, Inc.
9900 Culver Blvd, #1A
Culver City, CA 90232


Ordorica, Eduardo
4216 Camphor Avenue
Yorba Linda, CA 92886

Orgill, Michael G.
31355 PARDELLA LANE
Laguna Niguel, CA 92677


Ornelas Reyes, Elizabeth
2190 Trafalgar Ave
Riverside, CA 92506


Ornelas, Cecilia
12831 Yorab Ave, #56
Chino, CA 91710


Orozco, Jessica
21525 Via Pepita
Yorba Linda, CA 92886


Ortega, Jacob
2031 N. Derek Dr. 146
Fullerton, CA 92831


Osajima, Yasuo Ron
5025 Via Lucia
Yorba Linda, CA 92886


Oschmann, Paula
5012 S. McCleve Way
#E
Ontario, CA 91762


Ossa, Stephanie
1816 Baywood Drive
Corona, CA 92881

Osuna, Dolores T.
795 S Goldfinch Way
Anaheim Hills, CA 92807


Osuna, Felix
795 S Goldfinch Way
Anaheim, CA 92807


Oviedo, James
4800 Tanglewood Ave
Anaheim, CA 92807


Oyarzabal, Lesley
710 1/2 W Santa Ana
Anaheim, CA 92805


Pablo, Jazmin
717 W Bellevue Drive
Anaheim, CA 92805


Paez, Rubi
2306 W. Avalon Ave
Santa Ana, CA 92706


Pagan, Ashlee
13368 San Marcos Place
Chino, CA 91710


Pakdamanian, Kayvon
2209 Sageleaf Circle
Corona, CA 92882

Parekh, Diya
1733 N Holbrook St
Anaheim, CA 92807


Patel, Rajendra
17184 Black Walnut Court
Yorba Linda, CA 92886


Patel, Rita
13600 Canyon Crest Way
Corona, CA 92880-0300


Patel, Shital
3989 Peppertree Lane
Chino, CA 91710


Paul Jordan MD
9024 Chastain Park Dr.
Montgomery, AL 36117


Paul Jordan MD
9204 Chastain Park Dr.
Montgomery, AL 36117


Paul Weinstein, MD
20450 Via Celestina
Yorba Linda, CA 92887


Pavlak, Stephanie
1817 2nd St
Apt 22
Duarte, CA 91010

Pavlak, Victoria A.
1123 E 4th Street
Ontario, CA 91764


Pavloff, Katharine
4631 Rhapsody Drive
Huntington Beach, CA 92649


Payne, Carolyn
386 S Cameo Way
Brea, CA 92823


Payne, Douglas
386 Cameo Way
Brea, CA 92823


Pearcy, Megan
5817 Via Romero
Yorba Linda, CA 92886


Pease, Dylan
20645 Via Veronica
Yorba Linda, CA 92887


Pena, Casandra
1672 Orchard Dr., #J
Placentia, CA 92870


Penkoff, Scott
28188 Moulton Pkwy
Apt. 1614
Laguna Niguel, CA 92677

Penning-Vasquez, Kellen
1119 W. 10th Street
#N
Corona, CA 92882


Peralta, Jessica
4651 Via De La Luna
Yorba Linda, CA 92886


Perez, Adrien
8865 Pico Vista Rd
Pico Rivera, CA 90660


Perez, Irene
819 West Stevens Ave
Apt 6
Santa Ana, CA 92707


Perez, Leticia
2601 N. Grand Ave
Apt 56
Fountain Valley, CA 92708


Perez, Maria
521 S. Lyon St.
Apt. 123
Santa Ana, CA 92701


Perez, Nicole
16941 Loijelton St
La Puente, CA 91744


Perez, Samantha
329 E. Bonnie Brae Ct
Ontario, CA 91764

