Caduceus Medical Services LLC
Part 1 Notes
October 2024

|  | Reporting Period | CUMULATIVE |
|---|---|---|
| Starting Cash Balance Reporting Period/Petition Date | 11,760.00 | 11,760.00 |
| Receipts from Reporting Period/Petition Date | - | 12,650.00 |
| Disbursements from Reporting Period/Petition Date | - | 12,650.00 |
| Ending Cash Balance as of this Reporting Period/Petition Date | 11,760.00 | 11,760.00 |
|  |  |  |
| Cumulative Calculation |  |  |
| Total Receipts | - | 12,650.00 |
| Less DIP Receipts | - | 12,632.00 |
| b. Receipts Net of Transfers Between Accounts | - | 18.00 |
|  |  |  |
|  |  |  |
| Total Disbursements | - | 12,650.00 |
| Less DIP Transfers | - | 12,632.00 |
| c. Disbursements Net of Transfers Between Accounts | - | 18.00 |
|  |  |  |
|  |  |  |
| Disbursements qualifying for UST fees | - | 18.00 |



# CALIFORNIA
## BANK OF COMMERCE

12265 El Camino Real Suite 210
San Diego, CA 92130

| | |
|---|---|
| Account Number | 6592 |
| Statement Date | 10/31/2024 |
| Statement Thru Date | 10/31/2024 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00019223 T9496DDA110124081950 01 000000000 0000000 002

CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
OPERATING
18200 YORBA LINDA BLVD STE 111
YORBA LINDA CA 92886-4056

### Customer Service Information

Phone: 844.265.7622

Mail To: 12265 El Camino Real, Suite 210
San Diego, CA 92130

Visit Us Online: bankcbc.com

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| ANALYZED BUS CHECKING | 6592 | $11,760.00 |

## ANALYZED BUS CHECKING                          Account Number: 6592

**Account Owner(s):**  CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
OPERATING

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 10/01/2024 | $11,760.00 |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| Ending Balance as of 10/31/2024 | $11,760.00 |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $11,760 |




MEMBER FDIC

## THIS WORKSHEET IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

1. Compare the checks listed on this statement and mark off the corresponding entries in your account register.

**ENTER**
THIS STATEMENT BALANCE    $ _____

2. At the right, list all outstanding items (checks, ATM withdrawals, automatic deductions, etc.) from your account register that are not reflected on this statement.

**ADD**
ANY DEPOSITS ENTERED IN YOUR CHECK RECORD THAT ARE NOT SHOWN ON THIS STATEMENT    $ _____

3. Add any interest paid and direct deposits made during this statement period to your account register.

**TOTAL**    $ _____

4. Subtract any loan payments, insurance payments, service charges, or overdraft charges shown on this statement from your account register.

**SUBTRACT**
TOTAL ITEMS OUTSTANDING    $ _____

5. Balance your account by entering the appropriate figures in the spaces at the right.

**BALANCE**
THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE    $ _____

| CHECKS OUTSTANDING | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING:

_____ Have you checked all additions and subtractions in your register?
_____ Have you correctly entered all items in your register?
_____ Have you carried the correct balance forward from one register page to the other?
_____ Have you deducted all fees and charges?
_____ Have you added any interest credited to your register?

UPON RECEIPT OF YOUR STATEMENT, DIFFERENCES, IF ANY, SHOULD BE REPORTED TO THE BANK PROMPTLY IN WRITING AND IN ACCORDANCE WITH PROVISIONS IN YOUR DEPOSIT AGREEMENT.

---

### 24 - HOUR TELEPHONE BANKING 1-844-879-5121
Call this same number to report lost/stolen MASTERCARD® DEBIT CARDS when the bank is closed.

---

**IMPORTANT INFORMATION:** Please examine your statement and records carefully. Your failure to promptly report discrepancies, such as forgeries, alterations and other errors, may adversely affect your rights.

**The following notice applies if your account is maintained primarily for personal, family or household purposes.**

### IN CASE YOU SUSPECT ERRORS OR HAVE QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us or write us at the bank's telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and the date it occurred.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days if your account has been opened for less than 31 days), we will credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation

### BILLING RIGHTS SUMMARY
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the bank's address shown on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error and the date it occurred
3. Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

*Thank you for choosing California Bank of Commerce, N.A.*


Member
FDIC



**BANK OF COMMERCE**

12265 El Camino Real Suite 210
San Diego, CA 92130

| | |
|---|---|
| Account Number | 6634 |
| Statement Date | 10/31/2024 |
| Statement Thru Date | 10/31/2024 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00019225 T9496DDA110124081950 01 000000000 0000000 002

CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-
11946
PAYROLL
18200 YORBA LINDA BLVD STE 111
YORBA LINDA CA 92886-4056

### Customer Service Information

Phone:          844.265.7622

Mail To:        12265 El Camino Real, Suite 210
                San Diego, CA 92130

Visit Us Online:   bankcbc.com

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| ANALYZED BUS CHECKING | 6634 | $0.00 |

## ANALYZED BUS CHECKING                          Account Number: 6634

**Account Owner(s):**  CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
PAYROLL

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2024** | **$0.00** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 10/31/2024** | **$0.00** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $0 |





THIS WORKSHEET IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

| | | | CHECKS OUTSTANDING | |
|---|---|---|---|---|
| | | | NUMBER | AMOUNT |

1. Compare the checks listed on this statement and mark off the corresponding entries in your account register.
   **ENTER** THIS STATEMENT BALANCE    $ _____

2. At the right, list all outstanding items (checks, ATM withdrawals, automatic deductions, etc.) from your account register that are not reflected on this statement.
   **ADD** ANY DEPOSITS ENTERED IN YOUR CHECK RECORD THAT ARE NOT SHOWN ON THIS STATEMENT    $ _____

3. Add any interest paid and direct deposits made during this statement period to your account register.

   _____

4. Subtract any loan payments, insurance payments, service charges, or overdraft charges shown on this statement from your account register.
   **TOTAL**    $ _____

5. Balance your account by entering the appropriate figures in the spaces at the right.
   **SUBTRACT** TOTAL ITEMS OUTSTANDING    $ _____

   **BALANCE** THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE    $ _____

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING:

____ Have you checked all additions and subtractions in your register?
____ Have you correctly entered all items in your register?
____ Have you carried the correct balance forward from one register page to the other?
____ Have you deducted all fees and charges?
____ Have you added any interest credited to your register?

