Andrew K. Fitzpatrick
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855.622.6657
Email: TeamCaduceus@stretto.com

Claims and Noticing Agent for Debtors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:

CADUCEUS PHYSICIANS MEDICAL GROUP, a Professional Medical Corporation, dba CADUCEUS MEDICAL GROUP,

Debtor.

☒ ALL DEBTORS

☐ Caduceus Physicians Medical Group, dba Caduceus Medical Group, ONLY

☐ Caduceus Medical Services, LLC, ONLY

Case No. 8:24-bk-11945-TA

Chapter 11

**CERTIFICATE OF SERVICE**

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 25, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on Department of Treasury - Internal Revenue Service, Attn: Angela Smith, Insolvency Group 7 at angela.r.smith@irs.gov:

- **Monthly Operating Report re Case No. 24-11945 for the Month Ending: October 31, 2024** (Docket No. 171)
- **Monthly Operating Report re Case No. 24-11946 for the Month Ending: October 31, 2024** (Docket No. 172)

Dated: November 25, 2024

/s/ *Andrew K. Fitzpatrick*
Andrew K. Fitzpatrick

# **Exhibit A**




STRETTO

**Exhibit A**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Caduceus Physicians Medical et al. | Attn: Legal Dept | 18200 Yorba Linda Blvd | #111 | Yorba Linda | CA | 92886 |
| Department of Treasury - IRS | Insolvency Group 7 | 300 North Los Angeles St | M/S 5022 | Los Angeles | CA | 90012 |
| Franchise Tax Board | Attn Legal | 3321 Power Inn Road Suite 250 | | Sacramento | CA | 95826-3893 |
| Franchise Tax Board | c/o Bankruptcy Section MS:A-340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Internal Revenue Service | Attn Legal | 1111 Constitution Ave Northwest | | Washington | DC | 20224 |
| Internal Revenue Service | c/o Special Procedures - Insolvency | PO Box 7346 | | Philadelphia | | 19101-7346 |
| US Securities & Exchange Commission | Attn: Legal Dept | 100 F Street NE | | Washington | DC | 20549 |