1 | MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
2 | DAVID A. WOOD, #272406
dwood@marshackhays.com
3 | SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
4 | MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
5 | Telephone: 949-333-7777
Facsimile: 949-333-7778
6 |
7 | Attorneys for Debtor,
CADUCEUS PHYSICIANS MEDICAL GROUP,
a Professional Medical Corporation, dba
8 | CADUCEUS MEDICAL GROUP and
CADUCEUS MEDCAL SERVICES, LLC
9 |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CADUCEUS PHYSICIANS MEDICAL GROUP, a Professional Medical Corporation, dba CADUCEUS MEDICAL GROUP,<br><br>Debtor.<br><br>☒     ALL DEBTORS<br><br>☐     Caduceus Physicians Medical Group, dba Caduceus Medical Group, ONLY<br><br>☐     Caduceus Medical Services, LLC, ONLY | Case No. 8:24-bk-11945-TA<br><br>Chapter 11<br><br>(Jointly Administered with 8:24-bk-11946-TA)<br><br>DEBTORS' SECOND MOTION TO EXTEND DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT<br><br>[NO HEARING REQURIED UNDER LBR 9013-1(o)] |

/ / /

/ / /

MOTION FOR EXTENSION TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

# TABLE OF CONTENTS

1.  SUMMARY OF ARGUMENT ................................................................2

2.  BACKGROUND FACTS ....................................................................2

    A.  CPMG ...........................................................................................2

    B.  The Impact of the COVID-19 Pandemic .................................3

    C.  Additional Financial Difficulties..............................................3

    D.  Mitigation Efforts.....................................................................3

    E.  Debtors' Reorganization Efforts .............................................4

        i.  The Petitions and First Day Motions ..........................4

        ii.  Filing of Schedules ........................................................6

        iii.  Appointment of Patient Care Ombudsman..................7

        iv.  Rejection of Unexpired Lease of Nonresidential Real Property..7

        v.  Stipulation with ADP TotalSource, Inc. for Adequate Protection ......................................................................8

        vi.  Notice of Bar Date and Scheduling Order...................9

        vii.  Debtors' First Extend Motion......................................9

        viii.  The Bid Procedure and Sale Motions..........................10

3.  ARGUMENT .....................................................................................10

    A.  Cause Exists to Extend the December 1, 2024, deadline .........10

DECLARATION OF HOWARD B. GROBSTEIN.........................................12

MOTION FOR EXTENSION TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

# TABLE OF AUTHORITIES

**Statutes**

11 U.S.C. § 105........................................................................................................................... 10

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Debtors, Caduceus Physicians Medical Group, a Professional Medical Corporation dba Caduceus Medical Group ("CPMG") and Caduceus Medical Services, LLC ("CMS") (collectively, CPMG and CMS are defined as "Debtors") respectfully submit this Motion to Extend the Deadline to File Chapter 11 Plan and Disclosure Statement for a period of ninety days (90) days ("Motion") beyond the current deadline of March 1, 2025. In support of the Motion, Debtors respectfully represent as follows:

## 1.    Summary of Argument

Debtors have diligently pursued reorganization and are pleased to report that they are currently deep in negotiations with multiple parties, and are in the process of finalizing term sheets for the purchase of Debtors' medical operations, subject to overbid. As such, the Debtors' efforts are being focused on the term sheet(s) negotiations, and the ultimate sale price may significantly impact a proposed Chapter 11 Plan of Reorganization. Debtors have filed a bid procedures motion, which is set for hearing on February 12, 2025, at 10:00 a.m., and will be filing a sale motion and have reserved March 19, 2025, at 10:00 a.m. for the sale motion. Thus, Debtors respectfully request that this Court grant the Motion.

## 2.    Background Facts

### A.    CPMG

Incorporated in California and founded in November 1998 by Dr. Gregg DeNicola, CPMG is a multi-specialty medical group with a wrap-around staff model and is among the largest remaining doctor-owned medical practices in the Orange County service area. *See* Declaration of Howard B. Grobstein ("Grobstein Decl."), ¶7. Currently, CPMG provides medical care at offices in Irvine, Laguna Beach, and Yorba Linda. *Id*. Additionally, CPMG operates various urgent care facilities in Orange County under the trade name PDQ Urgent Care and More. *Id*.

CPMG's current medical staff model-count includes 60 licensed providers, consisting of 42 employed primary care and multi-specialty physicians plus 18 contracted providers. *See* Grobstein

1   Decl., ¶8. Additionally, CPMG employs approximately 125 clinical and non-clinical staff involved

2   in day-to-day operations at its various medical offices. *Id*. Among all office locations, CPMG's

3   medical staff provides 125,000 – 130,000 patient visits annually. *Id*.

### B.    The Impact of the COVID-19 Pandemic

The COVID pandemic strained CPMG's financial condition as its costs increased while its

revenue decreased. *See* Grobstein Decl., ¶9. First, when businesses across the nation closed, CPMG

remained open, expanding its hours of operation to meet the critical care needs of the Orange County

community. *Id*. The heavy staffing demands associated with CPMG's expanded hours could only be

met by increasing wages. In the aggregate, CPMG's labor costs increased by approximately 20%. *Id*.

Concurrently, CPMG's revenue declined for various reasons. *See* Grobstein Decl., ¶10. For

example, the number of medical procedures and surgeries performed by CPMG's medical staff

decreased significantly. *Id*. Further, a significant number of CPMG's patients transitioned to

telehealth visits for less acute care, with such telehealth visits having lower reimbursement rates than

in-person visits. *Id*. This combination of increased costs and reduced revenue resulted in losses

beginning in calendar year 2021 and continued each year thereafter. *Id*.

### C.    Additional Financial Difficulties

Two other events occurred in late 2022 that negatively impacted CPMG's financial

condition. *See* Grobstein Decl., ¶11. First, a short-term cash crunch arose in early November 2022.

*Id*. After spending significant time courting a potential buyer, and with a sale transaction scheduled

to close shortly thereafter, the buyer abruptly terminated the transaction. *Id*. Shortly thereafter, in

connection with the renewal of CPMG's contract with the insurance company used by the majority

of its patients for payment of CPMG's medical services, the payment terms were altered

significantly. *Id*., ¶12. As a result, CPMG's revenue decreased by approximately $350,000 per

month. *Id*.

### D.    Mitigation Efforts

Throughout 2022, CPMG was actively taking steps to mitigate future losses. *See* Grobstein

Decl., ¶13. The two events in November 2022 described above created a financial tsunami for

CPMG. *Id*. Thus, in 2023, CPMG's loss mitigation efforts intensified. CPMG laid off employees,

1  which reduced its monthly labor costs by $140,000. *Id*. Through consistent cost-cutting and

2  simultaneous efforts to grow revenue, CPMG reduced its operating losses from $240,000 per month

3  at the beginning of 2023 to $150,000 per month by the end of the year. *Id*.

4      CPMG's mitigation efforts in 2023 included seeking outside investments and exploring sale

5  or merger opportunities. *See* Grobstein Decl., ¶14. To that end, in July 2023, Caduceus Medical

6  Services, LLC ("CMS") was formed to act as a management services company and was intended to

7  provide all the non-clinical business support required by CPMG. *Id*. Additionally, a long-term

8  management agreement between CPMG and CMS was signed.[1] *Id*. With this structure in place, the

9  Debtors' access to investment funding and potential sale transactions increased significantly as the

10  formation of CMS allowed the Debtors access to funding from people and entities not holding a

11  medical license. *Id*., ¶15.

12      Debtors' pursuit of funding or a sale transaction has generated significant interest from

13  parties with active medical practices in Orange County. *See* Grobstein Decl., ¶17. Although a

14  transaction has not yet been finalized, Debtors anticipate entering into such an agreement, which will

15  form the cornerstone of Debtors' anticipated plan. *Id*. To ensure that Debtors are prepared for a sale

16  transaction, the chapter 11 cases were filed. *Id*.

17  **E.    Debtors' Reorganization Efforts**

18      **i.    The Petitions and First Day Motions**

19      On August 1, 2024 ("Petition Date"), Debtors filed voluntary petitions under Chapter 11 of

20  Title 11.[2] *See* Grobstein Decl., Ex. 1, pg. 24. Since the Petition Date, Debtors have worked

21  expeditiously to reorganize its business affairs. *Id*., ¶¶61-64.

22

23  _____

24  [1] Although a management agreement between CPMG and CMS is in place, CPMG did not transfer
the relevant assets to CMS. *See* Grobstein Decl. ¶16. Additionally, although it was anticipated that
25  CMS would take over for CPMG as the employer of most of CPMG's staff members, such a
transition never occurred. *Id*. In short, even though a new management structure is available because
26  of CMS, it remains dormant. *Id*. The CMS case was filed as a companion to the CPMG case because
joining the two in a single transaction increases the value for Debtors and the anticipated buyer can
27  obtain the desired sale order. *Id*.

28  [2] A true and correct copy of the webPACER Docket Report for Case No. 8:24-bk-11945-TA as of
February 21, 2025, is attached as Exhibit "1" to the Grobstein Decl.

On August 1, 2024, as Dk. No. 2, Debtors filed the Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 9013-1(Q) ("Joint Administration Motion"). *See* Grobstein Decl., Ex. 1, pg. 19. In the Joint Administration Motion, Debtors sought an order authorizing joint administration to foster efficiency, reduce administrative fees and costs, and preserve the time and resources of Debtors, the Court, and other parties in interest.

On August 5, 2024, as Dk. No. 5, the Court entered an order granting the Joint Administration Motion. *See* Grobstein Decl., Ex. 1, pg. 23.

On August 2, 2024, as Dk. No. 6, Debtors filed the Motion for Order Authorizing Use of Cash Collateral and to Confirm that its Secured Creditor is Adequately Protected ("Cash Collateral Motion"). *See* Grobstein Decl., Ex. 1, pg. 23. In the Cash Collateral Motion, Debtors sought approval to use cash collateral to operate in the ordinary course of business, including making payments contemplated in the Budget.

On August 2, 2024, as Dk. No. 7, Debtors filed the Motion for Order Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, Deeming Utilities Adequately Assured of Future Performance, and Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment ("Utilities Motion"). *See* Grobstein Decl., Ex. 1, pg. 23. In the Utilities Motion, Debtors sought a court order prohibiting the Utility Providers from altering, refusing, or discontinuing service, deeming the Utility Providers adequately assured of future payment, and establishing additional procedures for resolving a request by any Utility Provider for additional assurance of payment.

On August 2, 2024, as Dk. No. 8, Debtors filed the Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. §§ 105, 345, and 363 ("Cash Management Motion"). *See* Grobstein Decl., Ex. 1, pg. 23. In the Cash Management Motion, Debtors sought authority to use its BMO Account to continue receiving payments without interruption.

On August 2, 2024, as Dk. No. 9, Debtors filed the Motion for Order Authorizing Payment of (1) Prepetition Wages; and (2) Ongoing Employee Compensation and Specialists Compensation and Benefits ("Wage Motion"). *See* Grobstein Decl., Ex. 1, pg. 23. In the Wage Motion, Debtors sought

approval to pay its employees for work done prior to the Petition Date.

On August 2, 2024, as Dk. No. 22, the Court entered an order setting the Utilities Motion, the Cash Collateral Motion, the Wage Motion, and the Cash Management Motion for a hearing on August 6, 2024. *See* Grobstein Decl., Ex. 1, pg. 26.

On August 6, 2024, as Dk. No. 37, the Court entered an order granting the Utilities Motion. *See* Grobstein Decl., Ex. 1, pg. 28.

On August 6, 2024, as Dk. No. 38, the Court entered an order granting the Cash Management Motion. *See* Grobstein Decl., Ex. 1, pg. 28.

On August 6, 2024, as Dk. No. 39, the Court entered an order granting the Wage Motion. *See* Grobstein Decl., Ex. 1, pg. 28.

On August 23, 2024, as Dk. No. 64, the Court entered an interim order regarding the Cash Collateral Motion and ordered that Debtors' immediate use of cash collateral pursuant to the Budget with a 10% variance is authorized on an interim basis. *See* Grobstein Decl., Ex. 1, pg. 30.

On August 28, 2024, as Dk. No. 72, BMO Bank National Association ("BMO") filed an opposition to the Cash Collateral Motion. *See* Grobstein Decl., Ex. 1, pg. 32.

On September 4, 2024, as Dk. No. 83, Debtors filed a reply to BMO's opposition to the Cash Collateral Motion. *See* Grobstein Decl., Ex. 1, pg. 34.

On October 1, 2024, as Dk. No. 110, the Court entered an interim order regarding the Cash Collateral Motion and ordered that Debtors' immediate use of cash collateral pursuant to the Budget with a 10% variance is authorized on an interim basis. *See* Grobstein Decl., Ex. 1, pg. 39. The Court ordered further that a final hearing on the Cash Collateral Motion would be heard on December 4, 2024.

On December 18, 2024, as Dk. No. 191, the Court entered an interim order regarding the Cash Collateral Motion and order Debtors' immediate use of cash collateral pursuant to the Budget with a 10% variance is authorized on an interim basis. The Court ordered a final hearing on the Cash Collateral Motion would be heard on March 5, 2025. See Grobstein Decl., Ex. 1, pg. 52.

## ii.    Filing of Schedules

On August 13, 2024, as Dk. No. 51, Debtors filed the Ex Parte Motion for an Order

Extending Time Within Which Debtors Must File Schedules. *See* Grobstein Decl., Ex. 1, pg. 29.

On August 15, 2024, as Dk. No. 52, the Court entered an order granting the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules. *See* Grobstein Decl., Ex. 1, pg. 29.

On August 29, 2024, as Dk. No. 74, Debtors filed the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules. *See* Grobstein Decl., Ex. 1, pg. 32.

On August 30, 2024, as Dk. No. 77, the Court entered an order granting the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules. *See* Grobstein Decl., Ex. 1, pg. 33.

On September 4, 2024, as Dk. No. 81, Debtors filed their Schedules and Statement of Financial Affairs. *See* Grobstein Decl., Ex. 1, pg. 33.

### iii.    Appointment of Patient Care Ombudsman

On August 16, 2024, as Dk. No. 53, the United States Trustee and Debtors entered into a stipulation regarding the appointment of a patient care ombudsman ("PCO Stipulation"). *See* Grobstein Decl., Ex. 1, pg. 30.

On August 19, 2024, as Dk. No. 55, the Court entered an order ordering that the United States Trustee appoint a patient care ombudsman. *See* Grobstein Decl., Ex. 1, pg. 30.

On August 20, 2024, as Dk. No. 58, the United States Trustee appointed a Stanley Otake as the patient care ombudsman ("PCO"). *See* Grobstein Decl., Ex. 1, pg. 30.

On August 22, 2024, as Dk. No. 61, Stanley Otake filed the Notice of Acceptance as PCO. *See* Grobstein Decl., Ex. 1, pg. 30.

On September 3, 2024, as Dk. No. 80, the PCO filed his Initial Status Report. Ex. 1, pg. 30.

### iv.    Rejection of Unexpired Lease of Nonresidential Real Property

On August 23, 2024, as Dk. No. 65, Debtors filed the Motion to Extend Deadline to Assume or Reject Leases of Nonresidential Real Property. In the motion, Debtors sought a 90-day extension of the deadline to assume or reject an unexpired lease of nonresidential real property under which the debtors are the lessee. *See* Grobstein Decl., Ex. 1, pg. 31.

On September 10, 2024, as Dk. No. 90, Debtors filed the Declaration that No Party Requested a Hearing on the Motion to Extend Deadline to Assume or Reject Leases of Nonresidential Property. *See* Grobstein Decl., Ex. 1, pg. 36.

On September 17, 2024, as Dk. No. 99, the Court entered an order granting the Motion to Extend Deadline to Assume or Reject Leases of Nonresidential Property. *See* Grobstein Decl., Ex. 1, pg. 37.

On October 2, 2024, as Dk. No. 111, Debtors filed the Motion to Reject Unexpired Lease of Nonresidential Real Property ("Rejection Motion"). *See* Grobstein Decl., Ex. 1, pg. 40. In the Rejection Motion, Debtors sought authority to reject the nonresidential real property lease ("Lease") which was assigned to CPMG on or about June 28, 2022, for the premises commonly known as 7630 E. Chapman Ave., #B, Orange, CA 92869 ("Leased Premises"). On October 24, 2024, as Dk. No. 137, the Court entered an order granting the Rejection Motion. Debtors determined in their business judgment to reject the Lease because the Lease and Leased Premises were not needed to provide services to patients, operate their business, or for any reorganization efforts.

On October 24, 2024, as Dk. No. 137, the Court entered an order granting the Rejection Motion ("Rejection Order"). See Grobstein Decl., Ex. 1, pg. 44.

### v.    Stipulation with ADP TotalSource, Inc. for Adequate Protection

On August 27, 2024, as Dk. No. 68, Debtors filed the Stipulation between Debtors and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay ("AP Stipulation"). *See* Grobstein Decl., Ex. 1, pg. 31.

On August 29, 2024, as Dk. No. 73, the Court entered an order approving the AP Stipulation on an interim basis subject to a 21-day notice and opportunity to request a hearing to comply with FRBP 4001. *See* Grobstein Decl., Ex. 1, pg. 32.

On September 12, 2024, as Dk. No. 94, Debtors filed the Notice of (1) Stipulation Between Debtors and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay; (2) Order Approving Stipulation Between Debtors and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay. *See* Grobstein Decl., Ex. 1, pg. 36.

1    On October 10, 2024, as Dk. No. 128, the Court entered a further order approving the AP

2  Stipulation. *See* Grobstein Decl., Ex. 1, pg. 43.

3              ### vi.    Notice of Bar Date and Scheduling Order

4    On September 25, 2024, as Dk. Nos. 106, Debtors filed the Notices of Bar Date for Filing

5  Proofs of Claim in a Chapter 11 Case. The Claims Bar Date in this case is November 25, 2024. *See*

6  Grobstein Decl., Ex. 1, pg. 38.

7    Although Debtors have worked diligently and in good faith to move through the Chapter 11

8  process as expeditiously as possible, Debtors require additional time to propose a Chapter 11 Plan.

9  Debtors' current exclusivity period elapses four days after the Claims Bar Date. Debtors request an

10  extension of the exclusivity periods so that it can properly account for and classify all timely-filed

11  claims in its Chapter 11 Plan of Reorganization and Disclosure Statement. Accordingly, the Debtors

12  submit that sufficient "cause" exists to extend its exclusivity periods.

13    Finally, on September 30, 2024, as Dk. No. 108, the Court entered a scheduling order

14  ("Scheduling Order"), providing, in part, that the deadline ". . . to file a proposed Chapter 11 Plan of

15  Reorganization and Disclosure Statement is December 1, 2024." A true and correct copy of the

16  Scheduling Order is attached **as Exhibit "2"** to the Grobstein Declaration.

17              ### vii.    Debtors' First Extend Motion

18    On November 11, 2024, as Dk. No. 154, Debtors filed a Motion to Extend Deadline to File

19  a Chapter 11 Plan and Disclosure Statement ("Extension Motion"). On December 9, 2024, as Dk.

20  No. 185, the Court entered an order granting the Extension Motion and extending the deadline to

21  March 1, 2025 ("Extend Order"). A true and correct copy of the Extend Order is attached as Exhibit

22  "**3**" to the Grobstein Declaration.

23    On October 31, 2024, as Dk. No. 150, Debtors filed a Motion to Extend Exclusivity Period

24  for Filing a Chapter 11 Plan and Disclosure Statement ("Exclusivity Motion"). On November 25,

25  2024, as Dk. No. 168, the Court entered an order granting the Exclusivity Motion and extending the

26  date the Debtors have an exclusive right to file a Chapter 11 Plan through and including January 24,

27  2025 and extending the period which Debtors have an exclusive right to solicit such acceptances to

28  Plan through and including March 30, 2025 ("Exclusivity Order"). A true and correct copy of the

1   Exclusivity Order is attached here as Exhibit "4."

2       On January 24, 2025, as Dk. No. 202, Debtors filed a second motion seeking an extension of

3   the exclusivity periods for approximately 90 days, specifically: (1) extending the period in which

4   Debtors have the exclusive right to file a Plan through and including April 25, 2025; and (2)

5   extending the period in which Debtors have the exclusive right to solicit acceptances to such Plan

6   through and including March 30, 2025.  See Grobstein Decl., Ex. 1, pg. 53.

7                   **viii.    The Bid Procedure and Sale Motions**

8       As discussed above, on February 5, 2025, as Dk. No. 211, the Debtors' filed a bid procedure

9   motion ("Bid Procedure Motion"). See Grobstein Decl., Ex. 1, pg. 54. Through the Bid Procedure

10  Motion, the Debtors' set forth the schedule for the marketing, and sale of the Debtors' assets,

11  culminating with an auction to occur on March 19, 2025, at 10:00 a.m. ("Auction") *Id.*, ¶60.

12  **3.    Argument**

13      **A.    Cause Exists to Extend the December 1, 2024, deadline**

14      Section 105(d) of the Bankruptcy Code provides that:

15          The court, on its own motion or on the request of a party in interest—
            (1) shall hold such status conferences as are necessary to further the
16          expeditious and economical resolution of the case; and
            (2) . . . may issue an order at any such conference prescribing such
17          limitations and conditions as the court deems appropriate to ensure that the
            case is handled expeditiously and economically, including an order that—
18          . . .
                    (B) in a case under chapter 11 of this title—
19                          (i) sets a date by which the debtor, or trustee if one has
                            been appointed, shall file a disclosure statement and plan;
20  11 U.S.C. § 105.

21      Debtors respectfully request that the Court extend the March 1, 2025, deadline to file a

22  Chapter 11 Plan and Disclosure Statement approximately ninety (90) days till June 2, 2025.

23  Grobstein Decl., ¶65. First, Debtors have made good faith progress in moving toward reorganization.

24  *Id.*, ¶¶61-64. Debtors have been actively negotiating with creditors, such as BMO regarding the Cash

25  Collateral Motion and ADP Totalsource, Inc., regarding adequate protection and modification to the

26  automatic stay. *See* Grobstein Decl., Ex. 1, pgs. 21-59; *Id.*, ¶¶61-64. Although Debtors cannot yet

27  claim that it will propose a consensual plan, Debtors will continue to negotiate with creditors in the

28  hopes of reaching an accord. *Id.*, ¶66.

This is Debtors' second request for an extension. Debtors have made significant progress towards reorganization by filing and obtaining orders granting the first-day motions, entering into the AP Stipulation, rejecting the Lease, setting the Claims Bar Date and preparing and filing a bid procedure and sale motion. Id., ¶64.

Through the Bid Procedure Motion, the Debtors set forth the schedule for the marketing, and sale of the Debtors' assets, culminating with an auction to occur on March 19, 2025, at 10:00 a.m. Id., ¶64. Once the Auction occurs, the Debtors' will have a better understanding of the construct of the remaining assets and liabilities in order to propose and prosecute a Plan of Reorganization. Id., ¶¶61-64.

## 4.    Conclusion

For the reasons set forth above, Debtors request that the Court enter an order:

1.    Granting the Motion in its entirety;

2.    Extending the deadline for Debtors to file a Chapter 11 Plan and Disclosure Statement to June 2, 2025;

3.    Any further relief that the Court deems just and proper.


DATED: February 21, 2025                MARSHACK HAYS WOOD LLP

                                        /s/ David A. Wood
                                By:    _____
                                        MATTHEW W. GRIMSHAW
                                        DAVID A. WOOD
                                        SARAH R. HASSELBERGER
                                        Attorneys for Debtors CADUCEUS
                                        PHYSICIANS MEDICAL GROUP, A
                                        PROFESSIONAL MEDICAL CORPORATION
                                        dba CADUCEUS MEDICAL GROUP and
                                        CADUCEUS MEDICAL SERVICES, LLC.

# Declaration of Howard B. Grobstein

I, HOWARD B. GROBSTEIN, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to testify as to the matters set forth herein, I could and would competently testify thereto.

3. The facts set forth below are true of my personal knowledge.

4. I am the proposed Chief Restructuring Officer ("CRO") of Caduceus Physicians Medical Group, a Professional Medical Corporation dba Caduceus Medical Group ("CPMG") and Caduceus Medical Services, LLC ("CMS") (collectively, "Debtors").

5. I make this declaration in support of second motion to extend deadline to File Chapter 11 Plan and Disclosure Statement ("Motion").

6. All terms not defined herein are used as they are defined in the Motion.

7. Incorporated in California and founded in November 1998 by Dr. Gregg DeNicola, CPMG is a multi-specialty medical group with a wrap-around staff model and is among the largest remaining doctor-owned medical practices in the Orange County service area. Currently, CPMG provides medical care at offices in Irvine, Laguna Beach, and Yorba Linda. Additionally, CPMG operates various urgent care facilities in Orange County under the trade name PDQ Urgent Care and More.

8. CPMG's current medical staff model count includes 60 licensed providers, consisting of 42 employed primary care and multi-specialty physicians plus 18 contracted providers. Additionally, CPMG employs approximately 125 clinical and non-clinical staff involved in day-to-day operations at its various medical offices. Among all office locations, CPMG's medical staff provides 125,000 – 130,000 patient visits annually.

9. The COVID pandemic strained CPMG's financial condition as its costs increased while its revenue decreased. First, when businesses across the nation closed, CPMG remained open, expanding its hours of operation to meet the critical care needs of the Orange County community. The heavy staffing demands associated with CPMG's expanded hours could only be met by increasing wages. In the aggregate, CPMG's labor costs increased by approximately

20%.

10.      Concurrently, CPMG's revenue declined for various reasons. For example, the number of medical procedures and surgeries performed by CPMG's medical staff decreased significantly. Further, a significant number of CPMG's patients transitioned to telehealth visits for less acute care, with such telehealth visits having lower reimbursement rates than in-person visits. This combination of increased costs and reduced revenue resulted in losses beginning in calendar year 2021 and continued each year thereafter.

11.      Two other events occurred in late 2022 that negatively impacted CPMG's financial condition. First, a short-term cash crunch arose in early November 2022. After spending significant time courting a potential buyer, and with a sale transaction scheduled to close shortly thereafter, the buyer abruptly terminated the transaction.

12.      Shortly thereafter, in connection with the renewal of CPMG's contract with the insurance company used by the majority of its patients for payment of CPMG's medical services, the payment terms were altered significantly. As a result, CPMG's revenue decreased by approximately $350,000 per month.

13.      Throughout 2022, CPMG was actively taking steps to mitigate future losses. The two events in November 2022 described above created a financial tsunami for CPMG. Thus, in 2023, CPMG's loss mitigation efforts intensified. CPMG laid off employees, which reduced its monthly labor costs by $140,000. Through consistent cost-cutting and simultaneous efforts to grow revenue, CPMG reduced its operating losses from $240,000 per month at the beginning of 2023 to $150,000 per month by the end of the year.

14.      CPMG's mitigation efforts in 2023 included seeking outside investments and exploring sale or merger opportunities. To that end, in July 2023, Caduceus Medical Services, LLC ("CMS") was formed to act as a management services company and was intended to provide all the non-clinical business support required by CPMG. Additionally, a long-term management agreement between CPMG and CMS was signed.

15.      With this structure in place, the Debtors' access to investment funding and potential sale transactions increased significantly as the formation of CMS allowed the Debtors

DECLARATION OF HOWARD B. GROBSTEIN

1  access to funding from people and entities not holding a medical license.

2       16.    Although a management agreement between CPMG and CMS is in place, CPMG

3  did not transfer the relevant assets to CMS. Additionally, although it was anticipated that CMS

4  would take over for CPMG as the employer of most of CPMG's staff members, such a transition

5  never occurred. In short, even though a new management structure is available because of CMS,

6  it remains dormant. The CMS case was filed as a companion to the CPMG case because joining

7  the two in a single transaction increases the value for Debtors and the anticipated buyer can

8  obtain the desired sale order.

9       17.    Debtors' pursuit of funding or a sale transaction has generated a term sheet from a

10  prospective buyer, and negotiations and revisions are currently being made. Although a

11  transaction has not yet been finalized, Debtors anticipate entering into such an agreement, which

12  will form the cornerstone of Debtors' anticipated plan. To ensure that Debtors are prepared for a

13  sale transaction, these chapter 11 cases were filed.

14       18.    On August 1, 2024 ("Petition Date"), Debtors filed voluntary petitions under

15  Chapter 11 of Title 11. A true and correct copy of the webPACER Docket Report for Case No.

16  8:24-bk-11945-TA as of February 21, 2025, is attached here as **Exhibit "1."** Since the Petition

17  Date, Debtors have worked expeditiously to reorganize its business affairs.

18       19.    On August 1, 2024, as Dk. No. 2, Debtors filed the Ex Parte Motion for Joint

19  Administration Pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 1015, and

20  Local Bankruptcy Rule 9013-1(Q) ("Joint Administration Motion"). In the Joint Administration

21  Motion, Debtors sought an order authorizing joint administration to foster efficiency, reduce

22  administrative fees and costs, and preserve the time and resources of Debtors, the Court, and

23  other parties in interest.

24       20.    On August 5, 2024, as Dk. No. 5, the Court entered an order granting the Joint

25  Administration Motion.

26       21.    On August 2, 2024, as Dk. No. 6, Debtors filed the Motion for Order Authorizing

27  Use of Cash Collateral and to Confirm that its Secured Creditor is Adequately Protected ("Cash

28  Collateral Motion"). In the Cash Collateral Motion, Debtors sought approval to use cash

collateral to operate in the ordinary course of business, including making payments contemplated in the Budget.

22.     On August 2, 2024, as Dk. No. 7, Debtors filed the Motion for Order Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, Deeming Utilities Adequately Assured of Future Performance, and Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment ("Utilities Motion"). In the Utilities Motion, Debtors sought a court order prohibiting the Utility Providers from altering, refusing, or discontinuing service, deeming the Utility Providers adequately assured of future payment, and establishing additional procedures for resolving a request by any Utility Provider for additional assurance of payment.

23.     On August 2, 2024, as Dk. No. 8, Debtors filed the Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. §§ 105, 345, and 363 ("Cash Management Motion"). In the Cash Management Motion, Debtors sought authority to use their BMO Account to continue receiving payments without interruption.

24.     On August 2, 2024, as Dk. No. 9, Debtors filed the Motion for Order Authorizing Payment of (1) Prepetition Wages; and (2) Ongoing Employee Compensation and Specialists Compensation and Benefits ("Wage Motion"). In the Wage Motion, Debtors sought approval to pay its employees for work done prior to the Petition Date.

25.     On August 2, 2024, as Dk. No. 22, the Court entered an order setting the Utilities Motion, the Cash Collateral Motion, the Wage Motion, and the Cash Management Motion for a hearing on August 6, 2024.

26.     On August 6, 2024, as Dk. No. 37, the Court entered an order granting the Utilities Motion.

27.     On August 6, 2024, as Dk. No. 38, the Court entered an order granting the Cash Management Motion.

28.     On August 6, 2024, as Dk. No. 39, the Court entered an order granting the Wage Motion.

DECLARATION OF HOWARD B. GROBSTEIN

29.     On August 23, 2024, as Dk. No. 64, the Court entered an interim order regarding the Cash Collateral Motion and ordered that Debtors' immediate use of cash collateral pursuant to the Budget with a 10% variance is authorized on an interim basis.

30.     On August 28, 2024, as Dk. No. 72, BMO Bank National Association ("BMO") filed an opposition to the Cash Collateral Motion.

31.     On September 4, 2024, as Dk. No. 83, Debtors filed a reply to BMO's opposition to the Cash Collateral Motion.

32.     On September 30, 2024, as Dk. No. 108, the Court entered a scheduling order ("Scheduling Order"), providing, in part, that the deadline ". . . to file a proposed Chapter 11 Plan of Reorganization and Disclosure Statement is December 1, 2024." A true and correct copy of the Scheduling Order is attached here a**s Exhibit "2"**

33.     On October 1, 2024, as Dk. No. 110, the Court entered an interim order regarding the Cash Collateral Motion and ordered that Debtors' immediate use of cash collateral pursuant to the Budget with a 10% variance is authorized on an interim basis.

34.     On December 18, 2024, as Dk. No. 191, the Court entered an interim order regarding the Cash Collateral Motion and order Debtors' immediate use of cash collateral pursuant to the Budget with a 10% variance is authorized on an interim basis. The Court ordered a final hearing on the Cash Collateral Motion to be heard on March 5, 2025.

35.     On August 13, 2024, as Dk. No. 51, Debtors filed the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules.

36.     On August 15, 2024, as Dk. No. 51, the Court entered an order granting the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules.

37.     On August 29, 2024, as Dk. No. 74, Debtors filed the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules.

38.     On August 30, 2024, as Dk. No. 77, the Court entered an order granting the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules.

39.     On September 4, 2024, as Dk. No. 81, Debtors filed their Schedules and Statement of Financial Affairs.

DECLARATION OF HOWARD B. GROBSTEIN

40.     On August 16, 2024, as Dk. No. 53, the United States Trustee and Debtors entered into a stipulation regarding the appointment of a patient care ombudsman ("PCO Stipulation").

41.     On August 19, 2024, as Dk. No. 55, the Court entered an order ordering that the United States Trustee appoint a patient care ombudsman.

42.     On August 20, 2024, as Dk. No. 58, the United States Trustee appointed a Stanley Otake as the patient care ombudsman ("PCO").

43.     On August 22, 2024, as Dk. No. 61, Stanley Otake filed the Notice of Acceptance as PCO.

44.     On September 3, 2024, as Dk. No. 80, the PCO filed his Initial Status Report.

45.     On August 23, 2024, as Dk. No. 65, Debtors filed the Motion to Extend Deadline to Assume or Reject Leases of Nonresidential Real Property. In the motion, Debtors sought a 90-day extension of the deadline to assume or reject an unexpired lease of nonresidential real property under which the debtors are the lessee.

46.     On September 10, 2024, as Dk. No. 90, Debtors filed the Declaration that No Party Requested a Hearing on the Motion to Extend Deadline to Assume or Reject Leases of Nonresidential Property.

47.     On September 17, 2024, as Dk. No. 99, the Court entered an order granting the Motion to Extend Deadline to Assume or Reject Leases of Nonresidential Property.

48.     On October 2, 2024, as Dk. No. 111, Debtors filed the Motion to Reject Unexpired Lease of Nonresidential Real Property ("Rejection Motion"). In the Rejection Motion, Debtors sought authority to reject the nonresidential real property lease ("Lease") which was assigned to CPMG on or about June 28, 2022, for the premises commonly known as 7630 E. Chapman Ave., #B, Orange, CA 92869 ("Leased Premises"). Debtors determined in their business judgment to reject the Lease because the Lease and Leased Premises were not needed to provide services to patients, operate their business, or for any reorganization efforts.

49.     On October 24, 2024, as Dk. No. 137, the Court entered an order granting the Rejection Motion ("Rejection Order").

50.     On August 27, 2024, as Dk. No. 68, Debtors filed the Stipulation between Debtors and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay ("AP Stipulation").

51.     On August 29, 2024, as Dk. No. 73, the Court entered an order approving the AP Stipulation on an interim basis subject to a 21-day notice and opportunity to request a hearing to comply with FRBP 4001.

52.     On September 12, 2024, as Dk. No. 94, Debtors filed the Notice of (1) Stipulation Between Debtors and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay; (2) Order Approving Stipulation Between Debtors and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay.

53.     On October 10, 2024, as Dk. No. 128, the Court entered a further order approving the AP Stipulation.

54.     On September 24, 2024, as Dk. Nos. 103-04, Debtors filed the Chapter 11 Monthly Operating Reports for the month ending August 31, 2024.

55.     Debtors Chapter 11 Monthly Operating Reports for the month ending September 30, 2024, are not due until October 21, 2024. Debtors anticipate that the reports will be timely filed.

56.     On September 25, 2024, as Dk. Nos. 106, Debtors filed the Notices of Bar Date for Filing Proofs of Claim in a Chapter 11 Case. The Claims Bar Date in this case is November 25, 2024.

57.     On October 31, 2024, as Dk. No. 150, Debtors filed a Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement ("Exclusivity Motion"). On November 25, 2024, as Dk. No. 168, the Court entered an order granting the Exclusivity Motion and extending the date the Debtors have an exclusive right to file a Chapter 11 Plan through and including January 24, 2025 and extending the period which Debtors have an exclusive right to solicit such acceptances to Plan through and including March 30, 2025 ("Exclusivity Order"). A true and correct copy of the Exclusivity Order is attached here as **Exhibit "4"**.

58.     On November 11, 2024, as Dk. No. 154, the Debtors filed a Motion to Extend Deadline to File Chapter 11 Plan and Disclosure Statement ('Extend Motion"). On December 29, 2024, as Dk. No. 185, the Court entered an order granting the Extend Motion and extending deadline for Debtors to file a Chapter 11 Plan and Disclosure Statement to March 1, 2025 ("Extend Order"). A true and correct copy of the Extend Order is attached here as **Exhibit "3"**.

59.     I believe that Debtors' request for an extension of the exclusivity periods for the filing of a plan and the solicitation of acceptances to such plan satisfies the general principles established by courts as guideposts for demonstrating "cause" within the meaning of Section 1121(d).

60.     Debtors have made good faith progress in moving toward reorganization. Debtors have been actively negotiating with creditors, such as BMO regarding the Cash Collateral Motion and ADP Totalsource, Inc. regarding adequate protection and modification to the automatic stay. Although Debtors cannot yet claim that it will propose a consensual plan, Debtors will continue to negotiate with creditors in the hopes of reaching an accord.

61.     As discussed in the Motion, on February 5, 2025, as DK. No. 211, the Debtors filed the Bid Procedure Motion. Through the Bid Procedure Motion, the Debtors have proposed a sale schedule culminating in an auction before this Court on March 19, 2025, at 10:00 a.m.

62.     Debtors have made significant progress towards reorganization since the Petition Date. Debtors have obtained this Court's approval the Joint Administration Motion, the Utilities Motion, the Cash Management Motion, and the Wage Motion, as well as interim relief regarding the Cash Collateral Motion.

63.     There is and will be no evidence to support any allegation that Debtors are attempting to hold creditors "hostage." Debtors simply need time after the passage of the March 19, 2025, auction, to determine what assets and liabilities remain to propose a Chapter 11 Plan that can be confirmed by this Court.

64.     I am informed and believe that Debtors have continued to pay its bills as they have come due.

/ / /

DECLARATION OF HOWARD B. GROBSTEIN

65.     This Debtors' second request for an extension. Debtors have made significant progress towards reorganization by filing and obtaining orders granting the first-day motions, entering into the AP Stipulation, seeking to reject the Lease, setting the Claims Bar Date, filing the Bid Procedure Motion and prosecuting the March 19, 2025, auction.

66.     I respectfully request that the Court extend the March 1, 2025, deadline to file a Chapter 11 Plan and Disclosure Statement approximately ninety (90) days until June 2, 2025.

67.     I am informed and believe that the ultimate sale price may significantly impact a proposed Chapter 11 Plan of Reorganization. I will continue to negotiate with the Debtors' creditors in the hopes of obtaining a consensual Plan.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February __, 2025

[*Signature to Follow*]
HOWARD B. GROBSTEIN

4919-1343-3876, v. 2

DECLARATION OF HOWARD B. GROBSTEIN

307628v2/1436-003

**EXHIBIT 1**

2/21/25, 3:40 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

**DsclsDue, PlnDue, JNTADMN, LEAD**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:24-bk-11945-TA

*Date filed:* 08/01/2024
*341 meeting:* 09/06/2024
*Deadline for objecting to discharge:* 11/05/2024

*Assigned to:* Theodor Albert
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor*** | represented by **Aaron E. De Leest** |
| **Caduceus Physicians Medical Group, a** | Marshack Hays Wood LLP |
| **Professional Medical Corporation** | 870 Roosevelt |
| 18200 Yorba Linda Blvd. | Irvine, CA 92620 |
| Suite 111 | 949-333-7777 |
| Yorba Linda, CA 92886 | Fax : 949-333-7778 |
| ORANGE-CA | Email: adeleest@marshackhays.com |
| Tax ID / EIN: 33-0831413 | |
| *dba* **Caduceus Medical Group** | **Matthew Grimshaw** |
| *dba* **Back in Motion Physical Therapy** | Marshack Hays Wood LLP |
| *dba* **PDQ Urgent Care & More** | 870 Roosevelt |
| *dba* **PDQ Telehealth** | Irvine, CA 92620 |
| | 949-333-7777 |
| | Fax : 949-333-7778 |
| | Email: mgrimshaw@marshackhays.com |
| | |
| | **Ronghua Sophia Wang** |
| | ArentFox Schiff LLP |
| | 555 South Flower Street |
| | 43rd Fl |
| | Los Angeles, CA 90071 |
| | 949-798-2460 |
| | Fax : 949-955-9437 |
| | Email: sophia.wang@afslaw.com |
| | |
| | **David Wood** |
| | Marshack Hays Wood LLP |
| | 870 Roosevelt |
| | Irvine, CA 92620 |
| | 949-333-7777 |
| | Fax : 949-333-7778 |
| | Email: dwood@marshackhays.com |
| | |
| ***Plaintiff*** | represented by **Elana R. Levine** |
| **Mackenzie Williams** | Alder Law PC |
| | 12800 Riverside Dr 2nd Fl |
| | 91607 |
| | Valley Village, CA 91607 |
| | 310-275-9131 |

EXHIBIT 1, PAGE 21

Email: llevine@alderlaw.com

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Nancy S Goldenberg**
411 W Fourth St Ste 7160
Santa Ana, CA 92701-8000
714-338-3416
Fax : 714-338-3421
Email: nancy.goldenberg@usdoj.gov
*TERMINATED: 12/20/2024*

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701
714-338-3403
Fax : 714-338-3421
Email: queenie.k.ng@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/01/2024 | 1 (48 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Caduceus Physicians Medical Group, a Professional Medical Corporation List of Equity Security Holders due 08/15/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 08/15/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 08/15/2024. Schedule C: The Property You Claim as Exempt (Form 106C) due 08/15/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 08/15/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 08/15/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 08/15/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 08/15/2024. Schedule I: Your Income (Form 106I) due 08/15/2024. Schedule J: Your Expenses (Form 106J) due 08/15/2024. Declaration About an Individual Debtors Schedules (Form 106Dec) due 08/15/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 08/15/2024. Statement of Financial Affairs (Form 107 or 207) due 08/15/2024. Chapter 11 Statement of Your Current Monthly Income (Form 122B) Due: 08/15/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 08/15/2024. Statement of Related Cases (LBR Form F1015-2) due 08/15/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 08/15/2024. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 08/15/2024. Incomplete Filings due by 08/15/2024.Appointment of health care ombudsman due by 09/3/2024 (Wood, David)See docket entry no 3 for correction. Terminated deadline: Decl Db Employment Income, Decl of schedules, Sche C,I,J and Form 122B. Modified on 8/2/2024 (VN). (Entered: 08/01/2024) |
| 08/01/2024 | | Receipt of Voluntary Petition (Chapter 11)( 8:24-bk-11945) [misc,volp11] (1738.00) Filing Fee. Receipt number A57193512. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 08/01/2024) |
| 08/01/2024 | 2 (22 pgs) | Motion for Joint Administration *Notice of Ex Parte Motion and Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. Section 105(a), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 1015-1 and 9013-1-(Q); Memorandum of Points and Authorities; and* |

EXHIBIT 1, PAGE 22

| | | |
|---|---|---|
| | | *Declarations of Dr. Gregg Denicola, Howard Grobstein, and Matthew W. Grimshaw; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Grimshaw, Matthew) (Entered: 08/01/2024) |
| 08/02/2024 | 3 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules /statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) (VN) (Entered: 08/02/2024) |
| 08/02/2024 | 4 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Flahaut, M. (Flahaut, M) (Entered: 08/02/2024) |
| 08/02/2024 | 5 (2 pgs) | Order Granting Motion For Joint Administration (BNC-PDF) on Case 8:24-bk-11945 TA Lead Case: Caduceus Physicians Medical Group, a Professional Medical Corporation, dba Caduceus Medical Group Jointly Administered With Member Case No. 8:24-bk-11946 TA: Caduceus Medical Services, LLC (Related Doc # 2) Signed on 8/2/2024. (GD) (Entered: 08/02/2024) |
| 08/02/2024 | 6 (121 pgs) | Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) - See docket entry no.: [ 14 ] for correction Modified on 8/2/2024 (GD). (Entered: 08/02/2024) |
| 08/02/2024 | 7 (21 pgs) | Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *Debtor's Motion for Order Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adquately Assured of Future Performance, and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment; Memorandum of Points and Authorities; Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Grimshaw, Matthew) (Entered: 08/02/2024) |
| 08/02/2024 | 8 (12 pgs) | Motion *Debtors' Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Sections 105, 345 and 363; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 8/6/2024 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 08/02/2024) |
| 08/02/2024 | 9 (35 pgs) | Motion *Debtor's Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee and Specialists Compensation and Benefits; Memorandum of Points and Authorities and Declarations of Howard Grobstein and Gregg Denicola in Support [Hrg. 08/06/2024 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Grimshaw, Matthew) (Entered: 08/02/2024) |
| 08/02/2024 | 10 | Hearing Set (RE: related document(s)6 Motion to Use Cash Collateral filed by Debtor Caduceus Physicians Medical Group, a Professional |

EXHIBIT 1, PAGE 23

| | | |
|---|---|---|
| | | Medical Corporation) The Hearing date is set for 8/6/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 08/02/2024) |
| 08/02/2024 | 11 | Hearing Set (RE: related document(s)7 Motion for Continuation of Utility Service filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) The Hearing date is set for 8/6/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 08/02/2024) |
| 08/02/2024 | 12 | Hearing Set (RE: related document(s)8 Generic Motion filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) The Hearing date is set for 8/6/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 08/02/2024) |
| 08/02/2024 | 13 | Hearing Set (RE: related document(s)9 Generic Motion filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) The Hearing date is set for 8/6/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 08/02/2024) |
| 08/02/2024 | 14 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A SUPPLEMENTAL ZOOM/GOV NOTICE OF ALL MOTIONS/HEARING WITH THE CORRECT ZOOM/GOV MEETING ID# & PASSWORD HEARING INFORMATION. PLEASE FILE ASAP** (RE: related document(s)6 Motion to Use Cash Collateral filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) (GD) (Entered: 08/02/2024) |
| 08/02/2024 | 15 (9 pgs) | Notice of Hearing Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)6 Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) - See docket entry no.: [ 14 ] for correction Modified on 8/2/2024 (GD)., 7 Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *Debtor's Motion for Order Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment; Memorandum of Points and Authorities; Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 8 Motion *Debtors' Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Sections 105, 345 and 363; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 8/6/2024 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 9 Motion *Debtor's Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee and Specialists Compensation and Benefits; Memorandum of Points and Authorities and Declarations of Howard Grobstein and Gregg Denicola in Support [Hrg. 08/06/2024 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical |

EXHIBIT 1, PAGE 24

2/21/25, 3:40 PM                           CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | Group, a Professional Medical Corporation). (Wood, David) (Entered: 08/02/2024) |
|---|---|---|
| 08/02/2024 | 16 (6 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)7 Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *Debtor's Motion for Order Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment; Memorandum of Points and Authorities; Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 08/02/2024) |
| 08/02/2024 | 17 (5 pgs) | Notice *Supplemental Notice of Hearing To Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)9 Motion *Debtor's Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee and Specialists Compensation and Benefits; Memorandum of Points and Authorities and Declarations of Howard Grobstein and Gregg Denicola in Support [Hrg. 08/06/2024 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 08/02/2024) |
| 08/02/2024 | 18 (3 pgs) | Meeting of Creditors 341(a) meeting to be held on 9/6/2024 at 10:00 AM at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227. Last day to oppose discharge or dischargeability is 11/5/2024. (JL) (Entered: 08/02/2024) |
| 08/02/2024 | 19 (5 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)8 Motion *Debtors' Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Sections 105, 345 and 363; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 8/6/2024 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 08/02/2024) |
| 08/02/2024 | 20 (5 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)6 Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) - See docket entry no.: [ 14 ] for correction Modified on 8/2/2024 (GD).). (Wood, David) (Entered: 08/02/2024) |
| 08/02/2024 | 21 (6 pgs) | Proof of service Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)6 Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected;* |

EXHIBIT 1, PAGE 25

2/21/25, 3:40 PM                          CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | |
|---|---|
| | *Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein i, 7 Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) Debtor's Motion for Order Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deemi, 8 Motion Debtors' Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Sections 105, 345 and 363; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 8/6/2024 at, 9 Motion Debtor's Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee and Specialists Compensation and Benefits; Memorandum of Points and Authorities and Declarations of Howard Grobstein and Gregg Denicola in Sup). (Wood, David) (Entered: 08/02/2024)* |
| 22<br>(2 pgs)<br><br>08/02/2024 | Order Setting Hearing On: (1) Order Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance Of Payment; (2) Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditors Is Adequately Protected; (3) Order Authorizing Payment Of (1) Prepetition Wages And (2) Ongoing Employee And Specialists Compensation And Benefits; and (4) For Order Approving Cash Management Procedures Pursuant To 11 U.S.C. §§ 105,345 And 363 (BNC-PDF) (Related Doc # 1 ) - IT IS ORDERED: 1. A hearing will be held on the Emergency Motions on August 6, 2024 at 11:00 a.m. in the above-entitled Court, Courtroom 5B via Zoom. Signed on 8/2/2024 (GD) (Entered: 08/02/2024) |
| 23<br>(19 pgs)<br><br>08/02/2024 | *Notice of Joint Administration of Cases and Requirements for Filing Documents; with joint proof of service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)5 Order Granting Motion For Joint Administration (BNC-PDF) on Case 8:24-bk-11945 TA Lead Case: Caduceus Medical Group, a Professional Medical Corporation, dba Caduceus Medical Group Jointly Administered With Member Case No. 8:24-bk-11946 TA: Caduceus Medical Services, LLC (Related Doc 2) Signed on 8/2/2024. (GD)). (Wood, David) (Entered: 08/02/2024) |
| 24<br>(10 pgs)<br><br>08/04/2024 | BNC Certificate of Notice (RE: related document(s)18 Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 258. Notice Date 08/04/2024. (Admin.) (Entered: 08/04/2024) |
| 25<br>(2 pgs)<br><br>08/04/2024 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) No. of Notices: 1. Notice Date 08/04/2024. (Admin.) (Entered: 08/04/2024) |
| 26<br>(2 pgs)<br><br>08/04/2024 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) No. of Notices: 1. Notice Date 08/04/2024. (Admin.) (Entered: 08/04/2024) |
| 27<br>(4 pgs)<br><br>08/04/2024 | BNC Certificate of Notice - PDF Document. (RE: related document(s)5 Order on Motion For Joint Administration (BNC-PDF)) No. of Notices: 1. Notice Date 08/04/2024. (Admin.) (Entered: 08/04/2024) |

EXHIBIT 1, PAGE 26

2/21/25, 3:40 PM                              CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | |
|---|---|---|
| 08/04/2024 | [28](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[22](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/04/2024. (Admin.) (Entered: 08/04/2024) |
| 08/05/2024 | [29](#)<br>(6 pgs) | Declaration re: *Service of Notice of Hearings on Emergency Motions* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[6](#) Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein i,* [7](#) *Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) Debtor's Motion for Order Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deemi,* [8](#) *Motion Debtors' Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Sections 105, 345 and 363; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 8/6/2024 at,* [9](#) *Motion Debtor's Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee and Specialists Compensation and Benefits; Memorandum of Points and Authorities and Declarations of Howard Grobstein and Gregg Denicola in Sup*). (Wood, David) (Entered: 08/05/2024) |
| 08/05/2024 | [30](#)<br>(2 pgs) | Order Setting Scheduling And Case Management Conference - Hearing Will Be Held On September 11, 2024 at 10:00 A.M., Rm 5B Via ZoomGov, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # [1](#) ) Signed on 8/5/2024 (GD) (Entered: 08/05/2024) |
| 08/05/2024 | 31 | Hearing Set Re:[1](#) Status Conference; Status hearing to be held on 9/11/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 08/05/2024) |
| 08/05/2024 | [32](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Webster, Pamela. (Webster, Pamela) (Entered: 08/05/2024) |
| 08/06/2024 | 33 | Hearing Held (RE: related document(s)[6](#) Motion to Use Cash Collateral filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) - Motion is granted on an interim basis. Hearing on cash collateral motion is continued to September 11,2024 at 10:00 a.m. Movant to submit form of order. (GD) (Entered: 08/06/2024) |
| 08/06/2024 | 34 | Hearing Held (RE: related document(s)[7](#) Motion for Continuation of Utility Service filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) - Motion is granted. Movant to submit form of order. (GD) (Entered: 08/06/2024) |
| 08/06/2024 | 35 | Hearing Held (RE: related document(s)[8](#) Debtor's Motion For Order Approving Cash Management Procedures Pursuant To 11 U.S.C. Sections 105, 345 and 363 filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) - Motion is approved. Movant to submit form of order. (GD) (Entered: 08/06/2024) |
| 08/06/2024 | 36 | Hearing Held (RE: related document(s)[9](#) Debtor's Motion For Order Authorizing Payment Of (1) Prepetition Wages And (2) Ongoing Employee And Specialists Compensation And Benefits filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) |

EXHIBIT 1, PAGE 27

| | | |
|---|---|---|
| | | - Motion is granted. Movant to submit form of order. (GD) (Entered: 08/06/2024) |
| 08/06/2024 | 37 (2 pgs) | Order Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Resolving Requests for Additional Adequate Assurance Of Payment (BNC-PDF) (Related Doc # 7 ) - IT IS ORDERED: 1. The Motio is granted in its entirety - Please See Order For Further Ruling - Signed on 8/6/2024 (GD) (Entered: 08/06/2024) |
| 08/06/2024 | 38 (2 pgs) | Order Granting Debtors' Expedited Motion For Order Approving Cash Management Procedures Pursuant To 11 U.S.C. §§ 105, 345 And 363 (BNC-PDF) (Related Doc # 8 ) - IT IS ORDERED: 1. The Motion is granted - Please See Order For Further Ruling - Signed on 8/6/2024 (GD) (Entered: 08/06/2024) |
| 08/06/2024 | 39 (2 pgs) | Order Authorizing Payment Of (1) PrePetition Wages And (2) Ongoing Employee And Specialists Compensation And Benefits (BNC-PDF) (Related Doc # 9 ) - IT IS ORDERED: 1. The Motion is granted in its entirety; 2. Debtors are authoritzed and permitted to pay their employees and Specialists; 3. Debtors are authorized and permitted to pay employees their wages and related benefits for the Pay Period as well as the required taxes - Please See Order For Further Ruling - Signed on 8/6/2024 (GD) (Entered: 08/06/2024) |
| 08/07/2024 | 40 (2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wilkinson, Reilly. (Wilkinson, Reilly) (Entered: 08/07/2024) |
| 08/07/2024 | 41 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)30 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/07/2024. (Admin.) (Entered: 08/07/2024) |
| 08/08/2024 | 42 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)37 Order on Motion for Continuation of Utility Service (BNC-PDF)) No. of Notices: 1. Notice Date 08/08/2024. (Admin.) (Entered: 08/08/2024) |
| 08/08/2024 | 43 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)38 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 08/08/2024. (Admin.) (Entered: 08/08/2024) |
| 08/08/2024 | 44 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)39 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 08/08/2024. (Admin.) (Entered: 08/08/2024) |
| 08/09/2024 | 45 (9 pgs) | Notice of lodgment *re: Interim Order Authorizing Use of Cash Collateral to Confirm That its Secured Creditor is Adequately Protected, with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)6 Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) - See docket entry no.: [ 14 ] for correction Modified on 8/2/2024 (GD).). (Wood, David) (Entered: 08/09/2024) |

EXHIBIT 1, PAGE 28

| | | |
|---|---|---|
| 08/12/2024 | 46<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Crowell, Christopher. (Crowell, Christopher) (Entered: 08/12/2024) |
| 08/13/2024 | 47 | Request for a Certified Copy Fee Amount $12. The document will be sent via email to :lbuchanan@marshackhays.com: Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Wood, David) (Entered: 08/13/2024) |
| 08/13/2024 | | Receipt of Request for a Certified Copy( 8:24-bk-11945-TA) [misc,paycert] ( 12.00) Filing Fee. Receipt number A57235849. Fee amount 12.00. (re: Doc# 47 ) (U.S. Treasury) (Entered: 08/13/2024) |
| 08/13/2024 | 48<br>(8 pgs) | Notice *of Entered Order re: Order Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Resolving Requests for Additional Adequate Assurance Of Payment; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)37 Order Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Resolving Requests for Additional Adequate Assurance Of Payment (BNC-PDF) (Related Doc # 7) - IT IS ORDERED: 1. The Motio is granted in its entirety - Please See Order For Further Ruling - Signed on 8/6/2024 (GD)). (Wood, David) (Entered: 08/13/2024) |
| 08/13/2024 | 49<br>(9 pgs) | Notice *of Order Setting Scheduling And Case Management Conference; with Proof of service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)30 Order Setting Scheduling And Case Management Conference - Hearing Will Be Held On September 11, 2024 at 10:00 A.M., Rm 5B Via ZoomGov, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 1) Signed on 8/5/2024 (GD)). (Wood, David) (Entered: 08/13/2024) |
| 08/13/2024 | 50 | Certified Copy Emailed to lbuchanan@marshackhays.com (Entered: 08/13/2024) |
| 08/13/2024 | 51<br>(26 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) *Notice of Ex Parte Motion and Ex Parte Motion for An Order Extending Time Within Which Debtors Must File Schedules, Statement of Financial Affairs and Other Required Documents Pursuant to FRBP 1007(C) and LBR 1007-1(B); Memorandum of Points and Authorities; and Declaration of Kailey Wright in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 08/13/2024) |
| 08/15/2024 | 52<br>(2 pgs) | Order Extending Time Within Which Debtor Must File Schedules, Statements Of Financial Affairs And Other Required Documents Pursuant To Federal Rule Of Bankruptcy Procedure 1007(C) And Local Bankruptcy Rule 1007-1(B) (Case Opening Documents) (BNC-PDF) (Related Doc # 51) - IT IS ORDERED: 1. The Motion is granted; 2. Deadline for Debtor to file the Documents is extended to August 29, 2024 Signed on 8/15/2024. (GD) (Entered: 08/15/2024) |

EXHIBIT 1, PAGE 29

| | | |
|---|---|---|
| 08/16/2024 | [53](#)<br>(3 pgs) | Stipulation By United States Trustee (SA) and *Debtor's Counsel Regarding the Appointment of a Patient Care Ombudsman* Filed by U.S. Trustee United States Trustee (SA) (Goldenberg, Nancy) (Entered: 08/16/2024) |
| 08/17/2024 | [54](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[52](#) Order on Motion to Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (BNC-PDF)) No. of Notices: 1. Notice Date 08/17/2024. (Admin.) (Entered: 08/17/2024) |
| 08/19/2024 | [55](#)<br>(2 pgs) | Order Appointing Patient Care Ombudsman Pursuant To 11 U.S.C> § 333(a)(1) (BNC-PDF) - Please See Order Signed on 8/19/2024 (RE: related document(s)[53](#) Stipulation filed by U.S. Trustee United States Trustee (SA)). (GD) (Entered: 08/19/2024) |
| 08/20/2024 | [56](#)<br>(27 pgs) | Application to Employ Marshack Hays Wood LLP as General Counsel *; Declaration of David A. Wood in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 08/20/2024) |
| 08/20/2024 | [57](#)<br>(9 pgs) | Notice of motion/application *Notice of Application by Debtors to Employ Marshack Hays Wood LLP as General Counsel; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[56](#) Application to Employ Marshack Hays Wood LLP as General Counsel *; Declaration of David A. Wood in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 08/20/2024) |
| 08/20/2024 | [58](#)<br>(12 pgs) | Appointment of Health Care Ombudsman, Stanley Otake Filed by U.S. Trustee United States Trustee (SA). (Goldenberg, Nancy) (Entered: 08/20/2024) |
| 08/21/2024 | [59](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *Request Courtesy Notification of Electronic Filing (NEF)* Filed by Lieberman, Marc. (Lieberman, Marc) (Entered: 08/21/2024) |
| 08/21/2024 | [60](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[55](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/21/2024. (Admin.) (Entered: 08/21/2024) |
| 08/22/2024 | [61](#)<br>(1 pg) | Notice Of Acceptance By Stanley Otake As Patient Care Ombudsman Pursuant To 11 U.S.C. §333(a)(1) Filed by Health Care Ombudsman Stanley Otake . [EDB] (GD) Modified on 8/22/2024 (GD). (Entered: 08/22/2024) |
| 08/22/2024 | [62](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Faith, Jeremy. (Faith, Jeremy) (Entered: 08/22/2024) |
| 08/22/2024 | [63](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Boyamian, Samuel. (Boyamian, Samuel) (Entered: 08/22/2024) |
| 08/23/2024 | [64](#)<br>(4 pgs) | Interim Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected (BNC-PDF) (Related Doc # [6](#) ) - HEREBY ORDERED as follows: 1. Debtors' immediate use of all Cash Collateral pursuant to the Budget attached as Exhibit "1", to the Grobstein |

2/21/25, 3:40 PM                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | |
|---|---|---|
| | | Declaration, with a 10% variance, is authorized on an interim basis pending final hearing on notice to creditors; A final hearing on the Motion is scheduled for September 11, 2024 at 10:00 a.m., Debtor will file a notice of continued hearing, and, may, but is not required to, file a supplement to the Motion by August 21, 2024. Any objection to Motion (or supplement thereto) shall be filed on or before August 28, 2024. Debtor may file a reply brief to any objection by September 4, 2024. - Please See Order For Further Ruling - Signed on 8/23/2024 (GD) (Entered: 08/23/2024) |
| 08/23/2024 | 65 (14 pgs) | Motion to Extend Time *Deadline to Assume or Reject Unexpired Leases of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 08/23/2024) |
| 08/23/2024 | 66 (7 pgs) | Notice of motion/application Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)65 Motion to Extend Time *Deadline to Assume or Reject Unexpired Leases of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 08/23/2024) |
| 08/25/2024 | 67 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)64 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 08/25/2024. (Admin.) (Entered: 08/25/2024) |
| 08/27/2024 | 68 (6 pgs) | Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and *and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 08/27/2024) |
| 08/28/2024 | 69 (15 pgs) | Status Report for Chapter 11 Status Conference Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Wood, David) (Entered: 08/28/2024) |
| 08/28/2024 | 70 (11 pgs) | Notice of Hearing *re: Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Wood, David) (Entered: 08/28/2024) |
| 08/28/2024 | 71 (6 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)49 Notice *of Order Setting Scheduling And Case Management Conference; with Proof of service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)30 Order Setting Scheduling And Case Management Conference - Hearing Will Be Held On September 11, 2024 at 10:00 A.M., Rm 5B Via ZoomGov, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc 1) Signed on 8/5/2024 (GD)).), 64 Interim Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected (BNC-PDF) (Related Doc # 6) - HEREBY ORDERED as follows: 1. Debtors' immediate use of all Cash Collateral |

EXHIBIT 1, PAGE 31

2/21/25, 3:40 PM                          CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | |
|---|---|---|
| | | pursuant to the Budget attached as Exhibit "1", to the Grobstein Declaration, with a 10% variance, is authorized on an interim basis pending final hearing on notice to creditors; A final hearing on the Motion is scheduled for September 11, 2024 at 10:00 a.m., Debtor will file a notice of continued hearing, and, may, but is not required to, file a supplement to the Motion by August 21, 2024. Any objection to Motion (or supplement thereto) shall be filed on or before August 28, 2024. Debtor may file a reply brief to any objection by September 4, 2024. - Please See Order For Further Ruling - Signed on 8/23/2024 (GD), 69 Status Report for Chapter 11 Status Conference Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation., 70 Notice of Hearing *re: Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.). (Wood, David) (Entered: 08/28/2024) |
| 08/28/2024 | 72<br>(4 pgs) | Opposition to (related document(s): 64 Order on Motion to Use Cash Collateral (BNC-PDF)) Filed by Creditor BMO BANK NATIONAL ASSOCIATION (Crowell, Christopher) (Entered: 08/28/2024) |
| 08/29/2024 | 73<br>(3 pgs) | Order Approving Stipulation Between Debtor And ADP TotalSource, Inc. Providing For Adequate Protection And Modifying Automatic Stay (BNC-PDF) (Related Doc # 68 ) - IT IS ORDERED that: 1. The Stipulation is approved on an interim basis subject to a 21-day notice and opportunity to request a hearing to comply with FRBP 4001. If no request for hearing is timely made, a second order extending the relief for duration of the case or further order may be submitted - Please See Order For Further Ruling - Signed on 8/29/2024 (GD) (Entered: 08/29/2024) |
| 08/29/2024 | 74<br>(13 pgs) | Ex parte application *Notice of Motion and Motion for a second order extending time within which Debtors must file their Schedule of Assets and Liabilities, Statement of Financial Affairs, and any other documents required to be filed, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1(b) of the Local Bankruptcy Rules; Declaration of Kailey Wright; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Grimshaw, Matthew) (Entered: 08/29/2024) |
| 08/30/2024 | 75<br>(36 pgs) | Application to Employ Howard Grobstein of Grobstein Teeple as CRO for Debtor *Declarations of Ray Weaver and Howard Grobstein in Support Thereof with Exhibits A-C and Proof of Service* Filed by Other Professional Grobstein Teeple LLP. (Grobstein, Howard) (Entered: 08/30/2024) |
| 08/30/2024 | 76<br>(5 pgs) | Notice of motion/application *with Proof of Service* Filed by Other Professional Grobstein Teeple LLP (RE: related document(s)75 Application to Employ Howard Grobstein of Grobstein Teeple as CRO for Debtor *Declarations of Ray Weaver and Howard Grobstein in Support Thereof with Exhibits A-C and Proof of Service* Filed by Other Professional Grobstein Teeple LLP.). (Grobstein, Howard) (Entered: 08/30/2024) |

EXHIBIT 1, PAGE 32

| | | |
|---|---|---|
| 08/30/2024 | 77<br>(2 pgs) | Order Extending Time Within Which Or Must File Schedules, Statements Of Financial Affairs And Other Required Documents Pursuant To Federal Rule Of Bankruptcy Procedure 1007(C) And Local Bankruptcy Rle 1007-1(B) (BNC-PDF) (Related Doc # 74 ) - IT IS ORDERED: 1. The Motion is granted; 2. Deadline for Debtor to file the Documents is extended one final time to September 4, 2024. Signed on 8/30/2024 (GD) (Entered: 08/30/2024) |
| 08/31/2024 | 78<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)73 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 08/31/2024. (Admin.) (Entered: 08/31/2024) |
| 09/01/2024 | 79<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)77 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 09/01/2024. (Admin.) (Entered: 09/01/2024) |
| 09/03/2024 | 80<br>(3 pgs) | Initial Status Report Of Patient Care Ombudsman Filed by Health Care Ombudsman Stanley Otake (RE: related document(s)1 Voluntary Petition (Chapter 11)). [EDB] (GD) (Entered: 09/03/2024) |
| 09/04/2024 | 81<br>(434 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , List of Equity Security Holders , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Statement of Corporate Ownership filed., Amendment to List of Creditors. Fee Amount $34 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Wood, David) (Entered: 09/04/2024) |
| 09/04/2024 | | Receipt of Amended List of Creditors (Fee)( 8:24-bk-11945-TA) [misc,amdcm] ( 34.00) Filing Fee. Receipt number A57329235. Fee amount 34.00. (re: Doc# 81) (U.S. Treasury) (Entered: 09/04/2024) |
| 09/04/2024 | 82<br>(27 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) *RELATING TO JOINTLY ADMINSTERED CADUCEUS MEDICAL SERVICES, LLC 24-11946*, List of Equity Security Holders , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Amendment to List of Creditors. Fee Amount $34, Statement of Corporate Ownership filed. Filed by Joint Debtor Caduceus Medical Services LLC. |

| | | |
|---|---|---|
| | | (Wood, David). See docket entry #84 for correction. (Document was filed in the incorrect case). Modified on 9/5/2024 (TS). (Entered: 09/04/2024) |
| 09/04/2024 | | Receipt of Amended List of Creditors (Fee)( 8:24-bk-11945-TA) [misc,amdcm] ( 34.00) Filing Fee. Receipt number A57329691. Fee amount 34.00. (re: Doc# 82) (U.S. Treasury) (Entered: 09/04/2024) |
| 09/04/2024 | 83 (2 pgs) | Reply to (related document(s): 72 Opposition filed by Creditor BMO BANK NATIONAL ASSOCIATION) *Debtors' Reply to BMO Bank National Association's Statement of Position Regarding Motion for Order Authorizing Use of Cash Collateral with Proof of Service* Filed by Joint Debtor Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 09/04/2024) |
| 09/05/2024 | 84 | Notice to Filer of Error and/or Deficient Document **Document was filed in the incorrect case. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT IN THE CORRECT CASE IMMEDIATELY.** (RE: related document(s)82 Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) filed by Joint Debtor Caduceus Medical Services LLC, List of Equity Security Holders, Statement of Related Cases (LBR Form 1015-2.1), Summary of Assets and Liabilities (Official Form 106Sum or 206Sum), Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D), Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106F or 206F), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Disclosure of Compensation of Atty for Debtor (Official Form 2030), Amended List of Creditors (Fee), Corporate Ownership Statement) (TS) (Entered: 09/05/2024) |
| 09/05/2024 | 85 | Notice of Requirement to Complete Course in Financial Management (BNC) . (HC). ENTERED IN ERROR, Notice not generated. Modified on 9/5/2024 (HC). (Entered: 09/05/2024) |
| 09/09/2024 | 86 (7 pgs) | Certificate of Service *re: Declaration Under Penalty of Perjury for Non-Individual Debtor (Official Form 202), List of Equity Security Holders, Statement of Related Cases (LBR Form 1015-2.1), Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum), Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B), Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D), Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F), Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H), Statement of Financial Affairs for Non-Individual Filing for Bankruptcy(Official Form 107 or 207), Disclosure of Compensation of Attorney for Debtor (Official Form 2030), Statement of Corporate Ownership filed., Amendment to List of Creditors (Docket No.81)* Filed by Other Professional Stretto (RE: related document(s)81 Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , List of Equity Security Holders , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non- |

EXHIBIT 1, PAGE 34

| | | |
|---|---|---|
| | | Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Statement of Corporate Ownership filed., Amendment to List of Creditors. Fee Amount $34 Filed by Debtor Caduceus Physicians Medical Corporation (RE: related document(s)1 Voluntary Petition (Chapter 11)).). (Vandell, Travis) (Entered: 09/09/2024) |
| 09/09/2024 | 87 (4 pgs) | Certificate of Service *re: Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) Relating to Jointly Administered Caduceus Medical Services, LLC 24-11946, List of Equity Security Holders, Statement of Related Cases (LBR Form 1015-2.1), Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum), Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B), Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D), Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F), Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H), Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207), Disclosure of Compensation of Attorney for Debtor (Official Form 2030), Amendment to List of Creditors (Docket No. 82)* Filed by Other Professional Stretto (RE: related document(s)82 Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) *RELATING TO JOINTLY ADMINSTERED CADUCEUS MEDICAL SERVICES, LLC 24-11946*, List of Equity Security Holders , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Amendment to List of Creditors. Fee Amount $34, Statement of Corporate Ownership filed. Filed by Joint Debtor Caduceus Medical Services LLC. (Wood, David). See docket entry #84 for correction. (Document was filed in the incorrect case.). Modified on 9/5/2024 (TS).). (Vandell, Travis) (Entered: 09/09/2024) |
| 09/09/2024 | 88 (1 pg) | Certificate of Service *re: Debtors Reply to BMO Bank National Associations Statement of Position Regarding Motion for Order Authorizing Use of Cash Collateral (Docket No. 83)* Filed by Other Professional Stretto (RE: related document(s)83 Reply to (related document(s): 72 Opposition filed by Creditor BMO BANK NATIONAL ASSOCIATION) *Debtors' Reply to BMO Bank National Association's Statement of Position Regarding Motion for Order Authorizing Use of Cash Collateral with Proof of Service* Filed by Joint Debtor Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Vandell, Travis) (Entered: 09/09/2024) |

EXHIBIT 1, PAGE 35

| | | |
|---|---|---|
| 09/10/2024 | **89**<br>(41 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)56 Application to Employ Marshack Hays Wood LLP as General Counsel *; Declaration of David A. Wood in Support; with Proof of Service*). (Wood, David) (Entered: 09/10/2024) |
| 09/10/2024 | **90**<br>(26 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)65 Motion to Extend Time *Deadline to Assume or Reject Unexpired Leases of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service*). (Wood, David) (Entered: 09/10/2024) |
| 09/11/2024 | 91 | Hearing Rescheduled/Continued Re:1 Status Conference; Status hearing to be held on 12/4/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to December 4, 2024 at 10:00 a.m.; Deadline for filing plan and disclosure statement: December 1, 2024; Claims bar: 60 days after dispatch of notice to creditors advising of bar date; Debtor to give notice of deadline by October 1, 2024; Debtor's counsel to submit scheduling order (GD) (Entered: 09/11/2024) |
| 09/11/2024 | 92 | Hearing Rescheduled/Continued Re:6 Debtor's Motion For Order Authorizing Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected The Hearing date is set for 12/4/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Motion is granted on the same terms for 60 days. Continued to December 4, 2024 at 10:00 a.m. Debtor's counsel to submit order. (GD) (Entered: 09/11/2024) |
| 09/11/2024 | **93**<br>(2 pgs) | Order Approving Application By Debtors To Employ Marshack Hays Wood LLP As General Counsel (BNC-PDF) (Related Doc # 56) Signed on 9/11/2024. (GD) (Entered: 09/11/2024) |
| 09/12/2024 | **94**<br>(15 pgs) | Notice of*: (1) Stipulation Between Debtor and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay; and (2) Order Approving Stipulation Between Debtor and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)68 Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and *and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 73 Order Approving Stipulation Between Debtor And ADP TotalSource, Inc. Providing For Adequate Protection And Modifying Automatic Stay (BNC-PDF) (Related Doc # 68) - IT IS ORDERED that: 1. The Stipulation is approved on an interim basis subject to a 21-day notice and opportunity to request a hearing to comply with FRBP 4001. If no request for hearing is timely made, a second order extending the relief for duration of the case or further order may be submitted - Please See Order For Further Ruling - Signed on 8/29/2024 (GD)). (Wood, David) (Entered: 09/12/2024) |

EXHIBIT 1, PAGE 36

| | | |
|---|---|---|
| 09/12/2024 | **95**<br>(42 pgs) | Application to Employ ArentFox Schiff LLP as Special Healthcare Counsel -- *Application For Authority To Employ Arentfox Schiff LLP As Special Healthcare Counsel Effective As Of August 1, 2024; Declarations Of Howard Grobstein And M. Douglas Flahaut In Support Thereof, With Proof Of Service* Filed by Special Counsel Arentfox Schiff LLP (Flahaut, M) (Entered: 09/12/2024) |
| 09/12/2024 | **96**<br>(7 pgs) | Notice of motion/application , *With Proof of Service* Filed by Special Counsel Arentfox Schiff LLP (RE: related document(s)95 Application to Employ ArentFox Schiff LLP as Special Healthcare Counsel -- *Application For Authority To Employ Arentfox Schiff LLP As Special Healthcare Counsel Effective As Of August 1, 2024; Declarations Of Howard Grobstein And M. Douglas Flahaut In Support Thereof, With Proof Of Service* Filed by Special Counsel Arentfox Schiff LLP). (Ordubegian, Aram) (Entered: 09/12/2024) |
| 09/13/2024 | **97**<br>(5 pgs) | Certificate of Service *re: Notice of: (1) Stipulation Between Debtor and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay; and (2) Order Approving Stipulation Between Debtor and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s) 68 Stipulation by Caduceus Physicians Medical Group, a Professional Medical Corporation and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 73 Order Approving Stipulation Between Debtor and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay (BNC-PDF) (Related Doc # 68) (Docket No. 94)* Filed by Other Professional Stretto (RE: related document(s)94 Notice *of: (1) Stipulation Between Debtor and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay; and (2) Order Approving Stipulation Between Debtor and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)68 Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and *and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 73 Order Approving Stipulation Between Debtor And ADP TotalSource, Inc. Providing For Adequate Protection And Modifying Automatic Stay (BNC-PDF) (Related Doc 68) - IT IS ORDERED that: 1. The Stipulation is approved on an interim basis subject to a 21-day notice and opportunity to request a hearing to comply with FRBP 4001. If no request for hearing is timely made, a second order extending the relief for duration of the case or further order may be submitted - Please See Order For Further Ruling - Signed on 8/29/2024 (GD)).). (Vandell, Travis) (Entered: 09/13/2024) |
| 09/13/2024 | **98**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)93 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 09/13/2024. (Admin.) (Entered: 09/13/2024) |
| 09/17/2024 | **99**<br>(2 pgs) | Order Granting Motion To Extend Deadline To Assume Or Reject Unexpired Leases Of NonResidential Real Property (BNC-PDF) (Related Doc # 65 ) - IT IS ORDERED that: 1. The Motion is granted; 2. The deadline for Debtors to assume or reject any unexpired leases of |

EXHIBIT 1, PAGE 37

2/21/25, 3:40 PM | CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | nonresidential real property under which the Debtors are the lessee pursuant to 11 U.S.C. §365(d)(4), is extended from November 29, 2024, to and including February 27, 2025. Signed on 9/17/2024 (GD) (Entered: 09/17/2024) |
|---|---|---|
| 09/19/2024 | **100**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)99 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 09/19/2024. (Admin.) (Entered: 09/19/2024) |
| 09/20/2024 | **101**<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [09/11/2024 10:27:32 AM]. File Size [ 940 KB ]. Run Time [ 00:03:51 ]. (admin). (Entered: 09/20/2024) |
| 09/23/2024 | **102**<br>(45 pgs) | Declaration re: *That No Party Requested a Hearing on Motion with Proof of Service* Filed by Other Professional Grobstein Teeple LLP (RE: related document(s)75 Application to Employ Howard Grobstein of Grobstein Teeple as CRO for Debtor *Declarations of Ray Weaver and Howard Grobstein in Support Thereof with Exhibits A-C and Proof of Service* Filed by Other Professional Grobstein Teeple LLP.). (Grobstein, Howard) (Entered: 09/23/2024) |
| 09/24/2024 | **103**<br>(116 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 08/01/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Attachments and Proof of Service) (Wood, David) (Entered: 09/24/2024) |
| 09/24/2024 | **104**<br>(21 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2024 Filed by Interested Party Caduceus Medical Services LLC. (Attachments: # 1 Attachments and Proof of Service) (Wood, David) (Entered: 09/24/2024) |
| 09/25/2024 | **105**<br>(3 pgs) | Certificate of Service *re: Monthly Operating Report re Case No. 24-11945 for the Month Ending: August 31, 2024 (Docket No. 103), Monthly Operating Report re Case No. 24-11946 for the Month Ending: August 31, 2024 (Docket No. 104)* Filed by Other Professional Stretto (RE: related document(s)103 Chapter 11 Monthly Operating Report for the Month Ending: 08/01/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Attachments and Proof of Service), 104 Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2024 Filed by Interested Party Caduceus Medical Services LLC. (Attachments: # 1 Attachments and Proof of Service)). (Vandell, Travis) (Entered: 09/25/2024) |
| 09/25/2024 | **106**<br>(4 pgs) | Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Wood, David) (Entered: 09/25/2024) |
| 09/27/2024 | **107**<br>(32 pgs) | Certificate of Service *re: Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Case (Docket No. 106)* Filed by Other Professional Stretto (RE: related document(s)106 Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.). (Vandell, Travis) (Entered: 09/27/2024) |

EXHIBIT 1, PAGE 38

2/21/25, 3:40 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | |
|---|---|---|
| 09/30/2024 | 108 (2 pgs) | Scheduling Order After Status Conference (BNC-PDF) (Related Doc # 1 ) - IT IS ORDERED that: 1. Deadline to file a proposed Chapter 11 Plan of Reoganization and Disclosure Statement is December 1, 2024; 2. Claims Bar Date is sixty (60) days after dispatch of notice to creditors advising of bar date; 3. Debtor to give notice of Claim Bar Date deadline by October 1, 2024; and 4. A continued Status Conference will be held on December 4, 2024 at 10:00 a.m. Signed on 9/30/2024 (GD) (Entered: 09/30/2024) |
| 09/30/2024 | 109 (1 pg) | Certificate of Service *(Supplemental) re: Notice of: (1) Stipulation Between Debtor and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay; and (2) Order Approving Stipulation Between Debtor and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s) 68 Stipulation by Caduceus Physicians Medical Group, a Professional Medical Corporation and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 73 Order Approving Stipulation Between Debtor and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay (BNC-PDF) (Related Doc # 68) (Docket No. 94)* Filed by Other Professional Stretto (RE: related document(s)94 Notice *of: (1) Stipulation Between Debtor and ADP Totalsource, Inc., Providing for Adequate Protection and Modifying Automatic Stay; and (2) Order Approving Stipulation Between Debtor and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)68 Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and *and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 73 Order Approving Stipulation Between Debtor And ADP TotalSource, Inc. Providing For Adequate Protection And Modifying Automatic Stay (BNC-PDF) (Related Doc 68) - IT IS ORDERED that: 1. The Stipulation is approved on an interim basis subject to a 21-day notice and opportunity to request a hearing to comply with FRBP 4001. If no request for hearing is timely made, a second order extending the relief for duration of the case or further order may be submitted - Please See Order For Further Ruling - Signed on 8/29/2024 (GD)).). (Vandell, Travis) (Entered: 09/30/2024) |
| 10/01/2024 | 110 (4 pgs) | Interim Order Authorizing Use Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected (BNC-PDF) (Related Doc # 6 ) - IT IS HEREBY FOUND as follows: 1. On August 1, 2024 ("Petition Date"), Debtors filed chapter 11 petitions; 2. BMO Harris Bank has a first-priority lien against all Debtor's assets ("BMO Lien"), including its account receivable ("Receivables") and other personal property, which constitue BMO's cash collateral ("BMO's Cash Collateral"); A Final hearing on the Motion is continued to December 4, 2024 at 10:00 a.m., Debtor will file a notice of continued hearing, and may, but it not required to, file a supplement to the Motion by November 13, 2024. Any objection to Motion (or supplement thereto) shall be filed on or before November 20, 2024. Debtor may file a reply brief to any objections by November 27, 2024. Please See Order For Further Ruling - (Related Doc # 6 ) Signed on 10/1/2024 (GD) (Entered: 10/01/2024) |

EXHIBIT 1, PAGE 39

| | | |
|---|---|---|
| 10/02/2024 | [111](#)<br>(84 pgs) | Motion to Reject Lease or Executory Contract *Motion to Reject Unexpired Lease of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron) (Entered: 10/02/2024) |
| 10/02/2024 | [112](#)<br>(4 pgs) | Notice of motion/application Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[111](#) Motion to Reject Lease or Executory Contract *Motion to Reject Unexpired Lease of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron)). (De Leest, Aaron) (Entered: 10/02/2024) |
| 10/02/2024 | [113](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[108](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/02/2024. (Admin.) (Entered: 10/02/2024) |
| 10/03/2024 | [114](#)<br>(55 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) , *With Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[95](#) Application to Employ ArentFox Schiff LLP as Special Healthcare Counsel -- *Application For Authority To Employ Arentfox Schiff LLP As Special Healthcare Counsel Effective As Of August 1, 2024; Declarations Of Howard Grobstein And M. Douglas Flahaut I). (Wang, Ronghua) (Entered: 10/03/2024)* |
| 10/03/2024 | [115](#)<br>(34 pgs) | Certificate of Service *re: Motion to Reject Unexpired Lease of Nonresidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support (Docket No. 111), Notice of Motion to Reject Unexpired Lease of Nonresidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support (Docket No. 112)* Filed by Other Professional Stretto (RE: related document(s)[111](#) Motion to Reject Lease or Executory Contract *Motion to Reject Unexpired Lease of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron), [112](#) Notice of motion/application Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[111](#) Motion to Reject Lease or Executory Contract *Motion to Reject Unexpired Lease of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron)). (De Leest, Aaron)). (Vandell, Travis) (Entered: 10/03/2024) |
| 10/03/2024 | [116](#)<br>(3 pgs) | Certificate of Service *re: Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Case (Docket No.106)* Filed by Other Professional Stretto (RE: related document(s)[106](#) Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Corporation.). (Vandell, Travis) (Entered: 10/03/2024) |

CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | |
|---|---|---|
| 10/03/2024 | [117](#)<br>(38 pgs) | Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): CAPATA as Accountants *Application by Debtors To Employ CAPATA as Accountants; Declaration of Kevin Cloward in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron) (Entered: 10/03/2024) |
| 10/03/2024 | [118](#)<br>(6 pgs) | Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[117](#) Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): CAPATA as Accountants *Application by Debtors To Employ CAPATA as Accountants; Declaration of Kevin Cloward in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron)). (De Leest, Aaron) (Entered: 10/03/2024) |
| 10/03/2024 | [119](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[110](#) Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 10/03/2024. (Admin.) (Entered: 10/04/2024) |
| 10/04/2024 | [120](#)<br>(2 pgs) | Order Denying Without Prejudice Application By Debtors To Employ Howard B. Grobstein As Chief Restructuring Officer Of Debtors (BNC-PDF) (Related Doc # [75](#)) - IT IS ORDERED That the Application is denied without prejudice to remedying omissions from the Local Bankruptcy Rules in the Notice of Application [DN 76] and refiling. The Notice does not include the information required by LBR 2014-1(b)(3) (A),(B), or (C). Service on the 20 largest unsecured creditors is required. Signed on 10/4/2024. (GD) (Entered: 10/04/2024) |
| 10/04/2024 | [121](#)<br>(9 pgs) | Notice of Hearing *Notice of Final Hearing re: Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Wood, David) (Entered: 10/04/2024) |
| 10/04/2024 | [122](#)<br>(4 pgs) | Notice *Supplemental Notice of Hearing To Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[6](#) Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) - See docket entry no.: [ 14 ] for correction Modified on 8/2/2024 (GD)., [121](#) Notice of Hearing *Notice of Final Hearing re: Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.). (Wood, David) (Entered: 10/04/2024) |

EXHIBIT 1, PAGE 41

| | | |
|---|---|---|
| 10/04/2024 | [123](#) <br> (6 pgs) | Certificate of Service *re: Application by Debtors to Employ Capata as Accountants; Declaration of Kevin Cloward in Support (Docket No. 117), Notice of Application by Debtors to Employ Capata as Accountants; Declaration of Kevin Cloward in Support (Docket No. 118)* Filed by Other Professional Stretto (RE: related document(s)[117](#) Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): CAPATA as Accountants *Application by Debtors To Employ CAPATA as Accountants; Declaration of Kevin Cloward in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron), [118](#) Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[117](#) Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): CAPATA as Accountants *Application by Debtors To Employ CAPATA as Accountants; Declaration of Kevin Cloward in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron)). (De Leest, Aaron)). (Vandell, Travis) (Entered: 10/04/2024) |
| 10/04/2024 | [124](#) <br> (20 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[68](#) Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and *and ADP TotalSource, Inc. Providing for Adequate Protection and Modifying Automatic Stay; with Proof of Service*). (Wood, David) (Entered: 10/04/2024) |
| 10/06/2024 | [125](#) <br> (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[120](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 10/06/2024. (Admin.) (Entered: 10/06/2024) |

2/21/25, 3:40 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| Date | Doc | Description |
|------|-----|-------------|
| 10/08/2024 | [126](#)<br>(6 pgs) | Certificate of Service *re: Notice of Final Hearing re: Debtors Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected (Docket No. 121), Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video (Docket No. 122)* Filed by Other Professional Stretto (RE: related document(s)[121](#) Notice of Hearing *Notice of Final Hearing re: Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation., [122](#) Notice *Supplemental Notice of Hearing To Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[6](#) Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein in Support [Hrg. 08/06/24 at 11:00 a.m.]* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) - See docket entry no.: [ 14 ] for correction Modified on 8/2/2024 (GD)., [121](#) Notice of Hearing *Notice of Final Hearing re: Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.).). (Vandell, Travis) (Entered: 10/08/2024) |
| 10/10/2024 | [127](#)<br>(7 pgs) | Notice *Supplemental Notice of Application by Debtors to Employ Howard B. Grobstein as Chief Restructuring Officer of Debtors with Proof of Service* Filed by Other Professional Grobstein Teeple LLP (RE: related document(s)[75](#) Application to Employ Howard Grobstein of Grobstein Teeple as CRO for Debtor *Declarations of Ray Weaver and Howard Grobstein in Support Thereof with Exhibits A-C and Proof of Service* Filed by Other Professional Grobstein Teeple LLP.). (Grobstein, Howard) (Entered: 10/10/2024) |
| 10/10/2024 | [128](#)<br>(3 pgs) | Further Order Approving Stipulation Between Debtor And ADP TotalSource, Inc. Providing For Adequate Protection And Modifying Automatic Stay (BNC-PDF) (Related Doc # [68](#) ) IT IS ORDERED that 1. Stipulation is approved in its entirety - Please See Order For Further Ruling - Signed on 10/10/2024 (GD) (Entered: 10/10/2024) |
| 10/10/2024 | [129](#)<br>(3 pgs) | Order Approving Application For Authority To Employ Arentfox Schiff LLP As Special Healthcare Counsel Effective As Of August 1, 2024 (BNC-PDF) (Related Doc # [95](#) ) - IT IS ORDERED THAT: 1. The Application is granted in its entirety - Please See Order For Further Ruling - Signed on 10/10/2024. (GD) (Entered: 10/10/2024) |
| 10/12/2024 | [130](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[128](#) Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 10/12/2024. (Admin.) (Entered: 10/12/2024) |
| 10/12/2024 | [131](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[129](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 10/12/2024. (Admin.) (Entered: 10/12/2024) |
| 10/14/2024 | [132](#)<br>(3 pgs) | Certificate of Service *(Supplemental) re: Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Case (Docket No. 106), Notice of Motion to Reject Unexpired Lease of Nonresidential Real Property; Declaration* |

EXHIBIT 1, PAGE 43

2/21/25, 3:40 PM                          CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | |
|---|---|---|
| | | *of Howard B. Grobstein and Request for Judicial Notice in Support(Docket No. 112)* Filed by Other Professional Stretto (RE: related document(s)106 Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation., 112 Notice of motion/application Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)111 Motion to Reject Lease or Executory Contract *Motion to Reject Unexpired Lease of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron)). (De Leest, Aaron)). (Vandell, Travis) (Entered: 10/14/2024) |
| 10/18/2024 | 133<br>(3 pgs) | Certificate of Service *(Supplemental) re: Notice of Motion to Reject Unexpired Lease of Nonresidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support (Docket No. 112)* Filed by Other Professional Stretto (RE: related document(s)112 Notice of motion/application Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)111 Motion to Reject Lease or Executory Contract *Motion to Reject Unexpired Lease of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (De Leest, Aaron)). (De Leest, Aaron)). (Vandell, Travis) (Entered: 10/18/2024) |
| 10/21/2024 | 134<br>(123 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)111 Motion to Reject Lease or Executory Contract *Motion to Reject Unexpired Lease of NonResidential Real Property; Declaration of Howard B. Grobstein and Request for Judicial Notice in Support; with Proof of Service*). (Wood, David) (Entered: 10/21/2024) |
| 10/22/2024 | 135<br>(3 pgs) | First Interim Report Of Patient Care Ombudsman Pursuant To 11 U.S.C. § 333(b)(2) Filed by Health Care Ombudsman Stanley Otake [EDB] (GD) (Entered: 10/22/2024) |
| 10/22/2024 | 136<br>(55 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)117 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): CAPATA as Accountants *Application by Debtors To Employ CAPATA as Accountants; Declaration of Kevin Cloward in Support; with Proof of Service*). (De Leest, Aaron) (Entered: 10/22/2024) |
| 10/24/2024 | 137<br>(2 pgs) | Order Granting Motion To Reject Unexpired Lease Of Nonresidential Real Property (BNC-PDF) (Related Doc # 111 ) - IT IS ORDERED: 1. The Motion is granted; and 2. Approving the rejection of the Lease, including any and all addendums and assignments, as of the Petition Date. Signed on 10/24/2024 (GD) (Entered: 10/24/2024) |
| 10/25/2024 | 138<br>(2 pgs) | Order Granting Application By Debtors To Employ (LBR 2014-1) (BNC-PDF) Capata As Accountants (Related Doc # 117) Signed on 10/25/2024. (GD) (Entered: 10/25/2024) |

EXHIBIT 1, PAGE 44

| | | |
|---|---|---|
| 10/26/2024 | [139](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)137 Order on Motion to Reject Lease or Executory Contract (BNC-PDF)) No. of Notices: 1. Notice Date 10/26/2024. (Admin.) (Entered: 10/26/2024) |
| 10/27/2024 | [140](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)138 Order on Motion For Order Employing Professional (Ch 11)-(LBR 2014-1) (BNC-PDF)) No. of Notices: 1. Notice Date 10/27/2024. (Admin.) (Entered: 10/27/2024) |
| 10/29/2024 | [141](#)<br>(19 pgs; 2 docs) | Chapter 11 Monthly Operating Report for Case Number 24-bk-11946-TA for the Month Ending: 09/30/2024 Filed by Interested Party Caduceus Medical Services LLC. (Attachments: # 1 Attachments and Proof of Service) (Wood, David) (Entered: 10/29/2024) |
| 10/29/2024 | [142](#)<br>(100 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Attachments and Proof of Service) (Wood, David) (Entered: 10/29/2024) |
| 10/30/2024 | [143](#)<br>(52 pgs) | Declaration re: *That No Party Requested a Hearing on Motion with Proof of Service and Attachments* Filed by Other Professional Grobstein Teeple LLP (RE: related document(s)75 Application to Employ Howard Grobstein of Grobstein Teeple as CRO for Debtor *Declarations of Ray Weaver and Howard Grobstein in Support Thereof with Exhibits A-C and Proof of Service* Filed by Other Professional Grobstein Teeple LLP.). (Grobstein, Howard) - See docket entry no.: [ 144 ] for corrections Modified on 10/30/2024 (GD). (Entered: 10/30/2024) |
| 10/30/2024 | 144 | Notice to Filer of Error and/or Deficient Document **Correct Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER COURT DIVISION. YOU HAVE THE WRONG COURT LISTED - YOU HAVE LOS ANGELES DIVISION LISTED - SHOULD BE SANTA ANA DIVISION - PLEASE CORRECT** (RE: related document(s)143 Declaration filed by Other Professional Grobstein Teeple LLP) (GD) (Entered: 10/30/2024) |
| 10/31/2024 | [145](#)<br>(4 pgs) | Notice *Errata to Declaration that no Party Requested a Hearing on Motion with Proof of Service* Filed by Other Professional Grobstein Teeple LLP (RE: related document(s)143 Declaration re: *That No Party Requested a Hearing on Motion with Proof of Service and Attachments* Filed by Other Professional Grobstein Teeple LLP (RE: related document(s)75 Application to Employ Howard Grobstein of Grobstein Teeple as CRO for Debtor *Declarations of Ray Weaver and Howard Grobstein in Support Thereof with Exhibits A-C and Proof of Service* Filed by Other Professional Grobstein Teeple LLP.). (Grobstein, Howard) - See docket entry no.: [ 144 ] for corrections Modified on 10/30/2024 (GD).). (Grobstein, Howard) (Entered: 10/31/2024) |
| 10/31/2024 | [146](#)<br>(10 pgs) | Motion *for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of David A. Wood in Support; with Proof of service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 10/31/2024) |

EXHIBIT 1, PAGE 45

2/21/25, 3:40 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| 10/31/2024 | [147](#) (6 pgs) | Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)146 Motion *for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of David A. Wood in Support; with Proof of service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 10/31/2024) |
| --- | --- | --- |
| 10/31/2024 | [148](#) (201 pgs) | Application to Employ Stretto, Inc. as Claims and Noticing Agent *; Declaration of Howard Grobstein and Sheryl Betance in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 10/31/2024) |
| 10/31/2024 | [149](#) (10 pgs) | Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)148 Application to Employ Stretto, Inc. as Claims and Noticing Agent *; Declaration of Howard Grobstein and Sheryl Betance in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 10/31/2024) |
| 10/31/2024 | [150](#) (64 pgs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 10/31/2024) |
| 10/31/2024 | [151](#) (7 pgs) | Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)150 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 10/31/2024) |
| 11/04/2024 | [152](#) (31 pgs) | Certificate of Service *re: Notice of Motion for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (Docket No. 147)* Filed by Other Professional Stretto (RE: related document(s)147 Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)146 Motion *for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of David A. Wood in Support; with Proof of service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation).). (Vandell, Travis) (Entered: 11/04/2024) |

EXHIBIT 1, PAGE 46

| | | |
|---|---|---|
| 11/08/2024 | [153](#)<br>(3 pgs) | Certificate of Service *(Supplemental) re: Notice of Motion for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (Docket No. 147)* Filed by Other Professional Stretto (RE: related document(s)[147](#) Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[146](#) Motion *for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of David A. Wood in Support; with Proof of service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation).). (Vandell, Travis) (Entered: 11/08/2024) |
| 11/11/2024 | [154](#)<br>(63 pgs) | Motion to Extend Time *Deadline to File Chapter 11 Plan and Disclosure Statement; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 11/11/2024) |
| 11/11/2024 | [155](#)<br>(6 pgs) | Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[154](#) Motion to Extend Time *Deadline to File Chapter 11 Plan and Disclosure Statement; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 11/11/2024) |
| 11/11/2024 | [156](#)<br>(6 pgs) | Notice of motion/application *(Amended) Notice of Motion to Extend Deadline to File Chapter 11 Plan and Disclosure Statement; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[154](#) Motion to Extend Time *Deadline to File Chapter 11 Plan and Disclosure Statement; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 11/11/2024) |
| 11/12/2024 | [157](#)<br>(5 pgs) | Certificate of Service *re: Amended Notice of Motion to Extend Deadline to File Chapter 11 Plan and Disclosure Statement (Docket No. 156)* Filed by Other Professional Stretto (RE: related document(s)[156](#) Notice of motion/application *(Amended) Notice of Motion to Extend Deadline to File Chapter 11 Plan and Disclosure Statement; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[154](#) Motion to Extend Time *Deadline to File Chapter 11 Plan and Disclosure Statement; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation).). (Vandell, Travis) (Entered: 11/12/2024) |
| 11/13/2024 | [158](#)<br>(17 pgs) | Status report *Debtor's Chapter 11 Status Report and Status Report re: Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor Is Adequately Protected; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, |

| | | |
|---|---|---|
| | | Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)110 Order on Motion to Use Cash Collateral (BNC-PDF)). (Wood, David) (Entered: 11/13/2024) |
| 11/15/2024 | 159 (3 pgs) | Certificate of Service *(Supplemental) re: Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)146 Motion for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of David A. Wood in Support; with Proof of service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David)* Filed by Other Professional Stretto (RE: related document(s)147 Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)146 Motion *for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of David A. Wood in Support; with Proof of service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation).). (Vandell, Travis) (Entered: 11/15/2024) |
| 11/18/2024 | 160 (2 pgs) | Order Granting Application By Debtors To Employ Howard B Grobstein As Chief Restructuring Officer Of Debtors (BNC-PDF) (Related Doc # 75) Signed on 11/18/2024. (GD) (Entered: 11/18/2024) |
| 11/19/2024 | 161 (52 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)146 Motion *for Order to Limit Notice Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of David A. Wood in Support; with Proof of service*). (Wood, David) (Entered: 11/19/2024) |
| 11/19/2024 | 162 (76 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)150 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances; Declaration of Howard B. Grobstein in Support; with Pr)*. (Wood, David) (Entered: 11/19/2024) |
| 11/19/2024 | 163 (216 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)148 Application to Employ Stretto, Inc. as Claims and Noticing Agent *; Declaration of Howard Grobstein and Sheryl Betance in Support; with Proof of Service*). (Wood, David) (Entered: 11/19/2024) |

EXHIBIT 1, PAGE 48

| | | |
|---|---|---|
| 11/20/2024 | 164<br>(4 pgs) | Opposition to (related document(s): 158 Status report filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, Interested Party Caduceus Medical Services LLC) Filed by Creditor BMO BANK NATIONAL ASSOCIATION (Crowell, Christopher) (Entered: 11/20/2024) |
| 11/20/2024 | 165<br>(1 pg) | Notice *Of Non-Appointment Of Official Committee Of Unsecured Creditors* Filed by U.S. Trustee United States Trustee (SA). (Goldenberg, Nancy) (Entered: 11/20/2024) |
| 11/20/2024 | 166<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)160 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 11/20/2024. (Admin.) (Entered: 11/20/2024) |
| 11/25/2024 | 167<br>(2 pgs) | Order Granting Motion For Order To Limit Notice Pursuant To Rules 2002 And 9007 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities; Declaration Of David A. Wood In Support (BNC-PDF) (Related Doc # 146 ) - IT IS ORDERED: 1. The Motions is granted; and 2. The parties who are required to be provided with notice of any matter, including those matters listed in FRBP 2002, are limited to the following seven categories: Please See Order For Further Ruling - Signed on 11/25/2024 (GD) (Entered: 11/25/2024) |
| 11/25/2024 | 168<br>(2 pgs) | Order Granting Motion To Extend Exclusivity Periods To File A Chapter 11 Plan Of Reorganization And Solicit Acceptancest (BNC-PDF) (Related Doc # 150 ) - IT IS ORDERED: 1. The Motion is granted; and 2. The period in which Debtors have the exclusive right to file a Chapter 11 Plan is extended from November 29, 2024, through and including January 24, 2025; and 3. The period in which Debtors have the exclusive right to solicit acceptances to such Plan is extended from January 28, 2025, through and including March 30, 2025. Signed on 11/25/2024 (GD) (Entered: 11/25/2024) |
| 11/25/2024 | 169<br>(6 pgs) | Order (A) Authorizing The Retention And Appointment Of Stretto, Inc As Claims, Noticing And Solicitation Agent And (B) Granting Related Relief (BNC-PDF) (Related Doc # 148) – HEREBY ORDERED THAT: 1. The Application is approved on a final basis as set forth herein - Please See Order For Further Ruling - Signed on 11/25/2024. (GD) (Entered: 11/25/2024) |
| 11/25/2024 | 170<br>(57 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Exhibit Attachment and Proof of Servicxe) (Wood, David) (Entered: 11/25/2024) |
| 11/25/2024 | 171<br>(116 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Exhibit Amended Attachment) (Wood, David) (Entered: 11/25/2024) |
| 11/25/2024 | 172<br>(22 pgs; 3 docs) | Chapter 11 Monthly Operating Report for Case Number 24-bk-11946 for the Month Ending: 10/31/2024 Filed by Interested Party Caduceus Medical Services LLC. (Attachments: # 1 Exhibit Attachment # 2 Proof of Service) (Wood, David) (Entered: 11/25/2024) |

EXHIBIT 1, PAGE 49

| | | |
|---|---|---|
| 11/25/2024 | 173<br>(3 pgs) | Certificate of Service *re: Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Exhibit Amended Attachment) (Wood, David), Chapter 11 Monthly Operating Report for Case Number 24-bk-11946 for the Month Ending: 10/31/2024 Filed by Interested Party Caduceus Medical Services LLC. (Attachments: # 1 Exhibit Attachment # 2 Proof of Service) (Wood, David)* Filed by Other Professional Stretto (RE: related document(s)171 Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Exhibit Amended Attachment), 172 Chapter 11 Monthly Operating Report for Case Number 24-bk-11946 for the Month Ending: 10/31/2024 Filed by Interested Party Caduceus Medical Services LLC. (Attachments: # 1 Exhibit Attachment # 2 Proof of Service)). (Vandell, Travis) (Entered: 11/25/2024) |
| 11/27/2024 | 174<br>(14 pgs) | Application Of Stanley Otake, Patient Care Ombudsman For Approval Of Compensation And Reimbursement Of Expenses Of Stanley Otake, Ombudsman Health, Period: 8/22/2024 to 11/18/2024, Fee: $7440.00, Expenses: $0.00.; Declaration Of Stanley Otake In Support Thereof Filed by Health Care Ombudsman Stanley Otake (GD) [EDB] Modified on 11/27/2024 (GD). (Entered: 11/27/2024) |
| 11/27/2024 | 175 | Hearing Set (RE: related document(s)174 Application for Compensation filed by Health Care Ombudsman Stanley Otake) The Hearing date is set for 12/19/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 11/27/2024) |
| 11/27/2024 | 176<br>(4 pgs) | Reply to (related document(s): 164 Opposition filed by Creditor BMO BANK NATIONAL ASSOCIATION) Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 11/27/2024) |
| 11/27/2024 | 177<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)167 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 11/27/2024. (Admin.) (Entered: 11/27/2024) |
| 11/27/2024 | 178<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)168 Order on Motion to Extend Exclusivity Period (BNC-PDF)) No. of Notices: 1. Notice Date 11/27/2024. (Admin.) (Entered: 11/27/2024) |
| 11/27/2024 | 179<br>(8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)169 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 11/27/2024. (Admin.) (Entered: 11/27/2024) |
| 12/02/2024 | 180<br>(3 pgs) | Supplemental Notice Of Hearing To Be Held Remotely Using ZoomGov Audio and Video Filed by Health Care Ombudsman Stanley Otake. [EDB] THIS NOTICE IS INCOMPLETE - ANOTHER NOTICE WILL BE FILED (GD) (Entered: 12/02/2024) |

EXHIBIT 1, PAGE 50

2/21/25, 3:40 PM                                        CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | |
|---|---|
| **181**<br>(79 pgs)<br><br>12/02/2024 | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)154 Motion to Extend Time *Deadline to File Chapter 11 Plan and Disclosure Statement; Declaration of Howard B. Grobstein in Support; with Proof of Service*). (Wood, David) (Entered: 12/02/2024) |
| **182**<br>(3 pgs)<br><br>12/02/2024 | Supplemental Notice Of Hearing To Be Held Remotely Using ZoomGov Audio And Video Filed by Health Care Ombudsman Stanley Otake . [EDB] (GD). (Entered: 12/02/2024) |
| 183<br><br>12/04/2024 | Hearing Continued Re:1 Status Conference; Status hearing to be held on 3/5/2025 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) Modified on 12/4/2024 (GD). (Entered: 12/04/2024) |
| 184<br><br>12/04/2024 | Hearing Continued (RE: related document(s)6 Motion to Use Cash Collateral filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation) The Hearing date is set for 3/5/2025 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to March 5, 2025 at 10:00 a.m. Adequate protection is modified as set forth in the tentative. Use of cash collateral is continued on the same terms on an interim basis. Debtor's counsel to submit order. (GD) (Entered: 12/04/2024) |
| **185**<br>(2 pgs)<br><br>12/09/2024 | Order Granting Motion To Extend Deadline To File Chapter 11 Plan And Disclosure Statement (BNC-PDF) (Related Doc # 154 ) IT IS ORDERED that the Motion is granted and the deadline for Debtors to file a Chapter 11 Plan and Disclosure Statement is extended to March 1, 2025. Signed on 12/9/2024 (GD) (Entered: 12/09/2024) |
| **186**<br>(7 pgs)<br><br>12/10/2024 | Notice of lodgment Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)6 Motion to Use Cash Collateral *Debtor's Motion for Order Authorizing Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Dr. Gregg Denicola and Howard Grobstein i).* (Wood, David) (Entered: 12/10/2024) |
| **187**<br>(8 pgs)<br><br>12/10/2024 | Notice of lodgment *(Amended) Notice of Lodgment* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)186 Notice of Lodgment). (Wood, David) (Entered: 12/10/2024) |
| **188**<br>(2 pgs)<br><br>12/11/2024 | Scheduling Order After Status Conference (BNC-PDF) (Related Doc # 1 ) - IT IS ORDERED that a continued Status Conference will be held on March 5, 2025 at 10:00 a.m., further Chapter 11 status report is due fourteen (14) days prior to the continued Status Conference. Signed on 12/11/2024 (GD) (Entered: 12/11/2024) |
| **189**<br>(4 pgs)<br><br>12/11/2024 | BNC Certificate of Notice - PDF Document. (RE: related document(s)185 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 12/11/2024. (Admin.) (Entered: 12/11/2024) |

EXHIBIT 1, PAGE 51

2/21/25, 3:40 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.1 - LIVE)

| | | |
|---|---|---|
| 12/13/2024 | **190**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)188 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 12/13/2024. (Admin.) (Entered: 12/13/2024) |
| 12/18/2024 | **191**<br>(4 pgs) | Order RE Interim Order Authorizing Use of Cash Collateral to Confirm that its Secured Creditor is Adequately Protected. A Final hearing on the Motion is continued to March 5, 2025, at 10:00 a.m., Debtor will file a notice of continued hearing, and, may, but is not required to, file a supplement to the Motion by February 12, 2025. Any objection to Motion (or supplement thereto) shall be filed on or before February 19, 2025. Debtor may file a reply brief to any objection by February 26, 2025. (BNC-PDF) (Related Doc # 6) Signed on 12/18/2024 (AM) Modified on 12/20/2024 (HC). (Entered: 12/18/2024) |
| 12/19/2024 | **192**<br>(2 pgs) | Interim Fees and/or Expenses (11 U.S.C. Section 331); Order of Distribution for Stanley Otake, Ombudsman Health, Period: 8/22/2024 to 11/18/2024, Fees awarded: $7,440.00, Expenses awarded: $0.00; Awarded on 12/19/2024 (BNC-PDF) Signed on 12/19/2024. (AM) Modified on 12/19/2024 [EDB] (AM). Modified on 12/19/2024 (AM). (Entered: 12/19/2024) |
| 12/19/2024 | 195 | Hearing Held (RE: related document(s)174 Application for Compensation filed by Health Care Ombudsman Stanley Otake) - Allowed as prayed. Movant to submit order. (GD) (Entered: 12/27/2024) |
| 12/20/2024 | **193**<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)191 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 12/20/2024. (Admin.) (Entered: 12/20/2024) |
| 12/21/2024 | **194**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)192 Order of Distribution (BNC-PDF) filed by Health Care Ombudsman Stanley Otake) No. of Notices: 1. Notice Date 12/21/2024. (Admin.) (Entered: 12/21/2024) |
| 12/30/2024 | **196**<br>(115 pgs; 3 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2024 Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Attachments: # 1 Exhibit Exhibits # 2 Proof of Service) (Wood, David) (Entered: 12/30/2024) |
| 12/30/2024 | **197**<br>(30 pgs; 3 docs) | Chapter 11 Monthly Operating Report for Case Number 8:24-bk-11946-TA for the Month Ending: 11/30/2024 Filed by Interested Party Caduceus Medical Services LLC. (Attachments: # 1 Exhibits # 2 Proof of Service) (Wood, David) (Entered: 12/30/2024) |
| 12/31/2024 | **198**<br>(9 pgs) | Notice of Hearing *Notice of Continued Final Hearing re: Debtors' Motion for Order Authorizing Use of Case Collateral to Confirm That Its Secured Creditor is Adequately Protected* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. (Wood, David) (Entered: 12/31/2024) |
| 12/31/2024 | **199**<br>(4 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)198 Notice of Hearing *Notice of Continued Final Hearing re: Debtors' Motion for Order Authorizing Use of Case Collateral to Confirm That Its Secured Creditor* |

EXHIBIT 1, PAGE 52

| | | |
|---|---|---|
| | | *is Adequately Protected* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.). (Wood, David) (Entered: 12/31/2024) |
| 01/02/2025 | [200](#)<br>(5 pgs) | Certificate of Service *re: Notice of Continued Final Hearing re: Debtors Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected (Docket No. 198), Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video (Docket No. 199)* Filed by Other Professional Stretto (RE: related document(s)[198](#) Notice of Hearing *Notice of Continued Final Hearing re: Debtors' Motion for Order Authorizing Use of Case Collateral to Confirm That Its Secured Creditor is Adequately Protected* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation., [199](#) Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[198](#) Notice of Hearing *Notice of Continued Final Hearing re: Debtors' Motion for Order Authorizing Use of Case Collateral to Confirm That Its Secured Creditor is Adequately Protected* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.).). (Vandell, Travis) (Entered: 01/02/2025) |
| 01/06/2025 | [201](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Levine, Elana. (Levine, Elana) (Entered: 01/06/2025) |
| 01/24/2025 | [202](#)<br>(79 pgs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors' Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 01/24/2025) |
| 01/24/2025 | [203](#)<br>(5 pgs) | Notice *with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)[202](#) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors' Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 01/24/2025) |
| 01/27/2025 | [204](#)<br>(8 pgs) | Certificate of Service *re: Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Debtors' Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David), Notice with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)202 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Debtors' Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David)* Filed by Other Professional Stretto (RE: related document(s)[202](#) |

EXHIBIT 1, PAGE 53

| | | |
|---|---|---|
| | | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors' Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 203 Notice *with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)202 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors' Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation).). (Vandell, Travis) (Entered: 01/27/2025) |
| 01/30/2025 | 205 (5 pgs) | Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and *Regal Medical Group, Inc., Regarding Deposit of Funds and Payment to Regal Medical Group, Inc.; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 01/30/2025) |
| 01/30/2025 | 206 (6 pgs) | Certificate of Service *re: Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and Regal Medical Group, Inc., Regarding Deposit of Funds and Payment to Regal Medical Group, Inc.; with Proof of Service Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David)* Filed by Other Professional Stretto Inc (RE: related document(s)205 Stipulation By Caduceus Physicians Medical Group, a Professional Medical Corporation and *Regal Medical Group, Inc., Regarding Deposit of Funds and Payment to Regal Medical Group, Inc.; with Proof of Service* Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Vandell, Travis) (Entered: 01/30/2025) |
| 01/31/2025 | 207 (2 pgs) | Order On Stipulation Regarding Deposit Of Funds And Payment To Regal Medical Group, Inc. (BNC-PDF) (Related Doc # 205 ) - IT IS HEREBY ORDERED: 1. Of the $493,512.47 in outstanding accounts receivable, the Debtor is authorized to retain $181,513.19 for ongoing operations; 2. The Debtor is authorized to remit $311,999.28 to Regal and 3. The Parties may engage in the same procedure for any future collections of outstanding accounts receivable pursuant to the PPA. Signed on 1/31/2025 (GD) (Entered: 01/31/2025) |
| 01/31/2025 | 208 (3 pgs) | Notice of Change of Address . (Wang, Ronghua) (Entered: 01/31/2025) |
| 02/02/2025 | 209 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)207 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 02/02/2025. (Admin.) (Entered: 02/02/2025) |
| 02/03/2025 | 210 (4 pgs) | Notice of Change of Address . (Ordubegian, Aram) (Entered: 02/03/2025) |
| 02/05/2025 | 211 (93 pgs) | Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical |

EXHIBIT 1, PAGE 54

| | | Group, a Professional Medical Corporation (Wood, David) (Entered: 02/05/2025) |
|---|---|---|
| 02/05/2025 | **212** (22 pgs) | Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David) (Entered: 02/05/2025) |
| 02/05/2025 | **213** (4 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 212 Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation).). (Wood, David) (Entered: 02/05/2025) |
| 02/05/2025 | 214 | Hearing Set (RE: related document(s)211 Generic Motion filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, Interested Party Caduceus Medical Services LLC) The Hearing date is set for 2/12/2025 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 02/06/2025) |
| 02/07/2025 | **215** (5 pgs) | Certificate of Service *re: Motion Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David), Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation). (Wood, David), Notice Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 212 Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a* |

EXHIBIT 1, PAGE 55

| | | |
|---|---|---|
| | | *Professional Medical Corporation (RE: related document(s)*211 *Motion Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.). (Wood, David)* Filed by Other Professional Stretto Inc (RE: related document(s)211 Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 212 Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation., 213 Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, 212 Notice of motion/application Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)211 Motion *Debtors' Motion for Order Approving Bidding Procedures; Memorandum of Points and Authorities; Declaration of Howard B. Grobstein in Support; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation.).). (Vandell, Travis) (Entered: 02/07/2025) |
| 02/11/2025 | 216 (5 pgs) | Stipulation By Caduceus Medical Services LLC, Caduceus Physicians Medical Group, a Professional Medical Corporation and *The Office of the United States Trustee for Appointment of A Consumer Privacy Ombudsman; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) (Entered: 02/11/2025) |
| 02/12/2025 | 217 | Hearing Held (RE: related document(s)211 Debtor's Motion For Order Approving Bidding Procedures filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, Interested Party Caduceus Medical Services LLC) - Motion is granted. Movant to submit order. (GD) (Entered: 02/12/2025) |
| 02/12/2025 | 218 (3 pgs) | Second Interim Report Of Patient Care Ombudsman Pursuant To 11 U.S.C. § 333(b)(2) Filed by Health Care Ombudsman Stanley Otake . [EDB] (GD). (Entered: 02/12/2025) |
| 02/12/2025 | 219 (97 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)202 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors' Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of* |

| | | |
|---|---|---|
| | | *Reorganization and Solicit Acceptances with Proof of Service*). (Wood, David) (Entered: 02/12/2025) |
| 02/12/2025 | 220 (5 pgs) | Order Granting Debtors' Motion For Order Approving Bidding Procedures (BNC-PDF) (Related Doc # 211 ) - IT IS HEREBY ORDERED THAT: Based on the foregoing, the Debtors respectfully request that this Court enter an order: 1. The Motion is Granted in its entirety; A hearing on the Sale Motion is set for March 12, 2025 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 2/12/2025 (GD) (Entered: 02/12/2025) |
| 02/12/2025 | 221 (2 pgs) | Order On Stipulation For The Appointment Of A Consumer Privacy Ombudsman (BNC-PDF) (Related Doc # 216 ) - IT IS HEREBY ORDERED that the U.S. Trustee shall appoint a Privacy Care Ombudsman in the above-captioned case. Signed on 2/12/2025 (GD) (Entered: 02/12/2025) |
| 02/13/2025 | 222 (2 pgs) | Order Granting Motion to Extend Exclusivity Periods To File A Chapter 11 Plan Of Reorganization And Solicit Acceptances (BNC-PDF) (Related Doc # 202 ) - IT IS ORDERED: 1. The Motion is granted; and 2. The period in which Debtors have the exclusive right to file a Chapter 11 Plan is extended from January 24, 2025, through and including April 25, 2025 and 3. The period in which Debtors have the exclusive right to solicit acceptances to such Plan is extended from March 30, 2025, through and including June 25, 2025. Signed on 2/13/2025 (GD) (Entered: 02/13/2025) |
| 02/13/2025 | 223 (19 pgs) | Status report *Debtors' Chapter 11 Status Report and Status Report re: Debtors' Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (RE: related document(s)188 Order (Generic) (BNC-PDF)). (Wood, David) (Entered: 02/13/2025) |
| 02/14/2025 | 224 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)220 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 02/14/2025. (Admin.) (Entered: 02/16/2025) |
| 02/14/2025 | 225 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)221 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 02/14/2025. (Admin.) (Entered: 02/16/2025) |
| 02/14/2025 | 227 (12 pgs) | Notice Of Proposed Sale Of Assets, Stalking Horse APA, Bidding Procedures, Auction, And Sale Hearing Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation . [BY FAX] (GD) (Entered: 02/18/2025) |
| 02/14/2025 | 228 (4 pgs) | Supplemental Notice Of Hering To Be Held Remotely Using ZoomGov Audio And Video Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation . [BY FAX] (GD). (Entered: 02/18/2025) |
| 02/15/2025 | 226 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)222 Order on Motion to Extend Exclusivity Period (BNC-PDF)) No. of Notices: 1. Notice Date 02/15/2025. (Admin.) (Entered: 02/16/2025) |

EXHIBIT 1, PAGE 57

| | | |
|---|---|---|
| 02/18/2025 | 229<br>(8 pgs) | Ex parte application *by Debtor to Exceed Page Limit for Debtors' Motion for Order Authorizing Sale of Certain Tangible and Intangible Assets ("Purchased Assets"), Used In Connection With Debtors' Medical Practices: (A) Outside The Ordinary Course of Business; (B) Free and Clear of Liens, Claims, and Encumbrances; (C) Subject to Overbid; (D) For Determination of Good Faith Purchaser Under 11 U.S.C. Section 363(M); and (E) for Waiver of 14-Day Stay; with Proof of Service* Filed by Interested Party Caduceus Medical Services LLC, Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation (Wood, David) - See docket entry no.: [ 230 ] for corrections Modified on 2/19/2025 (GD). (Entered: 02/18/2025) |
| 02/19/2025 | 230 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION. THE CORRECT HEARING DATE & TIME WILL BE MARCH 19, 2025 AT 10:00 A.M., RM 5B - ALSO THAT PLEASE CORRECT THE NOTICE THAT WAS SENT OUT ON 2-14-25 - SORRY FOR THE INCONVENCE** (RE: related document(s)229 Ex parte application filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, Interested Party Caduceus Medical Services LLC) (GD) (Entered: 02/19/2025) |
| 02/19/2025 | 231<br>(9 pgs) | Notice *of Appointment of Consumer Privacy Ombudsman; along with Proof of Service* Filed by U.S. Trustee United States Trustee (SA) (RE: related document(s)221 Order On Stipulation For The Appointment Of A Consumer Privacy Ombudsman (BNC-PDF) (Related Doc 216) - IT IS HEREBY ORDERED that the U.S. Trustee shall appoint a Privacy Care Ombudsman in the above-captioned case. Signed on 2/12/2025 (GD)). (Ng, Queenie)- See docket entry no.: [ 234 ] for corrections Modified on 2/19/2025 (GD). (Entered: 02/19/2025) |
| 02/19/2025 | 232<br>(51 pgs) | Certificate of Service *re: Notice Of Proposed Sale Of Assets, Stalking Horse APA, Bidding Procedures, Auction, And Sale Hearing Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. [BY FAX] (GD), Supplemental Notice Of Hering To Be Held Remotely Using ZoomGov Audio And Video Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. [BY FAX] (GD).* Filed by Other Professional Stretto Inc (RE: related document(s)227 Notice Of Proposed Sale Of Assets, Stalking Horse APA, Bidding Procedures, Auction, And Sale Hearing Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. [BY FAX] (GD), 228 Supplemental Notice Of Hering To Be Held Remotely Using ZoomGov Audio And Video Filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation. [BY FAX] (GD).). (Vandell, Travis) (Entered: 02/19/2025) |
| 02/19/2025 | 233<br>(5 pgs) | Opposition to (related document(s): 223 Status report filed by Debtor Caduceus Physicians Medical Group, a Professional Medical Corporation, Interested Party Caduceus Medical Services LLC) Filed by Creditor BMO BANK NATIONAL ASSOCIATION (Crowell, Christopher) (Entered: 02/19/2025) |
| 02/19/2025 | 234 | Notice to Filer of Error and/or Deficient Document **Other - YOU HAVE THE WRONG ENTERED DATE LISTED FOR THE ORDER ON STIPULATION FOR THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN - SEE PARAGRAPH 1 OF THIS** |

EXHIBIT 1, PAGE 58

| | | |
|---|---|---|
| | | **DOCUMENT - THE CORRECT ENTERED DATED IS FEBRUARY 12, 2025** PLEASE CORRECT ASAP (RE: related document(s)231 Notice filed by U.S. Trustee United States Trustee (SA)) (GD) (Entered: 02/19/2025) |
| 02/20/2025 | 235 (11 pgs) | Amended Order Granting Debtors' Motion For Order Approving Bidding Procedures (BNC-PDF) (Related Doc # 211 ) - IT IS HEREBY ORDERED THAT: Based on the foregoing, the Debtors respectfully request that this Court enter an order: 1. The Motion is Granted in its entirety ; A Hearing on the Sale Motion has been rescheduled for March 19, 2025 at 10:00 a.m. Signed on 2/20/2025 (GD) (Entered: 02/20/2025) |
| 02/20/2025 | 236 (2 pgs) | Order Granting Ex Parte Application By Debtor To Exceed Page Limit For Debtors' Motion For Order: Authorizing Sale Of Certain Tangible And Intangible Assets ("Purchased Assets"), Used In COnnection With Debtors' Medical Practices; (A) Outside The Ordinary Course Of Business; (B) Free And Clear Of Liens, Claims, And Encumbrances; (C) Subject To Overbid; (D) FOr Determination Of Good Faith Purchaser Under 11 U.S.C. §363(M); And (E) For Waiver Of 14-Day Stay (BNC-PDF) (Related Doc # 229 ) - IT IS ORDERED: 1. The Application is granted; and 2. Debtor is authorized to file their Sale Motion and supporting documents, which in total will not exceed 45 page(s), exclusive of any exhibits and declarations. Signed on 2/20/2025 (GD) (Entered: 02/20/2025) |
| 02/20/2025 | 237 (2 pgs) | Order Approving The Appointment of Consumer Privacy Ombudsman (BNC-PDF) (Related Doc # 231 ) - IT IS HEREBY ORDERED that Lucy L. Thomsom is appointed Consumer Privacy Ombudsman. Signed on 2/20/2025 (GD) (Entered: 02/20/2025) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/21/2025 15:40:33 | | |
| **PACER Login:** | atty272406 | **Client Code:** | 9999-001 |
| **Description:** | Docket Report | **Search Criteria:** | 8:24-bk-11945-TA Fil or Ent: filed From: 11/22/2021 To: 2/21/2025 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

**EXHIBIT 2**

MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtors,
CADUCEUS PHYSICIANS MEDICAL GROUP,
a Professional Medical Corporation, dba
CADUCEUS MEDICAL GROUP and
CADUCEUS MEDICAL SERVICES, LLC

**FILED & ENTERED**

**SEP 30 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-11945-TA |
| CADUCEUS PHYSICIANS MEDICAL GROUP, a Professional Medical Corporation, dba CADUCEUS MEDICAL GROUP, | Chapter 11 |
| | (Jointly Administered with 8:24-bk-11946-TA) |
| Debtor. | SCHEDULING ORDER AFTER STATUS CONFERENCE |
| ☒    ALL DEBTORS | Date:      September 11, 2024 |
| ☐    Caduceus Physicians Medical Group, dba Caduceus Medical Group, ONLY | Time:      10:00 a.m. |
| | Ctrm:     Courtroom 5B |
| ☐    Caduceus Medical Services, LLC, ONLY | 411 West Fourth Street |
| | Santa Ana, CA 92701 |

On September 11, 2024, at 10:00 a.m., the Court held a status conference in the above-referenced matter. Appearances were as noted on the record. The Court has read and considered all relevant pleadings in the Debtor's case, and having heard the argument of counsel that made appearances at the hearing, the Court makes its order as follows:

/ / /

/ / /

1

**IT IS ORDERED** that:

1.      Deadline to file a proposed Chapter 11 Plan of Reorganization and Disclosure Statement is December 1, 2024;

2.      Claims Bar Date is sixty (60) days after dispatch of notice to creditors advising of bar date;

3.      Debtor to give notice of Claims Bar Date deadline by October 1, 2024; and

4.      A continued Status Conference will be held on December 4, 2024 at 10:00 a.m.

###

Date: September 30, 2024

Theodor C. Albert
United States Bankruptcy Judge

4863-3443-1209, v. 1

2

EXHIBIT 2, PAGE 61

**EXHIBIT 3**

1  MATTHEW W. GRIMSHAW, #210424
   grimshaw@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  SARAH R. HASSELBERGER, #340640
   shasselberger@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt, Irvine, CA 92620
5  Telephone: 949-333-7777
   Facsimile: 949-333-7778
6
   Attorneys for Debtor,
7  CADUCEUS PHYSICIANS MEDICAL GROUP,
   a Professional Medical Corporation, dba
8  CADUCEUS MEDICAL GROUP and
   CADUCEUS MEDCAL SERVICES, LLC
9

**FILED & ENTERED**

**DEC 09 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

10              UNITED STATES BANKRUPTCY COURT

11        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

12  In re                                    Case No. 8:24-bk-11945-TA

13  CADUCEUS PHYSICIANS MEDICAL             Chapter 11
14  GROUP, a Professional Medical Corporation,
    dba CADUCEUS MEDICAL GROUP,             (Jointly Administered with 8:24-bk-11946-
15                                           TA)
                    Debtor.
16                                           ORDER GRANTING MOTION TO
                                             EXTEND DEADLINE TO FILE CHAPTER
17  ☒    ALL DEBTORS                         11 PLAN AND DISCLOSURE
                                             STATEMENT
18  ☐    Caduceus Physicians Medical Group, dba
    Caduceus Medical Group, ONLY            [Unopposed Motion – No Service of
19                                           Proposed Order or Lodgment Period
    ☐    Caduceus Medical Services, LLC, ONLY  Required Pursuant to LBR 9021-1(b)(4)]
20

21

22          The Court having read and considered the motion to extend deadline to file Chapter 11 Plan

23  and Disclosure Statement ("Motion")[1], filed on November 11, 2024, as Dk. No. 154, and it

24  appearing from the Declaration of Non-Opposition filed by David A. Wood on December 2, 2024, as

25  Dk. No. 154 that proper notice has been given and good cause shown, the Court makes its order as

26  follows:

27

28
    ─────────────────────
    [1] All terms not defined herein are used as they are defined in the Motion.

                                          1
    307628v2/1436-003

1    IT IS ORDERED that the Motion is granted and the deadline for Debtors to file a Chapter 11

2 Plan and Disclosure Statement is extended to March 1, 2025.

3                                    # # #

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: December 9, 2024

24                                    Theodor C. Albert
                                      United States Bankruptcy Judge
25

26

27

28

4902-0665-3186, v. 1

307628v2/1436-003

2

**EXHIBIT 4**

1 | MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
2 | DAVID A. WOOD, #272406
dwood@marshackhays.com
3 | SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
4 | MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
5 | Telephone: 949-333-7777
Facsimile: 949-333-7778
6 |
Attorneys for Debtor,
7 | CADUCEUS PHYSICIANS MEDICAL GROUP,
a Professional Medical Corporation, dba
8 | CADUCEUS MEDICAL GROUP and
CADUCEUS MEDCAL SERVICES, LLC
9 |

**FILED & ENTERED**

**NOV 25 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-11945-TA |
| CADUCEUS PHYSICIANS MEDICAL GROUP, a Professional Medical Corporation, dba CADUCEUS MEDICAL GROUP, | Chapter 11 |
| | (Jointly Administered with 8:24-bk-11946-TA) |
| Debtor. | |
| ☒ ALL DEBTORS | ORDER GRANTING MOTION TO EXTEND EXCLUSIVITY PERIODS TO FILE A CHAPTER 11 PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES |
| ☐ Caduceus Physicians Medical Group, dba Caduceus Medical Group, ONLY | [Unopposed Motion – No Service of Proposed Order or Lodgment Period Required Pursuant to LBR 9021-1(b)(4)] |
| ☐ Caduceus Medical Services, LLC, ONLY | |

The Court having read and considered the motion Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances ("Motion")[1], filed on October 31, 2024, as Dk. No. 150, and it appearing from the Declaration of Non-Opposition filed by David A. Wood on November 19, 2024, as Dk. No. 162 that proper notice has been given and good cause shown, the Court makes its order as follows:

_____

[1] All terms not defined herein are used as they are defined in the Motion.

1

307628v2/1436-003

IT IS ORDERED:

1.      The Motion is granted; and

2.      The period in which Debtors have the exclusive right to file a Chapter 11 Plan is extended from November 29, 2024, through and including January 24, 2025; and

3.      The period in which Debtors have the exclusive right to solicit acceptances to such Plan is extended from January 28, 2025, through and including March 30, 2025.

# # #

Date: November 25, 2024

Theodor C. Albert
United States Bankruptcy Judge

4860-2197-5286, v. 1

2

307628v2/1436-003

EXHIBIT 4, PAGE 65

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DEBTORS' SECOND MOTION TO
EXTEND DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT; DECLARATION OF
HOWARD B. GROBSTEIN IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and
manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
**February 23, 2025** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

- 

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **February 23, 2025**, I delivered the document described above via email  to
Stretto, Debtor's claims and noticing agent, for service on the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed per the mail matrix. Upon completion of
the mailing by Stretto to **Debtors and CRO**, Stretto will file a Certificate of Service. Listing the judge here constitutes a
declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR** | **DEBTOR / CREDITOR / POC ADDRESS** | **DEBTOR'S CHIEF RESTRUCTURING OFFICER** |
|---|---|---|
| CADUCEUS MEDICAL SERVICES LLC 18200 YORBA LINDA BLVD STE 111 YORBA LINDA, CA 92886-4043 | CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL CORPORATION 18200 YORBA LINDA BLVD STE 111 YORBA LINDA, CA 92886-4043 | HOWARD GROBSTEIN GROBSTEIN TEEPLE LLP 23832 ROCKFIELD BLVD, STE 245 LAKE FOREST, CA 92630-2884 |

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO THE PROCEDURES OF THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE, THE
REQUIREMENT OF LBR 5005-2(d) TO PROVIDE JUDGES COPIES IS SUSPENDED AT THIS TIME.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 23, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**1. TO SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** Samuel Mushegh Boyamian samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
- **ATTORNEY FOR CREDITOR BMO BANK NATIONAL ASSOCIATION:** Christopher Crowell ccrowell@hrhlaw.com
- **ATTORNEY FOR DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** Aaron E. De Leest on behalf adeleest@marshackhays.com, adeleest@marshackhays.com, alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
- **SPECIAL COUNSEL ARENTFOX SCHIFF LLP:** M Douglas Flahaut df@echoparklegal.com
- **ATTORNEY FOR DEBTOR CADUCEUS MEDICAL SERVICES LLC and DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF MACKENZIE WILLIAMS:** Elana R. Levine llevine@alderlaw.com
- **INTERESTED PARTY COURTESY NEF:** Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com, andrea@flpllp.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **SPECIAL COUNSEL ARENTFOX SCHIFF LLP:** Aram Ordubegian ordubegian.aram@arentfox.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR CADUCEUS MEDICAL SERVICES LLC and DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** Ronghua Sophia Wang sophia.wang@afslaw.com
- **INTERESTD PARTY COURTESY NEF:** Pamela Kohlman Webster pwebster@buchalter.com, smartin@buchalter.com
- **ATTORNEY FOR CREDITOR DESPIERTA, LLC, ITS SUCCESSORS AND/OR ASSIGNEES:** Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR CADUCEUS MEDICAL SERVICES LLC and DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.