Caduceus Medical Services LLC
Part 1 Notes
October 2025

| | Reporting Period | CUMULATIVE |
|---|---|---|
| Starting Cash Balance Reporting Period/Petition Date | 11,010.00 | 11,760.00 |
| Receipts from Reporting Period/Petition Date | - | 12,650.00 |
| Disbursements from Reporting Period/Petition Date | - | 13,400.00 |
| Ending Cash Balance as of this Reporting Period/Petition Date | 11,010.00 | 11,010.00 |
| | | |
| Cumulative Calculation | | |
| Total Receipts | - | 12,650.00 |
| Less DIP Receipts | - | 12,632.00 |
| b. Receipts Net of Transfers Between Accounts | - | 18.00 |
| | | |
| | | |
| Total Disbursements | - | 13,400.00 |
| Less DIP Transfers | - | 12,632.00 |
| c. Disbursements Net of Transfers Between Accounts | - | 768.00 |
| | | |
| | | |
| Disbursements qualifying for UST fees | - | 768.00 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Caduceus Medical Services LLC
October 2025

| Date mm/dd/yyyy | Account # | Check Number | Payee/Payor | Purpose | Deposits Receipts | Transfers | Disbursements | Transfers |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | - | - | - | - |



# CALIFORNIA
## BANK OF COMMERCE

12265 El Camino Real Suite 210
San Diego, CA 92130

| | |
|---|---|
| Account Number | XXXXXX6592 |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00014906 T9496DDA110125022719 01 000000000 0000000 002



CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-
11946
OPERATING
18200 YORBA LINDA BLVD STE 111
YORBA LINDA CA 92886-4056

### Customer Service Information

📱 Phone:　844.265.7622

✉ Mail To:　12265 El Camino Real, Suite 210
San Diego, CA 92130

🖱 Visit Us Online:　bankcbc.com

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| ANALYZED BUS CHECKING | XXXXXX6592 | $11,010.00 |

## ANALYZED BUS CHECKING　　　　　　　Account Number: XXXXXX6592

Account Owner(s):　CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
OPERATING

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2025** | **$11,010.00** |
| + Deposits and Credits (0) | $0.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 10/31/2025** | **$11,010.00** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $11,010 |





MEMBER FDIC

**THIS WORKSHEET IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

1. Compare the checks listed on this statement and mark off the corresponding entries in your account register.

2. At the right, list all outstanding items (checks, ATM withdrawals, automatic deductions, etc.) from your account register that are not reflected on this statement.

3. Add any interest paid and direct deposits made during this statement period to your account register.

4. Subtract any loan payments, insurance payments, service charges, or overdraft charges shown on this statement from your account register.

5. Balance your account by entering the appropriate figures in the spaces at the right.

**ENTER**
THIS STATEMENT BALANCE        $ _____

**ADD**
ANY DEPOSITS ENTERED IN YOUR CHECK RECORD THAT ARE NOT SHOWN ON THIS STATEMENT        $ _____
_____
_____

**TOTAL**        $ _____

**SUBTRACT**
TOTAL ITEMS OUTSTANDING        $ _____

**BALANCE**
THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK  BALANCE        $ _____

| CHECKS OUTSTANDING | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING:

_____ Have you checked all additions and subtractions in your register?
_____ Have you correctly entered all items in your register?
_____ Have you carried the correct balance forward from one register page to the other?
_____ Have you deducted all fees and charges?
_____ Have you added any interest credited to your register?

UPON RECEIPT OF YOUR STATEMENT, DIFFERENCES, IF ANY, SHOULD BE REPORTED TO THE BANK PROMPTLY IN WRITING AND IN ACCORDANCE WITH PROVISIONS IN YOUR DEPOSIT  AGREEMENT.

---

**24 - HOUR TELEPHONE BANKING 1-844-879-5121**
Call this same number to report lost/stolen MASTERCARD® DEBIT CARDS when the bank is closed.

---

**IMPORTANT INFORMATION:** Please examine your statement and records carefully. Your failure to promptly report discrepancies, such as forgeries, alterations and other errors, may adversely affect your rights.

**The following notice applies if your account is maintained
primarily for personal, family or household purposes.**

**IN CASE YOU SUSPECT ERRORS OR HAVE QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us or write us at the bank's telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and the date it occurred.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days if your account has been opened for less than 31 days),we will credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation

**BILLING RIGHTS SUMMARY**
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the bank's address shown on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error and the date it occurred
3. Describe the error and explain if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

*Thank you for choosing California Bank of Commerce, N.A.*





**CALIFORNIA**
**BANK OF COMMERCE**

12265 El Camino Real Suite 210
San Diego, CA 92130

| | |
|---|---|
| Account Number | XXXXXX6634 |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00014908 T9496DDA110125022719 01 000000000 0000000 002

CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-
11946
PAYROLL
18200 YORBA LINDA BLVD STE 111
YORBA LINDA CA 92886-4056

**Customer Service Information**

📱 Phone:       844.265.7622

✉ Mail To:     12265 El Camino Real, Suite 210
                San Diego, CA 92130

🖰 Visit Us Online:    bankcbc.com

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| ANALYZED BUS CHECKING | XXXXXX6634 | $0.00 |

## ANALYZED BUS CHECKING                         Account Number:  XXXXXX6634

Account Owner(s):     CADUCEUS MEDICAL SERVICES LLC
                       DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
                       PAYROLL

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2025** | **$0.00** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 10/31/2025** | **$0.00** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $0 |





MEMBER
FDIC

**THIS WORKSHEET IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

1. Compare the checks listed on this statement and mark off the corresponding entries in your account register.
2. At the right, list all outstanding items (checks, ATM withdrawals, automatic deductions, etc.) from your account register that are not reflected on this statement.
3. Add any interest paid and direct deposits made during this statement period to your account register.
4. Subtract any loan payments, insurance payments, service charges, or overdraft charges shown on this statement from your account register.
5. Balance your account by entering the appropriate figures in the spaces at the right.

**ENTER**
THIS STATEMENT BALANCE        $ _____

**ADD**
ANY DEPOSITS ENTERED IN YOUR CHECK RECORD THAT ARE NOT SHOWN ON THIS STATEMENT        $ _____
_____
_____

**TOTAL**        $ _____

**SUBTRACT**
TOTAL ITEMS OUTSTANDING        $ _____

**BALANCE**
THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK  BALANCE        $ _____

| CHECKS OUTSTANDING | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING:
_____ Have you checked all additions and subtractions in your register?
_____ Have you correctly entered all items in your register?
_____ Have you carried the correct balance forward from one register page to the other?
_____ Have you deducted all fees and charges?
_____ Have you added any interest credited to your register?

UPON RECEIPT OF YOUR STATEMENT, DIFFERENCES, IF ANY, SHOULD BE REPORTED TO THE BANK PROMPTLY IN WRITING AND IN ACCORDANCE WITH PROVISIONS IN YOUR DEPOSIT  AGREEMENT.

---

**24 - HOUR TELEPHONE BANKING 1-844-879-5121**
Call this same number to report lost/stolen MASTERCARD® DEBIT CARDS when the bank is closed.

---

**IMPORTANT INFORMATION:** Please examine your statement and records carefully. Your failure to promptly report discrepancies, such as forgeries, alterations and other errors, may adversely affect your rights.

**The following notice applies if your account is maintained primarily for personal, family or household purposes.**

**IN CASE YOU SUSPECT ERRORS OR HAVE QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us or write us at the bank's telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and the date it occurred.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days if your account has been opened for less than 31 days),we will credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation

**BILLING RIGHTS SUMMARY**
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the bank's address shown on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error and the date it occurred
3. Describe the error and explain if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

*Thank you for choosing California Bank of Commerce, N.A.*



# CALIFORNIA
## BANK OF COMMERCE

12265 El Camino Real Suite 210
San Diego, CA 92130

| | |
|---|---|
| Account Number | XXXXXX6642 |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00014909 T9496DDA110125022719 01 000000000 0000000 002



CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
TAX
18200 YORBA LINDA BLVD STE 111
YORBA LINDA CA 92886-4056

### Customer Service Information

Phone:    844.265.7622

Mail To:    12265 El Camino Real, Suite 210
San Diego, CA 92130

Visit Us Online:    bankcbc.com

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| ANALYZED BUS CHECKING | XXXXXX6642 | $0.00 |

## ANALYZED BUS CHECKING                     Account Number:  XXXXXX6642

Account Owner(s):    CADUCEUS MEDICAL SERVICES LLC
DEBTOR-IN-POSSESSION CASE 8:24-BK-11946
TAX

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2025** | **$0.00** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 10/31/2025** | **$0.00** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $0 |





MEMBER FDIC

**THIS WORKSHEET IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

1. Compare the checks listed on this statement and mark off the corresponding entries in your account register.
2. At the right, list all outstanding items (checks, ATM withdrawals, automatic deductions, etc.) from your account register that are not reflected on this statement.
3. Add any interest paid and direct deposits made during this statement period to your account register.
4. Subtract any loan payments, insurance payments, service charges, or overdraft charges shown on this statement from your account register.
5. Balance your account by entering the appropriate figures in the spaces at the right.

**ENTER**
THIS STATEMENT BALANCE                      $ _____

**ADD**
ANY DEPOSITS ENTERED IN YOUR
CHECK RECORD THAT ARE NOT
SHOWN ON THIS STATEMENT          $ _____
                                                  _____
                                                  _____

**TOTAL**                                      $ _____

**SUBTRACT**
TOTAL ITEMS OUTSTANDING            $ _____

**BALANCE**
THIS BALANCE SHOULD AGREE WITH
YOUR CHECKBOOK  BALANCE              $ _____

| CHECKS OUTSTANDING | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING:

_____ Have you checked all additions and subtractions in your register?
_____ Have you correctly entered all items in your register?
_____ Have you carried the correct balance forward from one register page to the other?
_____ Have you deducted all fees and charges?
_____ Have you added any interest credited to your register?

UPON RECEIPT OF YOUR STATEMENT, DIFFERENCES, IF ANY, SHOULD BE REPORTED TO THE BANK PROMPTLY IN WRITING AND IN ACCORDANCE WITH PROVISIONS IN YOUR DEPOSIT  AGREEMENT.

---

**24 - HOUR TELEPHONE BANKING 1-844-879-5121**
Call this same number to report lost/stolen MASTERCARD® DEBIT CARDS when the bank is closed.

---

**IMPORTANT INFORMATION:** Please examine your statement and records carefully. Your failure to promptly report discrepancies, such as forgeries, alterations and other errors, may adversely affect your rights.

**The following notice applies if your account is maintained**
**primarily for personal, family or household purposes.**

**IN CASE YOU SUSPECT ERRORS OR HAVE QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us or write us at the bank's telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and the date it occurred.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days if your account has been opened for less than 31 days),we will credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation

**BILLING RIGHTS SUMMARY**
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the bank's address shown on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error and the date it occurred
3. Describe the error and explain if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

*Thank you for choosing California Bank of Commerce, N.A.*



**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **MONTHLY OPERATING REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 10, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **December 10, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
CADUCEUS MEDICAL SERVICES LLC
18200 YORBA LINDA BLVD STE 111
YORBA LINDA, CA 92886-4043

**DEBTOR / CREDITOR / POC ADDRESS**
CADUCEUS PHYSICIANS MEDICAL GROUP, A
PROFESSIONAL CORPORATION
18200 YORBA LINDA BLVD STE 111
YORBA LINDA, CA 92886-4043

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 10, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE COURT MANUAL, APPENDIX F:
SERVING JUDGE'S COPY OF DOCUMENTS, §2.2(d),
DOCUMENTS INTENDED ONLY FOR THE UNITED
STATES TRUSTEE DO NOT NEED TO BE SERVED
UPON A JUDGE.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Samuel Mushegh Boyamian samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
   - **ATTORNEY FOR CREDITOR BMO BANK NATIONAL ASSOCIATION:** Christopher Crowell ccrowell@hrhlaw.com
   - **ATTORNEY FOR DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** Aaron E. De Leest on behalf adeleest@marshackhays.com, adeleest@marshackhays.com, alinares@ecf.courtdrive.com
   - **INTERESTED PARTY COURTESY NEF:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
   - **SPECIAL COUNSEL ARENTFOX SCHIFF LLP:** M Douglas Flahaut df@echoparklegal.com
   - **ATTORNEY FOR DEBTOR CADUCEUS MEDICAL SERVICES LLC and DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR REGAL MEDICAL GROUP, INC.:** Payam Khodadadi pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
   - **INTERESTED PARTY COURTESY NEF:** Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com, andrea@flpllp.com
   - **SPECIAL COUNSEL ARENTFOX SCHIFF LLP:** Aram Ordubegian ordubegian.aram@arentfox.com
   - **ATTORNEY FOR CREDITOR BATES JOHNSON BUILDING, LTD.:** Brett Ramsaur    brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
   - **ATTORNEY FOR CREDITOR ROMANOV GROUP, LLC:** Jeremy H Rothstein    jrothstein@gblawllp.com, msingleman@gblawllp.com;mbowes@gblawllp.com
   - **INTERESTED PARTY COURTESY NEF:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
   - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR DEBTOR CADUCEUS MEDICAL SERVICES LLC and DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** Ronghua Sophia Wang sophia.wang@afslaw.com
   - **INTERESTD PARTY COURTESY NEF:** Pamela Kohlman Webster pwebster@buchalter.com, smartin@buchalter.com
   - **ATTORNEY FOR CREDITOR DESPIERTA, LLC, ITS SUCCESSORS AND/OR ASSIGNEES:** Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
   - **ATTORNEY FOR DEBTOR CADUCEUS MEDICAL SERVICES LLC and DEBTOR CADUCEUS PHYSICIANS MEDICAL GROUP, A PROFESSIONAL MEDICAL CORPORATION:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| CREDITOR | CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS |
|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPT. BANKRUPTCY GROUP MIC 92E P.O. BOX 826880 SACRAMENTO, CA 94280-0001 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS: A-340 P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | INTERNAL REVENUE SERVICE SPECIAL PROCEDURES - INSOLVENCY P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 |

| CREDITOR | CREDITOR / POC ADDRESS | |
|---|---|---|
| US TREASURY IRS 1973 NORTH RULON WHITE BLDG. OGDEN, UT 84201-0062 | COUNTY OF ORANGE TREASURER-TAX COLLECTOR PO BOX 4515 SANTA ANA, CA 92702-4515 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**