Perfecto, Amary-Gail Cabudol
39494 Val Vista Court
Murrieta, CA 92563


Perkins, Kristina
9194 Ethen Street
Cypress, CA 90630


Perryman, Christina
16415 Lake Knoll Parkway
Riverside, CA 92503


Peterson, Emily
29842 Longhorn Dr.
Sun City, CA 92587


Petruk, Tom J.
5605 Via De Campo
Yorba Linda, CA 92887


Pettifer, Michael
1218 Sycamore Ave
Fullerton, CA 92831


Pfizer Inc.
P.O. Box 417510
Boston, MA 02241-7510


Phillips, Andrew
6612 Kameha Circle
Yorba Linda, CA 92886

Phillips, Edmund
5565 Vista Del Mar
Yorba Linda, CA 92887


Phillips, Laura
6612 Kameha Circle
Yorba Linda, CA 92886


Phillips, Sadie
816 S. Walnut Ave, #D
Brea, CA 92821


Phillips, Vicki S.
5565 Vista Del Mar
Yorba Linda, CA 92887


Pierre, Edwal
5022 Caspian Circle
Huntington Beach, CA 92649


Pineda, Samantha
3663 Country Oaks
Loop Unit B
Ontario, CA 91761


Pisani, Audra
20515 Via Nopales
Yorba Linda, CA 92886


Pleasant, Melissa
502 Archwood Ct.
Brea, CA 92821

Ponzio, Dennis
326 S Whitestone Dr
Anaheim, CA 92807

Powell, Natalie
2721 Camellia Ct
Corona, CA 92882

Prado, Nanci
1544 E. Quincy Ave
Apt. A22
Orange, CA 92867

Prescott, Naomi
512 W. Woodcrest Avenue
Fullerton, CA 92832

Prickett, Alishia
8312 Greenleaf Ave
Whittier, CA 90602

Professional Billing Service of SC
P.O. Box 1449
Brea, CA 92822-1449

Professional Communications Msg
105 Poplar Street
Erie, PA 16507

Prospect

Prospect Medical Group
600 City Parkway West
Suite 1000
Orange, CA 92868


Pulido, Haileigh
403 Blue Jay Drive
Brea, CA 92823


Quadient Finance USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6813


Quadient Leasing USA, Inc.
Dept. 3682
P.O. Box 123682
Dallas, TX 75312-3682


Quezada, Brianna
1370 Cabrilo Park Dr.
Apt. A
Santa Ana, CA 92701


Rachall, Gaston
32302 Alipaz Street
Space 144
San Juan Capistrano, CA 92675


Radford, Denise
18551 Minuet Ln
Anaheim, CA 92807


Radiation Detection Co.
3527 Snead Drive
Georgetown, TX 78626

RADinfo Services
43676 Trade Center Place
Sterling, VA 20166

Rafique, Sara
1202 Devon Place
Diamond Bar, CA 91765

Rajendran, Noosheen
3818 Platt Way
Tustin, CA 92780

Ramirez, Alexander
6963 Dublin Dr.
Chino, CA 91710

Ramirez, Mikayla
12429 Spectrum
Irvine, CA 92618

Ramos, Cesar
16716 Glengray St.
La Puente, CA 91744

Randolph, Pamela
4476 Mimosa Dr.
Yorba Linda, CA 92886

Rangel, Elide
6150 Cripple Creek
Corona, CA 92880

Ray, Artie
18553 White Oak Dr
Yorba Linda, CA 92886-5355


Ray, Cathy
18553 White Oak Dr
Yorba Linda, CA 92886


Raya, Ana-Alicia
11430 Autum St
Adelanto, CA 92301


Real, Kaitlyn
8043 E. Woodwind Ave
Orange, CA 92869


Reilly, Dwight
1536 E Commonwealth Ave
Fullerton, CA 92831


Reilly, Jennifer
1536 E Commonwealth Ave
Apt Q101
Fullerton, CA 92831


Reilly, LaVon
1536 E Commonwealth Ave
Fullerton, CA 92831


Reveles, Azucena
385 S. Vine St.
Apt. 247
Anaheim, CA 92805

Reves, Sherry
4620 Avenida De Las Flores
Yorba Linda, CA 92886


Reyes, Diana M.
5414 Passero Ave
Riverside, CA 92505


Richard Wineland M.D.
220 Buena Vida Dr.
Unit 202
Brea, CA 92823


Rigby, Laura
971 Hemingway Dr.
Corona, CA 92878


Rinehart, Sheila M.
430 W Patwood Dr
La Habra, CA 90631


Rinehart, Thomas
430 W Patwood Dr
La Habra, CA 90631


Rios, Jaqueline
1734 Bern Drive
Corona, CA 92882


Rise Health Services, Inc.
244 Biscayne Blvd
N 4903
Miami, FL 33132

Ritchie, Hayden
17761 Weatherly Dr
Yorba Linda, CA 92886


Rivera, Adonnis
11903 Roseton Ave
Norwalk, CA 90650


Rivera, Stephanie
8448 E Kendra Loop
Orange, CA 92867


Robert Borrowdale, M.D.
23 Rutherford
Irvine, CA 92602


Robert Borrowdale, MD
23 Rutherford
Irvine, CA 92602


Roberts, Linda
1785 Palm Drive
Laguna Beach, CA 92651


Robles, Sarai
5127 East Marita Lane
Apt. B
Anaheim, CA 92807


Roche, Dean
841 Mesa View St
Upland, CA 91784

Rodgriguez, Andria
6082 Fullteron Ave
Apt. 2
Buena Park, CA 90621


Rodriguez, Alexandra
1021 Lynwood Dr.
Brea, CA 92821


Rodriguez, Alicia
309 N. Mountain View
#7
Fullerton, CA 92831


Rodriguez, Emily
1742 Glenoaks Avenue
Anaheim, CA 92801


Rodriguez, Jennifer
529 E. 11th Street
Apt. J
Upland, CA 91786


Rodriguez, Jessica Rikki
132 S Cornell Ave
Fullerton, CA 92831


Rodriguez, Martha
13318 Heather Lee St
Eastvale, CA 92880


Rodriguez, Martha C.
13318 Heather Lee Street
Corona, CA 92880

Rodriguez, Vanessa
13318 Heather Lee Street
Corona, CA 92880

Roemer, Brooke
426 19th Street
Apt. 4
Huntington Beach, CA 92648

Rogers, James P.
15338 Cinnabar Ct
Chino Hills, CA 91709

Rogers, Merry T.
15338 Cinnabar
Chino Hills, CA 91709

Rogers, Nichole
2132 Brookhaven Ave
Placentia, CA 92870

Rohrs, Kimberly
307 N Singingwood Unit 9
Apt I
Orange, CA 92869

Rojas, Nicole
9382 Shadowood Dr
Apt F
Montclair, CA 91763

Roman, Abigail
30041 Tessier
#312
Laguna Niguel, CA 92677

Roman, Raquel
7500 Crescent Ave
Apt 142
Buena Park, CA 90620


Romanov Group LLC
c/o Vierergruppe Management Inc.
1932 E. Deere Ave., Ste. 150
Santa Ana, CA 92705


Romanov Group LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660


Rosales, Flor
5071 E. Lomita Ave
Orange, CA 92869


Rosales, Marisol
12643 Dolly Ct
Corona, CA 92880


Rosca, Deborah
7700 Crocus Circle
Buena Park, CA 90620


Rose, Jennie C.
4901 Casa Oro Dr
Yorba Linda, CA 92886


Rose, Randal D.
4901 Casa Oro Drive
Yorba Linda, CA 92886

Rosen, Mitchell I.
21240 Trail Ridge
Yorba Linda, CA 92886


Rosendahl, Nik
4131 Rosada ct
Yorba Linda, CA 92886


Rosendo Martin
203 S. Echo St.
Anaheim, CA 92804


Ross, Kieyera
510 McFadden Street
Unit A
La Habra, CA 90631


Ross, Tamia
13135 Heacock Street
210
Moreno Valley, CA 92553


Rubi, Ashley
3600 Crowell Ave
Riverside, CA 92504


Ruegg, Nancy
236 S. Cambridge St
Orange, CA 92866


Ruiz Chicas, Jemima Abigail
21146 Chesterbrook L
Huntington Beach, CA 92646

Ruiz, Danielle
1295 E. Lincoln Ave
#45
Anaheim, CA 92805


Ruiz, Heather
2200 North White Avenue
#67
Pomona, CA 91768


Ruiz, Jayson
11262 Cochran Ave
Riverside, CA 92505


Ruiz, Michelle Nicole
3101 S. Bristol St.
Apt. 104
Santa Ana, CA 92704


Ruiz, Stefani
1295 E. Lincoln Ave
Apt. 45
Anaheim, CA 92805


Russell, Jaime
8400 Edinger Ave
M204
Huntington Beach, CA 92647


Ryan, Paige
4374 Mahogany Circle
Orange, CA 92866


Rylander, Emily
16530 Campesina Lane
Huntington Beach, CA 92649

Saavedra, Sasha
8143 Hunter Green
Buena Park, CA 90621


Saba, Syeda
5816 E. Lavender Ct.
Orange, CA 92867


Saenz, Alma
1149 N. Mayfair Ave
#D
Anaheim, CA 92801


Saenz, Kiersti
1381 S Walnut St
Unit 2604
Anaheim, CA 92802


Safe Balance
401 S. Old Woodward Ave.
Ste. 308
Birmingham, MI 48009


Salazar, Jaimie Y
1319 Custoza Ave
Rowland Heights, CA 91748


Salazar, Vanessa
24555 Ave De Marcia
#D
Anaheim, CA 92801


Samoff, Tiffany
17001 La Kenice Way
Yorba Linda, CA 92886

Sanchez, Eileen
1658 W. Orangewood
#A
Anaheim, CA 92802


Sanchez, Estela
510 Highland St
Santa Ana, CA 92701


Sanchez, Hector
13720 Sylmar Drive
Moreno Valley, CA 92553


Sanchez, Maria
50 Via Serena
Rancho Santa Margarita, CA 92688


Sanchez, Stephanie
6884 Lucero Way
Fontana, CA 92336


Sandoval, Angeline
7961 Lime Ave
Apt. 1
Fontana, CA 92336


Sanguedolce, John
171 E. 18th Street
Apt. C1
Costa Mesa, CA 92627


Sanofi Pasteur Inc.
12458 Collection Center Dr.
Chicago, IL 60693

Santiago Lopez, Azucena
339 Del Rio Way
Apt. 3
Vista, CA 92083


Sapien, Dana
13751 Gunter St
Garden Grove, CA 92843


Sapien, Jessica
116 S. Topo Street
Anaheim, CA 92804


Sarabia, Christopher
13408 Heritage Way
Tustin, CA 92782


Sathyaprakash, Smitha
27 Gladstone
Irvine, CA 92606


Saunders, Kyle
6191 HICKORY DR
Yorba Linda, CA 92887


Scheffel, Linda
1130 Sheppard Dr.
Fullerton, CA 92831


Schmidt, Rachel
3010 Colt Way, #193
Fullerton, CA 92833

Schrier, Wayne
1801 E Katella Ave
Apt. 4138
Anaheim, CA 92805


Schroeder, Norman
PO Box 2132
Yorba Linda, CA 92885


Schroeder, Virginia
Po Box 2132
Yorba Linda, CA 92885


Scifres, Mary
28825 Top of the World Drive
Laguna Beach, CA 92651


Scott, Bradley
5545 Via Perla
Yorba Linda, CA 92887-2470


Scott, Deborah K.
5375 E Suncrest Rd
Anaheim, CA 92807


Scott, Roxanne
5545 VIA PERLA
Yorba Linda, CA 92887-2470


Selinske, Kristen
830 Sungrove Pl
Brea, CA 92821

Servin, Andrea
1745 Vincente Ave
Placentia, CA 92870


Shah, Pradip
6542 E Northview Dr
Anaheim, CA 92807


Shah, Vrunda
2025 Tanforan Ave
Placentia, CA 92870


Shaikh, Talath
4742 Serrente Plaze
Yorba Linda, CA 92886


Shannon, Shanice
10522 Santa Gertrude
Ave 12
Whittier, CA 90603


Shariff, Shabeena
4109 Temhurst Court
Yorba Linda, CA 92886


Shellhorn, Pamela E.
17032 La Kenice Way
Yorba Linda, CA 92886


Shellhorn, Robert C.
17032 La Kenice Way
Yorba Linda, CA 92886

Sherwood, Jeffrey
165 Shorecliff Rd
Corona Del Mar, CA 92625


Shi, Alda
3612 W. Medici Lane
Inglewood, CA 90305


Shihad, Kirstin
155 S Angelina Dr
Apt G182
Placentia, CA 92870


Shinn, Miranda Virginia
1027 Lake Street
Huntington Beach, CA 92648


Shu, Carolyn
1251 N Robwood Circle
Anaheim, CA 92807


Sierra, Andrew
4071 Lombardy Ave
Chino, CA 91710


Simmons, Brittany
17995 Via Buena Vida
Yorba Linda, CA 92886


Sink, Jan
22345 Mission Hills Lane
Yorba Linda, CA 92887

Sison, Bryan
1035 Capen Ave
Diamond Bar, CA 91765


Sitar, Andrea
2571 Riverside Te
Los Angeles, CA 90039


Smith, Rebeccalee
1228 S Country Glen Way
Anaheim, CA 92808


Smith, Teresa
8501 Sea Pines Place
TX 75072


Sobral, Carlos
10291 Via Corta
Villa Park, CA 92861


Solis, Reyna
1103 De La Garza
San Clemente, CA 92672


Soomro, Aiman
2301 Cherokee Ave
Placentia, CA 92870


Soriano, Dana
3219 Huntifield St.
Corona, CA 92882

Soteres, William
16651 Orange Drive
Yorba Linda, CA 92886-2018

Soto, Isabella
12219 Meadow Green R
Whittier, CA 90604

Soto, Selina
6922 E Monaco Parkway
Orange, CA 92867

Sotolongo, Daisy
20142 Milan Ct
Yorba Linda, CA 92886

Southern Calif. Endocrine Med. Grp
1310 W. Stewart Drive
Suite 215
Orange, CA 92868

Southern California Edison
PO Box 600
Rosemead, CA 91771

Sowersby, Gary T.
1937 Saddle Drive
Placentia, CA 92870

Spectrum Gas Products
2381 E. Winston Rd.
Anaheim, CA 92806

Sperling, Craig
1709 Kanola Rd
La Habra Heights, CA 90631


Sperling, Howard
2022 Via Mariposa East
Unit D
Laguna Woods, CA 92637


Spinks, Stephanie
166 Virgina Place, #B
Costa Mesa, CA 92627


Spivey, Ronisha
431 W. 21st St.
San Bernardino, CA 92405


Stackpole, Alicia
3213 Gardenia Ln
Yorba Linda, CA 92886


Stampwala, Shannon
5040 E. Tango Circle
Anaheim, CA 92807


Stanford, Robert j.
1260 Vina Del Mar Ave
Placentia, CA 92870


Stanford, Theresa
1260 Vina Del Mar Ave
Placentia, CA 92870

Stangl, Samantha
26 Billings ave
Beaumont, CA 92223


Stitt, Dawn M.
60 Riviera Street
Lehigh Acres, FL 33936


Stone, Bonnie
4712 E Maychelle Dr.
Anaheim, CA 92807


Su, Charlene
2733 E. Stearns St.
Brea, CA 92821


Suarez, Marissa
1337 E. Verness St.
West Covina, CA 91790


Sukert, Kiersten
827 N. Adlena Dr.
Fullerton, CA 92833


Surjana, Firly
23140 Newport Ln
Yorba Linda, CA 92887


Svoboda, Jacob M.
17853 Santiago Blvd
107-235
Villa Park, CA 92861

Swanson, Jennifer
14027 Lanning Dr
Whittier, CA 90605


Swiney, Samantha
847 Amigos Way
Norco, CA 92860


Syed, Sarosh
1945 Dana Place
Fullerton, CA 92831


Sysmex America, Inc.
28241 Network Pl.
Chicago, IL 60673-1282


Systems Print & Mail
2990 Airway Ave.
Suite A
Costa Mesa, CA 92626


Szczeblowski, Thomas J.
17351 Glasgow Circle
Yorba Linda, CA 92886


TAB Answer Network
P.O. Box 10440
Santa Ana, CA 92711


Talob, Brandon
23061 Archibald Avenue
Carson, CA 90745

Talwar, Gaurav
9627 Loma Street
Villa Park, CA 92861


Tamas, Denis Gabriel
2229 N. Lyon St.
Santa Ana, CA 92705


Tan, Karren
20705 Kelfield Dr.
Walnut, CA 91789


Tapia, Lizbeth
2531 E. Park Lane
Anaheim, CA 92806


Tareen, Naureen
831 West Las Palmas Drive
Fullerton, CA 92835


Tareen, Serene
1259 Providence Loop
Placentia, CA 92870


TechMD
P.O. Box 5
Endicott, NY 13761


TechMD
111 Grant Avenue
Suite 103
Endicott, NY 13760

Tellez, Jasmine
1041 Cypress St
Placentia, CA 92870


Theobald, Glenn
3106 Briarwood Ct
Fullerton, CA 92835


Theobald, Martha
3106 Briarwood Ct
Fullerton, CA 92835


Thometz, Kyler
6520 E. Deleon S
Long Beach, CA 90815


Thompson, Beth
1618 Kingham Way
Fullerton, CA 92833


Thompson, Diane
12001 Herman Drive
Riverside, CA 92505


Thompson, Kayla
2540 Country Hill Rd
Apt. 250
Brea, CA 92821


TIAA
P.O. Box 41046
Jacksonville, FL 32203

TIAA Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054


TIAA/Everbank
P.O. Box 41046
Jacksonville, FL 32203


Tigan, Amalia
7244 Fenway Drive
Apt. B
Westminster, CA 92683


Tina, Allison
12591 Leroy Ave
Garden Grove, CA 92841


Tiprigan, Simina
8331 Myrttewood Cr
Westminster, CA 92683


Tiscareno, Reyna
6201 Shelly Drive
Huntington Beach, CA 92647


Titolo, Marie
2518 Encina Way
Laguna Beach, CA 92651


Tonelli, Alyssa
6031 Calle Mirador
Yorba Linda, CA 92886

Toner, Alyssa
6031 Calle Mirador
Yorba Linda, CA 92886


Toner, Armando Jose
7900 E Woodsboro Ave
Anaheim, CA 92807


Toner, Marcy
7900 E Woodsboro Ave
Anaheim, CA 92807


Torres, Alyssa
7900 E. Woodsboro Ave
Anaheim, CA 92807


Torres, Liliana
1745 Oak Knoll Drive
Anaheim, CA 92807


Torrez Trucking, Inc.
190 E. Crowther Ave.
Suite B
Placentia, CA 92870


Torrez, Sandra
149 Rosslyn
Anaheim, CA 92802


Tran, Calvin
6262 Klamath Drive
Westminster, CA 92683

Tran-Kim, Diana
104 Measure
Irvine, CA 92618


Tricare
P.O. Box 202112
Florence, SC 29502


Trujillo, Vanessa
9256 Tarryton Ave
Whittier, CA 90605


Turner, Chistina
785 S. Camino Grande
#5
Anaheim, CA 92807


Tydingco, Darla
40373 Jacob Way
Murrieta, CA 92563


Tyler, Kadey Michelle
7798 La Mesa Way
Buena Park, CA 90620


UCC Direct Services
2727 Allen Parkway
Houston, TX 77019


United Healthcare
5701 Katella Ave.
Cypress, CA 90630

UPI Wellcare


Uriostegui, Rayanna
6478 Gladiola St.
Corona, CA 92880


US Treasury IRS
1973 North Rulon White Bldg.
Ogden, UT 84201-0062


Uytiepo, Olivia
33 Tortuga Cay
Aliso Viejo, CA 92656


Valadez, Maria
408 S. Dexter St.
La Habra, CA 90631


Valdez, Mike
1001 East Stearns Ave
Apt. 2
La Habra, CA 90631


Valenzuela, Lesley
1191 N. West Street
Anaheim, CA 92801


Van Gerpen, Jennifer
2570 Lakeview Drive, #3
Eugene, OR 97408

VanArsdale, Bruce
951 S Beach Blvd , J2082
La Habra, CA 90631

VanArsdale, Cynthia
951 S. Beach Blvd
Unit J2082
La Habra, CA 90631

Vargas, Elizabeth
314 E. Santa Clara Ave
Santa Ana, CA 92706

Vazquez, Linda
1211 Henderson Way
La Habra, CA 90631

Vejariel, Rebecca
685 Atlantic Ct
Upland, CA 91786

Velazquez, Cindy
4861 Lincoln Ave
Space 37
Cypress, CA 90630

Venckus, Jacqueline
130 S. Avenida Felipe
Placentia, CA 92870

Veolia ES Tech Solutions LLC
P.O. Box 102296
Pasadena, CA 91189-2296

Vergilio, Courtney
4641 Suite Dr.
Huntington Beach, CA 92649


Verizon
P.O. Box 920041
Dallas, TX 75392-0041


Vertiz, Gabrielle
12271 Lambert Circle
Garden Grove, CA 92841


Victorian, Daniel
5185 Avenida de Kris
Yorba Linda, CA 92887


Vierergruppe Management Inc.
1932 East Deere Ave
Suite 150
Santa Ana, CA 92705


Villalobos, Briana
17074 Los Angeles St.
Yorba Linda, CA 92886


Villalobos, Priscilla
15702 Formby Drive
La Mirada, CA 90638


Villalobos-Rivas, Jessica
1511 N. French St.
Santa Ana, CA 92701

Villanueva, Estrella
327 N. Valley St.
Apt. 4
Anaheim, CA 92801


Villapando, Marissa
10809 Fair Grove Ct.
Riverside, CA 92503


Vineyard, Cindy A
2231 Lochness Circle
Corona, CA 92881


Vineyard, Cindy A.
2231 Lochness Circle
Corona, CA 92881


Vineyard, Katie
2231 Lochness Circle
Corona, CA 92881


Vo, Judy
484 W Cromwell Ave
Clovis, CA 93611


Waldron, Mariah
350 W. Central Ave
Unit 130
Brea, CA 92821


Walker, Richard T.
5721 Blue Mist
Chino Hills, CA 91709

Wallace, Sheree
6967 Vining Street
Chino, CA 91710


Walters, Joshua
8421 E Amberwood St
Anaheim, CA 92808


Wanchan, Minlany
2300 Fan Palm Dr
Placentia, CA 92870


Warner, Minna
420 La Crescenta Drive Unit 417
Brea, CA 92823


Watanabe, BJ - Betti Jane F.
5025 Via Lucia
Yorba Linda, CA 92886


Watson-Balamoundo, Gina
225 N. Clark Street
Orange, CA 92868


Weaver, Raymond
108 Grazie
Irvine, CA 92602


Wee, Seo Yeon
14576 Elm Hill Lane
Chino Hills, CA 91709

Wei Wah Kwok, M.D.
150 Laguna Rd.
Ste. A
Fullerton, CA 92835


Wei Wah Kwok, M.D.
150 Laguna Rd.
Suite A
Fullerton, CA 92835


Weidner, Anne
28201 Josefina
Mission Viejo, CA 92692


Weinstein, Andrea
20450 Via Celestina
Yorba Linda, CA 92887


Weise, Zachary
5534 W. 78th St.
Los Angeles, CA 90045


Weisman, Diane
4731 E Fairfield St
Anaheim, CA 92807


Weisman, Wayne
4731 E Fairfield St
Anaheim, CA 92807


Welch, Susan
1930 Kilmer Dr
Placentia, CA 92870

Wells, Bruce
226 Kauai Lane
Placentia, CA 92870


Wells, Marianne W.
508 Tahoe
Placentia, CA 92870


Wells, Nicole
8121 Coral Bell Way
Buena Park, CA 90620


Wendt, Erica
11381 Anegada St
Cypress, CA 90630


White Buffalo
333 9th Avenue
Hopkins, MN 55343


Whitmire, Kendra
641 VISTA BONITA
NEWPORT BEACH, CA 92660


Wickershiem, Allison
2730 Wrangler Cir
Corona, CA 92882


Wier, Natalie
155 S. Angelina Dr
Apt. 211
Placentia, CA 92870

Williams, Antoinette
2233 Martin Luther
Apt. B
Long Beach, CA 90806


Williams, Mackenzie
2120 S. State College
#3077
Anaheim, CA 92806


Williams-Triplett, Patricia
P.O. Box 70152
Riverside, CA 92513


Wilson, Julia
1942 Frederick St.
Placentia, CA 92870


Wilson, Natalie
128 Crescent Bay Drive
Laguna Beach, CA 92651


Wiriadinata, Elizabeth
20330 Channing Lane
Yorba Linda, CA 92887


Wise, Jennifer
438 W. Wilshire Ave
Fullerton, CA 92832


Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

```
Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209


Wong, Stephanie
18 Wild Rose Place
Aliso Viejo, CA 92656


Wood, Lea
1305 S. Prospect Ave
Redondo Beach, CA 90277


Worden, Kirstin
331 S. Idaho St., #D
La Habra, CA 90631


Wordlaw, Eric
8561 Heil Ave
Westminster, CA 92683


Wright, Pam
22609 La Palma Ave
Unit 201
Yorba Linda, CA 92887


Wright, Taliaanne
2076 N Rancho LaMerc
Covina, CA 91724


Wusstig, Madison
3007 Geraldo
San Clemente, CA 92673
```

Wusstig, Monique
3007 Geraldo
San Clemente, CA 92673

Wynn, Katrina
18135 Watson Way
Orange, CA 92866

Yahya, Kharouf
4715 Via De La Mula
Yorba Linda, CA 92886

Yakstas, John
4815 Via Del Buey
Yorba Linda, CA 92886

Yan, Christopher
2624 E. Harper St
Ontario, CA 91762

Yanez, Ariadna
2500 S. Salta Street
Apt. 19
Santa Ana, CA 92704

Yarwood, Christina M.
155 N. Cross Creek
Unit E
Orange, CA 92869

Yazdi, Donya
29256 Dean St.
Laguna Niguel, CA 92677

Ybarra, Brittany
9115 Edmaru Ave
Whittier, CA 90605


Yoo, Kristen
3255 E. Phillips Ct.
Brea, CA 92821


Young, James
25552 Aragon Way
Yorba Linda, CA 92887


Young, Leah
25552 Aragon Way
Yorba Linda, CA 92887


Yvette Hatch
11012 Bent Tree Lane
Santa Ana, CA 92705


Zalatan, Susan
3830 Avenida Del Presidente
24
San Clemente, CA 92672


Zavala, Julissa
2474 Monterey Penins
Corona, CA 92882


Zavala, Priscilla
1225 West 8th Street
Space 86
Corona, CA 92882

Zbercea, Jessica
161 N. Dogwood St
Orange, CA 92869


Zelinski, Jessica
280 S. Highland Ave
#G
Placentia, CA 92870


Zequiera, Noemy
7909 Stewart & Gray
#17
Downey, CA 90241


Zhou, Ji
20855 Porter Ranch Rd
Trabuco Canyon, CA 92679