UPON RECEIPT OF YOUR STATEMENT, DIFFERENCES, IF ANY, SHOULD BE REPORTED TO THE BANK PROMPTLY IN WRITING AND IN ACCORDANCE WITH PROVISIONS IN YOUR DEPOSIT AGREEMENT.

| TOTAL | $ |
|---|---|

---

**24 - HOUR TELEPHONE BANKING 1-844-879-5121**
Call this same number to report lost/stolen MASTERCARD® DEBIT CARDS when the bank is closed.

---

**IMPORTANT INFORMATION:** Please examine your statement and records carefully. Your failure to promptly report discrepancies, such as forgeries, alterations and other errors, may adversely affect your rights.

The following notice applies if your account is maintained primarily for personal, family or household purposes.

**IN CASE YOU SUSPECT ERRORS OR HAVE QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us or write us at the bank's telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and the date it occurred.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days if your account has been opened for less than 31 days),we will credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation

**BILLING RIGHTS SUMMARY**
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the bank's address shown on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error and the date it occurred
3. Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

*Thank you for choosing California Bank of Commerce, N.A.*


Member FDIC



# CALIFORNIA
## BANK OF COMMERCE

12265 El Camino Real Suite 210
San Diego, CA 92130

| | |
|---|---|
| Account Number | 6642 |
| Statement Date | 10/31/2024 |
| *Statement Thru Date* | *10/31/2024* |
| *Check/Items Enclosed* | *0* |
| Page | 1 |

00019226 T9496DDA110124081950 01 000000000 0000000 002

CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
TAX
18200 YORBA LINDA BLVD STE 111
YORBA LINDA CA 92886-4056

### Customer Service Information

Phone: 844.265.7622

Mail To: 12265 El Camino Real, Suite 210
San Diego, CA 92130

Visit Us Online: bankcbc.com

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| ANALYZED BUS CHECKING | 6642 | $0.00 |

## ANALYZED BUS CHECKING
Account Number: 6642

**Account Owner(s):** CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
TAX

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2024** | **$0.00** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 10/31/2024** | **$0.00** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $0 |





FDIC

**THIS WORKSHEET IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

| | | | CHECKS OUTSTANDING | |
|---|---|---|---|---|
| 1. Compare the checks listed on this statement and mark off the corresponding entries in your account register. | **ENTER** THIS STATEMENT BALANCE | $ _____ | NUMBER | AMOUNT |
| 2. At the right, list all outstanding items (checks, ATM withdrawals, automatic deductions, etc.) from your account register that are not reflected on this statement. | **ADD** ANY DEPOSITS ENTERED IN YOUR CHECK RECORD THAT ARE NOT SHOWN ON THIS STATEMENT | $ _____ | | |
| 3. Add any interest paid and direct deposits made during this statement period to your account register. | **TOTAL** | $ _____ | | |
| 4. Subtract any loan payments, insurance payments, service charges, or overdraft charges shown on this statement from your account register. | **SUBTRACT** TOTAL ITEMS OUTSTANDING | $ _____ | | |
| 5. Balance your account by entering the appropriate figures in the spaces at the right. | **BALANCE** THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | $ _____ | | |

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING:

_____ Have you checked all additions and subtractions in your register?
_____ Have you correctly entered all items in your register?
_____ Have you carried the correct balance forward from one register page to the other?
_____ Have you deducted all fees and charges?
_____ Have you added any interest credited to your register?

| | |
|---|---|
| UPON RECEIPT OF YOUR STATEMENT, DIFFERENCES, IF ANY, SHOULD BE REPORTED TO THE BANK PROMPTLY IN WRITING AND IN ACCORDANCE WITH PROVISIONS IN YOUR DEPOSIT AGREEMENT. | TOTAL $ |

---

**24 - HOUR TELEPHONE BANKING 1-844-879-5121**
Call this same number to report lost/stolen MASTERCARD® DEBIT CARDS when the bank is closed.

**IMPORTANT INFORMATION:** Please examine your statement and records carefully. Your failure to promptly report discrepancies, such as forgeries, alterations and other errors, may adversely affect your rights.

The following notice applies if your account is maintained
primarily for personal, family or household purposes.

**IN CASE YOU SUSPECT ERRORS OR HAVE QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us or write us at the bank's telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and the date it occurred.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days if your account has been opened for less than 31 days),we will credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation

**BILLING RIGHTS SUMMARY**
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the bank's address shown on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error and the date it occurred
3. Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

Thank you for choosing California Bank of Commerce, N.A.



### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Caduceus Medical Services LLC
### October 2024

| Date mm/dd/yyyy | Account # | Check Number | Payee/Payor | Purpose | Deposits Receipts | Deposits Transfers | Disbursements Disbursements | Disbursements Transfers |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | - | - | - | - |